UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANUEL GOMEZ, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-312 (EGS) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT**

Defendants, District of Columbia, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from March 20, 2006, to and including March 27, 2006, within which to file an answer to Plaintiffs' Complaint. Undersigned counsel is burdened with several upcoming deadlines, and will be unable to file an answer by March 20.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested.

Based upon the foregoing, Defendants, District of Columbia, respectfully request that this motion be granted and that its time to file its answer be extended to and including March 27, 2006.

                                                  Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
                                                  Attorney General for the District
                                                   of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**March 15, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANUEL GOMEZ, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-312 (EGS) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an answer to the Complaint on or before March 27, 2006.

_____
UNITED STATES DISTRICT JUDGE