# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>**Plaintiffs**<br><br>v.<br><br>**CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools**, *et al.*,<br><br>**Defendants** | **Civil Action No. 06-00312 (EGS)** |

## ORDER

Upon consideration of the report to the Court submitted by the parties pursuant to LCvR 16.3 and the entire record herein, it is, this _____ day of _____, 2006,

**ORDERED:** That defendants file the administrative record by May 24, 2006; and it is

**FURTHER ORDERED:** That any discovery be completed by _____ 2006; and it is

**FURTHER ORDERED:** That the deadline for filing dispositive motions is 45 days following (the date this order is entered) (the date of unsuccessful conclusion of alternative dispute resolution procedures); that oppositions to those motions are due 30 days thereafter and reply memoranda are due 15 days following the filing of the opposition memoranda; and it is

**FURTHER ORDERED:** That if any claims survive the dispositive motions, the Court will schedule a pretrial conference following its ruling on those motions.

This order and the schedule set forth herein may be modified for cause.

                                                           EMMET G. SULLIVAN
                                                           United States District Judge

cc:    Diana M. Savit, Esq.
        **SAVIT & SZYMKOWICZ, LLP**
        7315 Wisconsin Avenue
        Suite 601N
        Bethesda, Maryland 20814

        Veronica A. Porter, Esq.
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001