# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>     **Plaintiffs**<br><br>     v.<br><br>**CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.,*<br><br>     **Defendants** | Civil Action No. 06-00312 (EGS) |

**PLAINTIFFS' RESPONSE TO NOTICE OF CANCELLATION OF INITIAL STATUS CONFERENCE**

On May 4, 2006, the Court canceled the initial status conference previously scheduled for May 11, 2006 at 11 a.m., stating that "not all the parties have responded to the complaint." Plaintiffs Natalia Gomez, Manuel Gomez and Sylvia Correa ("plaintiffs") respectfully refer the Court to the answer filed on March 27, 2006, which is captioned "Defendant**s**' answer to the complaint." Although the Court's filing system apparently recorded this document as the answer of defendant District of Columbia **only,** it appears that it was intended as the answer of both defendants.

This may have occurred due to problems with the technology used for electronic filing. The list of parties in the ECF system from whom counsel must choose in designating on whose behalf a document is filed in this case lists the parties alphabetically, with plaintiffs and defendants interspersed, thus making it impossible to choose **all** plaintiffs or **all** defendants when asked by the system to designate the party(ies) filing the document. The answer, therefore, was designated in the electronic filing system as being filed solely on behalf of defendant District of Columbia in response to a computer-created difficulty in selecting both defendants.

Similarly, this response will have to be electronically designated as filed on behalf of fewer than all plaintiffs, even though all join in its contents.

For that reason, plaintiffs ask the Court to reinstate the initial scheduling conference or to set a new one. As evidenced by their meet and confer statement, filed May 3, 2006 on behalf of all parties (including both defendants), the parties are ready to proceed with the case.

/s/   *Diana M. Savit*
_____
Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
Attorneys for plaintiffs

## Certificate of Service

I hereby certify that, this 4th day of May, 2006, I electronically filed the foregoing plaintiffs' response to notice of cancellation of initial scheduling conference, and thereby served all counsel of record.

/s/   *Diana M. Savit*
_____
Diana M. Savit