UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANUEL GOMEZ, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-312 (EGS) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

### PRAECIPE

"Defendants' Answer to Complaint" (ECF #3) filed by undersigned counsel on March 27, 2006, was filed on behalf of both Defendants—Clifford B. Janey, Superintendent, District of Columbia Public Schools, and the District of Columbia.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    /s/ *Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651

**May 8, 2006**