## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL GOMEZ, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. Action No. 06-312 (EGS) |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |

### ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this action.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

June 9, 2006

**Gomez et at., v. District of Columbia, 06-312**

**Index of Record**

| | | Page |
|---|---|---|
| 1. | Certificate of Record | 1 |
| 2. | 6/30/05 Request for hearing | 2 – 7 |
| 3. | 7/15/05 Hearing Notice | 8 |
| 4. | 7/22/05 DCPS continuance request | 9 |
| 5. | 7/29/05 Hearing Notice | 10 |
| 6. | 8/2/05 Plaintiff's continuance request | 11 |
| 7. | 8/12/05 Interim Order, rescheduling hearing date | 12 |
| 8. | 8/17/05 Hearing Notice | 13 |
| 9. | 8/25/05 DCPS Disclosure Statement | 14 – 15 |
| 10. | 9/6/05 Plaintiff's Disclosure Statement | 16 – 18 |
| 11. | 9/15/05 Hearing Officer's Determination | 19 – 25 |
| 12. | 10/9/05 Plaintiff's letter to Student Hearing Office | 26 – 28 |
| 13. | 10/27/05 Plaintiff's letter to Student Hearing Office requesting a continuance | 29 – 31 |
| 14. | 10/31/05 Plaintiff's Disclosure Statement | 32 – 35 |
| 15. | 11/15/05 Interim Order, rescheduling hearing date | 36 |
| 16. | 11/18/05 Plaintiff's Disclosure Statement | 37 – 40 |
| 17. | 12/13/05 Hearing Notice | 41 |
| 18. | 12/14/05 Interim Order, rescheduling hearing date | 42 |
| 19. | 12/1/05 Plaintiff's Disclosure Statement | 43 – 45 |
| 20. | 12/2/05 DCPS Disclosure Statement | 46 – 58 |
| 21. | 1/23/06 Hearing Officer's Determination | 59 – 81 |
| 22. | 12/22/04 Plaintiff's letter to DCPS authorizing release of school records | 82 |
| 23. | Plaintiff's hearing exhibit NG-1, DCPS cumulative file for NG | 83 – 205 |
| 24. | Plaintiff's hearing exhibit NG-2, letter from WISP to parents, 1/8/03 | 206 |
| 25. | Plaintiff's hearing exhibit NG-3, letter from parent to Monique Morton, 1/17/03 | 207 - 209 |
| 26. | Plaintiff's hearing exhibit NG-4, Psychological and Educational evaluation, 1/2003 | 210 – 224 |
| 27. | Plaintiff's hearing exhibit NG-5, undated letter from teacher to parent | 225 |
| 28. | Plaintiff's hearing exhibit NG-6, letter from parents to Monique Morton, 4/23/03 | 226 |
| 29. | Plaintiff's hearing exhibit NG-7, letter from parent to Wilson SHS principal, 4/26/03 | 227 |

30. Plaintiff's hearing exhibit NG-8, records from Children's
    Hospital, 4/2003    228 – 239
31. Plaintiff's hearing exhibit NG-9, emails 4-6/2003    240 – 249
32. Plaintiff's hearing exhibit NG-10, letter from Dr. Robbins to
    Dr. Tarason, 5/4/03    250 – 251
33. Plaintiff's hearing exhibit NG-11, letter from Dr. Robbins to
    Ms. Gaines, 6/3/03    252
34. Plaintiff's hearing exhibit NG-12, memo of Ms. Correa,
    12/3/04    253
35. Plaintiff's hearing exhibit NG-13, Plaintiff's letter to
    Wilson SHS, 12/16/04    254 – 256
36. Plaintiff's hearing exhibit NG-14, evaluation consent,
    12/27/04    257
37. Plaintiff's hearing exhibit NG-15, procedures manual
    receipt, 12/27/04    258
38. Plaintiff's hearing exhibit NG-16, referral for special
    education services, 1/3/05    259 – 270
39. Plaintiff's hearing exhibit NG-17, MDT Student
    Evaluation Plan, 12/27/04    271
40. Plaintiff's hearing exhibit NG-18, Psychoeducational
    Evaluation, 1/28/05    272 – 287
41. Plaintiff's hearing exhibit NG-19, Conners' Parent Rating
    Scale, 2/27/05    288 – 289
42. Plaintiff's hearing exhibit NG-20, MDT letter of
    invitation, 5/3/05    290 – 292
43. Plaintiff's hearing exhibit NG-21, Clinical
    Psychological Consultation, 5/11/05    293 – 296
44. Plaintiff's hearing exhibit NG-22, MDT meeting notes,
    5/16/05    297 – 303
45. Plaintiff's hearing exhibit NG-23, Plaintiff's letter to
    Gloria Everett, OSE, 4/25/05    304 – 306
46. Plaintiff's hearing exhibit NG-24, Plaintiff's letter to
    Ms. Everett, 5/24/05    307- 308
47. Plaintiff's hearing exhibit NG-25, OSE letter to parent,
    6/1/05    309
48. Plaintiff's hearing exhibit NG-26, St. James School
    admissions letter, 8/27/03    310
49. Plaintiff's hearing exhibit NG-27, St. James School
    permanent academic record    311 – 325
50. Plaintiff's hearing exhibit, NG-28, Buxton School reports,
    Fall, 2004    326 – 328
51. Plaintiff's hearing exhibit, NG-29, Buxton School reports,
    Winter, 2005    329 – 331
52. Plaintiff's hearing exhibit, NG-30, classroom observation
    report, 4/18/05    332 – 333

53. Plaintiff's hearing exhibit, NG-31, Buxton School reports,
  Spring, 2005         334 – 337
54. Plaintiff's hearing exhibit, NG-32, Psychological report,
  9/6/05          338 – 340
55. Plaintiff's hearing exhibit, NG-33, CV for Dr. Robbins 341 – 346
56. Plaintiff's hearing exhibit, NG-34, article on the Keys to
  Navigating High School and College  347 – 352
57. Plaintiff's hearing exhibit, NG-35, affidavit of Sandra
  Pollock, with information about St. James School,
  11,30/05         353 – 379
58. Plaintiff's hearing exhibit, NG-36, affidavit of Pilar Ciriza
  El Cid Gale, with information about Buxton School,
  11/30/05        380 – 434
59. Plaintiff's hearing exhibit, NG-37, affidavit of Edward Gale 435 – 439
60. Plaintiff's hearing exhibit, NG-38, St. James School
  enrollment contract, 8/31/03   440 – 441
61. Plaintiff's hearing exhibit, NG-39, St. James School
  contract information    442 – 448
62. Plaintiff's hearing exhibit, NG-40, Buxton School
  contract information, 2004-2005  449 – 452
63. Plaintiff's hearing exhibit, NG-41, Buxton School
  contract information, 2005-2006  453 – 457
64. Hearing Transcripts
  September 14, 2005    458 – 583
  November 28, 2005    584 – 602
  December 9, 2005    603 – 690
  January 13, 2006    691 - 909



# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *STUDENT HEARING OFFICE*
#### SPECIAL EDUCATION

In the Matter RE:  G━━, N━━ **vs. DCPS (Woodrow Wilson SHS)**

Case Information:        Hearing Dates: August 12 & 31, September 14, November 28, 2005 and
January 13, 2006
Held at: **District of Columbia Public Schools Headquarters**
**825 N. Capitol St., N.E.**
**Washington, D.C.  20002**
Student Identification Number: **7813234**
Student's Date of Birth: ━━/1987
Attending School:  **Buxton School Williamstown, Massachusetts**
Managing School:  **Woodrow Wilson SHS**
Hearing Request Date(s) **June 30, 2005**

## <u>CERTIFICATION OF RECORD</u>

**I, Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting  of all letters, pleadings, orders,

exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this 17th day of March 2006.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

1

# SAVIT & SZYMKOWICZ, LLP

ATTORNEYS AND COUNSELORS    2005 JUN 30  PM 4: 15

SUITE 601 NORTH
AIR RIGHTS CENTER
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814-3232

DC PUBLIC
SCHOOL SYSTEM

TELEPHONE (301) 951-9191
FACSIMILE (301) 718-7788

## FAX COVER SHEET

**To:** Student Hearing Office
**Company:** District of Columbia Public Schools

**Date:** June 30, 2005

**From:** Diana M. Savit                    **Client:** G██████

**Recipient's telecopier number:** (202) 442-5556
**Recipient's telephone number:** (202) 442-5432

**Number of pages, including cover sheet:** 6

If there is a problem in transmitting, or if you have not received all of the pages, call (301) 951-9191.

The original _____ will  ___X___ will not follow by regular mail.

Remarks/special instructions:

Forwarded herewith is a due process hearing request on behalf of Natalia Gomez.

*NOTICE OF CONFIDENTIALITY: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. NEITHER THE SENDER NOR THE INTENDED RECIPIENT HAS WAIVED ANY PRIVILEGE, CONFIDENTIALITY OR EXEMPTION FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT IF NECESSARY) AND RETURN THE ORIGINAL MESSAGE BY MAIL TO US AT THE ABOVE ADDRESS. THANK YOU.*

2

# STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent.

Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION    ___ I REQUEST MEDIATION AND A HEARING    X  I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: N████ G████            DOB: ███/87

Address: ████████████████████████████████████████

Present School of Attendance: Buxton School, Williamstown, Massachusetts

Home School: Woodrow Wilson Senior High School
(Neighborhood school where child is registered)

## COMPLAINT IS MADE AGAINST:    DCPS

DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: Sylvia Correa & Manuel Gomez

Address: ████████████████W., Washington, D.C.  20015

Phone: (H) (202) 244-3714  (W) (202) 564-6443 (m)  (Fax) _____
        (202) 565-2411 (f)

Form 101

30 June 2003

3

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: Diana M. Savit        Phone: (W) (301) 951-9191    (Fax) (301) 718-7788

Address: Savit & Szymkowicz, LLP, 7315 Wisconsin Avenue, Suite 601N, Bethesda, Maryland 20814

Relationship to Student: _X_ Parent ____ Self ____ Legal Guardian ____ Parent Surrogate ____ Public Agency

1.    You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings :    August 1, 2005        August 2, 2005        August 3, 2005

Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 days from the date your request is received and docketed by the Student Hearing Office. If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

**Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you.** Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific): None

Form 101

4                                                          30 June 2003

2

Interpreter

\_\_\_\_\_ Foreign Language _____

\_\_\_\_\_ Sign Language _____

\_\_\_\_\_ Other _____

Special Communications _____

Special Accommodation for Disability _____

Other _____

3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

*Describe the nature of the problem*:

N▇▇▇ attended D.C. Public Schools until the end of the 2002-03 school year. During that time, her emotional status deteriorated to the point where, in her final year (10th grade) she frequently missed class, did not do her work and became involved in inappropriate activities, both on and off school property. She was hospitalized for emotional illness during this time. Despite notice of N▇▇▇'s problems to DCPS and a direct request for services, DCPS did not recognize N▇▇▇ status as a disabled student in need of special education and accommodations. It did not respond to the request for services, conducted no assessments and provided no services or accommodations. Her parents were therefore forced to remove her from school and enroll her in appropriate private settings, at their expense. She was also forced to repeat 10th grade because she had made insufficient academic progress at Woodrow Wilson Senior High School.

On November 23, 2004, Ms. Correa and Mr. Gomez formally requested special education on N▇▇▇ behalf. DCPS unduly delayed the assessment process, disregarded its own records as well as professional input from N▇▇▇ therapists, and ultimately found N▇▇▇ ineligible because she has made progress in her post-DCPS private placements, although it recognized that she probably would have been found eligible in 2003, when she was attending a DCPS high school and struggling due to lack of services or accommodations. DCPS also declined to convene a meeting to discuss tuition reimbursement or compensatory education to remediate the failure to provide services when they were needed.

*Describe issues to be addressed at the mediation and/or hearing, with specificity*:

Form 101

30 June 2003

Whether N██████ was eligible for special education during the 2002-03 school year and, if so, whether DCPS should be required to reimburse her parents for costs incurred in providing the appropriate education that was not available from DCPS.

Whether N█████ is entitled to compensatory education.

Whether N█████ is currently eligible for special education and, if so, whether the program in which she is enrolled is appropriate for her.

Whether DCPS should be prospectively responsible for N██████ special education.

*Describe relevant facts relating to the problem*:

Many of the relevant facts are summarized above. N█████ is a student of above-average intelligence and potential who is capable of high achievement when the needs incident to her disability are met. She requires small classes and individualized attention, among other accommodations. DCPS failed to meet these needs and consequently she was removed from the system. The only reason she is currently achieving reasonable academic progress is that she is in an appropriate placement. DCPS should be held accountable for its prior shortfalls and provide an appropriate education for N█████ in the future.

*State how you would like to see the problem corrected*:

DCPS should be ordered to reimburse Ms. Correa and Mr. Gomez for costs incurred in providing an appropriate education for N█████ from fall 2003 through the present, and to continue to provide an appropriate education for her until she earns her high school diploma.

_____    _____
Signature of Applicant/Parent (Required)    Date (Required)   June 30, 2005

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8" Floor**
**Washington, DC 20002**

**FAX: (202) 442-5556**

Form 101

6                                    4                          30 June 2003

FOR OFFICE USE ONLY:
Case Number: _____

Student ID#: _____
Form 101

Revised 30 June 2003

Form 101

7

5

30 June 2003

PAGE 06    SAVIT AND SZYMKOWICZ    3017187788    12:22    06/30/2005

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 07/19/2005 07:48
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J608601
```

| | |
|---|---|
| DATE,TIME | 07/19  07:48 |
| FAX NO./NAME | 93017107788 |
| DURATION | 00:00:29 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:  Parent (or Representative): *D. SAVIT*          Fax No.: *(301) 718-7788*

LEA Legal Counsel: *L. VERRA*

RE:  G▬▬, ▬▬▬ and (LEA)  DOB: ▬▬▬ /87
     Student's Name

FROM:  **SHARON NEWSOME**

Special Education Student Hearing Office Coordinator

DATE SENT:  *7/15/05*

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on *6/30/05*. Please be advised that the hearing has been scheduled for:

DATE:  *8/12/05*

8    TIME:  *1:00 pm*

AT:  825 North Capitol Street, NE, Washington, DC

## LETTER MOTION FOR CONTINUANCE

District of Columbia Public Schools
Office of Compliance
Special Education Student Hearing Office
825 North Capitol Street NE, 8th Floor
Washington, DC 2002-1994

Re: N_____, G_____ . DCPS _____ (LEA)
      (Student's Name)

Dear Student Hearing Officer:

I am writing this letter to request a continuance of my due process hearing currently scheduled to

take place on ___8/3___ . I am unable to appear for the hearing on this date for the following

reasons: _On annual leave vacation and I am the only Court Liaison Attorney-Advisor that handles the DC Wards Also DCPS Placement specialist on leave_    Any MWF after August 12 05

I am available to appear for the hearing on the following dates:

1. _____ 2. _____ 3. _____

I ☐ attempted ☒ did not attempt to contact opposing counsel to discuss scheduling before

proposing these dates. I spoke to _____(opposing counsel) at _____ a.m./p.m. on

_____ (date).

I understand that these dates may not be available and that the Student Hearing Office may
reschedule my hearing for another date.

**I ALSO UNDERSTAND THAT THE HEARING MAY GO FORWARD AS SCHEDULED UNLESS I
RECEIVE A WRITTEN DECISION FROM THE HEARING OFFICER GRANTING A CONTINUANCE. IF I DO
NOT RECEIVE A WRITTEN DECISION GRANTING A CONTINUANCE, AND I FAIL TO APPEAR FOR A
SCHEDULED HEARING, I UNDERSTAND THAT THE HEARING OFFICER MAY DISMISS MY REQUEST.**

BY MY SIGNATURE BELOW I CERTIFY THAT I HAVE PROVIDED THE OPPOSING PARTY WITH A COPY
OF THIS MOTION AND HAVE ATTACHED PROOF OF SERVICE (FAX CONFIRMATION, COURIER
RECEIPT, ETC.)

Signed: _Lenore Verra_      Date: _7/22/05_
      Parent or Advocate
      DCPS Attorney-Advisor
Telephone Number: _442-5159_      FAX Number: _____

9   *Please see attached*

TRANSMISSION VERIFICATION REPORT

```
TIME   : 08/02/2005 07:59
NAME   : STUDENT HEARINGS OFF
FAX    : 2024425556
TEL    : 2024425432
SER.#  : BROH3J608601
```

```
DATE,TIME          08/02  07:59
FAX NO./NAME       93017187788
DURATION           00:00:30
PAGE(S)            01
RESULT             OK
MODE               STANDARD
```

# District of Columbia Public Schools
## Office of Compliance
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

X REVISED COPY

### HEARING NOTICE

| MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |

TO:    Parent (or Representative): __D. SAVIT__    Fax No.: __(301) 718-7788__

LEA Legal Counsel: __L. VERRA__

RE:    __G_____, N_____ and (LEA) DOB: _____
         Student's Name

FROM:  __SHARON NEWSOME__
         Special Education Student Hearing Office Coordinator

DATE SENT: __7/29/05__

........................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE: __8/31/05__                              Con't f

TIME: __9:00, 11:00, 1:00 & 3:00__            8/12/05

AT:    825 North Capitol Street, NE, Washington, DC

10

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP
7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202
———
PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

August 2, 2005

**BY FAX**
Ms. Sharon Newsome
District of Columbia Public Schools
Office of Compliance
Student Hearing Office
825 North Capitol Street, N.E.
8th Floor
Washington, D.C. 20002

Re:    Natalie Gomez v. District of Columbia Public Schools

Dear Ms. Newsome:

This responds to your second provisional hearing notice, setting this matter for a due process hearing on August 31, 2005 at 9 a.m. The notice, although dated July 29, 2005, arrived in my office by facsimile this morning.

At least one of our witnesses is not available on August 31st; therefore, we will need to find another date. I am checking with all witnesses now to determine their availability in September. At the moment, I am available on Monday for a conference call with the hearing officer to set a new date.

Please note that the District of Columbia Public Schools did not serve me with a copy of its motion to continue the August 12, 2005 hearing date. My July 21, 2005 letter would have been unnecessary had I known of DCPS's request.

Very truly yours,

Diana M. Savit

Diana M. Savit

cc:    Lenore Verra, Esq.
       Sylvia Correa & Manuel Gomez

11

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | |
|---|---|
| In the Matter of: ) | BEFORE A SPECIAL EDUCATION |
| ~~M_____~~  ( ~~_____~~ ) | |
| **Petitioner** ) | INDEPENDENT HEARING OFFICER |
| Vs. ) | |
| ~~NCPS~~ ) | STATE EDUCATION AGENCY |
| **Respondent** | |

## **INTERIM ORDER**

ON THIS DAY came on to be heard _RESPONDENT_ 's Motion For Continuance in the above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____ DENIED.

___✓___ GRANTED. The hearing is reset for ___ 1 & 3 PM 9-14-05 / 9 & 11 AM 9-16-05 ___ A.M. / P.M. on _____, 2005

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts **have / have not** been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS **has / has not** made diligent efforts to have an attorney-advisor available;

___✓___ Witness unavailable. The party **has / has not** made diligent efforts to secure the witness:

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office **has / has not** made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is **less than / equal to** ( or more than) the time requested by the parent;

_____ No hearing room available. The Student Hearing Office **has / has not** made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

_____ **Other:** _____
_____
_____

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____,

SIGNED this date _8-12-05_ ,

_____
Independent Special Education Hearing Officer

_____
**Issue Date**

Original to SHO – Student's File
Copy To:     Parent - C/O: _Diana M. Smith, Esq_
                 DCPS - C/O : _Lennie Vern, Esq_
                 Charter School - C/O: _____

12

```
TRANSMISSION VERIFICATION REPORT
```

```
                        TIME  : 08/18/2005 08:16
                        NAME  : STUDENT HEARINGS OFF
                        FAX   : 2024425556
                        TEL   : 2024425432
                        SER.# : BROH3J608601
```

```
DATE,TIME              08/18  08:16
FAX NO./NAME           93017187788
DURATION               00:00:30
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
```

# District of Columbia Public Schools
### *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

X REVISED COPY

**HEARING NOTICE**

| MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:    Parent (or Representative): _D. SAVIT_    Fax No.: _____

LEA Legal Counsel: _L. VERRA_

RE:    G_____, N_____    and (LEA) DOB: _____
         Student's Name

FROM:    __SHARON NEWSOME__
         Special Education Student Hearing Office Coordinator

DATE SENT: _____8/17/05_____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on _____. Please be advised that the hearing has been scheduled for:

Con't f
8/31/05

DATE:  _9/14/05_  /  _9/16/05_

TIME:  _1:00 & 3:00_  /  _9:00 AM & 11:00AM_

AT:    825 North Capitol Street, NE, Washington, DC

13



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

August 25, 2005

Diana M Savit, Esq.
7315 Wisconsin Avenue, Suite 601N
Bethesda, MD 20814

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 301 718-7788**

**Subject: Due Process Hearing for N████G█████**
**DOB: ████787**
**Attending School: Buxton School**
**Home School:  None**

Dear Ms. Savit:

At the upcoming due process hearing in the above-referenced matter, scheduled for Wednesday August 31, 2005, and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Mary Phelps, or her designee(s), Interim OSE
 Principal, or his designe (s) WSHS
Sonya Lee, or her designee(s), Special Ed Co WSHS

### Documents
**DCPS 1**       **Student Master Record**

DCPS reserves the right to amend this disclosure as documents become available.

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

---

[1] Witnesses may testify by telephone.

14

DCPS Office of the General Counsel
Page 2

      DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

      DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

      If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5159.

                    Sincerely,

                    Lenore D. Verra
                    Attorney Advisor

cc: Student Hearing Office

15

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

---

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA
INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

September 6, 2005

**HAND DELIVERED**
Lenore D. Verra, Esq.
Attorney Advisor
District of Columbia Public Schools
Office of the Superintendent
Office of General Counsel
825 North Capitol Street, N.E.
Washington, D.C.  20002-4232

   *Re:*  N███ G███, DOB ██/87

Dear Ms. Verra:

  At the due process hearing scheduled ████████████████████ G███ and her parents may call the following witnesses:

  Manuel Gomez
  Sylvia Correa
  2819 Kanawha Street, N.W.
  Washington, D.C.  20015

  Carol Ann Robbins, Ph.D.
  Cheseapeake Center for Attention and Learning
  8607 Cedar Lane
  Silver Spring, Maryland 20910

  Sandra Pollock
  Assistant Head
  Saint James School
  17641 College Road
  Saint James, Maryland 21781-9999
  (By telephone/(301) 733-9330)

Lenore D. Verra, Esq.
September 6, 2005
Page 2

William Bennett or designated representative
Buxton School
291 South Street
Williamstown, Massachusetts 01267
(By telephone/413-458-3919)

N████ and her parents reserve the right to call or rely upon the testimony of any witness named by the District of Columbia Public Schools.

The following exhibits may be offered:

NG1–District of Columbia Public Schools (DCPS) cumulative file for N████ G████
NG2–January 8, 2003 letter from Jeffrey A. Schultz, Director WISP, to Parent of N████ G████
NG3–January 17, 2003 from Manuel Gomez to Monique Morton
NG4–January 17-30, 2003 psychological and educational evaluation by Alexandra P. Cargo, Ph.D.
NG5–Undated letter from teacher re: N████
NG6–April 23, 2003 letter from Manuel R. Gomez and Sylvia I. Correa to Ms. Moten
NG7–April 26, 2003 letter from Manuel R. Gomez to Dr. Stephen P. Tarason, Principal
NG8–Children's National Medical Center records from April 2003 hospitalization
NG9–Collective emails spanning time period from April 25, 2003 through June 24, 2003 between
     Manuel R. Gomez and Sylvia I. Correa
NG10–May 4, 2003 letter from Carol Ann Robbins, Ph.D. to Dr. Tarason
NG11–June 3, 2003 letter from Carol Ann Robbins, Ph.D. to Ms. Gaines
NG12–December 3, 2004 memorandum of Sylvia I. Correa
NG13–December 16, 2004 letter from Diana M. Savit to Charles Williams, Woodrow Wilson Senior
     High School
NG14–December 27, 2004 consent for evaluation
NG15–December 27, 2004 receipt for procedural manual
NG16–January 3, 2005 private-religious school student referral for special education services
NG17–January 3, 2005 multidisciplinary team student evaluation plan
NG18–January 28, 2005 comprehensive psychoeducational evaluation
NG19–February 27, 2005 Conners' Parent Rating Scale–Revised (L)
NG20–May 3, 2005 multidisciplinary team meeting notice
NG21–May 11, 2005 clinical psychological consultation
NG22–May 16, 2005 multidisciplinary team eligibility meeting notes
NG23–April 25, 2005 letter from Diana M. Savit to Gloria Everett, including April 12, 2005
     summary of medications prescribed (Larry B. Silver, M.D.) and April 18, 2005 letter from
     Lawrence A. Brain, M.D., FAACAP, FAPA
NG24–May 24, 2005 letter from Diana M. Savit to Gloria T. Everett, LICSW
NG25–June 1, 2005 letter from Gloria T. Everett, LICSW re: N████ G████
NG26–August 27, 2003 admissions letter, Saint James School
NG27–Academic reports, Saint James school

Lenore D. Verra, Esq.
September 6, 2005
Page 3

NG28–Fall 2004 Buxton School reports
NG29–Winter 2005 Buxton School reports
NG30–April 18, 2005 classroom observation report
NG31–Spring 2005 Buxton School reports
NG32–September 6, 2005 psychological report by Carol Ann Robbins, Ph.D.
NG33–Biographical information and professional experience, Carol Ann Robbins, Ph.D.
NG34–The Keys to Navigating High School and College Successfully for AD/HD Students, by
      Carol Ann Robins, Ph.D.

     Copies of the exhibits are enclosed. N███ and her parents reserve the right to rely upon any
documents offered by DCPS.

                  Very truly yours,

                  Diana M. Savit

Enclosures
cc:   Student Hearing Office
       Manuel Gomez & Sylvia Correa

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### Confidential

**FREDERICK E. WOODS,** Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| N████ G██████ | ) | |
| **Date of Birth:** ██████787 | ) | |
| Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| vs. | ) | **Hearing Request: June 30, 2005** |
| | ) | **Cont. Hearing Date: Sept. 14, 2005** |
| The District of Columbia Public Schools, ) | | Held at:  825 North Capitol Street, N.E. |
| Home School: W. Wilson Sr. High School) | | Eighth Floor |
| Attending: Buxton School, MA | ) | Washington, D.C. 20002 |
| | ) | |
| Respondent. | ) | |
| | ) | |

| | |
|---|---|
| **Parent:** | **Sylvia Correa, Mother** |
| | **Manuel Gomez, Father** |
| | **2819 Kanawha Street, N.W.** |
| | **Washington, D.C. 20015** |
| **Counsel for the Parent/Student:** | **Diana M. Savit, Esq.** |
| | **Law Office of** |
| | **Savit & Szymkowicz, LLP** |
| | **7315 Wisconsin Ave., Suite 601** |
| | **Bethesda, MD 20814** |
| **District of Columbia Public Schools:** | **Lenore D. Verra, Esq.** |
| | **Attorney Advisor** |
| | **Office of the General Counsel, DCPS** |
| | **825 North Capitol Street, N.E., 9th Floor** |
| | **Washington, D.C. 20002** |

19                                          1

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 108-446, the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:    Admitted, without objection, a disclosure letter filed 09/06/05 that lists five witnesses and attached thirty-four exhibits sequentially labeled NG-01 through NG-34. Three witnesses were present but not called to testify: Sylvia Correa, mother; Manuel Gomez, father; and Carol A. Robbins, Ph.D., psychologist. No witnesses were called to testify because the hearing request was dismissed with leave to amend it.

Respondents:    Admitted, without objection, a disclosure letter filed 08/25/05 that lists three witnesses and attached one exhibit labeled DCPS-01. No witnesses were present or called to testify because the parents' hearing request was dismissed with leave to amend it.

## IV.    STATEMENT OF THE CASE

N⬤⬤ G⬤⬤ (N.G.) born ⬤⬤/87, age 18-years 2-months, is a regular education student parentally placed at Buxton School in Williamstown, Massachusetts. (R. at HO-01.)

Parents' counsel Diana M. Savit alleged in the parents' 06/30/05 Due Process Hearing Request that DCPS violated the IDEA and denied N.G. a Free Appropriate Public Education (FAPE) by finding her ineligible for special education services on 05/16/05; and overlooking clear signs of N.G.'s disability in violation of the IDEA child find provisions in school years 2002-03 and 2003-04. (R. at HO-01; NG-22.)

The DCPS Student Hearing Office continued the Due Process Hearing, until 1:00 p.m., Wednesday, September 14, 2005 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

Attorney Advisor Lenore D. Verra appeared in-person for DCPS. Attorney Diana M. Savit appeared in-person for N.G. who was not present; and her parents who were present. No testimony was taken. Here is why.

After a lengthy discussion about the nature of the problem and proposed solution the hearing officer determined, based on DCPS' motion, that the claims raised in the parents' 06/30/05 Due Process Hearing Request, as DCPS requested relief, must be dismissed, without prejudice, for failure to include—"A description of the nature of the problem … including facts relating to the problem" as required by the IDEA at 34 C.F.R. § 300.507 (c) (2) (iv). Albeit the hearing request challenged DCPS' 05/16/05 determination that N.G. was ineligible for special education service, it did not state the facts relating to the problem sufficient for DCPS to defend. (R. at HO-01.)

So in consideration of the record evidence, the hearing officer granted DCPS' Motion to Dismiss the Hearing Request but with leave to amend it. A continuance is granted the parents to allow them to amend N.G.'s hearing request consistent with the record evidence and to ensure that each party can properly prepare their case and disclosures before the next hearing.

The case, therefore, is continued until a date and time either mutually agreed to by the parties or to a date and time selected by the hearing officer convenient to all based on the parties' proposed dates of availability to include these possible dates:

> Monday, October 17, 2005 9:00 a.m. – 5:00 p.m.
> Monday, October 24, 2005 9:00 a.m. – 5:00 p.m.
> Friday, November 4, 2005 9:00 a.m. – 5:00 p.m.
> Monday, November 7, 2005 9:00 a.m. – 5:00 p.m.

So over DCPS' objection to granting the parents' leave to amend their hearing request, and without finding that N.G. was denied a Free Appropriate Public Education (FAPE), the hearing officer finds both good cause exists and it is in N.G.'s best interest to continue this case and issues this:

## ORDER

1. N.G.'s 06/30/05 Due Process Hearing Request is dismissed, without prejudice and with leave to amend it.

2. This case is continued until a date and time either mutually agreed to by the parties or to a date selected by the hearing officer based on the parties' separately proposed dates for a full-day hearing to include as possible dates:

> Monday, October 17, 2005, 9:00 a.m. – 5:00 p.m.
> Monday, October 24, 2005, 9:00 a.m. – 5:00 p.m.
> Friday, November 4, 2005, 9:00 a.m. – 5:00 p.m.
> Monday, November 7, 2005, 9:00 a.m. – 5:00 p.m.

21                                    3



3. The 45-day time limit, from filing the Due Process Hearing Request to its disposition—receipt of the final Hearing Officer's Decision (HOD), pursuant 34 C.F.R. § 300.511(a)(1), is waived and the time for disposition is extended, in accord with this Order, to accommodate the parents' filing an Amended Hearing Request and the continuance.

4. There is no finding that N.G. was denied a FAPE.

5. N.G. and her parents' 06/30/05 Due Process Hearing Request is dismissed with leave to amend it; and the hearing officer made no additional findings.

**This is a FINAL ADMINISTRATIVE DECISION. An Appeal may be made to a court of competent jurisdiction within ninety (90) days of the issue date of this decision.**

_____
**Frederick E. Woods**
**Hearing Officer**

**9/15/05**
**Date**

Issued: _____
**Student Hearing Office, DCPS**

4

# District of Columbia Public Schools

### State Enforcement & Investigation Division

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| N█████ G█████ | ) |
| Petitioner, | ) |
| vs. | ) |
| | ) |
| The District of Columbia Public Schools, | ) |
| Woodrow Wilson Senior High School | ) |
| Respondent. | ) |

**IMPARTIAL
DUE PROCESS HEARING**

---

The Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C.
§§ 1400 et seq.

**Case Information:**   Hearing Request Date: June 30, 2005
**Continued Hearing Date: September 14, 2005**
Held at:  825 North Capitol Street, N.E.
Eighth Floor
Washington, D.C. 20002
SETS Case Number: _____
Student's Birth Date: █████, 1987
Attending School: Woodrow Wilson Senior High School
Managing School: Buxton School, MA

## <u>CERTIFICATION OF RECORD</u>

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do

hereby certify that the attached Record of Proceedings and Index of Exhibits itemizes

the entire record in the above captioned matter as of this date, consisting of all letters,

pleadings, orders, exhibits, depositions, and tapes.

I further certify that the materials placed in the SHO file for this student are

either the original or true copy of the original documents submitted in this matter.

Executed this ⟨15 th⟩ day of ⟨September⟩, 2005.

⟨Paul E. Woods⟩
Due Process Hearing Officer

23                                                        5



Re: MATTER OF
N██████ G██████ v. DCPS, WOODROW WILSON SENIOR HIGH
SCHOOL

# RECORD OF PROCEEDINGS

## DATE:                   DESCRIPTION:

06/30/05          **Due Process Hearing Request Filed by Parent**

07/29/05          **Notice of Due Process Hearing Date Sent to Parties**

09/14/05          **The Continued Due Process Hearing Convened; Audio
                  Tapped in HR—3, Start Time 1:25 p.m. until End Time
                  4:00 p.m.; and the Parents' Hearing Request was
                  Dismissed, without prejudice with leave to amend.**

09/15/05          **Hearing Officer's Decision Filed with the SHO**

09/16/05          **Hearing Officer's Decision Issued by the SHO**


_____        9/15/05
**Frederick E. Woods**                   _____
**Due Process Hearing Officer**              **Date**


24                        6

# ATTENDANCE SHEET

*Start 1:25*
*HQ 3.  End 4:08 pm*

| STUDENT'S NAME: | N̶̶̶̶̶̶̶̶G̶ | ̶̶̶̶̶̶̶̶187 |
|---|---|---|
| HEARING DATE: | Wed. 9/14/05 | 1:00 P.M. |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Diana Savit | Student | Attorney |
| Sylvia Correa | student | mother |
| Manuel Gomez | student | father |
| Carol Robbins | student | psychologist |
| | 11-28-05 | Rm 8115 |
| Diana Savit | Student | attorney |
| Manuel Gomez | Student | Father |
| Sylvia Correa | Student | Mother |
| Loretta Garcia | Student | counsel/attorney |
| Mr Denny representative | on 11-28-05 - appeared -mutalie agreed to new date what was set for 12-7-05 | Parents on on date. |
| | Oly 11-28-05 | |

Fred E Woods
25 Impartial Hearing Officer    9-14-05

_____    11-28-05

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

October 9, 2005

**BY FAX**
Ms. Sharon Newsome
District of Columbia Public Schools
State Enforcement & Investigation Division
825 North Capitol Street, N.E.
8th Floor
Washington, D.C. 20002

    *Re:* N██████ G█████ *v. District of Columbia Public Schools*

Dear Ms. Newsome:

On September 16, 2005, hearing officer Frederick E. Woods issued a determination in which he dismissed N█████ G█████ due process hearing request without prejudice and with leave to amend, and continued the hearing (begun on September 14, 2005) to a date and time either mutually agreed by the parties or selected by the hearing officer. Mr. Woods further indicated that October 17, 2005, October 24, 2005, November 4, 2005 and November 7, 2005 were all to be considered as possible dates for the continuance.

Ms. G█████ amended request was submitted to your office on September 20, 2005. A copy was sent the same day to the Office of the General Counsel of the District of Columbia Public Schools. In the amended request, we indicated that we were available on three of the four dates recommended by Mr. Woods (October 17th, October 24th and November 4th). Since then we have heard nothing from your office, and to the best of our knowledge no new date has been selected.

It is possible that you are waiting for the parties to complete the resolution process required by the 2004 revisions to the Individuals with Disabilities Education Act ("IDEA"). If that is the case, please be advised that (as reflected in the September 16th determination, and as elaborated upon at greater length at the September 14th hearing itself) Mr. Woods has ruled that this case will proceed under the 1997 version of IDEA; accordingly, no resolution session will be held.

It is now too late to hold the hearing on October 17th, because of inability to comply with the five-day disclosure rule, and soon October 24th will become unavailable for the same reason. I would appreciate your immediate attention to this matter.

In addition, please note that on September 15, 2005 I requested a transcript and a disk of the September 14th hearing. Please advise regarding the status of their preparation.

Ms. Sharon Newsome
October 9, 2005
Page 2

Very truly yours,

Diana M. Savit

cc:    Office of the General Counsel, DCPS
       Manuel Gomez & Sylvia Correa

27

# FAX FROM

Law Offices
## Savit & Szymkowicz, LLP
Air Rights Center - Suite 601 North
7315 Wisconsin Avenue
Bethesda, MD  20814
Phone: (301) 951-9191

| To: Sharon Newsome | Fax Number: 2024425556 |
|---|---|
| Company : DCPS | Date : 10/9/2005          Time : 5:46:22 PM |

| From : Diana Savit | Fax Number : 301-718-7788 |
|---|---|
| Sender's Direct Dial: 301-951-9191 | Pages including cover page: 3 |

| Subject : N████ G████ v. DCPS |
|---|

Comments:

Please see attached.

## CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the named recipient and may be privileged and/or confidential.  If you receive this transmission in error, please notify the sender immediately and mail the original transmission pages back to the sender.

28

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

October 27, 2005

**BY FAX**
Ms. Sharon Newsome
District of Columbia Public Schools
State Enforcement & Investigation Division
825 North Capitol Street, N.E.
8th Floor
Washington, D.C. 20002

Re:    N███ G███ v. District of Columbia Public Schools

Dear Ms. Newsome:

On behalf of N███ G███ and her parents, we request a continuance of the due process hearing in this case, currently scheduled for November 7, 2005 at 9 a.m. (and continuing through the 11 a.m., 1 p.m. and 3 p.m. blocks). The reason for the request is the unavailability of N███'s father, Manuel Gomez; at least one witness; and undersigned counsel. The attorney representing the D.C. Public Schools in this matter, Quinne Harris-Lindsay, consents to our request. We propose either November 28, 2005 or December 2, 2005 as the new hearing dates.

As background to demonstrate the need for the continuance, please note that the hearing in this matter originally commenced September 14, 2005. At that time, Hearing Officer Frederick Woods dismissed the student's complaint with leave to amend. In his order, he instructed the Student Hearing Officer to continue the hearing to a date and time **mutually agreed to by the parties** or to a date selected by the hearing officer based on the parties' separately proposed dates, including as possible dates October 17th, October 24th, November 4th and November 7th.

The amended due process hearing request was submitted on September 20, 2005. By that time, I had learned that one of our witnesses could not participate on November 7th and therefore proposed only October 17th, October 24th, and November 4th for the hearing. Since then, I have learned that I must travel out of town the weekend preceding November 7th and will not return on time for a hearing on that day. On October 11, 2005, I wrote to ask you to schedule a hearing forthwith, reiterating our available dates.

On October 14th, the Student Hearing Office set the matter for a hearing on November 7th. By then, Mr. Gomez had learned that he, too, could not appear that day. We therefore request a continuance to either November 28th or December 2nd. I have confirmed with Ms. Harris-Lindsay that she is available then, as are N███'s parents and all likely witnesses. Please note that because several of our witnesses

29


Ms. Sharon Newsome
October 27, 2005
Page 2

are school employees, they will not be available during the December winter break and therefore it would be difficult to find alternatives to the dates we have proposed.

Both sides agree to waive the requirement that the new date must be no more than 20 days later than the prior one.

Please submit this as soon as possible to the appropriate hearing officer for decision.

Very truly yours,

Diana M. Savit

cc:    Quinne Harris-Lindsay, Esq.
       Manuel Gomez & Sylvia Correa



# FAX FROM

### Law Offices
# Savit & Szymkowicz, LLP
### Air Rights Center - Suite 601 North
### 7315 Wisconsin Avenue
### Bethesda, MD  20814
### Phone: (301) 951-9191

| To: Sharon Newsome | Fax Number: 2024425556 |
|---|---|
| Company : DCPS | Date : 10/27/2005          Time : 12:26:12 PM |

| From : Diana Savit | Fax Number : 301-718-7788 |
|---|---|
| Sender's Direct Dial: 301-951-9191 | Pages including cover page: 3 |

| Subject : N████ G████ v. DCPS |
|---|

**Comments:**

| Please see attached request for continuance of hearing scheduled for November 7, 2005. |
|---|

## CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the named recipient and may be privileged and/or confidential.  If you receive this transmission in error, please notify the sender immediately and mail the original transmission pages back to the sender.

31



LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

October 31, 2005

**BY FAX**

Quinne Harris-Lindsay, Esq.
Attorney Advisor
District of Columbia Public Schools
Office of the Superintendent
Office of General Counsel
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Re:     N██████ G██████, DOB ███/87

Dear Ms. Harris-Lindsay:

As there has not yet been a ruling on my clients' unopposed motion to continue the due process hearing currently scheduled for November 7, 2005, I am forwarding these disclosures out of caution.

At the due process hearing scheduled for November 7, 2005, N█████ G██████ and her parents may call the following witnesses:

Manuel Gomez
Sylvia Correa
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Carol Ann Robbins, Ph.D.
Cheseapeake Center for Attention and Learning
8607 Cedar Lane
Silver Spring, Maryland 20910

Sandra Pollock
Assistant Head
Saint James School
17641 College Road
Saint James, Maryland 21781-9999
(By telephone/(301) 733-9330)
Edward & Pilar Gale
Buxton School
291 South Street

Quinne Harris-Lindsay, Esq.
October 31, 2005
Page 2

Williamstown, Massachusetts 01267
(By telephone/413-458-3205)

N████ and her parents reserve the right to call or rely upon the testimony of any witness named by the District of Columbia Public Schools.

The following exhibits may be offered:

NG1–District of Columbia Public Schools (DCPS) cumulative file for N███ G███
NG2–January 8, 2003 letter from Jeffrey A. Schultz, Director WISP, to Parent of N███ G███
NG3–January 17, 2003 from Manuel Gomez to Monique Morton
NG4–January 17-30, 2003 psychological and educational evaluation by Alexandra P. Cargo, Ph.D.
NG5–Undated letter from teacher re: N███
NG6–April 23, 2003 letter from Manuel R. Gomez and Sylvia I. Correa to Ms. Moten
NG7–April 26, 2003 letter from Manuel R. Gomez to Dr. Stephen P. Tarason, Principal
NG8–Children's National Medical Center records from April 2003 hospitalization
NG9–Collective emails spanning time period from April 25, 2003 through June 24, 2003 between
      Manuel R. Gomez and Sylvia I. Correa
NG10–May 4, 2003 letter from Carol Ann Robbins, Ph.D. to Dr. Tarason
NG11–June 3, 2003 letter from Carol Ann Robbins, Ph.D. to Ms. Gaines
NG12–December 3, 2004 memorandum of Sylvia I. Correa
NG13–December 16, 2004 letter from Diana M. Savit to Charles Williams, Woodrow Wilson Senior
      High School
NG14–December 27, 2004 consent for evaluation
NG15–December 27, 2004 receipt for procedural manual
NG16–January 3, 2005 private-religious school student referral for special education services
NG17–January 3, 2005 multidisciplinary team student evaluation plan
NG18–January 28, 2005 comprehensive psychoeducational evaluation
NG19–February 27, 2005 Conners' Parent Rating Scale–Revised (L)
NG20–May 3, 2005 multidisciplinary team meeting notice
NG21–May 11, 2005 clinical psychological consultation
NG22–May 16, 2005 multidisciplinary team eligibility meeting notes
NG23–April 25, 2005 letter from Diana M. Savit to Gloria Everett, including April 12, 2005 summary
      of medications prescribed (Larry B. Silver, M.D.) and April 18, 2005 letter from Lawrence A.
      Brain, M.D., FAACAP, FAPA
NG24–May 24, 2005 letter from Diana M. Savit to Gloria T. Everett, LICSW
NG25–June 1, 2005 letter from Gloria T. Everett, LICSW re: N███ G███
NG26–August 27, 2003 admissions letter, Saint James School
NG27–Academic reports, Saint James school
NG28–Fall 2004 Buxton School reports
NG29–Winter 2005 Buxton School reports
NG30–April 18, 2005 classroom observation report
NG31–Spring 2005 Buxton School reports
NG32–September 6, 2005 psychological report by Carol Ann Robbins, Ph.D.
NG33–Biographical information and professional experience, Carol Ann Robbins, Ph.D.

Quinne Harris-Lindsay, Esq.
October 31, 2005
Page 3

NG34–The Keys to Navigating High School and College Successfully for AD/HD Students, by Carol Ann Robins, Ph.D.

Copies of the exhibits were previously provided to your predecessor, Lenore Verra, and to the Student Hearing Office. N███ and her parents reserve the right to rely upon any documents offered by DCPS.

Very truly yours,

*Diana M. Savit*

Diana M. Savit

cc:    Student Hearing Office
       Sylvia Correa & Manuel Gomez

34

# FAX FROM

## Law Offices
# Savit & Szymkowicz, LLP
### Air Rights Center - Suite 601 North
### 7315 Wisconsin Avenue
### Bethesda, MD 20814
### Phone: (301) 951-9191

| To: Sharon Newsome | Fax Number: 2024425556 |
|---|---|
| Company : DCPS | Date : 10/31/2005       Time : 5:17:28 PM |

| From : Diana Savit | Fax Number : 301-718-7788 |
|---|---|
| Sender's Direct Dial: 301-951-9191 | Pages including cover page: 4 |

| Subject : G█████ v. DCPS |
|---|

Comments**:**

Please see attached.

## CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the named recipient and may be privileged and/or confidential. If you receive this transmission in error, please notify the sender immediately and mail the original transmission pages back to the sender.

35

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                    )        BEFORE A SPECIAL EDUCATION

_____                )
                                     )
_____ Petitioner           )        INDEPENDENT HEARING OFFICER
                                     )
            Vs.                      )
DCPS                                 )        STATE EDUCATION AGENCY
_____ Respondent           )

## INTERIM ORDER

ON THIS DAY came on to be heard _Petitioner_'s Motion For Continuance in the above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____ DENIED.

___✓___ GRANTED. The hearing is reset for __11__ (A.M)/P.M. on _11-28-05_,

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts **have / have not** been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS **has / has not** made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable. The party **has / has not** made diligent efforts to secure the witness;

___✓___ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office **has / has not** made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is **less than / equal to ( or more than)** the time requested by the parent;

_____ No hearing room available. The Student Hearing Office **has / has not** made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

_____ Other:_____

_____

_____

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____,

SIGNED this date _11-15-05_ _____

_11-15-05_                          _____
Issue Date                          Independent Special Education Hearing Officer

Original to SHO – Student's File
Copy To:     Parent - C/O: _Diana M. Savit, Esq_
             DCPS - C/O : _Quinne Harris-Lindsey, Esq_
             Charter School - C/O: _____

36

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

November 18, 2005

**BY FAX**

Quinne Harris-Lindsay, Esq.
Attorney Advisor
District of Columbia Public Schools
Office of the Superintendent
Office of General Counsel
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

> Re:   N█████ G██████, DOB ████87
> *Due process hearing scheduled 11/28/05*
> *Five-day disclosures*

Dear Ms. Harris-Lindsay:

This matter was originally scheduled for a due process hearing on September 14, 2005. On behalf of my clients, I served five-day disclosures, including a complete set of exhibits, before that hearing. At the hearing, the presiding hearing officer dismissed the complaint with leave to amend it and continued the hearing, which has now been rescheduled for November 28, 2005. The attorney-advisor handling the matter at that time, Lenore Verra, kept your office's copy of the exhibits. We have no new exhibits to disclose. If you have not already done so, please retrieve the exhibits from Ms. Verra for use at the hearing.

To ensure complete compliance with applicable laws, however, I am at this time formally re-disclosing the witnesses and re-identifying the exhibits on which we may rely. N████ G██████ and her parents may call the following witnesses:

Manuel Gomez
Sylvia Correa
████ █████████ █████, N.W.
Washington, D.C. 20015

Carol Ann Robbins, Ph.D.
Cheseapeake Center for Attention and Learning
8607 Cedar Lane
Silver Spring, Maryland 20910
Sandra Pollock
Assistant Head

Quinne Harris-Lindsay, Esq.
November 18, 2005
Page 2

Saint James School
17641 College Road
Saint James, Maryland 21781-9999
(By telephone/(301) 733-9330)

Edward & Pilar Gayle or other representative of The Buxton School
Buxton School
291 South Street
Williamstown, Massachusetts 01267
(By telephone/413-458-3205)

N█████ and her parents reserve the right to call or rely upon the testimony of any witness named by the District of Columbia Public Schools.

The following exhibits, all of which are contained within the exhibit binder in your office, may be offered:

NG1–District of Columbia Public Schools (DCPS) cumulative file for N█████, G█████
NG2–January 8, 2003 letter from Jeffrey A. Schultz, Director WISP, to Parent of N█████ G█████
NG3–January 17, 2003 from Manuel Gomez to Monique Morton
NG4–January 17-30, 2003 psychological and educational evaluation by Alexandra P. Cargo, Ph.D.
NG5–Undated letter from teacher re: N█████
NG6–April 23, 2003 letter from Manuel R. Gomez and Sylvia I. Correa to Ms. Moten
NG7–April 26, 2003 letter from Manuel R. Gomez to Dr. Stephen P. Tarason, Principal
NG8–Children's National Medical Center records from April 2003 hospitalization
NG9–Collective emails spanning time period from April 25, 2003 through June 24, 2003 between Manuel R. Gomez and Sylvia I. Correa
NG10–May 4, 2003 letter from Carol Ann Robbins, Ph.D. to Dr. Tarason
NG11–June 3, 2003 letter from Carol Ann Robbins, Ph.D. to Ms. Gaines
NG12–December 3, 2004 memorandum of Sylvia I. Correa
NG13–December 16, 2004 letter from Diana M. Savit to Charles Williams, Woodrow Wilson Senior High School
NG14–December 27, 2004 consent for evaluation
NG15–December 27, 2004 receipt for procedural manual
NG16–January 3, 2005 private-religious school student referral for special education services
NG17–January 3, 2005 multidisciplinary team student evaluation plan
NG18–January 28, 2005 comprehensive psychoeducational evaluation
NG19–February 27, 2005 Conners' Parent Rating Scale–Revised (L)
NG20–May 3, 2005 multidisciplinary team meeting notice
NG21–May 11, 2005 clinical psychological consultation
NG22–May 16, 2005 multidisciplinary team eligibility meeting notes
NG23–April 25, 2005 letter from Diana M. Savit to Gloria Everett, including April 12, 2005 summary of medications prescribed (Larry B. Silver, M.D.) and April 18, 2005 letter from Lawrence A. Brain, M.D., FAACAP, FAPA
NG24–May 24, 2005 letter from Diana M. Savit to Gloria T. Everett, LICSW

Quinne Harris-Lindsay, Esq.
November 18, 2005
Page 3

NG25–June 1, 2005 letter from Gloria T. Everett, LICSW re: N████ G██████

NG26–August 27, 2003 admissions letter, Saint James School

NG27–Academic reports, Saint James school

NG28–Fall 2004 Buxton School reports

NG29–Winter 2005 Buxton School reports

NG30–April 18, 2005 classroom observation report

NG31–Spring 2005 Buxton School reports

NG32–September 6, 2005 psychological report by Carol Ann Robbins, Ph.D.

NG33–Biographical information and professional experience, Carol Ann Robbins, Ph.D.

NG34–The Keys to Navigating High School and College Successfully for AD/HD Students, by Carol Ann Robins, Ph.D.

N█████ and her parents reserve the right to rely upon any documents offered by DCPS.

Very truly yours,

Diana M. Savit

cc:    Student Hearing Office
       Sylvia Correa & Manuel Gomez

39



# FAX FROM

### Law Offices
## Savit & Szymkowicz, LLP
### Air Rights Center - Suite 601 North
### 7315 Wisconsin Avenue
### Bethesda, MD  20814
### Phone: (301) 951-9191

| To: Student Hearing Office | Fax Number: 2024425556 |
|---|---|
| Company : DCPS | Date : 11/18/2005          Time : 5:04:00 PM |

| From : Diana Savit | Fax Number : 301-718-7788 |
|---|---|
| Sender's Direct Dial: 301-951-9191 | Pages including cover page: 4 |

| Subject : N█████ G██████ |
|---|

### Comments:

| Five-day disclosures accompany this fax (due process hearing scheduled for 11/28/05). |
|---|

## CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the named recipient and may be
privileged and/or confidential.  If you receive this transmission in error, please notify the sender
immediately and mail the original transmission pages back to the sender.

40

| TRANSMISSION VERIFICATION REPORT | |
|---|---|

```
TIME  : 12/13/2005 15:24
NAME  : STUDENT HEARINGS OFF
FAX   : 2024425556
TEL   : 2024425432
SER.# : BROH3J608601
```

| | |
|---|---|
| DATE,TIME | 12/13  15:23 |
| FAX NO./NAME | 93017187788 |
| DURATION | 00:00:30 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

X REVISED COPY



HEARING NOTICE

| MEMORANDUM VIA: [✓] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:   Parent (or Representative): _D. SAVIT_    Fax No.: _(301) 718-7788_

LEA Legal Counsel: _Q. HARRIS — LINDSEY_

RE:   G____, N____ and (LEA) DOB: ____
      Student's Name

FROM:   **SHARON NEWSOME**
        Special Education Student Hearing Office Coordinator

DATE SENT:   _12/13/05_

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

*Con't f*
*12/9/05*

DATE: _1/13/06_

41    TIME: _11:00 , 1:00 & 3:00_

AT:   825 North Capitol Street, NE, Washington, DC

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                            )       BEFORE A SPECIAL EDUCATION
                                             )
N_____ G_____                  )       INDEPENDENT HEARING OFFICER
           *Petitioner*                )
      Vs.                              )
DCPS                                         )       STATE EDUCATION AGENCY
           *Respondent*              )

## **INTERIM ORDER**

    ON THIS DAY came on to be heard ___JOINT___ 's Motion For Continuance in the above

styled cause.  After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____ DENIED.  N/A

_____ GRANTED. The hearing is reset for  11  (A.M.) P.M. on  1-13-06  .

**(PLEASE CONFIRM NEW DATE & TIME WITH HEARING COORDINATOR)**

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable.

_____ Assigned DCPS attorney-advisor unavailable.  DCPS **has / has not** made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable.  The party **has / has not** made diligent efforts to secure the witness:

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer.  The Student Hearing Office **has / has not** made diligent efforts to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing.  The time that was allotted is **less than / equal to / more than** the time requested by the parent;

_____ No hearing room available.  The Student Hearing Office **has / has not** made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

_____ Other:_____

_____

The hearing request was filed on _____.  The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance.  The new deadline for issuance of the final decision is

2005 DEC 12 PM 2:08
DC PUBLIC
SCHOOLS SHEM

SIGNED this date  12-14-05

_____          _____
Issue Date                       Independent Special Education Hearing Officer

Original to SHO – Hearing File
Copy To:   Parent - C/O:
          DCPS - C/O :
          Charter School - C/O:_____

42

Rev'd. Dec. 2005

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

WWW.BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LORETTA J. GARCIA
LJG@BOWSSLAW.COM
(ALSO ADMITTED IN PA
INACTIVE STATUS)

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

December 1, 2005

**HAND DELIVERED**
Quinne Harris-Lindsay, Esq.
Attorney Advisor
District of Columbia Public Schools
Office of the Superintendent
Office of General Counsel
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232



Re:    N██████ G██████, DOB ███/87
        *Due process hearing scheduled 12/9/05*
        *Five-day disclosures*

Dear Ms. Harris-Lindsay:

   This matter was originally scheduled for a due process hearing on September 14, 2005. On behalf of my clients, I served five-day disclosures, including a complete set of the exhibits on which we intended to rely at the time, before that hearing. At the hearing, the presiding hearing officer dismissed the complaint with leave to amend it and continued the hearing, which was rescheduled for November 28, 2005 and then again for ~~December 9, 2005~~. The attorney-advisor handling the matter at that time, Lenore Verra, kept your office's copy of the exhibits served on September 7, 2005. If you have not already done so, please retrieve those exhibits from Ms. Verra for use at the hearing. Only exhibits not previously disclosed accompany this letter.

   To ensure complete compliance with applicable laws, I am at this time formally re-disclosing the witnesses and re-identifying the exhibits on which we may rely. N██████ G██████ and her parents may call the following witnesses:

   Manuel Gomez
   Sylvia Correa
   █████████████████, N.W.
   Washington, D.C. 20015

43

Quinne Harris-Lindsay, Esq.
December 1, 2005
Page 2

Carol Ann Robbins, Ph.D.
Cheseapeake Center for Attention and Learning
8607 Cedar Lane
Silver Spring, Maryland 20910

Sandra Pollock (by affidavit with permission of the chief hearing officer)
Assistant Head
Saint James School
17641 College Road
Saint James, Maryland 21781-9999

Edward & Pilar Gale (by affidavit with permission of the chief hearing officer)
Buxton School
291 South Street
Williamstown, Massachusetts 01267

N████ and her parents reserve the right to call or rely upon the testimony of any witness named by the District of Columbia Public Schools.

The following exhibits, all of which are contained within the exhibit binder in your office, may be offered:

NG1–District of Columbia Public Schools (DCPS) cumulative file for N████ G████
NG2–January 8, 2003 letter from Jeffrey A. Schultz, Director WISP, to Parent of N████ G████
NG3–January 17, 2003 from Manuel Gomez to Monique Morton
NG4–January 17-30, 2003 psychological and educational evaluation by Alexandra P. Cargo, Ph.D.
NG5–Undated letter from teacher re: N████
NG6–April 23, 2003 letter from Manuel R. Gomez and Sylvia I. Correa to Ms. Moten
NG7–April 26, 2003 letter from Manuel R. Gomez to Dr. Stephen P. Tarason, Principal
NG8–Children's National Medical Center records from April 2003 hospitalization
NG9–Collective emails spanning time period from April 25, 2003 through June 24, 2003 between
        Manuel R. Gomez and Sylvia I. Correa
NG10–May 4, 2003 letter from Carol Ann Robbins, Ph.D. to Dr. Tarason
NG11–June 3, 2003 letter from Carol Ann Robbins, Ph.D. to Ms. Gaines
NG12–December 3, 2004 memorandum of Sylvia I. Correa
NG13–December 16, 2004 letter from Diana M. Savit to Charles Williams, Woodrow Wilson Senior
        High School
NG14–December 27, 2004 consent for evaluation
NG15–December 27, 2004 receipt for procedural manual
NG16–January 3, 2005 private-religious school student referral for special education services
NG17–January 3, 2005 multidisciplinary team student evaluation plan
NG18–January 28, 2005 comprehensive psychoeducational evaluation

Quinne Harris-Lindsay, Esq.
December 1, 2005
Page 3

NG19–February 27, 2005 Conners' Parent Rating Scale–Revised (L)
NG20–May 3, 2005 multidisciplinary team meeting notice
NG21–May 11, 2005 clinical psychological consultation
NG22–May 16, 2005 multidisciplinary team eligibility meeting notes
NG23–April 25, 2005 letter from Diana M. Savit to Gloria Everett, including April 12, 2005
        summary of medications prescribed (Larry B. Silver, M.D.) and April 18, 2005 letter from
        Lawrence A. Brain, M.D., FAACAP, FAPA
NG24–May 24, 2005 letter from Diana M. Savit to Gloria T. Everett, LICSW
NG25–June 1, 2005 letter from Gloria T. Everett, LICSW re: N███ G█████
NG26–August 27, 2003 admissions letter, Saint James School
NG27–Academic reports, Saint James school
NG28–Fall 2004 Buxton School reports
NG29–Winter 2005 Buxton School reports
NG30–April 18, 2005 classroom observation report
NG31–Spring 2005 Buxton School reports
NG32–September 6, 2005 psychological report by Carol Ann Robbins, Ph.D.
NG33–Biographical information and professional experience, Carol Ann Robbins, Ph.D.
NG34–The Keys to Navigating High School and College Successfully for AD/HD Students, by
        Carol Ann Robins, Ph.D.

        The following additional exhibits accompany this letter:

NG35–November 30, 2005 affidavit of Sandra Pollock (with attached materials regarding Saint
James School)
NG36–November 30, 2005 affidavit of Pilar Ciriza El Cid Gale (with attached materials regarding
Buxton School)
NG37–November 30, 2005 affidavit of Edward Gale
NG38–2003/04 enrollment contract, Saint James School
NG39–Student contract information for N███ P. G████/2003-04/Saint James School
NG40–Student contract information for N███ P. G████/2004-05/Buxton School
NG41–Student contract information for N███ P. G████/2005-06/Buxton School

        N████ and her parents reserve the right to rely upon any documents offered by DCPS.

                        Very truly yours,

                        Diana M. Savit

cc:    Student Hearing Office
       Sylvia Correa & Manuel Gomez

45



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# **FACSIMILE**

**Date:**      12-02-2005

**TO:**   Diana M. Savit, Esquire      **Fax No.:**   301/718-7788

**CO:**   Savit & Szymkowicz, LLP      **Tele. No.:**   301/951-9191

**FROM:**    Quinne Harris-Lindsey, Esq.      **Tele. No.:**   202/442-5169

**No. Pages, Including Cover Sheet:**    *13 pgs*

**COMMENTS:** Re: 5 Day Disclosure for N████ G████, DOB: ████/1987.

## ***CONFIDENTIALITY NOTICE***

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO                1969
CONNECTION TEL                      93017187788
CONNECTION ID
ST. TIME                12/02 19:05
USAGE T                 04'31
PGS. SENT                  14
RESULT                  OK
```



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

**Date:**       12-02-2005

**TO:**  Diana M. Savit, Esquire          **Fax No.:**   301/718-7788

**CO:**   Savit & Szymkowicz, LLP          **Tele. No.:**  301/951-9191

**FROM:**    Quinne Harris-Lindsey, Esq.     **Tele. No.:**  202/442-5169

**No. Pages, Including Cover Sheet:**    13 pps

COMMENTS:  Re:  5 Day Disclosure for N████ G██████, DOB: ████/1987.

*CONFIDENTIALITY NOTICE*



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000        Fax: 202-442-5098
www.k12.dc.us

December 2, 2005

Diana M. Savit, Esquire
Savit & Szymkowicz, LLP
Suite 601 North
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland  20814-3202

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 301-718-7788**

**Subject: Due Process Hearing for N▬▬ G▬▬**
**DOB:     ▬▬1987**

Dear Ms. Savit:

At the upcoming due process hearing in the above-referenced matter, scheduled for Friday, December 9, 2005, at 11:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

MaryLee Phelps, Interim Chief, Special Education Reform, Office of Special Education, and/or designee(s);
Assistant Director, Technical Support, School Support, DCPS, and/or her designee(s);
Natalia Houston, Coordinator, CARE Center/DCPS, and/or designee(s);
Zondra Johnson, ECC Supervisor, CARE Center/DCPS, and/or designee(s);
Linda A. Flynn, School Psychologist, CARE Center/DCPS, and/or designee(s);
Gloria Everett, Social Worker, CARE Center/DCPS, and/or designee(s);
Denise White-Jennings, Ph.D., Clinical Psychologist, DCPS, and/or designee(s);
Sonya Lee, Special Education Coordinator, Wilson SHS, and/or designee(s)

Pursuant to 34 C.F.R. 300.509(a)(2) and 5DCMR 3031.1(b), DCPS hereby compels the attendance of the below named individual as a necessary and material witness(es):

Manuel Gomes, father
Sylvia Correa, mother

---

[1] Witnesses may testify by telephone.

48

DCPS Office of the General Counsel
Page 2 of 2

## Documents

| | | |
|---|---|---|
| DCPS-01 | Student Master Record | Date: 08/16/2005 |
| DCPS-02 | Hearing Officer's Determination | Date: 09/16/2005 |

**        In the interest of conserving resources, DCPS will rely on the documents provided in parent's disclosure.**

DCPS reserves the right to examine any witness called or identified as a potential witness by the representative of N████ G█████ as if such witness was called by DCPS. Also, DCPS reserves the right to rely upon and/or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Lastly, DCPS reserves the right to call rebuttal witnesses in this matter.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5169.

Sincerely,

Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

cc:      Student Hearing Office

49



IS - STUD
DISPLAY]

Woodrow Wilson Senior High School
Student Master Record

Aug 16, 200
12:39 PM

tudent ID:            7813234                    Status:              I
                                                 Grade/School Yr:     11 03/04
ast Name:             G██████                        New:
iven Names:           N█████                     Homeroom:
alled Name:                                        Program:            WISP
.ddress Line 1:       ████████                     Locker/Comb:         0
.ddress Line 2:                                    Previous School:     405   File:
:ity:                 WASHINGTON                   Admission Date:      09/05/02
:tate:                DC                            Admission Code:      A5 Calendr:
.ip Code:             20015                         Withdrawal Date:     10/01/03
'el No/Area/Code:     ████████  (202)              Withdrawal Code:     NS
'arent/Guardian:      MR. & MRS. B. GOMEZ          Transf To School:    WITH  File:
'/G Relationship:     0   PARENT                   Date Transferred:    10/01/03
;ex/Ethnic Code:      F  H  HISPANIC               Graduation Rule:
:irthdate:            ██/87                         Graduation Date:
'erified With:                                      Schedule Changed:    10/01/03
;oc Sec No:           ████████                                          1 2 3 4 5
:ounselor Name:                                    Data Flags:          1   Y F
;cheduling Priority:                               Report Flags:        N N N N N
                                                   Res/Sped/Att:            0

'ress 'RETURN' To Accept This  Student Or 'NEXT' To Go On
lessage:
   1(023,060)

50