...RETAIN COPY 4 FOR YOUR FILES.

**SECTION I** ...RAWAL INFORMATION

101

| | CODE | SCHOOL NAME | REGULAR ED. | CAREER DEV. | SPECIAL ED. | ADULT ED. |
|---|---|---|---|---|---|---|
| A. REPORTING SCHOOL | 405 | Alice Deal Jr. H | ✓ | ☐ | ☐ | ☐ |
| B. STUDENT ALSO ATTENDS: SECOND SCHOOL | | | ☐ | ☐ | ☐ | ☐ |
| C. STUDENT ALSO ATTENDS: THIRD SCHOOL | | | ☐ | ☐ | ☐ | ☐ |

INSTRUCTIONAL PROGRAMS (CHECK ALL THAT APPLY):

1. STUDENT NAME: G[redacted] (LAST) N[redacted] (FIRST) (MI)
2. STUDENT I.D. NO.: 7813234
3. DATE OF BIRTH: [redacted] - 87 (MONTH DAY YEAR)
4. STUDENT'S NEW ADDRESS: (IF ANY) [redacted] (HOUSE NO.) (STREET) (APT.) NW (SECTION) Washington (CITY) DC (STATE) 20015 (ZIP CODE)
5. GRADE PLACEMENT 08
6. INSTRUCTIONAL LEVEL: READING ☐ MATHEMATICS ☐
7. IMMUNIZATION: COMPLETE ☐ INCOMPLETE ☐
8. SPECIAL SERVICES: (CHECK ALL THAT APPLY) CHAPTER I ☐ FREE LUNCH ☐ REDUCED COST LUNCH ☐ VISITING INSTRUCTION ☐ OTHER ☐ ______ SPECIFY
9. REASONS FOR WITHDRAWAL CODES:
   - ☑ W-1 DISCHARGED TO ENROLL IN A D.C. PUBLIC SCHOOL
   - ☐ W-2 DISCHARGED TO ENROLL IN A D.C. NONPUBLIC SCHOOL
   - ☐ W-3 **DISCHARGED TO ENROLL IN A SCHOOL OUTSIDE THE DISTRICT OF COLUMBIA**
   - ☐ W-4 DISCHARGED TO WORK (UNDER 16;EMPLOYER EVIDENCE SUBMITTED)
   - ☐ W-5 DISCHARGED FOR NONPAYMENT OF TUITION
   - ☐ W-6 DISCHARGED BY COURT ORDER FOR ☐ INCARCERATION ☐ OTHER (SPECIFY)
   - ☐ W-7 VOLUNTARY WITHDRAWAL ☐ UNDER 7 YEARS OF AGE ☐ **AGE 16 AND OVER REASONS** ☐ **TO WORK** ☐ **FOR ECONOMIC REASONS** ☐ LACK OF INTEREST ☐ TO MILITARY SERVICE ☐ OTHER ______
   - ☐ W-8 WITHDRAWAL DUE TO SERIOUS ILLNESS OR DISABILITY (APPROVED BY M.D. CERTIFICATE)
   - ☐ W-9 STUDENT DECEASED
   - ☐ W-10 GRADUATION FROM HIGH SCHOOL
10. DATE OF LAST ATTENDANCE: 05-10-01 (MONTH DAY YEAR)
11. EFFECTIVE DATE OF WITHDRAWAL: 05-18-01 (MONTH DAY YEAR)
12. RECEIVING SCHOOL: (IF APPLICABLE) ☐ CODE RECEIVING SCHOOL ADDRESS Hardy MS RECEIVING SCHOOL NAME (IF NOT DCPS) ______ STREET ______ CITY ______ STATE ______ ZIP CODE
13. SIGNATURE OF REPORTING SCHOOL ADMINISTRATOR: B. Wise [signature] DATE: May 18, 01

**SECTION II CONFIRMATION OF ENROLLMENT**

FILL IN THE INFORMATION BELOW AND FORWARD COPY 1 TO THE DIVISION OF STUDENT SERVICES, SCHOOL ATTENDANCE BRANCH, 415 12th STREET, NW, ROOM 913, WASHINGTON, DC 20004 WITHIN ONE SCHOOL DAY OF ENROLLMENT OR WITHIN 15 DAYS FROM DATE OF RECEIPT OF THIS FORM, IF STUDENT HAS NOT ENROLLED.

RECEIVING SCHOOL CODE: ☐ RECEIVING SCHOOL NAME: ______ ADDRESS: (IF NOT DCPS) ______ STREET ______ CITY ______ STATE ______ ZIP CODE

14. ENROLLMENT STATUS: ☐ STUDENT ENROLLED (DATE OF ENTRY) __-__-__ (MONTH DAY YEAR) OR ☐ STUDENT NOT ENROLLED (AS OF THIS DATE) __-__-__ (MONTH DAY YEAR)
15. STUDENT ADDRESS: ______ HOUSE NO. ______ STREET ______ APT. ______ SECTION ______ CITY ______ STATE ______ ZIP CODE
16. STUDENT TELEPHONE NO.: ( ) AREA CODE ______
17. GRADE PLACEMENT: ______
18. HOMEROOM NO.: ______
19. HOMEROOM/CLASSROOM TEACHER NAME: ______ LAST ______ FIRST ______ MI
20. TEACHER SOCIAL SECURITY NO.: ___-__-____
21. SIGNATURE OF RECEIVING SCHOOL ADMINISTRATOR: ______ DATE: ______

Copy 1 - For Transfers: Receiving School Will Use For Confirming Enrollment/For Withdrawals: Reporting School Will File



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

04/11/01
*DEAL JUNIOR HIGH SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7813234 STUDENT NAME: G[redacted], N[redacted]
GRADE: 08 HOMEROOM: 8203 463

| COURSE / TEACHER | SEC | SUBJECT / COMMENTS | GRADES ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| A020F WASHINGTON | 02 | ART 8 | A- | C+ | | | B | | | 4 |
| AA708 WISE | 01 | LUNCH 8 | | | | | | | | 0 |
| E020I MILES | 04 | ENGLISH 8(INT) | B+ | A- | B+ | | | | 3 | 6 |
| H15 SIMPSON | 05 | AM HISTORY EXCELLENT INITIATIVE | A | A | A+ | | | | 4 | 7 |
| L620H [illegible]SQUEZ | 01 | SPAN HUM 8 GOOD PARTICIPATION | B- | B+ | B- | | | | 4 | 13 |
| M2108 SWEENEY | 02 | ALGEBRA I | B | B | B+ | | | | 2 | 6 |
| P120F DENNIS-DALE | 02 | HEALTH & PE GOOD PARTICIPATION EXCELLENT INITIATIVE | A- | C | B+ | | | | 2 | 2 |
| S020I HAMPTON | 01 | PHY SCI(INT) | A- | A | A- | | | | 2 | 6 |
| U120F FOWLIN-PARKER | 02 | MUSIC 8 | | | A- | | | | | 0 |

HOMEROOM ABSENCES: 9.0 EXCUSED: 1.0 UNEXCUSED: 8.0 TARDY: 10

N[redacted] G[redacted]
[redacted]
WASHINGTON, DC 20015

103

FORM NO. 323 (REV 1963)

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

# PUPIL'S PERMANENT RECORD

LAST NAME OF PUPIL | FIRST NAME | MIDDLE NAME | DATE OF ENTRY | FROM

7813234 G[redacted] N[redacted]
[redacted]
WASHINGTON DC 20015

A 07 F 7203 (202) [redacted]
BIRTHDATE: [redacted]87
SOC INS NO: [redacted]
ETHNIC CODE: H HISPANIC

MR. & MRS. B. GOMEZ

RESIDENCE | TEL. | DATE OF WITHDRAWAL | TO

PLACE OF BIRTH: | DATE OF BIRTH: | SEX: M F | DATE OF RE-ENTRY | FROM

NINTH GRADE | YEAR BEG. | SECTION

SUBJECT | GRADE | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT

ENGLISH

PHYSICAL EDUCATION

MILITARY SCIENCE

| | SEM. I | SEM. II |
|---|---|---|
| DEPORTMENT | | |
| DAYS PRESENT | | |
| DAYS ABS. EX. | | |
| DAYS ABS. UNEX. | | |
| TIMES TARDY | | |

```
DEAL JUNIOR HIGH SCHOOL
7813234   G[redacted], N[redacted]            99/00
YOG: 07 GPA: 3.000  PR. CREDS:
A01HOART 7(FEMALES)    HARROD B 0.00
E01I ENGLISH 7(INT)    MCCULL B+0.00
H11  WESTERN HEM GEO   PURCEL C 0.00
L60H SPAN HUMANITIES   VASQUE B 0.00
M07I PRE-ALG 7(INT)    HIGGIN C 0.00
P11FOHEALTH PHYS ED    PAINTE A-0.00
S01  LIFE SCIENCE      JOHNSO B 0.00
U11HOMUSIC 7(FEMALE)   CARSON A 0.00

TOTAL CREDITS: 0.000
```

ENROLLED IN THE FOLLOWING COURSE:

HONORS COLLEGE PREP

REGULAR COLLEGE PREP

GENERAL

BASIC

Alice Deal Junior High School
Ft. Drive & Nebraska Ave., NW
Washington, DC 2001[illegible]

STANFORD

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: DHAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

**STUDENT REPORT FOR**
N[redacted] P G[redacted]
Age: 13 Yrs 02 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 78 | 749 | 95-8 | 84.6 |
| Vocabulary | 30 | 29 | 783 | 96-9 | 86.9 |
| Reading Comp. | 54 | 49 | 736 | 92-8 | 79.6 |
| Total Mathematics | 80 | 68 | 731 | 92-8 | 79.6 |
| Problem Solving | 50 | 42 | 722 | 91-8 | 78.2 |
| Procedures | 30 | 26 | 746 | 89-8 | 75.8 |
| Partial Battery | 164 | 146 | NA | 92-8 | 80.1 |

NATIONAL GRADE PERCENTILE BANDS
1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 29/ 30/ 30 | | | ✓ |
| Synonyms | 16/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 6/ 7/ 7 | | | ✓ |
| Reading Comprehension | 49/ 54/ 54 | | | ✓ |
| Recreational | 17/ 18/ 18 | | | ✓ |
| Textual | 17/ 18/ 18 | | | ✓ |
| Functional | 15/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 22/ 24/ 24 | | | ✓ |
| Critical Analysis | 10/ 10/ 10 | | | ✓ |
| Process Strategies | 7/ 10/ 10 | | ✓ | |
| Mathematics: Problem Solving | 42/ 50/ 45 | | | ✓ |
| Measurement | 5/ 5/ 5 | | | ✓ |
| Estimation | 4/ 6/ 4 | | ✓ | |
| Problem-Solving Strategies | 2/ 5/ 2 | | ✓ | |
| Number & No. Relationships | 6/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 4/ 4/ 4 | | | ✓ |
| Patterns & Functions | 3/ 3/ 3 | | | ✓ |
| Algebra | 4/ 4/ 4 | | | ✓ |
| Statistics | 4/ 5/ 5 | | | ✓ |
| Probability | 2/ 3/ 3 | | ✓ | |
| Geometry | 8/ 9/ 9 | | | ✓ |
| Mathematics: Procedures | 26/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 5/ 8/ 8 | | ✓ | |
| Computation in Context | 17/ 18/ 18 | | | ✓ |
| Rounding | 4/ 4/ 4 | | | ✓ |

| | Below Average | Average | Above Average |
|---|---|---|---|

104

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall National

OTHER INFO: 3--1----- Copy 02
Process No. 10092010-3082031-0029-05450-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

STANFORD

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] P [redacted]
Age: 13 Yrs 02 Mos
Student No: 7813234

TEACHER: DHAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 78 | ADVANCED |
| Vocabulary | 30 | 29 | ADVANCED |
| Reading Comp. | 54 | 49 | PROFICIENT |
| Total Mathematics | 80 | 68 | PROFICIENT |
| Problem Solving | 50 | 42 | PROFICIENT |
| Procedures | 30 | 26 | PROFICIENT |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall National

OTHER INFO: 3--1------ Copy 02
Process No. 10092010-3082031-0029-05451-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

Form 55 (1900 Revision)—Girls

PUPIL'S PERMANENT RECORD CARD

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA Alice Deal Jr. High Junior Hi

Permanent Record of [redacted], [redacted] (Last name) (First name) (Middle name) Date of Birth [redacted]87 Place of Birth

Addresses (include dates) [redacted] N.W. Phone Numbers [redacted]

Washington, DC. 20015

Entered 9/01 From Parent or Guardian

Year and Section

Section Teacher

Test Results: I. Q.

DEAL JUNIOR HIGH SCHOOL
7813234 G[redacted], N[redacted] 99/00
YOG: 07 GPA: 3.000 PR. CREDS:

| | | | |
|---|---|---|---|
| A01HOART | 7(FEMALES) | HARROD | B 0.00 |
| E011 | ENGLISH 7(INT) | MCCULL | B+0.00 |
| H11 | WESTERN HEM GEO | PURCEL | C 0.00 |
| L60H | SPAN HUMANITIES | VASQUE | B 0.00 |
| M07I | PRE-ALG 7(INT) | HIGGIN | C 0.00 |
| P11FO | HEALTH PHYS ED | PAINTE | A-0.00 |
| S01 | LIFE SCIENCE | JOHNSO | B 0.00 |
| U11HO | MUSIC 7(FEMALE) | CARSON | A 0.00 |

TOTAL CREDITS: 0.000

Grade Level | Final Mark | Teacher | Weekly Per. | Semester | H. S. Units

History
Hmg., General
Hmg., Clothing
Hmg., Foods
Latin
Mathematics
Mech. Draw.
Metalcrafts
Music
Orchestra
Phys. Ed.
Printing
Reading
Spanish
Typing
Woodworking

Days Present
Days Absent, Excused
Days Absent, Unexcused
Times Tardy
E ( ) Date
D ( ) Date

Citizenship

Graduated to
Withdrawn to Date
Transferred to Date
Re-entered from Date Date

106

LC-4

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: D HAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 04/01

**STUDENT REPORT FOR**
N████ G████
Age: 13 Yrs 08 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 80 | 775 | 99-9 | 99.0 |
| Vocabulary | 30 | 27 | 760 | 89-8 | 75.8 |
| Reading Comp. | 54 | 53 | 801 | 99-9 | 99.0 |
| Total Mathematics | 82 | 76 | 773 | 99-9 | 99.0 |
| Problem Solving | 52 | 48 | 762 | 99-9 | 99.0 |
| Procedures | 30 | 28 | 793 | 97-9 | 89.6 |
| Partial Battery | 166 | 156 | NA | 97-9 | 90.9 |

NATIONAL GRADE PERCENTILE BANDS
1  10  30  50  70  90  99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 27/ 30/ 30 | | | ✓ |
| Synonyms | 15/ 16/ 16 | | | ✓ |
| Context | 6/ 7/ 7 | | | ✓ |
| Multiple Meanings | 6/ 7/ 7 | | ✓ | |
| Reading Comprehension | 53/ 54/ 54 | | | ✓ |
| Recreational | 17/ 18/ 18 | | | ✓ |
| Textual | 18/ 18/ 18 | | | ✓ |
| Functional | 18/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 23/ 24/ 24 | | | ✓ |
| Critical Analysis | 10/ 10/ 10 | | | ✓ |
| Process Strategies | 10/ 10/ 10 | | | ✓ |
| Mathematics: Problem Solving | 48/ 52/ 51 | | | ✓ |
| Measurement | 5/ 5/ 5 | | | ✓ |
| Estimation | 6/ 6/ 6 | | | ✓ |
| Problem-Solving Strategies | 5/ 5/ 5 | | | ✓ |
| Number & No. Relationships | 5/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 3/ 4/ 4 | | ✓ | |
| Patterns & Functions | 3/ 3/ 3 | | | ✓ |
| Algebra | 5/ 5/ 5 | | | ✓ |
| Statistics | 5/ 5/ 5 | | | ✓ |
| Probability | 3/ 4/ 3 | | ✓ | |
| Geometry | 8/ 9/ 9 | | | ✓ |
| Mathematics: Procedures | 28/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 7/ 8/ 8 | | | ✓ |
| Computation in Context | 17/ 18/ 18 | | | ✓ |
| Rounding | 4/ 4/ 4 | | | ✓ |

107

STANFORD LEVEL/FORM: Advanced 2/T
1995 NORMS: Spring    National

OTHER INFO: 3--1------    Copy 02

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: D HAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 04/01

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] G[redacted]
Age: 13 Yrs 08 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 80 | ADVANCED |
| Vocabulary | 30 | 27 | ADVANCED |
| Reading Comp. | 54 | 53 | ADVANCED |
| Total Mathematics | 82 | 76 | ADVANCED |
| Problem Solving | 52 | 48 | ADVANCED |
| Procedures | 30 | 28 | ADVANCED |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

108

STANFORD LEVEL/FORM: Advanced 2/T
1995 NORMS: Spring National

OTHER INFO: 3--1---- Copy 02
Process No. 10192001-1661722-0233-05023-2

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

**STUDENT REPORT**
**FOR**
N█████ P G█████
Age: 13 Yrs 02 Mos
Student No: 7813234

TEACHER: DHAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE:  08
TEST DATE: 09/00

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 78 | 749 | 95-8 | 84.6 |
| Vocabulary | 30 | 29 | 783 | 96-9 | 86.9 |
| Reading Comp. | 54 | 49 | 736 | 92-8 | 79.6 |
| Total Mathematics | 80 | 68 | 731 | 92-8 | 79.6 |
| Problem Solving | 50 | 42 | 722 | 91-8 | 78.2 |
| Procedures | 30 | 26 | 746 | 89-8 | 75.8 |
| Partial Battery | 164 | 146 | NA | 92-8 | 80.1 |

NATIONAL GRADE PERCENTILE BANDS

1  10  30  50  70  90  99

**CONTENT CLUSTERS**

| | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 29/ 30/ 30 | | | ✓ |
| Synonyms | 16/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 6/ 7/ 7 | | | ✓ |
| **Reading Comprehension** | 49/ 54/ 54 | | | ✓ |
| Recreational | 17/ 18/ 18 | | | ✓ |
| Textual | 17/ 18/ 18 | | | ✓ |
| Functional | 15/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 22/ 24/ 24 | | | ✓ |
| Critical Analysis | 10/ 10/ 10 | | | ✓ |
| Process Strategies | 7/ 10/ 10 | | ✓ | |
| **Mathematics: Problem Solving** | 42/ 50/ 45 | | | ✓ |
| Measurement | 5/ 5/ 5 | | | ✓ |
| Estimation | 4/ 6/ 4 | | ✓ | |
| Problem-Solving Strategies | 2/ 5/ 2 | | ✓ | |
| Number & No. Relationships | 6/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 4/ 4/ 4 | | | ✓ |
| Patterns & Functions | 3/ 3/ 3 | | | ✓ |
| Algebra | 4/ 4/ 4 | | | ✓ |
| Statistics | 4/ 5/ 5 | | | ✓ |
| Probability | 2/ 3/ 3 | | ✓ | |
| Geometry | 8/ 9/ 9 | | | ✓ |
| **Mathematics: Procedures** | 26/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 5/ 8/ 8 | | ✓ | |
| Computation in Context | 17/ 18/ 18 | | | ✓ |
| Rounding | 4/ 4/ 4 | | | ✓ |

| | Below Average | Average | Above Average |
|---|---|---|---|

109

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall    National

OTHER INFO:  3-1-----    Copy 02

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: DHAMPTON
HOOL: DEAL JHS - 405
STRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] G[redacted]
Age: 13 Yrs 02 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 78 | ADVANCED |
| Vocabulary | 30 | 29 | ADVANCED |
| Reading Comp. | 54 | 49 | PROFICIENT |
| Total Mathematics | 80 | 68 | PROFICIENT |
| Problem Solving | 50 | 42 | PROFICIENT |
| Procedures | 30 | 26 | PROFICIENT |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

110

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall National

OTHER INFO: 3--1----- Copy 02



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

06/13/00
DEAL JUNIOR HIGH SCHOOL
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7813234 STUDENT NAME: G[redacted], N[redacted]
GRADE: 07 HOMEROOM: 7203

110

| COURSE / TEACHER | SEC | SUBJECT / COMMENTS | GRADES ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|---|
| A01H0 HARROD | 39 | ART 7(FEMALES) POOR BEHAVIOR | | | B | B | B | | 0 |
| E01I MCCULLOUGH | 05 | ENGLISH 7(INT) EXCESSIVE ABSENCES | A | A- | B | B | B+ | | 3 |
| H11 PURCELL | 06 | WESTERN HEM GEO | C | C+ | B | C | C | | 6 |
| L60H VASQUEZ | 01 | SPAN HUMANITIES | A- | A- | B+ | B- | B | | 6 |
| M07I HIGGINBOTHAM | 02 | PRE-ALG 7(INT) NEEDS MORE STUDY EXCESSIVE ABSENCES | B+ | B+ | C | D | C | | 0 |
| P11F0 PAINTER | 39 | HEALTH PHYS ED | A | A | A | B | A- | | 0 |
| S01 JOHNSON-BROCK | 02 | LIFE SCIENCE | B- | B+ | B | B- | B | | 0 |
| J11H0 CARSON | 39 | MUSIC 7(FEMALE) | C+ | A | | | A | | 2 |

HOMEROOM ABSENCES: 21.0 EXCUSED: 1.0 UNEXCUSED: 20.0 TARDY: 2

N[redacted] G[redacted]
[redacted]
WASHINGTON, DC 20015

**PROMOTED**

111




# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

07/05/01
*HARDY MIDDLE SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7813234 STUDENT NAME: G[redacted], N[redacted]
GRADE: 08 HOMEROOM: 8214

269

| COURSE TEACHER | SEC | SUBJECT COMMENTS | GRADES ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| E02 GORDON | 01 | ENGLISH 8 | | | | B | *B* | | | 0 |
| H15 REYNOLDS | 01 | AMER HISTORY GOOD PARTICIPATION | | | | A- | *A-* | | | 0 |
| L40 SMITH | 01 | BEGINNING LATIN | | | | S | *S* | | | 0 |
| M19 BAX | 01 | FOUNDA ALGG II | | | | A | *A* | | | 0 |
| [illegible] .ORD | 01 | PHYSICAL SCIENC | | | | B | *B* | | | 0 |
| U45 COOPER | 02 | CHORAL MUSIC I | | | | | | | | 0 |

HOMEROOM ABSENCES: 11.0 EXCUSED: 2.0 UNEXCUSED: 9.0 TARDY: 14

N[redacted] G[redacted]
[redacted]
WASHINGTON, DC 20015

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## CONFIDENTIAL APPLICATION FOR FREE OR REDUCED PRICE MEALS, 2000-2001

1. NAME OF SCHOOL (Please Print) | TRANSFERRED TO: | STUDENT ID #

2. NAME OF CHILD ATTENDING THIS SCHOOL (Please Print) Last Name | First Name Al[redacted] | M.I. | TEACHER'S NAME | GRADE | ROOM

3. COMPLETE IF THE CHILD LISTED ABOVE IS A FOSTER CHILD OR PROVIDE THE CASE NUMBER IF THE HOUSEHOLD IS RECEIVING FOOD STAMPS OR TEMPORARY ASSISTANCE TO NEEDY FAMILIES.

☐ Student listed above is a foster child. (See Instructions)

Foster Child's monthly Personal Use Income $ ______

If you complete this Section, GO TO Part 5.

☐ YES, I receive Food Stamps for my household or TANF for this child.

FOOD STAMP NUMBER ______

TANF CASE NUMBER ______

4. ALL HOUSEHOLD MEMBERS *(Please Print)*

| LAST NAME | FIRST NAME | M.I. | NAME OF SCHOOL STUDENT ATTENDS | MONTHLY INCOME* EARNINGS FROM WORK (BEFORE DEDUCTIONS and other income) | WELFARE PAYMENTS CHILD SUPPORT ALIMONY | PENSION RETIREMENT SOCIAL SECURITY |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | $ [illegible] | $ | $ |
| [illegible] | [illegible] | | | $ [illegible] | $ | $ |
| [illegible] | [illegible] | | [illegible] | $ | $ | $ |
| [illegible] | [illegible] | | [illegible] | $ | $ | $ |
| | | | | $ | $ | $ |

WEEKLY INCOME X 4.33: EVERY TWO WEEKS X 2.15: TWICE A MONTH X 2 = MONTHLY INCOME

WAIVER OF MEAL BENEFIT FORM INFORMATION: Health Insurance

☐ YES. I want health insurance for my child. Program officials may give information from my Meal Benefit Form to Medicaid or officials of the State health insurance program for children. Medicaid and State health insurance program officials may use the information to help determine whether my child is eligible for benefits under medicaid or the State health insurance program. Medicaid or State health insurance program officials may contact me for more information. I understand that you will be releasing information from the Meal Benefit Form for my child. I give up my rights to confidentiality for this purpose only.

SIGNATURE OF PARENT/GUARDIAN ______

RACIAL/ETHNIC IDENTITY: You are not required to answer these questions. If you choose to do so:
**Please mark one or more of the following identies:**

☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander ☐ White

**Please mark one of the following ethnic identies:**
☒ Hispanic or Latino ☐ Not Hispanic or Latino

PENALTIES FOR MISREPRESENTATION: I certify that all of the above information is true and correct and that all income is reported. I understand that this information is being given for the receipt of Federal funds; that school officials may verify the information on the application and that deliberate misrepresentation of the information may subject me to prosecution under applicable State and Federal laws.

PARENT OR GUARDIAN: (PRINT) [illegible] Last name | First Name | M.I. | [illegible] Home Tel. | [illegible] Work Tel.

SIGNATURE OF PARENT GUARDIAN: [signature] Signature | [illegible] Social Security No. (see privacy act statement on instruction sheet) | 9-6-00 Date Signed

HOME ADDRESS: [illegible] Street Number | City Washington DC | Zip Code 2000[illegible] | Apt. No.

## FOR SCHOOL USE ONLY (DO NOT WRITE BELOW THIS LINE)

TOTAL HOUSEHOLD SIZE: [illegible] TOTAL MONTHLY INCOME: $ ______

## DETERMINATION

DENIED

INCOME TOO HIGH ☒
INCOMPLETE APPLICATION ☐
OTHER ______

APPROVED

TEMPORARY 60 DAY ☐
Date Renewed ______
Date Renewed ______

FREE ☐
REDUCED ☐

PARENT NOTIFIED: 9/12/00 SIGNATURE OF APPROVING OFFICIAL [signature]

## FOR D.C.P.S. FOOD AND NUTRITION SERVICES ONLY

RESULT OF VERIFICATION:

ELIGIBILITY UNCHANGED ☐

ADJUSTED

| Free to PAID | Reduced To PAID | Reduced To FREE | Free To REDUCED |
|---|---|---|---|
| | | | |

DATE VERIFICATION CONDUCTED:

# District of Columbia
# ANNUAL STUDENT ENROLLMENT FORM

School Year 00-01

**STUDENT INFORMATION** (Print all information)

1. Student's Full Legal Name (Last, First, Middle) [redacted] [redacted] P
2. Date of Birth (Month, Day, Year) [redacted]-87
3. Country of Birth US
4. Address [redacted] Apt. No.
5. Telephone Number (202) 244-3774
6. Sex (Circle) Male (Female)
7. City Washington State DC Zip
8. Current Grade (Specify) 8
9. School Last Attended (if DCPS, name school only) Deal
   Address
   City State Zip
10. Social Security Number
11. Ethnic Designation — * Not of Hispanic origin
    __American Indian or Alaskan Native
    __Asian or Pacific Islander
    __Black*
    __White*
    X Hispanic
11a. Language other than English spoken at home Spanish
12. Special Services Child Has Received:
    - ☐ Special Reading Help
    - ☐ Bilingual or ESL Program
    - ☐ Advanced Placement
    - ☐ Special Education Class
    - ☐ Special Ed. Resource Rm.
    - ☐ Current IEP: Yes___ No___
    - ☐ Summer STARS
    - ☐ Speech/Language Therapy
    - ☐ Medicaid Eligible: Yes___ No___
    - ☐ Other______________

**PARENT INFORMATION**

13. Mother (or Legal Guardian) Last Corlett First Sylvia Middle I
    Address (if other than student's)
    City State Zip
    Employer
    Telephone Number ( )
    Employer's Address
14. Father (or Legal Guardian) Last Gomez First Manuel Middle R
    Address (if other than student's)
    City State Zip
    Employer
    Telephone Number ( )
    Employer's Address

RESIDENCY STATUS*: ☑ D.C. Resident (Student & parent or legal guardian live in D. C.) ☐ Nonresident (Student &/or parent live outside D.C.) ☐ (Receipt of payment for Nonresident tuition attached)

**EMERGENCY**

Emergency Contact Person: Tess Ferrera
Address: 202-508-0811
Relationship: Aunt Telephone Number: (301 434-1684

I completed this form and I certify that the information above is accurate. I understand that providing false information for purposes of defrauding the government is punishable by law.

[signature] Date 5-21-01

Signature of Parent/Legal Guardian with Whom Student Lives or Adult Student

**FOR OFFICE USE ONLY**

SCHOOL: Hardy MS STUDENT ID#: 7813234 DATE OF ENROLLMENT: 5/21/01

TEACHER: MS. Gordon 8214 Free/Reduced Lunch: Y______ N______

Special Education Services: ______________ Level: ______________ Attending: Y______ N______

Enrolled as an Out-of-Boundary Student: Y ✓ N______ N/A (Citywide Program) ______ Attachment C/D attached ______________

Signature of School Official Certifying This Form

# DISTRICT RESIDENCY VERIFICATION FORM

I hereby certify that Sylvia Correa, parent or guardian of N[redacted] G[redacted]
parent's or guardian's name — student's name

produced the following documents evidencing his/her District residency:

Proof of Payment of D.C. Income Taxes or Receipt of Assistance from the District

Check one.

✓ proof of the parent's or guardian's payment of D.C. personal income taxes during the last tax period, e.g., a copy of a 1997 D.C. income tax return;

✓ a current (i.e., issued within the last forty-five days) tax withholding statement (i.e., pay stub) which contains the parent's or guardian's name, evidence of his or her District residency, and evidence of the withholding of D.C. income tax; or

_______ current official documentation of financial assistance from the District, such as Temporary Assistance for Needy Families ("TANF"), housing assistance, etc.

_______ tax information authorization waiver form (both lines below must also be checked)

_______ form executed

_______ payment of D.C. income taxes confirmed by the D.C. Office of Finance and Revenue

**Additional Proof of District Residency**

Check at least two of the following:

_______ A vehicle registration showing the parent's or guardian's name and evidencing District residency;

_______ Title to residential property in the District or a valid, unexpired lease agreement and paid receipts or cancelled checks (for a period within two (2) months immediately preceding consideration of residency) for payment of rent on a District residence in which the applicant actually resides; each such title or lease must contain both the parent's or guardian's name and the address listed as the student's residence on school forms;

✓ A valid, unexpired D.C. motor vehicle operator's permit or non-driver's identification;

_______ Proof of D.C. voter registration; and/or

_______ One (1) or more utility bills, and paid receipts or canceled checks (from a period within the two (2) months immediately preceding consideration of residency), showing the parent's or guardian's name and a D.C. residence.

___Other
Military_______________

_______________

Diplomat_______________

_______________

VRC
staff person's name

5/21/01
date

 

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

04/11/01
*DEAL JUNIOR HIGH SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7813234 STUDENT NAME: G[redacted], N[redacted]
GRADE: 08 HOMEROOM: 8203

463

| COURSE / TEACHER | SEC | SUBJECT / COMMENTS | GRADES ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| A020F WASHINGTON | 02 | ART 8 | A- | C+ | | | B | | | 4 |
| AA708 WISE | 01 | LUNCH 8 | | | | | | | | 0 |
| E020I MILES | 04 | ENGLISH 8(INT) | B+ | A- | B+ | | | | 3 | 6 |
| H15 SIMPSON | 05 | AM HISTORY EXCELLENT INITIATIVE | A | A | A+ | | | | 4 | 7 |
| [illegible]20H VASQUEZ | 01 | SPAN HUM 8 GOOD PARTICIPATION | B- | B+ | B- | | | | 4 | 13 |
| M2108 SWEENEY | 02 | ALGEBRA I | B | B | B+ | | | | 2 | 6 |
| P120F DENNIS-DALE | 02 | HEALTH & PE GOOD PARTICIPATION EXCELLENT INITIATIVE | A- | C | B+ | | | | 2 | 2 |
| S020I HAMPTON | 01 | PHY SCI(INT) | A- | A | A- | | | | 2 | 6 |
| U120F FOWLIN-PARKER | 02 | MUSIC 8 | | | A- | | | | | 0 |

HOMEROOM ABSENCES: 9.0 EXCUSED: 1.0 UNEXCUSED: 8.0 TARDY: 10

N[redacted], G[redacted]
[redacted]
WASHINGTON, DC 20015

116

117

[illegible] | [illegible] | M F | [illegible] | FROM

| NINTH GRADE | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBJECT | GRADE | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL |
| ENGLISH | | | ENGLISH | | | | | ENGLISH | | | | | ENGLISH | | | | | ENGLISH | | | |
| | | | | | | | | ...ATION | | | | | PHYSICAL EDUCATION | | | | | PHYSICAL EDUCATION | | | |
| | | | | | | | | ...NCE | | | | | MILITARY SCIENCE | | | | | MILITARY SCIENCE | | | |

| | SEM. I | SEM. II | | SEM. I | SEM. II | | SEM. I | SEM. II |
|---|---|---|---|---|---|---|---|---|
| | | | DEPORTMENT | | | DEPORTMENT | | |
| | | | DAYS PRESENT | | | DAYS PRESENT | | |
| | | | DAYS ABS. EX. | | | DAYS ABS. EX. | | |
| ...X. | | | DAYS ABS. UNEX. | | | DAYS ABS. UNEX. | | |
| | | | TIMES TARDY | | | TIMES TARDY | | |

DEAL JUNIOR HIGH SCHOOL
7813234 G[redacted], N[redacted] 99/00
YOG: 07 GPA: 3.000 PR. CREDS:
A01HOART 7(FEMALES) HARROD B 0.00
E01I ENGLISH 7(INT) MCCULL B+0.00
H11 WESTERN HEM GEO PURCEL C 0.00
L60H SPAN HUMANITIES VASQUE B 0.00
M07I PRE-ALG 7(INT) HIGGIN C 0.00
P11FOHEALTH PHYS ED PAINTE A-0.00
S01 LIFE SCIENCE JOHNSO B 0.00
U11HOMUSIC 7(FEMALE) CARSON A 0.00

TOTAL CREDITS: 0.000

ENROLLED IN THE FOLLOWING COURSE:
HONORS COLLEGE PREP
REGULAR COLLEGE PREP
GENERAL
BASIC

Alice Deal Junior High School
Ft. Drive & Nebraska Ave., NW
Washington, DC 2001[illegible]

```
SIS - STUD                    HARDY MIDDLE SCHOOL              May 21, 2001
[DISPLAY]                     Student Master Record            09:06 AM


Student ID:          7813234                 Status:            A
                                             Grade/School Yr:   08 00/01
Last Name:           G██████                 Homeroom:          8214 New:
Given Names:         N████████               Program:
Called Name:                                 Locker/Comb:         0
Address Line 1:      ██████████████████      Previous School:    405  File: N
Address Line 2:                              Admission Date:    05/17/01
City:                WASHINGTON              Admission Code:    A5 Calendr: 0
State:               DC                      Withdrawal Date:
Zip Code:            20015                    Withdrawal Code:
Tel No/Area/Code:    ████████  (202)         Transf To School:             File: N
Parent/Guardian:     MR. & MRS. B. GOMEZ     Date Transferred:
P/G Relationship:    0  PARENT               Graduation Rule:
Sex/Ethnic Code:     F  H  HISPANIC          Graduation Date:
Birthdate:             ██████787             Schedule Changed:
Verified With:
Soc Sec No:          ████████████                               1 2 3 4 5
Counselor Name:                              Data Flags:          Y F
Scheduling Priority:                         Report Flags:      N N N N N
Command: DISPLAY                             Res/Sped/Att:          0
Message:
  1(023,011)
```

118

District of Columbia Public Schools
Rose L. Hardy Middle School
1819 35TH Street, NW,
Washington, D.C. 20007
(202) 282-0057 Fax: (202) 282-2383

Patrick N. Pope
Principal

Norma Lewis
Assistant Principal

# RELEASE OF RECORDS FORM

May 21, 2001

Name: N[redacted] G[redacted] ID# 7813234 DOB: [redacted]/87

The above named student has been accepted to Hardy Middle School for the School year 2000-01.

Please send cumulative records, including current academic grades. Grade level, placement tests, health records including immunization records and psychological and/or special education records if applicable to.

Thank you,

Vilma Rivas-Cativo
Administrative Assistant

120

FORM NO. 323 (REV 1963)

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

# PUPIL'S PERMANENT RECORD

LAST NAME OF PUPIL | FIRST NAME | MIDDLE NAME | DATE OF ENTRY | FROM

7813234 G[redacted], N[redacted]
[redacted]
WASHINGTON DC 20015

A 07 F 7203 (202) [redacted] 0261
BIRTHDATE: [redacted]/87
SOC INS NO: [redacted]
ETHNIC CODE: H HISPANIC

MR. & MRS. B. GOMEZ

RESIDENCE | TEL. | DATE OF WITHDRAWAL | TO

PLACE OF BIRTH: | DATE OF BIRTH: | SEX: M F | DATE OF RE-ENTRY | FROM

NINTH GRADE | SUBJECT | GRADE | UNIT | ENGLISH

YEAR BEG. | SECTION | SUBJECT | TCHR. | SEM. | FINAL | UNIT | ENGLISH

DEAL JUNIOR HIGH SCHOOL
7813234 G[redacted] N[redacted] 99/00
YOG: 07 GPA: 3.000 PR. CREDS:

| Course | Teacher | Grade | Credits |
|---|---|---|---|
| A01HOART 7(FEMALES) | HARROD | B | 0.00 |
| E01I ENGLISH 7(INT) | MCCULL | B+ | 0.00 |
| H11 WESTERN HEM GEO | PURCEL | C | 0.00 |
| L60H SPAN HUMANITIES | VASQUE | B | 0.00 |
| M07I PRE-ALG 7(INT) | HIGGIN | C | 0.00 |
| P11FOHEALTH PHYS ED | PAINTE | A- | 0.00 |
| S01 LIFE SCIENCE | JOHNSO | B | 0.00 |
| U11HOMUSIC 7(FEMALE) | CARSON | A | 0.00 |

TOTAL CREDITS: 0.000

YEAR BEG. | SECTION | SUBJECT | TCHR. | SEM. | FINAL | UNIT
ENGLISH
PHYSICAL EDUCATION
MILITARY SCIENCE
SEM. I | SEM. II
DEPORTMENT
DAYS PRESENT
DAYS ABS. EX.
DAYS ABS. UNEX.
TIMES TARDY

YEAR BEG. | SECTION | SUBJECT | TCHR. | SEM. | FINAL | UNIT
ENGLISH
PHYSICAL EDUCATION
MILITARY SCIENCE
SEM. I | SEM. II
DEPORTMENT
DAYS PRESENT
DAYS ABS. EX.
DAYS ABS. UNEX.
TIMES TARDY

ENROLLED IN THE FOLLOWING COURSE:
HONORS COLLEGE PREP
REGULAR COLLEGE PREP
GENERAL
BASIC

Alice Deal Junior High School
Ft. Drive & Nebraska Ave., NW
Washington, DC 20016

# Transmission Report

Date/Time 5-21-01;11:48AM
Local ID 2022822383
Local Name hardy ms
Company Logo dc public schools

his document was confirmed.
(reduced sample and details below)
Document Size Letter-S

District of Columbia Public Schools
Rose L. Hardy Middle School
1819 35th Street, NW,
Washington, D.C. 20007
(202) 282-0057 Fax: (202) 282-2383

Patrick N. Pope
Principal

Norma Lewis
Assistant Principal

**RELEASE OF RECORDS FORM**

May 21, 2001

Name: N[illegible] ID# 7813234 DOB: [illegible]/87

The above named student has been accepted to Hardy Middle School for the School year 2000-01.

Please send cumulative records, including current academic grades. Grade level, placement tests, health records including immunization records and psychological and/or special education records if applicable to.

Thank you,

Vilma Rivas-Cativo
Administrative Assistant

Total Pages Scanned : 1 Total Pages Confirmed : 1

| . | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 855 | DEAL JHS | 5-21-01;11:47AM | 18" | 1/ 1 | EC | | CP 24.0 |

es :
Error Correct
Broadcast Send
pleted
t Scan
Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

```
SIS - STUD                    HARDY MIDDLE SCHOOL              May 21, 2001
[DISPLAY]                     Student Master Record            09:06 AM

 Student ID:        7813234          Status:            A
                                     Grade/School Yr:   08 00/01
 Last Name:         G█████           Homeroom:          8214 New:
 Given Names:       N██████          Program:
 Called Name:                        Locker/Comb:         0
 Address Line 1:    ████████████     Previous School:    405   File: N
 Address Line 2:                     Admission Date:    05/17/01
 City:              WASHINGTON       Admission Code:    A5 Calendr: 0
 State:             DC               Withdrawal Date:
 Zip Code:          20015            Withdrawal Code:
 Tel No/Area/Code:  ████████ (202)   Transf To School:           File: N
 Parent/Guardian:   MR. & MRS. B. GOMEZ   Date Transferred:
 P/G Relationship:  0   PARENT       Graduation Rule:
 Sex/Ethnic Code:   F   H   HISPANIC Graduation Date:
 Birthdate:         ██,██/87         Schedule Changed:
 Verified With:
 Soc Sec No:        ████████              1 2 3 4 5
 Counselor Name:                     Data Flags:        Y F
 Scheduling Priority:                Report Flags:    N N N N N
 Command: DISPLAY                    Res/Sped/Att:          0
 Message:
   1(023,011)
```

122

District of Columbia Public Schools
Rose L. Hardy Middle School
1819 35TH Street, NW,
Washington, D.C. 20007
(202) 282-0057 Fax: (202) 282-2383

Patrick N. Pope
Principal

Norma Lewis
Assistant Principal

---

# RELEASE OF RECORDS FORM

May 21, 2001

Name: N[redacted] G[redacted] ID# 7813234 DOB: [redacted]/87

The above named student has been accepted to Hardy Middle School for the School year 2000-01.

Please send cumulative records, including current academic grades. Grade level, placement tests, health records including immunization records and psychological and/or special education records if applicable to.

Thank you,

Vilma Rivas-Cativo
Administrative Assistant



12

FORM NO. 323 (REV 1963)

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

# PUPIL'S PERMANENT RECORD

LAST NAME OF PUPIL | FIRST NAME | MIDDLE NAME | DATE OF ENTRY | FROM

7813234 G[redacted] N[redacted]
[redacted]
WASHINGTON DC 20015

A 07 F 7203 (202)[redacted] 0261
BIRTHDATE: [redacted]/87
SOC INS NO: [redacted]
ETHNIC CODE: H HISPANIC

MR. & MRS. B. GOMEZ

RESIDENCE | TEL. | DATE OF WITHDRAWAL | TO

PLACE OF BIRTH: | DATE OF BIRTH: | SEX: M F | DATE OF RE-ENTRY | FROM

| NINTH GRADE | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | | | YEAR BEG. SECTION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBJECT | GRADE | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT | SUBJECT | TCHR. | SEM. | FINAL | UNIT |
| ENGLISH | | | ENGLISH | | | | | ENGLISH | | | | | ENGLISH | | | | | ENGLISH | | | | |
| | | | | | | | | PHYSICAL EDUCATION | | | | | PHYSICAL EDUCATION | | | | | PHYSICAL EDUCATION | | | | |
| | | | | | | | | MILITARY SCIENCE | | | | | MILITARY SCIENCE | | | | | MILITARY SCIENCE | | | | |

| | SEM. I | SEM. II | | SEM. I | SEM. II | | SEM. I | SEM. II |
|---|---|---|---|---|---|---|---|---|
| DEPORTMENT | | | DEPORTMENT | | | DEPORTMENT | | |
| DAYS PRESENT | | | DAYS PRESENT | | | DAYS PRESENT | | |
| DAYS ABS. EX. | | | DAYS ABS. EX. | | | DAYS ABS. EX. | | |
| DAYS ABS. UNEX. | | | DAYS ABS. UNEX. | | | DAYS ABS. UNEX. | | |
| TIMES TARDY | | | TIMES TARDY | | | TIMES TARDY | | |

```
    DEAL JUNIOR HIGH SCHOOL
7813234   G[redacted], N[redacted]A          99/00
YOG: 07 GPA: 3.000  PR. CREDS:
A01HOART 7(FEMALES)     HARROD B 0.00
E01I ENGLISH 7(INT)     MCCULL B+0.00
H11  WESTERN HEM GEO    PURCEL C 0.00
L60H SPAN HUMANITIES    VASQUE B 0.00
M07I PRE-ALG 7(INT)     HIGGIN C 0.00
P11FOHEALTH PHYS ED     PAINTE A-0.00
S01  LIFE SCIENCE       JOHNSO B 0.00
U11HOMUSIC 7(FEMALE)    CARSON A 0.00

  TOTAL CREDITS: 0.000
```

ENROLLED IN THE FOLLOWING COURSE:

HONORS COLLEGE PREP
REGULAR COLLEGE PREP
GENERAL
BASIC

*Alice Deal Junior High School*
*Ft. Drive & Nebraska Ave., NW*
*Washington, DC 20016*

STANFORD

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: DHAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] P G[redacted]
Age: 13 Yrs 02 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 78 | ADVANCED |
| Vocabulary | 30 | 29 | ADVANCED |
| Reading Comp. | 54 | 49 | PROFICIENT |
| Total Mathematics | 80 | 68 | PROFICIENT |
| Problem Solving | 50 | 42 | PROFICIENT |
| Procedures | 30 | 26 | PROFICIENT |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

125

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall National

OTHER INFO: 3-1—— Copy 02
Process No. 10092010-3082031-0020-05451-2

STANFORD

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

TEACHER: DHAMPTON
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

**STUDENT REPORT FOR**
N[redacted] P G[redacted]
Age: 13 Yrs 02 Mos
Student No: 7813234

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 78 | 749 | 95-8 | 84.6 |
| Vocabulary | 30 | 29 | 783 | 96-9 | 86.9 |
| Reading Comp. | 54 | 49 | 736 | 92-8 | 79.6 |
| Total Mathematics | 80 | 68 | 731 | 92-8 | 79.6 |
| Problem Solving | 50 | 42 | 722 | 91-8 | 78.2 |
| Procedures | 30 | 26 | 746 | 89-8 | 75.8 |
| Partial Battery | 164 | 146 | NA | 92-8 | 80.1 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| *CONTENT CLUSTERS* | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 29/ 30/ 30 | | | ✓ |
| Synonyms | 16/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 6/ 7/ 7 | | | ✓ |
| **Reading Comprehension** | 49/ 54/ 54 | | | ✓ |
| Recreational | 17/ 18/ 18 | | | ✓ |
| Textual | 17/ 18/ 18 | | | ✓ |
| Functional | 15/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 22/ 24/ 24 | | | ✓ |
| Critical Analysis | 10/ 10/ 10 | | | ✓ |
| Process Strategies | 7/ 10/ 10 | | ✓ | |
| **Mathematics: Problem Solving** | 42/ 50/ 45 | | | ✓ |
| Measurement | 5/ 5/ 5 | | | ✓ |
| Estimation | 4/ 6/ 4 | | ✓ | |
| Problem-Solving Strategies | 2/ 5/ 2 | | ✓ | |
| Number & No. Relationships | 6/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 4/ 4/ 4 | | | ✓ |
| Patterns & Functions | 3/ 3/ 3 | | | ✓ |
| Algebra | 4/ 4/ 4 | | | ✓ |
| Statistics | 4/ 5/ 5 | | | ✓ |
| Probability | 2/ 3/ 3 | | ✓ | |
| Geometry | 8/ 9/ 9 | | | ✓ |
| **Mathematics: Procedures** | 26/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 5/ 8/ 8 | | ✓ | |
| Computation in Context | 17/ 18/ 18 | | | ✓ |
| Rounding | 4/ 4/ 4 | | | ✓ |

| | Below Average | Average | Above Average |
|---|---|---|---|

126

STANFORD LEVEL/FORM: Advanced 1/S
1995 NORMS: Fall National

OTHER INFO: 3-1—— Copy 02



GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

PUPIL'S HEALTH RECORD

NAME N[redacted] P. G[redacted] Born 4 -

NAME OF PARENT OR GUARDIAN Manuel R. Gomez; Sylvia

ADDRESSES [redacted] NW PHONE (20

Washington DC 20015

SCHOOLS

GRADES K 5 6 4 8

TEACHER'S REQUEST TO MEDICAL INSPECTOR FOR INSPECTION OF PU

Please examine pupil for purpose indicated below:

| Date | Purpose | Physician's Recommendations | Date | Purpose | Physician's Recommendations | Date | Pu |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EVIATIONS FOR TEACHERS — Use code number for suspected defect or disease.
GE—General Exam. R—Readmission V—Vaccinatio

ABBREVIATIONS FOR PHYSICIANS — E—Exclude for (use code number) R—Readmit
TR—Treatment recommended O—No action n
S—Successful NS—Not successful

PHYSICIAN'S REMARKS*

Audited 4/93

IMMUNIZATIONS AND TESTS: HBV 6/97, 9/97, 1/98 Dates Given

| | | | | |
|---|---|---|---|---|
| Diphtheria—Pertussis-Tetanus | 9/87 | 3/88 | 4/88 | 2/89 |
| Poliomyelitis | 9/87 | 3/88 | 2/89 | 10/9 |
| Other | MMR 10/88 | | HiB 2/89 | |

Smallpox Vaccination ______ (Date) Scar: ☐ Left Deltoid ☐ ______

Excused from further vaccination by Department of Public Health letter ______ (No.)

Tuberculin Skin Test ______ (Date) ☐ Patch ☐ Mantoux ☐ Negative ☐ P

Teacher should fill out blank for each pupil at time of first admission, keep it always on file, use medical inspector, and see that it accompanies pupil when transferred.

Date all entries.

DHS-423

## SCREENING RECORD

| | Pre-K | Kgn. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates | 1/92 | | 10/93 | 11/94 | | 5/97 | | 9/98 | | 10/00 | | | | |
| Weight | | 38 | 43 1/2 | 50 | | | | 76 | | | | | | |
| Height (inches) | | 41 | 46 | 48 | | | | 58 3/4 | | | | | | |
| Average | | | | | | | | | | | | | | |
| Vision R | | 20/20 | 20/30 | 20/20 | 20/ | 20/25 | 20/ | 20/20 | 20/ | 20/[illegible] | 20/ | 20/ | 20/ | 20/ |
| L | | 20/20 | 20/30 | 20/25 | 20/ | 20/50 | 20/ | 20/25 | 20/ | 20/20 | 20/ | 20/ | 20/ | 20/ |
| With glasses R | | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| L | | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| Posture | | | | | | | | | | | | | | |
| Nutrition | | | | | | | | | | | | | | |
| Name of initials | | | | CR | | CR | | CR | | [illegible] | | | | |

## INFECTIONS AND DISEASES

31 ☑ Chickenpox
32 ☐ Diphtheria
33 ☐ German Measles
34 ☐ Influenza
35 ☐ Measles
36 ☐ Mumps
37 ☐ Rheumatic Fever
38 ☐ Scarlet Fever
39 ☐ Tuberculosis
40 ☐ Whooping Cough

41 ☐ Cold (Acute)
42 ☐
43 ☐ Infec. of Eye
44 ☐ Impetigo
45 ☐ Pediculosis
46 ☐ Pyodermia
47 ☐ Ringworm
48 ☐ Scabies
49 ☐ Vincent's
50 ☐

☐ Allergy
☐ Asthma
☐ Hayfever
☐ Eczema
☐ Epilepsy
☐ Headache
☐ Heart
☐ Orthopedic
☐ Rickets

Other Illnesses ______

Operations ______

Other Handicaps ______

COMMENTS ______

## PROGRESS NOTES

| Note date, activity, name and title of person entering progress note. | |
|---|---|
| 10/[illegible] | [illegible] |
| | 11/23/92 Passed vision screening exam. [signature] RNC |
| | 10/28/93 Passed vision and color blindness exam. — C Rausch RN |
| 10/5/94 | Passed vision screening. — C Rausch |
| 2/28/95 | B/P 94/60 — C Rausch |
| MAY 1997 | Failed vision screening in (L) eye, 20/50. Referral sent. |
| | B/P 90/64. — C Rausch RN |
| 9/98 | Passed vision screening. — C Rausch RN |
| 10/98 | Scoliosis neg. — C Rausch RN |
| 4/99 | B/P 94/68 — C Rausch RN |

**PROGRESS NOTES (continued)**

| | |
|---|---|
| 1/00 | HR reviewed - immunizations UTD - [signature] |
| 8/00 | Record review: immunizations UTD - [signature] |
| 10/00 | Failed Audio Screening - [signature] |
| 3/01 | Passed Audio re-screening [signature] |

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
**SELECT**

**STUDENT REPORT FOR**
N████████ P C████████
Age: 12 Yrs 08 Mos
Student No: 7813234

TEACHER: WATERS
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE
GRADE: 07
TEST DATE: 04/00

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 78 | 747 | 96-9 | 86.9 |
| Vocabulary | 30 | 28 | 754 | 90-8 | 77.0 |
| Reading Comp. | 54 | 50 | 744 | 96-9 | 86.9 |
| Total Mathematics | 80 | 69 | 740 | 96-9 | 86.9 |
| Problem Solving | 50 | 43 | 729 | 96-9 | 86.9 |
| Procedures | 30 | 26 | 755 | 94-8 | 82.7 |
| Partial Battery | 164 | 147 | NA | 96-8 | 83.6 |

**NATIONAL GRADE PERCENTILE BANDS** (1, 10, 30, 50, 70, 90, 99)

**CONTENT CLUSTERS**

| | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 28/ 30/ 30 | | | ✓ |
| Synonyms | 16/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 5/ 7/ 7 | | ✓ | |
| **Reading Comprehension** | 50/ 54/ 54 | | | ✓ |
| Recreational | 17/ 18/ 18 | | | ✓ |
| Textual | 17/ 18/ 18 | | | ✓ |
| Functional | 16/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 23/ 24/ 24 | | | ✓ |
| Critical Analysis | 9/ 10/ 10 | | | ✓ |
| Process Strategies | 8/ 10/ 10 | | | ✓ |
| **Mathematics: Problem Solving** | 43/ 50/ 49 | | | ✓ |
| Measurement | 5/ 5/ 5 | | | ✓ |
| Estimation | 4/ 6/ 5 | | ✓ | |
| Problem-Solving Strategies | 4/ 5/ 5 | | | ✓ |
| Number & No. Relationships | 6/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 4/ 4/ 4 | | | ✓ |
| Patterns & Functions | 2/ 3/ 3 | | ✓ | |
| Algebra | 4/ 4/ 4 | | | ✓ |
| Statistics | 4/ 5/ 5 | | ✓ | |
| Probability | 2/ 3/ 3 | | ✓ | |
| Geometry | 8/ 9/ 9 | | | ✓ |
| **Mathematics: Procedures** | 26/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 8/ 8/ 8 | | | ✓ |
| Computation in Context | 15/ 18/ 18 | | | ✓ |
| Rounding | 3/ 4/ 4 | | | ✓ |

130

STANFORD LEVEL/FORM: Advanced 1/T
1995 NORMS: Spring    National

OTHER INFO: 3-1-----    Copy 02

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

TEACHER: WATERS
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 07
TEST DATE: 04/00

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
**N[redacted] P G[redacted]**
Age: 12 Yrs 08 Mos
Student No: 7813234

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 78 | ADVANCED |
| Vocabulary | 30 | 28 | ADVANCED |
| Reading Comp. | 54 | 50 | ADVANCED |
| Total Mathematics | 80 | 69 | PROFICIENT |
| Problem Solving | 50 | 43 | PROFICIENT |
| Procedures | 30 | 26 | PROFICIENT |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

131

STANFORD LEVEL/FORM: Advanced 1/T
1995 NORMS: Spring National

OTHER INFO: 3--1----- Copy 02

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

TEACHER: JWATERS
SCHOOL: DEAL JHS - 405
ISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 07
TEST DATE: 09/99

**STUDENT REPORT FOR**
N[redacted] P G[redacted]
Age: 12 Yrs 02 Mos
Student No: 7813234

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 77 | 726 | 92-8 | 79.6 |
| Vocabulary | 30 | 29 | 764 | 97-9 | 89.6 |
| Reading Comp. | 54 | 48 | 714 | 86-7 | 72.8 |
| Total Mathematics | 78 | 75 | 763 | 99-9 | 99.0 |
| Problem Solving | 48 | 47 | 782 | 99-9 | 99.0 |
| Procedures | 30 | 28 | 748 | 93-8 | 81.1 |
| Partial Battery | 162 | 152 | NA | 95-8 | 85.6 |

NATIONAL GRADE PERCENTILE BANDS
1 10 30 50 70 90 99

| *CONTENT CLUSTERS* | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 29/ 30/ 30 | | | ✓ |
| Synonyms | 15/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 7/ 7/ 7 | | H/ | |
| **Reading Comprehension** | 48/ 54/ 54 | | | ✓ |
| Recreational | 15/ 18/ 18 | | ✓ | |
| Textual | 16/ 18/ 18 | | | ✓ |
| Functional | 17/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 12/ 12 | | ✓ | |
| Interpretation | 21/ 24/ 24 | | | ✓ |
| Critical Analysis | 8/ 9/ 9 | | | ✓ |
| Process Strategies | 9/ 9/ 9 | | | ✓ |
| **Mathematics: Problem Solving** | 47/ 48/ 48 | | | ✓ |
| Measurement | 6/ 6/ 6 | | | ✓ |
| Estimation | 4/ 4/ 4 | | | ✓ |
| Problem-Solving Strategies | 5/ 5/ 5 | | | ✓ |
| Number & No. Relationships | 5/ 6/ 6 | | ✓ | |
| Number Systems & No. Theory | 5/ 5/ 5 | | | ✓ |
| Patterns & Functions | 3/ 3/ 3 | | H/ | |
| Algebra | 3/ 3/ 3 | | | ✓ |
| Statistics | 6/ 6/ 6 | | | ✓ |
| Probability | 3/ 3/ 3 | | | ✓ |
| Geometry | 7/ 7/ 7 | | | ✓ |
| **Mathematics: Procedures** | 28/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 10/ 10/ 10 | | | ✓ |
| Computation in Context | 15/ 16/ 16 | | | ✓ |
| Rounding | 3/ 4/ 4 | | ✓ | |

| | Below Average | Average | Above Average |
|---|---|---|---|

132

STANFORD LEVEL/FORM: Intermediate 3/S
1995 NORMS: Fall National

OTHER INFO: 3--1----- Copy 02
Process No. 19992010-3100921-9029-08149-2

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

TEACHER: JWATERS
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 07
TEST DATE: 09/99

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] P G[redacted]
Age: 12 Yrs 02 Mos
Student No: 7813234

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 77 | ADVANCED |
| Vocabulary | 30 | 29 | ADVANCED |
| Reading Comp. | 54 | 48 | PROFICIENT |
| Total Mathematics | 78 | 75 | ADVANCED |
| Problem Solving | 48 | 47 | ADVANCED |
| Procedures | 30 | 28 | ADVANCED |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

133

STANFORD LEVEL/FORM: Intermediate 3/S
1995 NORMS: Fall National

OTHER INFO: 3-1------ Copy 02

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

TEACHER: JWATERS
SCHOOL: DEAL JHS - 405
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 07
TEST DATE: 09/99

**STUDENT REPORT FOR**
N[redacted] P G[redacted]
Age: 12 Yrs 02 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 77 | 726 | 92-8 | 79.6 |
| Vocabulary | 30 | 29 | 764 | 97-9 | 89.6 |
| Reading Comp. | 54 | 48 | 714 | 86-7 | 72.8 |
| Total Mathematics | 78 | 75 | 763 | 99-9 | 99.0 |
| Problem Solving | 48 | 47 | 782 | 99-9 | 99.0 |
| Procedures | 30 | 28 | 748 | 93-8 | 81.1 |
| Partial Battery | 162 | 152 | NA | 95-8 | 85.6 |

NATIONAL GRADE PERCENTILE BANDS
1 10 30 50 70 90 99

CONTENT CLUSTERS

| | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 29/ 30/ 30 | | | ✓ |
| Synonyms | 15/ 16/ 16 | | | ✓ |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 7/ 7/ 7 | | H✓ | |
| **Reading Comprehension** | 48/ 54/ 54 | | | ✓ |
| Recreational | 15/ 18/ 18 | | ✓ | |
| Textual | 16/ 18/ 18 | | | ✓ |
| Functional | 17/ 18/ 18 | | | ✓ |
| Initial Understanding | 10/ 12/ 12 | | ✓ | |
| Interpretation | 21/ 24/ 24 | | | ✓ |
| Critical Analysis | 8/ 9/ 9 | | | ✓ |
| Process Strategies | 9/ 9/ 9 | | | ✓ |
| **Mathematics: Problem Solving** | 47/ 48/ 48 | | | ✓ |
| Measurement | 6/ 6/ 6 | | | ✓ |
| Estimation | 4/ 4/ 4 | | | ✓ |
| Problem-Solving Strategies | 5/ 5/ 5 | | | ✓ |
| Number & No. Relationships | 5/ 6/ 6 | | ✓ | |
| Number Systems & No. Theory | 5/ 5/ 5 | | | ✓ |
| Patterns & Functions | 3/ 3/ 3 | | H✓ | |
| Algebra | 3/ 3/ 3 | | | ✓ |
| Statistics | 6/ 6/ 6 | | | ✓ |
| Probability | 3/ 3/ 3 | | | ✓ |
| Geometry | 7/ 7/ 7 | | | ✓ |
| **Mathematics: Procedures** | 28/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 10/ 10/ 10 | | | ✓ |
| Computation in Context | 15/ 16/ 16 | | | ✓ |
| Rounding | 3/ 4/ 4 | | ✓ | |

| | Below Average | Average | Above Average |
|---|---|---|---|

134

STANFORD LEVEL/FORM: Intermediate 3/S
1995 NORMS: Fall National

OTHER INFO: 3--1----- Copy 03
Process No. [illegible]

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: JWATERS
CHOOL: DEAL JHS - 405
ISTRICT: DC PUBLIC SCHOOLS
EST TYPE: MULTIPLE CHOICE

GRADE: 07
TEST DATE: 09/99

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
N[redacted] P C[redacted]
Age: 12 Yrs 02 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 77 | ADVANCED |
| Vocabulary | 30 | 29 | ADVANCED |
| Reading Comp. | 54 | 48 | PROFICIENT |
| Total Mathematics | 78 | 75 | ADVANCED |
| Problem Solving | 48 | 47 | ADVANCED |
| Procedures | 30 | 28 | ADVANCED |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

135

ORD LEVEL/FORM: Intermediate 3/S
ORMS: Fall National

# STANFORD

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: SNOWDEN
SCHOOL: LAFAYETTE ELEM SCH - 261
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 06
TEST DATE: 04/99

## STUDENT REPORT FOR

N[redacted] P G[redacted]
Age: 11 Yrs 09 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 71 | 707 | 89-8 | 75.8 |
| Vocabulary | 30 | 25 | 709 | 83-7 | 70.1 |
| Reading Comp. | 54 | 46 | 707 | 89-8 | 75.8 |
| Total Mathematics | 78 | 71 | 735 | 97-9 | 89.6 |
| Problem Solving | 48 | 42 | 721 | 96-9 | 86.9 |
| Procedures | 30 | 29 | 774 | 99-9 | 99.0 |
| Partial Battery | 162 | 142 | NA | 94-8 | 83.0 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 25/ 30/ 30 | | | ✓ |
| Synonyms | 15/ 16/ 16 | | | ✓ |
| Context | 4/ 7/ 7 | | ✓ | |
| Multiple Meanings | 6/ 7/ 7 | | ✓ | |
| **Reading Comprehension** | 46/ 54/ 54 | | | ✓ |
| Recreational | 15/ 18/ 18 | | | ✓ |
| Textual | 16/ 18/ 18 | | | ✓ |
| Functional | 15/ 18/ 18 | | ✓ | |
| Initial Understanding | 10/ 12/ 12 | | ✓ | |
| Interpretation | 22/ 24/ 24 | | | ✓ |
| Critical Analysis | 8/ 9/ 9 | | | ✓ |
| Process Strategies | 6/ 9/ 9 | | ✓ | |
| **Mathematics: Problem Solving** | 42/ 48/ 48 | | | ✓ |
| Measurement | 5/ 6/ 6 | | | ✓ |
| Estimation | 4/ 4/ 4 | | | ✓ |
| Problem-Solving Strategies | 4/ 5/ 5 | | | ✓ |
| Number & No. Relationships | 5/ 6/ 6 | | | ✓ |
| Number Systems & No. Theory | 3/ 5/ 5 | | ✓ | |
| Patterns & Functions | 3/ 3/ 3 | | H✓ | |
| Algebra | 3/ 3/ 3 | | | ✓ |
| Statistics | 5/ 6/ 6 | | | ✓ |
| Probability | 3/ 3/ 3 | | | ✓ |
| Geometry | 7/ 7/ 7 | | | ✓ |
| **Mathematics: Procedures** | 29/ 30/ 30 | | | ✓ |
| Computation/Symbolic Notation | 10/ 10/ 10 | | | ✓ |
| Computation in Context | 15/ 16/ 16 | | | ✓ |
| Rounding | 4/ 4/ 4 | | | ✓ |

136

STANFORD LEVEL/FORM: Intermediate 3/T
1995 NORMS: Spring National
Scores based on normative data [illegible]

OTHER INFO: 3——— Copy 02
Process No. 19992001-1590019-2669-17300-2

STANFORD

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: SNOWDEN
SCHOOL: LAFAYETTE ELEM SCH - 261
STRICT: DC PUBLIC SCHOOLS
ST TYPE: MULTIPLE CHOICE

GRADE: 06
TEST DATE: 04/99

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
**N[redacted] P G[redacted]**
Age: 11 Yrs 09 Mos
Student No: 7813234

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 71 | PROFICIENT |
| Vocabulary | 30 | 25 | PROFICIENT |
| Reading Comp. | 54 | 46 | PROFICIENT |
| Total Mathematics | 78 | 71 | ADVANCED |
| Problem Solving | 48 | 42 | ADVANCED |
| Procedures | 30 | 29 | ADVANCED |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

127

STANFORD LEVEL/FORM: Intermediate 3/T
1995 NORMS: Spring National
Scores based on normative data ...

OTHER INFO: 3 Copy 02
Process No. 1999200 ...

# Immunization Certification

**'ART I: Demographic Data** ALL ITEMS MUST BE FULLY COMPLETED

| | | | |
|---|---|---|---|
| 'ame: G[redacted] | | School: LAfAyette Elem. | |
| irst Name: N[redacted] | | Grade: 5 | |
| Aiddle Name: P. | | Parent/Guardian: | |
| ate of Birth: [redacted], 1987 | | Address: [redacted] | |
| tudent ID#: | | City: Washington DC | State: |
| ate: | | Zip Code: 20015 | Phone: (202) [redacted] |

**'ART II: Immunization History (To be completed by Physician or Health Facility Staff)** Example: 01/01/93

NTER MONTH, DAY, AND YEAR FOR EACH IMMUNIZATION GIVEN BY PRIVATE PHYSICIAN OR HEALTH FACILITY (PAST OR PRESENT)

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| nder 7 years of age: iphtheria-Tetanus-Pertussis Circle Vaccine Given) | 1 (DTP)/DT 9/22/87 | 2 (DTP)/DT 3/21/88 | 3 (DTP)/DT 4/29/88 | 4 DTP/DT/(DTaP) 2/3/89 | 5 DTP/DT/(DTaP) 9/22/92 |
| years of age or older: etanus-diphtheria—Adult Td | 1 7/7/98 (cl) | 2 / / | 3 / / | 4 / / | 5 / / |
| olio Circle Vaccine Given) | 1 (OPV)/IPV 9/22/87 | 2 OPV/IPV 3/21/88 | 3 OPV/IPV 2/13/89 | 4 OPV/IPV 10/25/91 | 5 OPV/IPV / / |
| (MMR) Measles, Mumps, and Rubella) | 1 10/28/88 | 2 3/16/91 | / / | / / | / / |
| Aeasles | 1 / / | 2 / / | / / | / / | / / |
| ...s | 1 / / | 2 / / | / / | / / | / / |
| ubella | 1 / / | 2 / / | / / | / / | / / |
| (lib) aemophilus Influenzae type b) | 1 2/13/89 | 2 / / | 3 / / | 4 / / | / / |
| lepatitis B | 1 6/27/97 | 2 9/12/97 (cl) | 3 7/7/98 (cl) | / / | / / |
| | / / | / / | / / | / / | / / |

nmunizations Provided By: Public Source ☐ Private Source ☑ Other ______

**ERTIFICATION OF IMMUNIZATION RECORD**

ertified by:
hysician or Representative: [signature] AGNES E. SCHWEITZER, M.D. YATER MEDICAL GROUP 1700 MASSACHUSETTS AVE NW WASHINGTON, DC 20036 Date: 08-14-97

ddress: Phone # 202) 785-2385

xemptions: Medical ☐ Religious ☐

**ERTIFICATION OF NON-IMMUNIZATION FOR MEDICAL REASONS**

hereby certify that ______ (name of student) was not immunized against ______ (disease)

eason: ______

...ian's signature ______ Date ______

**ION-IMMUNIZATION FOR RELIGIOUS REASONS** A signed statement by parent/guardian must accompany this form for any religious exemption

**'art III: Tuberculosis Screening Test**

138

ype of Test: PPD ☑ Tine ☐ | Date: 6-27-97 | Result negative | ☐ Chest X-ray Date: ______ Result ______



GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

# PUPIL'S HEALTH RECORD

NAME N[redacted] P. G[redacted] Born 4 - 1, 19 91

NAME OF PARENT OR GUARDIAN Manuel R. Gomez; Sylvia I. Correa

ADDRESSES [redacted] PHONE (202) [redacted]

Washington DC 20015

SCHOOLS

GRADES K 5 6 8

TEACHER'S REQUEST TO MEDICAL INSPECTOR FOR INSPECTION OF PUPIL

Please examine pupil for purpose indicated below:

| Date | Purpose | Physician's Recommendations | Date | Purpose | Physician's Recommendations | Date | Purpose | Physician's Recommendations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ABBREVIATIONS FOR TEACHERS — Use code number for suspected defect or disease.
GE—General Exam. R—Readmission V—Vaccination

ABBREVIATIONS FOR PHYSICIANS — E—Exclude for (use code number) R—Readmit
TR—Treatment recommended O—No action necessary
S—Successful NS—Not successful

PHYSICIAN'S REMARKS *

Audited 4/93

IMMUNIZATIONS AND TESTS: HBV 6/97, 9/97, 4/98 Dates Given (+) H/O varicella

| | | | | | |
|---|---|---|---|---|---|
| Diphtheria—Pertussis-Tetanus | 9/87 | 3/88 | 4/88 | 2/89 | 9/92 Td 4/98 |
| Poliomyelitis | 9/87 | 3/88 | 2/89 | 10/91 | 4/99 |
| Other | MMR 10/88 | | HiB 2/89 | | |

Smallpox Vaccination ______ (Date) Scar: ☐ Left Deltoid ☐ ______ (Specify Other) ☐ No Scar

Excused from further vaccination by Department of Public Health letter ______ (No.) ______ (Date)

Tuberculin Skin Test ______ (Date) ☐ Patch ☐ Mantoux ☐ Negative ☐ Positive

Teacher should fill out blank for each pupil at time of first admission, keep it always on file, use it for requesting inspection medical inspector, and see that it accompanies pupil when transferred.

Date all entries.

139

DHS-423 50M 10/71

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
6TH GRADE REPORT CARD 1998-99
(Page two of three)
Student Name: [redacted]

Advisory

| SOCIAL STUDIES | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Grade | 3 | 4 | 4 | 4 |
| Demonstrates map & globe skills | √ | + | + | + |
| Demonstrates understanding of chronological order | + | + | + | + |
| Describes development of early Eastern hemisphere civilizations | NI | + | + | + |
| Uses research methods to learn about Eastern hemisphere cultures | NI | NI | + | + |

| SCIENCE | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Grade | 4 | 4 | 4 | 4 |
| Sets up & completes controlled experiments | + | + | + | + |
| Explains the functions of an organism's major systems | NI | + | + | + |
| Demonstrates an understanding of forces and motion | NI | NI | NI | + |
| Distinguishes between physical & chemical properties of matter | NI | NI | + | + |
| Describes how earth has changed over time | NI | NI | + | + |
| Compares size, position & motion of moon, stars and planets | NI | NI | NI | + |

| MUSIC | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Grade | 3 | 3 | 3 | 3 |
| Identifies music of various composers, cultures, forms and styles | NI | √ | √ | √ |
| Interprets music through singing, listening, performing & writing | √ | √ | √ | √ |
| Recognizes basic music symbols | √ | √ | √ | √ |

| ART | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Grade | 3 | 4 | 4 | 4 |
| Applies different media, techniques & processes in artworks | √ | + | + | + |
| Describes the use of symbols & images to identify different artists' styles | √ | NI | + | + |

| HEALTH & PHYSICAL EDUCATION | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Grade | 3 | 3 | 3 | 4 |
| Describes situations requiring professional health services | √ | + | + | + |
| Uses offensive/defensive strategies in games | + | √ | √ | + |
| Displays basic tumbling skills | NI | NI | NI | + |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

Advisory

| WORK HABITS | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Follows directions | √ | √ | + | + |
| Completes classwork on time | + | + | + | + |
| Works well with others/cooperates | + | + | + | + |
| Uses time wisely | √ | + | + | + |
| Completes and returns homework | √ | + | + | + |
| Participates in class discussions | + | + | + | + |
| Makes an effort | + | + | + | + |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | √ | √ | + | + |
| Follows playground/school rules | + | + | + | + |
| Respects the rights/property of others | + | + | + | + |
| Listens while others speak | √ | + | + | + |
| Practices self-control | √ | + | + | + |

| ATTENDANCE | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 46 | 46 | 4[illegible] |
| Days Absent | — | 5 | 1 | 4 |
| Days Tardy | — | — | 4 | 4 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource; Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | — | — | — | — |
| Bilingual/ESL | — | — | — | — |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
6TH GRADE REPORT CARD 1998-99
(Page one of three)

Student Name: [redacted]

ID#: 7813234

School: Lafayette E.S.

Teacher: [illegible]

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 4 | 4 | 4 | 4 |
| Uses multiple context clues for unlocking meaning in texts | + | √ | + | + |
| Reads and comprehends 25 books | √ | + | + | + |
| Recognizes and understands figurative language (metaphor, personification, hyperbole) | NI | + | + | + |
| Compares/contrasts literary works | √ | + | + | + |
| Recognizes points of view and major themes | + | + | √ | + |
| **WRITING** | 4 | 4 | 4 | 4 |
| Writes using a variety of sentence constructions (simple, complex, compound) | NI | NI | √ | √ |
| Writes persuasive composition | NI | NI | NI | + |
| Writes response to literature | + | + | + | + |
| Uses correct grammar, spelling, capitalization & punctuation | + | + | + | + |
| Writes research report | NI | NI | √ | √ |
| Uses writing process | √ | + | + | + |
| **LISTENING SKILLS** | NI | 4 | 4 | 4 |
| Listens to & critiques oral presentations | NI | NI | + | + |
| Makes oral presentations | NI | + | + | + |
| **SPEAKING SKILLS** | 4 | 4 | 4 | 4 |
| Communicates effectively | + | + | + | + |
| Participates in discussions | + | + | + | + |

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | √ | |
| 2nd Advisory | | √ | |
| 3rd Advisory | | √ | |
| 4th Advisory | | | |
| **Mathematics** | | | |
| 1st Advisory | | √ | |
| 2nd Advisory | | | |
| 3rd Advisory | | √ | |
| 4th Advisory | | √ | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 4 | 4 | 4 | 4 |
| Computes & solves problems using whole numbers, decimals & fractions | + | + | + | + |
| Applies number theory concepts | NI | NI | NI | + |
| Computes area & volume of plane and solid geometric figures | NI | + | + | + |
| Applies ratios, percents and proportions to solve problems | + | + | + | + |
| Graphs relations and uses patterns to generate rules | + | + | + | + |
| Writes equations to solve problems | + | + | + | + |
| Determines probability of events | NI | NI | NI | √ |
| Computes using integers | NI | NI | NI | + |

**Reporting Key:**

For overall grade in subject area:

4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.

3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.

2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.

1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

For skills/expectations within subject area:

+ = Excellent -- = Unsatisfactory
√ = Satisfactory NI = Not Introduced

**District of Columbia Public Schools Report Card**
1998-99 (Page three of three)
**TEACHER COMMENTS**

Student Name: [redacted] Grade: 6

**First Advisory**

[redacted] is a [illegible] student [illegible] [illegible] [illegible] [illegible]

Teacher Signature [illegible] Date 11/[illegible]

**Second Advisory**

I am pleased [illegible] [redacted]'s efforts in progressing even more as person & scholar [illegible]. Continue to strive for excellence.

Teacher Signature [signature] Date 1/26/99

**Third Advisory**

[redacted] continues to perform very well both in the class and on stage! Bravo!

Teacher Signature [signature] Date 4/13/99

**Fourth Advisory**

I'm very proud of [redacted]! I know she'll do well in Jr. High and beyond. Thanks for everything. Have a good summer!

Teacher Signature [signature] Date 6/18/99

143

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
**5TH GRADE REPORT CARD 1997-98**

Student: [redacted]
Teacher: Mrs. Falls
School: Lafayette
__ Special Ed Services __ Bilingual/ESL Services

| **READING** | Quarters 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Uses word attack skills & vocabulary strategies | 2 | | | |
| Identifies story elements (setting, character, plot, etc.) | 2 | | | |
| Learns and uses new vocabulary | 2 | | | |
| Reads with comprehension | 2 | | | |
| Uses research & study skills | 2 | | | |
| **WRITING** | | | | |
| Writes instructions, business letter & research report | X | | | |
| Writes detailed narrative & persuasive essay | X | | | |
| Uses correct grammar, capitalization & spelling | 2 | | | |
| Uses writing process | T | | | |
| **LISTENING SKILLS** | 2 | | | |
| **SPEAKING SKILLS** | 2 | | | |

| **MATHEMATICS** | Quarters 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Has rapid recall of basic facts (circled) (Multiplication) Division | 1 | | | |
| Performs computational operations using whole numbers | 2 | | | |
| Understands place value | 1 | | | |
| Performs computational operations using fractions/decimals | X | | | |
| Understands/uses measurement | X | | | |
| Understands/uses graphs/charts | X | | | |
| Solves problems/applies skills | T | | | |
| **SOCIAL STUDIES** | | | | |
| Demonstrates understanding of 18th century Amer. history | X | | | |
| Recognizes significant persons, events & places in Amer. history | X | | | |
| Describes contributions of diverse groups | X | | | |
| **SCIENCE** | | | | |
| Participates in science activities | 1 | | | |
| Demonstrates knowledge of science content | 1 | | | |
| **ART** | 1 | | | |
| **MUSIC** | 1 | | | |
| **PHYSICAL EDUCATION** | 1 | | | |

**Reporting Key:**
1 = Excellent 2 = Good 3 = Satisfactory
X = Not Applicable N = Needs to make more effort T = Needs more time to develop

| **WORK HABITS** | Quarters 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Follows directions | 2 | | | |
| Completes classroom work | 2 | | | |
| Works well with others/cooperates | 1 | | | |
| Uses time wisely | 2 | | | |
| Completes and returns homework | 2 | | | |
| **PERSONAL & SOCIAL GROWTH** | | | | |
| Follows classroom rules | 2 | | | |
| Follows playground/school rules | 1 | | | |
| Respects the rights/property of others | 1 | | | |
| Listens while others speak | 2 | | | |
| Practices self-control | 2 | | | |

| **ATTENDANCE** | | | | |
|---|---|---|---|---|
| Days Absent | 2 | | | |
| Days Tardy | 2 | | | |

**COMMENTS** [redacted] has made a good adjustment to the 5th grade. She needs to be more attentive to directions and class rules. M.F.

Next Year Grade: ____

144

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 5TH GRADE REPORT CARD 1997-98

Student: N[redacted] G[redacted]

Student ID: 7813234

Teacher: M.J. Falls

School: Lafayette

__ Special Ed Services ✓ Bilingual/ESL Services

| READING | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|
| Uses word attack skills & vocabulary strategies | 2 | 2 | 1 |
| Identifies story elements (setting, character, plot, etc.) | 1 | 1 | 1 |
| Learns and uses new vocabulary | 2 | 2 | 2 |
| Reads with comprehension | 2 | 1 | 1 |
| Uses research & study skills | 2 | 2 | 1 |
| **WRITING** | | | |
| Writes instructions, business letter & research report | 1 | 1 | 1 |
| Writes detailed narrative & persuasive essay | 1 | 1 | 1 |
| Uses correct grammar, capitalization & spelling | 2 | 1 | 1 |
| Uses writing process | 2 | 1 | 1 |
| **LISTENING SKILLS** | 2 | 1 | 1 |
| **SPEAKING SKILLS** | 2 | 1 | 1 |

| MATHEMATICS | 2 | 3 | 4 |
|---|---|---|---|
| Has rapid recall of basic facts (circled) Multiplication (Division) | 1 | 1 | 1 |
| Performs computational operations using whole numbers | 2 | 2 | 1 |
| Understands place value | 2 | 1 | 1 |
| Performs computational operations using fractions/decimals | 2 | 2 | 2 |
| Understands/uses measurement | 2 | 1 | 1 |
| Understands/uses graphs/charts | X | 2 | 1 |
| Solves problems/applies skills | 2 | 2 | 2 |
| **SOCIAL STUDIES** | | | |
| Demonstrates understanding of 18th century Amer. history | 2 | 1 | 2 |
| Recognizes significant persons, events & places in Amer. history | 2 | 2 | 2 |
| Describes contributions of diverse groups | 2 | 2 | 2 |
| **SCIENCE** | | | |
| Participates in science activities | 1 | 1 | 1 |
| Demonstrates knowledge of science content | 1 | 1 | 1 |

**Reporting Key:**
1 = Excellent 2 = Good 3 = Satisfactory
4 = Unsatisfactory
X = Not Applicable N = Needs to make more effort T = Needs more time to develop

| ATTENDANCE | 1 | 2 | 3/4 | |
|---|---|---|---|---|
| Days Absent | 3 | 5 | 4½ | 3½ |
| Days Tardy | 2 | 1 | 1 | — |

| | 2 | 3 | 4 |
|---|---|---|---|
| **ART** | 1 | 1 | 1 |
| **MUSIC** | 1 | 1 | 1 |
| **PHYSICAL EDUCATION** | 1 | 1 | 1 |
| **WORK HABITS** | | | |
| Follows directions | 2 | 1 | 1 |
| Completes classroom work | 2 | 1 | 1 |
| Works well with others/cooperates | 1 | 1 | 1 |
| Uses time wisely | 2 | 2 | 2 |
| Completes and returns homework | 2 | 1 | 2 |
| **PERSONAL & SOCIAL GROWTH** | | | |
| Follows classroom rules | 2 | 2 | 2 |
| Follows playground/school rules | 1 | 1 | 1 |
| Respects the rights/property of others | 1 | 1 | 1 |
| Listens while others speak | 2 | 2 | 2 |
| Practices self-control | 2 | 2 | 2 |

**INSTRUCTIONAL LEVEL**

**Reading**
2nd Advisory __ below X at level __above
3rd Advisory __ below X at level __above
4th Advisory __ below X at level __above

**Mathematics**
2nd Advisory __ below X at level __above
3rd Advisory __ below X at level __above
4th Advisory __ below X at level __above

Grade Next Year: 6th

Revised DCPS/12-97

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Elementary Report Card 1997-98**
**COMMENTS**

Student: N[redacted] G[redacted] Teacher: M. J. Falls

Grade: 5 School: Lafayette

**Second Advisory**

N[redacted] has a happy attitude in school and does grade-level work. She is doing a good job but Natalia has the potential to do excellent work. She needs to concentrate on the work to be done, starting promptly, and seeking help when she needs it.

Teacher Signature: M. J. Falls Date: 1/27/98

**Third Advisory**

N[redacted] efforts are reflected this advisory. She gets involved more with discussions and contributes pertinent information. She enjoys writing and sharing stories.

Teacher Signature: M. J. Falls Date: 4/14/98

**Fourth Advisory**

It's been good to have you in class. Continue to write those great stories.

Best wishes for continued success in the 6th grade.

Have a wonderful summer.

Teacher Signature: M. J. Falls Date: 6/19/98

#609 19
53P034

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
REPORT OF PUPIL PROGRESS
ELEMENTARY GRADES 1A – 6B

| PUPIL | |
|---|---|
| Last Name | First Name |
| ID # | |
| School Year 19___ – 19___ | |

| | SCHOOL | GRADE | TEACHER |
|---|---|---|---|
| Semester #1 | | | |
| Semester #2 | [illegible] | 4 | [illegible] |

| GRADING SCALE | A | B | C | D | U |
|---|---|---|---|---|---|
| Progress | Excellent | Very Good | Good | Minimum | Unsatisfactory |
| % of Mastery | 100 – 93 | 92 – 85 | 84 – 78 | 77 – 70 | Below 70% |

*Dear Parent,*

*You are encouraged to confer frequently with your child's teacher. Close cooperation between the home and school will help develop the skills, habits and attitudes which promote maximum growth.*

| SUBJECTS | Semester 1 Advisory 1 | Semester 1 Advisory 2 | Semester 2 Advisory 1 | Semester 2 Advisory 2 |
|---|---|---|---|---|
| MATHEMATICS | | | | B+ |
| Instructional Level | | | | |
| Above Grade Level | | | | |
| On Grade Level | | | 4B | 4B |
| Below Grade Level | | | | |
| READING | | | | A |
| Instructional Level | | | | |
| Above Grade Level | | | | |
| On Grade Level | | | 4B | 4B |
| Below Grade Level | | | | |
| LANGUAGE | | | A- | A- |
| SPELLING | | | | A |
| HANDWRITING | | | | B |
| SOCIAL STUDIES | | | | A |
| SCIENCE | | | B+ | B+ |

Teacher Comments: Conference Date ______

November ______

Teacher Comments: Conference Date ______

January ______

February Placement

146 Grade ______

Teacher Signature ______

| SUBJECTS | Semester 1 Advisory 1 | Semester 1 Advisory 2 | Semester 2 Advisory 1 | Semester 2 Advisory 2 |
|---|---|---|---|---|
| ART | | | | A |
| MUSIC | | | | A |
| HEALTH/PHYSICAL EDUCATION | | | | A |
| FRENCH, SPANISH | | | | |
| CITIZENSHIP | | | B | B+ |

The following behaviors are in need of improving:

| Advisory 1 | Advisory 2 | Advisory 1 | Advisory 2 | |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | Demonstrates appropriate behavior |
| ☐ | ☐ | ☐ | ☐ | Works effectively with others |
| ☐ | ☐ | ☐ | ☐ | Follows established rules |
| ☐ | ☐ | ☐ | ☐ | Shares ideas and talents |
| ☐ | ☐ | ☐ | ☐ | Listens attentively |
| ☐ | ☐ | ☐ | ☐ | Works independently |
| ☐ | ☐ | ☐ | ☐ | Makes effective use of time |
| ☐ | ☐ | ☐ | ☐ | Completes required homework assignments |
| ☐ | ☐ | ☐ | ☐ | Completes work on time |
| ☐ | ☐ | ☐ | ☐ | Does his best consistently |

| ATTENDANCE RECORD | Semester 1 Advisory 1 | Semester 1 Advisory 2 | Semester 2 Advisory 1 | Semester 2 Advisory 2 |
|---|---|---|---|---|
| TIMES TARDY | | | 0 | 0 |
| DAYS ABSENT | | | | 3 |

Teacher Comments: Conference Date ______

April ______

Teacher Comments: Conference Date ______

[illegible] had a very successful school year. I have really enjoyed [illegible] her [illegible] this [illegible]. Have a [illegible] summer!

June ______

September Placement

Grade 4

Teacher Signature [illegible]

# District of Columbia Public Schools

## Continuous Progress Report: Pre-kindergarten - Third Grade

School Year 1995 - 1996

NAME G[redacted], N[redacted] P. DATE OF BIRTH [redacted] 87

SCHOOL Lafayette, E.S. STUDENT ID NUMBER 7813234 Days Present 91 Days Absent 15

Days Absent Excused 03 Days Tardy 13

CODES:
- P - PROFICIENT: behavior consistently observed
- I - IN PROCESS: behavior intermittently observed, requires support
- N - NOT OBSERVED: behavior not evident
- X - NOT EXPECTED: behavior not developmentally appropriate

| Personal and Social Development | JAN. | JUNE |
|---|---|---|
| Shows positive sense of self | P+ | P+ |
| Acts with independence in thinking and action | P+ | P+ |
| Shows willingness to try new experiences | P | P |
| Uses materials purposefully and respectfully | P | P |
| Follows classroom rules and routines | P- | I |
| Sustains interest and completes tasks and projects | P | P |
| Expresses and manages feelings and stress effectively | P | I |
| Engages in caring and positive relationships with peers | P | P- |
| Engages in caring and positive relationships with adults | P | P |
| Works cooperatively in groups | P | P |
| Shows awareness of strengths and needed growth | P | P |

| Language and Literacy | JAN. | JUNE |
|---|---|---|
| Listens to and makes appropriate comments | P | P |
| Asks and answers questions | P | P |
| Uses language to construct and convey meaning | P | P |
| Speaks easily and clearly | P | P |
| Predicts, interprets and forms opinion from text | P | P |

Uses strategies to gain meaning:

| Strategy | JAN. | JUNE |
|---|---|---|
| pictures | P | P |
| context | P | P |
| punctuation | P | P |
| grammar | P | P |
| phonics | P | P |

| | Emergent | Early | Fluent |
|---|---|---|---|
| As a Speaker: | | | ✓ |
| As a Reader: | | | ✓ |
| As a Writer: | | ✓ | ✓ |

Check (✓) if applicable:

| | JAN. | JUNE |
|---|---|---|
| Learner of English as a Second Language | | |

| Mathematics and Science | JAN. | JUNE |
|---|---|---|
| Explores materials and problems with curiosity | P | P+ |
| Uses problem solving strategies to investigate mathematical and scientific content | P+ | P+ |
| Collects, organizes and analyzes data | P | P+ |
| Describes, extends and creates patterns | P+ | P+ |
| Makes and describes observations | P+ | P+ |
| Sorts, classifies and compares | P | P+ |

| Mathematics and Science (continued) | JAN. | JUNE |
|---|---|---|
| Describes geometric shapes and spatial relations | P | P+ |
| Shows understanding of number and quantity | P+ | P+ |
| Measures in: non-standard units | I | P |
| Measures in: standard units | I | P |
| Questions, predicts and estimates | P | P+ |

Indicates understanding of operations:

| Operation | JAN. | JUNE |
|---|---|---|
| addition | P | P+ |
| subtraction | P | P+ |
| multiplication | | P |
| division | | P |

| | JAN. | JUNE |
|---|---|---|
| Represents and communicates mathematical and scientific thinking in a variety of ways | I | P |

| Social Studies | JAN. | JUNE |
|---|---|---|
| Understands and respects similarities and differences among people | P | P |
| Recognizes human interdependence in: family structures and roles | P | P |
| community life and work roles | P | P |
| technology and how it affects people's lives | P | P |
| Demonstrates knowledge of time and history and the relationship to people's lives | I | P |
| Understands geographic concepts and mapping | I | P |

| The Arts | JAN. | JUNE |
|---|---|---|
| Plans, designs and completes creative projects | P | P |

Demonstrates special interest in:

| Area | JAN. | JUNE |
|---|---|---|
| music | P | P+ |
| art | P | P+ |
| drama | P | P+ |
| creative movement and dance | P | P+ |

| | JAN. | JUNE |
|---|---|---|
| Shows interest in artistic work of others | P | P+ |

| Physical Development | JAN. | JUNE |
|---|---|---|
| Moves with increasing balance and control | P | P+ |
| Shows increasing eye-hand coordination | P | P+ |
| Uses writing and drawing tools with increasing control | P | P+ |
| Performs physical activities with agility | P | P+ |

WHITE: TEACHER COPY
PINK: PARENT FIRST SEMESTER COPY
YELLOW: PARENT SECOND SEMESTER COPY

Copyright © 1994 District of Columbia Public Schools

# CONTINUOUS PROGRESS REPORT

**School Year 19__ - 19__**

***First Semester Report–January 1995***

***STUDENT'S COMMENTS:*** I'm good at spelling and reading. My favorite subjects are art and Language Arts. I want to have a feildtrip to the swimming pool. I don't like Math very much.

***STUDENT'S INTERESTS/TALENTS:***

***TEACHER'S SUMMARY (STRENGTHS, AREAS OF NEEDED GROWTH AND SUGGESTIONS FOR PARENTS):*** N[redacted] ~~IS A TRUE ASSET TO OUR CLASSROOM. SHE'S A COOPERATIVE LEARNER WHO WORKS WELL IN INDIVIDUAL OR GROUP SETTINGS. PEERS RESPECT HER, & SHE THEM. SHE'S AN OUT-~~STANDING READER & MATHEMATICIAN WHO DEMONSTRATES THE UNDERSTANDING OF ABSTRACT CONCEPTS BOTH VERBALLY & IN HER WRITINGS. SHE IS JUST BECOMING AWARE OF SYNTAX & SEMANTICS IN HER WRITING. POINTING OUT ELEMENTS OF WRITING, AT HOME, WHILE READING TO HER IS RECOMMENDED. SHE'S CURIOUS ABOUT SCIENCE & WAS ENTHUSIASTIC WHEN REPORTING ON WEATHER & ITS CAUSES, & THE HUMAN BODY. ALSO, SHE EXHIBITS TALENT/INSIGHT IN THE ARTS. OVERALL, N[redacted] AN EXCELLENT PUPIL.

Elan M. Miller 2/7/96 — Teacher's Signature, Date

Sylvie [signature] 2/7/96 — Parent's Signature, Date

***Second Semester Report–June 1995***

***STUDENT'S COMMENTS:***

***STUDENT'S INTERESTS/TALENTS:***

***TEACHER'S SUMMARY (STRENGTHS, AREAS OF NEEDED GROWTH AND SUGGESTIONS FOR PARENTS):*** Energetic, sensitive, & able to voice her opinions help describe N[redacted] during term two. She had a keen ability to comprehend math processes. Her writing was more meaningful, yet reading did not increase as she spent much of that time indulging in play. She was strong in The Arts. She danced, sang, & acted with flair and talent! Although she had some good relationships with peers and adults, at times she didn't express/manage her feelings appropriately. ~~Over the summer, she should continue to practice and perfect her writing. Letters to friends &/or relatives would be helpful. Reading about geography~~ (mapping) & social studies is good preparation for 4th grade.

Elan M. Miller 6/3/96 — Teacher's Signature, Date

Sylvie [signature] 6/3/96 — Parent's Signature, Date

Placement in September: 4th Grade

148

WHITE: TEACHER COPY PINK: PARENT FIRST SEMESTER COPY

A. Arnold

# District of Columbia Public Schools

## Continuous Progress Report: Pre-kindergarten - Third Grade

School Year 1994 - 1995

NAME N[redacted] G[redacted] DATE OF BIRTH [redacted] 87

SCHOOL Lafayette STUDENT ID NUMBER 7813234

Days Present: 87 | 83 — Days Absent: 6 | 1

Days Absent Excused: [ ] [ ] — Days Tardy: [ ] [ ]

CODES: P - PROFICIENT: behavior consistently observed
I - IN PROCESS: behavior intermittently observed, requires support
N - NOT OBSERVED: behavior not evident
X - NOT EXPECTED: behavior not developmentally appropriate

| Personal and Social Development | JAN. | JUNE |
|---|---|---|
| Shows positive sense of self | P | P |
| Acts with independence in thinking and action | P | P |
| Shows willingness to try new experiences | P | P |
| Uses materials purposefully and respectfully | P | P |
| Follows classroom rules and routines | P | P |
| Sustains interest and completes tasks and projects | P | P |
| Expresses and manages feelings and stress effectively | P | P |
| Engages in caring and positive relationships with peers | P | P |
| Engages in caring and positive relationships with adults | P | P |
| Works cooperatively in groups | P | P |
| Shows awareness of strengths and needed growth | P | P |

| Language and Literacy | JAN. | JUNE |
|---|---|---|
| Listens to and makes appropriate comments | P | P |
| Asks and answers questions | P | P |
| Uses language to construct and convey meaning | P | P |
| Speaks easily and clearly | P | P |
| Predicts, interprets and forms opinion from text | P | P |

Uses strategies to gain meaning:

| Strategy | JAN. | JUNE |
|---|---|---|
| pictures | P | P |
| context | P | P |
| punctuation | P | P |
| grammar | P | P |
| phonics | P | P |

| | Emergent | Early | Fluent |
|---|---|---|---|
| As a Speaker: | | | ✓ ✓ |
| As a Reader: | | | ✓ ✓ |
| As a Writer: | | ✓ ✓ | |

| Check (✓) if applicable: | JAN. | JUNE |
|---|---|---|
| Learner of English as a Second Language | | |

| Mathematics and Science | JAN. | JUNE |
|---|---|---|
| Explores materials and problems with curiosity | P | P |
| Uses problem solving strategies to investigate mathematical and scientific content | P | P |
| Collects, organizes and analyzes data | P | P |
| Describes, extends and creates patterns | P | P |
| Makes and describes observations | P | P |
| Sorts, classifies and compares | P | P |

| Mathematics and Science *(continued)* | JAN. | JUNE |
|---|---|---|
| Describes geometric shapes and spatial relations | P | P |
| Shows understanding of number and quantity | P | P |
| Measures in non-standard units | P | P |
| Measures in standard units | P | P |
| Questions, predicts and estimates | P | P |

Indicates understanding of operations:

| Operation | JAN. | JUNE |
|---|---|---|
| addition | P | P |
| subtraction | P | P |
| multiplication | P | P |
| division | | |

| | JAN. | JUNE |
|---|---|---|
| Represents and communicates mathematical and scientific thinking in a variety of ways | P | P |

| Social Studies | JAN. | JUNE |
|---|---|---|
| Understands and respects similarities and differences among people | P | P |
| Recognizes human interdependence in: family structures and roles | P | P |
| community life and work roles | P | P |
| technology and how it affects people's lives | P | P |
| Demonstrates knowledge of time and history and the relationship to people's lives | | |
| Understands geographic concepts and mapping | P | P |

| The Arts | JAN. | JUNE |
|---|---|---|
| Plans, designs and completes creative projects | P | P |

Demonstrates special interest in:

| Interest | JAN. | JUNE |
|---|---|---|
| music | P | P |
| art | P | P |
| drama | P | P |
| creative movement and dance | P | P |

| | JAN. | JUNE |
|---|---|---|
| Shows interest in artistic work of others | P | P |

| Physical Development | JAN. | JUNE |
|---|---|---|
| Moves with increasing balance and control | P | P |
| Shows increasing eye-hand coordination | P | P |
| Uses writing and drawing tools with increasing control | P | P |
| Performs physical activities with agility | P | P |

WHITE: TEACHER COPY
PINK: PARENT FIRST SEMESTER COPY
YELLOW: PARENT SECOND SEMESTER COPY

Copyright © 1994 District of Columbia Public Schools



# CONTINUOUS PROGRESS REPORT

**School Year 1994 - 1995**

**First Semester Report–January 1995** "School is very, very fun. I'm proud of my special talents."

STUDENT'S COMMENTS: I'm good at Art and Science and sports and math is the best subject I've done. The multiplication tables is something new I've learned. I'm not so good at handwriting. I'm going to work harder at paying attention by listening to the speaker.

STUDENT'S INTERESTS/TALENTS: school, Art, math, language, cuba / math, Art and cooking.

TEACHER'S SUMMARY (STRENGTHS, AREAS OF NEEDED GROWTH AND SUGGESTIONS FOR PARENTS): N[redacted], can be extremely proud of the progress she's made both academically and socially. Her reading ability has grown by leaps and bounds and she reads constantly. Her mathskills are very good and she has proven herself to be a good problem solver.

She's artistic and loves to draw. She also sings well.

Her weakness is her spelling. I would like to see her working with spelling-compu programs or board games.

Angelina J. Arnold — Teacher's Signature — 1·31·95 Date

[signature] — Parent's Signature — ~~1-31~~ 2-1-95 Date

**Second Semester Report–June 1995** My favorite books were "The magic Chalk and the B.F.G. and my favorite project was "Wilbur" I improved my math

STUDENT'S COMMENTS: by studying my facts. I practiced the Golden Rule when someone hit me and I asked her to stop. I'm most proud of my spelling. I'm getting better and better because of my wonderful tchr Ms. Arnold. The spider hunt and the time after the play was the most fun and learning the clock was the hardest. This year I've also gotten

STUDENT'S INTERESTS/TALENTS: better at math. This summer I'm going to read lots of "Pear 4" books and go to sleepover camp. Next year I look forward to goin to Chile.

TEACHER'S SUMMARY (STRENGTHS, AREAS OF NEEDED GROWTH AND SUGGESTIONS FOR PARENTS): N[redacted], has good reason to be proud of her spelling. Her work reflects much growth in this area. She continued to work hard this semester and is academically ready for the third grade.

She has been much happier about her friendships and has matured in her relationships.

N[redacted], keep a journal, read a lot and continue to work on your spelling this summer.

I enjoyed being your teacher. Lots of love,
Ms. A.

Angelina J. Arnold — Teacher's Signature — 6/9/95 Date

Manuel [signature] — Parent's Signature — 6-6-95 Date

Placement in September 3rd Grade

WHITE: TEACHER COPY PINK: PARENT FIRST SEMESTER COPY YELLOW: PARENT SECOND SEMESTER COPY