

COLUMBIA PUBLIC SCHOOLS

565 - REVISED 1982

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

ATTENDANCE RECORD, CARD 19

SCHOOL _____

PUPIL'S NAME  Lafayette

TEACHER  McKonige  Osgus

STUDENT I.D. NO.

SECTION OR GRADE

DATE ENTERED

DATE OF BIRTH

PHONE NO.

BUSINESS ADDRESS _____ PHONE NO.

BUSINESS ADDRESS _____ PHONE NO.

201

Use reverse side for special notations

OF COLUMBIA PUBLIC SCHOOLS

ATTENDANCE RECORD CARD 19

SCHOOL _____    TEACHER __Miller__

PUPIL'S NAME __Wilbert Lawrence C.__    M ☐ F ☑   DATE ENTERED __9-5-95__   STUDENT I.D. NO. __781303Y__   SECTION OR GRADE __3__
            LAST        FIRST        MIDDLE

HOME ADDRESS __St. N.W.__ _____ PHONE NO. _____    DATE OF BIRTH __87__

FATHER'S NAME _____    BUSINESS ADDRESS _____    PHONE NO. _____

MOTHER'S NAME _____    BUSINESS ADDRESS _____    PHONE NO. _____

HOLIDAY [H]   ABSENT A.M. [/]   P.M. [/]   ALL DAY [⊠]   TARDY A.M. [/] P.M. [/]   A.M. AND P.M. [⊠]

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL DAYS ABSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Use reverse side for special notations

| DATE |
|---|
| SEPTEMB |
| OCTOBER |
| NOVEMBER |
| DECEMBER |
| JANUARY |
| FEBRUARY |
| MARCH |
| APRIL |
| MAY |
| JUNE |

Use reverse side

202



ATTENDANCE RECORD CARD   19

SCHOOL _____ Martin Luther King _____ TEACHER _____

PUPIL'S NAME  LaFayette
LAST   FIRST   MIDDLE   M ☐ F ☒   DATE ENTERED

STUDENT I.D. NO. 781224
SECTION OR GRADE 1

HOME ADDRESS _____ St NW _____ PHONE NO. 2 _____ DATE OF BIRTH _____-81

FATHER'S NAME  Manuel Gomez   BUSINESS ADDRESS _____ PHONE NO. 260-2563

MOTHER'S NAME  Sylvia Collea   BUSINESS ADDRESS (202) 260-4890 401 M St SW   PHONE NO.

HOLIDAY H

| | ABSENT A.M. | P.M. | ALL DAY | TARDY A.M. | P.M. | A.M. AND P.M. |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL DAYS ABSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Use reverse side for special notations

Month and Date

Columbus Day
Veterans' Day
Thanksgiving Holiday
Winter Vacation
New Year's Day

George Washington's Birthday
Spring Vacation
Memorial Day

SPECIAL NOTATIONS
(Example: Excused, 10:30 for, etc.)

Notation

203

## ATTENDANCE RECORD CARD 19

PUPIL'S NAME _____  
LAST   FIRST   MIDDLE

TEACHER _____

M ☐  F ☒  DATE ENTERED _____

STUDENT I.D. NO. 783238

SECTION OR GRADE ____

DATE OF BIRTH _____

HOME ADDRESS _____  PHONE NO. ____  PHONE NO. 202-255-3  
202-48-90

FATHER'S NAME _____

MOTHER'S NAME  Sylvia Coffia

BUSINESS ADDRESS ____  PHONE NO. ____

BUSINESS ADDRESS ____

HOLIDAY [H]   ABSENT A.M. ◻   P.M. ◻   ALL DAY ◻   TARDY A.M. ◻   P.M. ◻   A.M. AND P.M. ◻

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL DAYS ABSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| OCTOBER | | | | | | ⊠ | ⊠ | | | | | | | | | | | ⊠ | | ⊠ | | | | | | | | | | | | 2 |
| NOVEMBER | | | | | | | | ⊡ | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | ⊠ | | | | | | | | | | | | | | | | | | 2 |
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | ⊠ | | ⊠ | | | | | | | | | 8 |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| MAY | | | | | ⊠ | ⊠ | ⊠ | ⊠ | | | | | | | | | | | | | | | | | | | | | | | | 5 |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 |

Use the reverse side for special notations

---

Columbus Day ................ Martin Luther King Jr's Birthday  
Veterans' Day ................ George Washington's Birthday  
Thanksgiving Holiday ....... Spring Vacation  
Winter Vacation ............. Memorial Day  
New Year's Day

**SPECIAL NOTATIONS**  
(Example: Excused, 10:30 for, etc.)

Month and Date _____   Notation

ATTENDANCE RECORD CARD 19 92 - 19 93

SCHOOL Lafayette E.S.

PUPIL'S NAME Lafayette ■ N. ■ Maane
LAST    FIRST    MIDDLE

TEACHER Ms. Tresi

STUDENT I.D. NO. 78/3234

HOME ADDRESS ■■■ St. N.W.    DATE ENTERED 9/15/92    SECTION OR GRADE K

FATHER'S NAME ■■■

MOTHER'S NAME Sylvia ■    PHONE NO. ■■    DATE OF BIRTH ■/87

BUSINESS ADDRESS National Cancer Inst.    PHONE NO. 306-9008

HOLIDAY [H]    BUSINESS ADDRESS 401 M St. N.W.    PHONE NO. 646-9008

ABSENT A.M. [/]  P.M. [/]    ALL DAY [X]  TARDY A.M. [X]    (DA) 840 1890 A.M. AND P.M. (MOM)
(WK) 202-749- (WK) 496-9808

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL DAYS ABSENT |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-------------------|
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | X | | | | | X X X | | | | | | | | | | | | | | | | | | |
| JANUARY | | | | | | | | | | X X | | | | | | | | | X | | | | | | | | | | | | |
| FEBRUARY | | X X | | | | | | | | | | | | | | | | | | X | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(Home) 244-3714

Use reverse side for special notations.

J-64017

**WISP**
**Wilson International Studies Program**
Woodrow Wilson Senior High School
3950 Chesapeake St. NW
Washington, D.C. 20016
(202) 282-0545

January 8, 2003

Dear Parent of N█████ G█████

I am sorry to inform you that N█████ 1.4 GPA from the first advisory puts her in poor standings in WISP. She must work to bring the GPA up to at least 2.0. It is suggested that N█████ seek help in the classes that are below C. If N█████ would like to see me to go over her grades please let me know so that I can schedule an appointment.

If N█████ GPA is not raised to a 2.0 by the end of the year she will be asked to leave WISP and if she is out of boundary she will be asked to return to her home school. I sincerely hope that we can rectify the situation and that N█████ will live up to her expectations.

Yours truly,

Jeffrey A. Schultz
Director WISP

**From:**        Manuel Gomez
**To:**          Morton, Monique (SHS)
**Date:**        1/17/03 6:33PM
**Subject:**     RE: Our daugher N████ G████

I will be talking to her tonight. I think she is trying to get on a better road, and I understand she has been to the Math Center twice this week.

She worked on some of the missing assignments (Ch. 3 corrections) and should have turned them in. She said she is only missing the Ch 4 test corrections after that, and that she spoke to you and you confirm. Is there anything else?
I know Kim and she is a good kid but I would suggest and strongly support you ask them not to sit together. Can you? You have our strong backing.
I have told her repeatedly to make appointments with you to work after school. She will go in on Monday to do so if I have to take her myself.

Finally, I have been working with her several times, and I am confirmed in my view that she "gets it" pretty easily when she pays the least attention, even on material where she is weak on earlier stuff. She can do it, and needs to believe it. And need to work it.
Thanks again. My wife's email is in cc so you now have it.
Manuel Gomez


>>> "Morton, Monique (SHS)" <Monique.Morton@k12.dc.us> 01/17/03 04:37PM >>>
Mr. Gomez,

N████ has had trouble paying attention in class especially when she sits next to Kimberly Le. I have to check and see if there is a record of her attendance in the math center; I haven't seen her there and it's right across the hall from my class but she should have a log in record if she's been going.

She has indicated to me that she wants to do better. I will accept missing test corrections and allow her to make up any missed tests to help her accomplish that. She can see me after school any day next week to set up a schedule but any make up needs to be done by January 29 (the end of the semester).

I had tried back in December to send Ms. Correa an e-mail regarding N████ but it was sent back to me. I'll make sure I have the correct address and try again.

I hope N████ can turn this around. I really think she needs to focus...

Ms. Monique Morton

-----Original Message-----
From: Manuel Gomez [mailto:mgomez@aiha.org]
Sent: Wednesday, January 08, 2003 9:49 PM
To: Monique.Morton@k12.dc.us
Cc: correa.sylvia@epa.gov
Subject: RE: Our daugher N████ G████


Ms. Morton:
Thank you. Yes, N████ can come to see you after school. I have asked

207



her to try to see you tomorrow, at least to set up a time convenient to you.  She is supposed to ask your for guidance on how to improve (what should she study?  what parts of the book? what is she missing? what corrections or review can she do? etc.).  Please help her with some specific guidance.  She needs to write it down.

She can also go to the Math center, and has done so a couple of times. But without motivation or direction, I am not sure that can help.

I am also worried about whether she is really paying attention. Actually, I think not.  Or very little.  She has math talent, I am sure, but she is not applying it AT ALL.  I see her aptitude tests; her talent is clear.  She needs some victories to see them and taste them.

I can help her, in theory, because I know most of the stuff.  But a father is the worst, especially when motivation is low.  I become "the Nazi."  We are looking for a tutor.

Please do review her assignments and grades so far this grading period, and let her and me know what she can do to improve.  Yes, I do know about the online grades, but I am trying to get her off her you-know-what.
Thanks again.  Let's see if this works to get her moving.  I am open to any suggestions.  The cc on this email is my wife (mother) Sylvia.
Manuel Gomez


Manuel R. Gomez, DrPH, MS, CIH
Director, Scientific Affairs
American Industrial Hygiene Association (AIHA)
2700 Prosperity Ave., Ste. 250
Fairfax, VA 22031
Phone: 703-846-0786
Fax: 703-207-8558
email: mgomez@aiha.org
>>> "Morton, Monique (SHS)" <Monique.Morton@k12.dc.us> 01/08/03 08:54 AM
>>>
Mr. Gomez,

I am sorry it has taken me so long to get back to you; I wouldn't have been
able to meet with you on December 19 anyway.

N▆▆▆ is hard to read.  She got off to a bad start, missed a few classes,
never made up the work she missed because of that, and is suffering because
of those things.  She is coming to class now but there are times when I have
to literally stand over her to get her working on whatever classwork I have
assigned.  She never asks questions in class but seems to be paying attention.  I haven't had a look at her notebook but I am concerned about
how/whether she is taking notes.

208

Is it possible for her to stay after school? If so, she can get extra help
from me and attend the math center. She can use that time to get her homework done and complete her test corrections as well as ask any questions. The math center is run by Dr. Smith whose classroom is across
the hall from mine and she has student tutors who work with her. Sometimes
it helps when someone else explains it. Plus, I give extra credit for math
center attendance.

I will send you a report of the assignments and grades I have for N████ so
far. I don't know if I've indicated this to you before but you can access
N████ grades online so that you can check up as often as you like.

I hope this helps,

Monique Morton

-----Original Message-----
From: Manuel Gomez [mailto:mgomez@aiha.org]
Sent: Tuesday, December 17, 2002 9:49 PM
To: monique.morton@k12.dc.us
Subject: Our daugher N████ G███

Dear Ms. Morton:
Our daughter N████ is in your Honors Algebra class. As you know, she did very poorly in the first grading period, and my sense is that she is not doing so much better now. I am very worried. She has the talent, that is not the problem.

Would it be possible to meet with you Thursday, day after tomorrow, either before or after school hours? I would like to hear your impressions, and see if we can figure out a way to get her out of the rut she is in.
We need help.

You can reach me at this email or at 703-846-0786 (office) or 202-244-3714. If you call me in the office and let me know when and where I can call you, I will.

Thank you. I look forward to your response.
Manuel Gomez

Manuel R. Gomez, DrPH, MS, CIH
Director, Scientific Affairs
American Industrial Hygiene Association (AIHA)
2700 Prosperity Ave., Ste. 250
Fairfax, VA 22031
Phone: 703-846-0786
Fax: 703-207-8558
email: mgomez@aiha.org

209

**Wake • Kendall • Springer • Isenman • Schweickert • Weintraub and Associates PLLC**

### Educational & Psychological Consultants

## PSYCHOLOGICAL AND EDUCATIONAL EVALUATION

**Name:** Na██████ G████     **Dates of Testing:** 1//17,21/30/03
**School:** Wilson High          **Date of Birth:** ████/87
**Grade:** 10                    **Age at Tests:** 15 years, 5 months

### REASON FOR REFERRAL

Na█████ was brought for testing by her parents who were concerned about her lack of motivation and weak academic performance despite good potential. They also observed some difficulties with interpersonal relationships. This evaluation was undertaken to assess N███████ attention, organization and cognitive, academic, and emotional functioning in order to plan for her needs.

### BACKGROUND INFORMATION

N██████ is the younger of two daughters born to her parents. There is some family history of learning and attention problems and of depression. Her sister has muscular dystrophy, which N██████ also exhibits to a mild degree.

The product of a full-term pregnancy marked by gestational diabetes for which her mother received insulin for the last 2 or 3 months, N██████ was delivered by Caesarean section. She was a healthy neonate and weighed almost 8 lbs. N██████ nursed for a few months and then received regular formula. She passed developmental milestones early, "copying" her older sister, and was toilet trained by 2. She had a normal activity level and no difficulties with speech, hearing, or vision. She began her period at 14 but showed signs of puberty by 12. N██████ is prone to stomachaches and to sores in her mouth. At the age of 4, her appendix was removed. Her general health is fine. N██████ has a normal appetite, and she usually gets adequate sleep. However, lately she has had some trouble with falling asleep and awakening during the night.

At the age of 2, N██████ entered Rosemont Center for day care, where she remained through the age of 4. She made a satisfactory adjustment there and to kindergarten at Lafayette Elementary. N██████ was "independent" and did well in elementary school, with "lots of friends and activities." She was a strong reader, wrote well, and was "OK" with math. Her mother also recalls that she was organized and got her work in on time. For 7th grade, N██████ entered Alice Deal Junior High. This was a tough transition and elicited substantial anxiety. During 7th or 8th grade, she qualified for the JHU Center for Talented Youth in the verbal area. Her grades were "OK" through 8th grade and then began to slip somewhat. N██████ periodically skipped school. This year she

210

2

entered Wilson Senior High and again had significant trouble with the transition. While Deal had been strict and structured, Wilson was much looser. N██████ began to skip class a great deal. She seemed "very hyper and distractible" according to her mother, and had "trouble settling down." N██████ claims "everything is stupid," including teachers and peers. At school she tends to "talk a lot" and to get distracted by peers. She also can be "loud and opinionated." Her grades this year have been poor due to excessive absences and missing assignments.

N██████ is an extrovert with several girl friends. Her relationships with peers tend to be unstable except for a group of close friends from her summer camp. Her mother characterizes her as "very emotional and dramatic with everything extreme." Her emotions are volatile and labile, so that she may cry and laugh in close proximity. N██████ mother does not believe that she has a sense of humor and notes that she has "trouble laughing at herself." She gets "very anxious" at school and often complains that "nobody likes me and I'm a failure." Last spring, N██████ took an overdose of aspirin and had her stomach pumped. She was kept at Children's Hospital for the week-end and re-entered therapy for a short time. In 7th grade, N██████ also received therapy for depressive symptoms related to difficulty with ostracism by peers and her sister's diagnosis with muscular dystrophy. Her parents indicate that she never "connected" with an individual therapist; however, she has shown some rapport with a family therapist they have used periodically for family conflicts. N██████ has never been prescribed any medication to treat her symptoms of anxiety or depression. She has experimented some with alcohol and marijuana. In her free time, N██████ contacts her friends via phone, e-mail, and IM. She is a strong swimmer and used to play soccer. She also loves to sing and used to play piano and guitar but didn't "stick with it." At home, N██████ is "very volatile." She "will do things but gives static." Her parents remove privileges, ground her, or don't buy her things she wants. Among her assets, according to her mother, are her "strong character with beliefs and passion" and the fact that she is a "wonderful child who wants to please her parents, is so talented and caring, and has a distinct sense of justice, of right and wrong."

BEHAVIORAL OBSERVATIONS

N██████ is an attractive, poised, articulate 15 year old girl with a sense of style. Although she did not appear relaxed, especially during the first two sessions, she was pleasant and fully cooperative throughout. In the structured one-on-one testing situation, she focused well. In her responses to questions about home, school, and friends, N██████ usually responded briefly and rarely elaborated. At the beginning of the second testing session, she was tearful and appeared upset, but was unwilling to explain beyond the fact that it had something to

3

do with a friend. This reserved and guarded quality was also apparent during projective testing and when the examiner inquired about her suicide attempt and any self-injurious behavior. N▇▇▇▇ was a bit more comfortable discussing her depression in 7th grade, which stemmed from being rejected by peers. She had some therapy then, which she didn't find helpful, and still doesn't "understand why it was so easy for them to do it to me."

When asked about school, N▇▇▇▇ indicated that she had trouble adjusting from the strict, structured setting of junior high to the much greater freedom of high school. Her "cutting" of school was always in the company of a friend and entailed going out for food or to someone's house. N▇▇▇▇ acknowledged that she has some trouble falling asleep due to thinking about things that are bothering her. She also has a habit of picking at her skin without realizing it, and she can sometimes feel irritable. Although she is interested in medicine, N▇▇▇▇ believes she is "too emotional" for it. Other interests include singing, acting, and musical theatre. Her summers are happily spent at a sleep-away camp and traveling to visit relatives. If she could design her own school, N▇▇▇▇ would like one that is "big, free, has a lot of people and young exciting teachers that want to be there, and would let us grade ourselves."

TEST RESULTS

(See Appendix for tests administered and test scores)

Cognitive Functioning

According to the norms of the Wechsler Intelligence Scale for Children-III, N▇▇▇▇ is currently functioning in the Superior range of intellectual aptitude. Her Superior auditory/verbal abilities are significantly stronger than her High Average visual/spatial/motor abilities.

On the Verbal part of the test N▇▇▇▇ subtest scores clustered in the high average and superior ranges. Two subtests measured her auditory working memory. N▇▇▇▇ was superior in her ability to solve arithmetic word problems in her head. She also demonstrated superior recall for series of unrelated numbers in both normal (maximum span of 7) and reverse (maximum span of 7) order. Four subtests assessed N▇▇▇▇ verbal comprehension. Of these, she did best on a task that required practical judgment. Thus, N▇▇▇▇ could generally formulate thoughtful responses to questions about social situations and issues. She also demonstrated superior abstract verbal reasoning when asked to grasp essential similarities. N▇▇▇▇ fund of general background information was above average for her age, as was her ability to define vocabulary words.

4

On the Performance, or nonverbal, part of the test N⬛⬛⬛⬛⬛ subtest scores ranged from average to superior. She was strongest on a task that involved identifying missing parts in pictured objects. This and three other subtests comprised the perceptual organization factor. N⬛⬛⬛⬛ was able to arrange pictures in logical, sequential order to make stories at a high average level for her age, missing only one item. She performed in the average range on two other perceptual-motor integration tasks. Although entirely accurate, she worked somewhat slowly both at assembling puzzles of familiar objects and analyzing and replicating abstract designs with blocks. Two subtests measured her visual processing speed. N⬛⬛⬛⬛ worked at a high average pace on a code transcription task, making no errors, and at an average pace on a task that involved scanning for matching symbols.

Further analysis of N⬛⬛⬛⬛⬛ performance on the WISC-III indicates that her verbal comprehension and auditory working memory are her areas of strength, with both falling in the superior range for her age. In contrast, her high average perceptual organization and visual processing speed, which scores at the top of the average range, are significantly weaker.

As a further measure of her thinking abilities, N⬛⬛⬛⬛ was given two subtests from the Woodcock-Johnson, Tests of Cognitive Abilities, both of which measure fluid reasoning. She performed well on both, particularly on a task that was similar to set theory and required her to generate rules for set inclusion (95th percentile). N⬛⬛⬛⬛ also was able to solve algebra-like color equations quite well (90th percentile).

Attention and Organization Skills

N⬛⬛⬛⬛, her parents, and teachers were given questionnaires to complete to provide information about her attention, activity level, organization, learning, behavior, and social/emotional functioning. On the ANSER System questionnaire, N⬛⬛⬛⬛ indicated that she makes many careless mistakes and that it is hard for her to keep her mind on her work in school. Her pencil grip is tight, her ideas go faster than her fingers, and it often takes her too long to copy from the blackboard. Sometimes she has trouble remembering what she reads, retaining what she studies, and writing reports and stories. N⬛⬛⬛⬛ also indicated that she frequently feels very sad, is nervous and worried about school and things at home, and believes other kids are smarter than she.

On the Conners-Wells, N⬛⬛⬛⬛ rated herself with a mild elevation on the ADHD Index (T=65), a measure of behaviors likely to respond positively to stimulant medication. Her father's ratings on the Conners, were significant in the area of hyperactivity (T=80) and somewhat elevated in inattention (T=69) and the ADHD Index (T=66). Her mother rated N⬛⬛⬛⬛ as significant in all categories: oppositionality (T=76), inattention (T=77),

5

hyperactivity (T=>90), and the ADHD Index (T=86). Ratings were
not returned by her teachers as of the date of this report.

On the BASC, N██████ rated herself as clinically significant in
her attitude to school and "at-risk" in her attitude to teachers,
sense of inadequacy, depression, self-esteem, and self-reliance.
Her father rated her as at-risk in hyperactivity, attention
problems, and social skills. Her mother rated N██████ as
clinically significant in hyperactivity, conduct problems,
attention problems, anxiety, depression, somatization, and social
skills and at-risk in leadership, withdrawal, and atypicality.
However, her ratings should be viewed with caution due to her
tendency to be extremely negative. Again, teacher forms were not
returned to date.

N██████ was also given a standardized attention task, the Conners
Continuous Performance Test, a measure of one's ability to
sustain attention, to inhibit impulsive responding, and to
respond rapidly and consistently over time. This required her to
sit in front of a computer screen for 14 minutes in a quiet room
while letters appeared one at a time at variable rates. She was
asked to press the space bar for any letter other than X as
quickly as she could. Although she generally did well on the
test, responding quickly and mostly accurately, N██████ results
were equivocal as far as attention problems go. That is, she did
not strongly match either the normal or ADHD population.

As a check on her visual-motor coordination and organization
skills, N██████ was asked to copy nine abstract designs on the
Bender Visual-Motor Gestalt Test. She did so without error and
organized the forms systematically on the page. However, her
approach was a bit cautious in that she drew all of the forms
quite small in the upper half of the page. When asked to
reproduce the forms from memory, N██████ could recall 6, which is
not a strong performance for her age. Similarly, although she
could draw a complicated figure satisfactorily (Rey-Osterrieth),
it was harder for her to reproduce it after 30 minutes (she
scored about 1 s.d. below the mean for her age). Thus, N██████
auditory memory is much stronger than her visual-motor memory.

N██████ cognitive efficiency was also checked on the WJ-III,
Tests of Cognitive Abilities. Here, she again demonstrated strong
auditory memory when asked to repeat digit sequences backwards
(97th percentile) but was much less efficient when required to
circle pairs of matching numbers quickly (63rd percentile).

On the Delis-Kaplan Executive Function System, N██████ was given
a variety of tasks to measure attention, fluency, planning,
organization, flexibility, and planning. She demonstrated
particular strength in her verbal fluency. On this test, N██████
was able to generate lists of words that began with different
letters, that were in specific categories, and that switched from


6

one category to another. She also did well on a design fluency
task that entailed connecting dots in different patterns. In
contrast, she was not as efficient on the trail making test.
Although she could connect dots and letters and scan for a
specific item at an above average pace for her age, N██████ was
just average at connecting numbers and switching from numbers to
letters. On the color-word interference test, she was average on
all tasks. Here, she was asked to name colors, read color words,
then inhibit responding to the word, giving instead the color in
which the word was printed, and finally to switch between the ink
color and the color word. Thus, N██████ exhibits mild
inefficiencies on visual tasks requiring careful attention to
detail and the ability to shift flexibly.

## Academic Functioning

Reading:

N██████ ability to decode single words was assessed on two
tasks. She scored in the high average range for her grade (WJ-
III, Letter-Word Identification: 80th percentile) on the first,
demonstrating a sizable sight vocabulary and some ability to
analyze unfamiliar words. When required to decode phonetic
nonsense words, N██████ performed in the average range (WJ-III,
Word Attack: 49th percentile), because she made some errors in
placing the accent in multisyllable words. Her silent reading
rate was above average for her grade (279 wpm; 80th percentile).

N██████ comprehension of what she read varied somewhat. When
required to supply missing words to complete the meaning of
sentences, a task that involves using context clues, she
performed in the upper part of the average range for her grade
(WJ-III, Passage Comprehension: 65th percentile). On a test of
reading fluency, N██████ was asked to decide rapidly if simple
sentences were true or false. She scored in the average range
(58th percentile). Her performance on a standardized silent
reading comprehension test was better, scoring solidly in the
high average range for her grade (Nelson-Denny: 84th percentile).
Although she did not complete the test within the time limit (31
of 38 items), she responded quite accurately.

Written Expression:

N██████ handwriting was fluent and legible. She preferred to
use manuscript form. Her spelling skills were above average for
her grade (WJ-III, Spelling: 83rd percentile), and most of her
errors were phonetically consistent. N██████ also demonstrated a
solid knowledge of punctuation and capitalization mechanics (96th
percentile).

When asked to produce longer samples of writing, N██████
generally wrote with fluency and efficiency. On the Woodcock-

215

7

Johnson, she scored at the top of the high average range (89th percentile) on her writing samples. This task involved producing sentences according to specific directions. N███████ also demonstrated good writing fluency (93rd percentile) when asked to write brief sentences rapidly about sets of three words and a picture. Her summary of a short paragraph was fine, but she missed one point when summarizing a more complex passage. In her essay N██████ made effective use of the word processor. She took a solid position, used supporting examples, and drew a reasonable conclusion. Her expository passage's only weaknesses were its brevity and the fact that she did not use a multi-paragraph format.

Arithmetic:

When asked to perform math calculations on paper, N███████ scored in the high average range for her grade (WJ-III, Calculation: 85th percentile). She was accurate with whole numbers, fractions, decimals, and negative numbers. N███████ also was able to use some basic algebra and geometry. When her quantitative concepts were assessed, she performed in the high average range (87th percentile). Here, she was familiar with terminology and was able to complete many number series. On a problem solving task, N███████ appeared much less confident and scored in the average range for her grade (WJ-III: Applied Problems: 57th percentile). She sometimes became frustrated and generally worked slowly and quite inefficiently as the problems increased in difficulty.

Learning Style:

The emotional implications of the Myers-Briggs Type Inventory are discussed below, but there are also implications for how N███████ may learn best based upon her preference for the ENFP type. As an extrovert, N███████ will do well working in small groups and having a chance to move around. Writing rough drafts or a "sloppy copy" and other trial and error opportunities will fit her style. She also will like to observe adults in their work, to use her verbal and action-oriented skills to interview, conduct surveys, perform, or demonstrate, and to make learning products actually used by someone else. Using her intuition, N███████ would benefit from starting with the big picture or global concept before learning details, from choosing and directing her own work, from tackling new skills, from using her language skills, and from starting with something novel and fresh. Due to her preference for feeling over thinking, she will be more motivated if she cares deeply about the subject matter, particularly the human angle, that she be appreciated as a person not just for her work, that the classroom be warm and friendly, and that learning be based on interpersonal values (helping others). Finally, as a person who prefers perception to judgment, N███████ does best if she can follow her curiosity, work in an ebb and flow style, use adaptability to solve problems, has genuine choices in how she

8

pursues lesson objectives, has the stimulation of new and
different experiences, and has work that feels like play.

## Emotional Functioning

Due to concerns about her emotional lability, irritability, and
worries, N█████ was given a variety of tests designed to assess
her emotional functioning. On a sentence completion task, she
acknowledged that her mind "doesn't make sense" and that she most
fears "being alone." N█████ also at first indicated that she
finds the future "scary" and then changed it to "exciting." At
school, she feels "uncomfortable, bored." She thinks she is very
"weird." N█████ observed that she hates "a lot of people" and
thinks in high school "people are mean." She is sorry that she
"got bad grades." She enjoys reading and "real friends." N█████
indicated that it pains her "to see so many people suffer and
sometimes I feel like I can't do anything about it and feel
hopeless." Given three wishes, she chose to "be happy with
myself," to "make a difference in the world – say things and
people would listen" (she associated this with a movie she saw
recently called *Bowling for Columbine*), and "that I lived happily
ever after, and so did my family, and so did my friends."

When asked to draw a person, N█████ quickly sketched a boy. In
response to questions, she indicated that he was 16, happy, and
"walking – to school." Her second drawing of a girl was similar
in its lack of detail. She observed that the girl was also 16,
happy, and "walking to school too." Asked why she looked so
cheerful, N█████ noted that the girl was probably going to the
movies instead. Her drawing of a tree was quite immature. She
commented that the tree was young, in good shape, in springtime
with apples, and home to a squirrel in the hole in its trunk.
N█████ sketch of a house was also simplified. She noted that a
"mommy, poppy, puppy, sister, and brother" lived there and that
it was "relatively new, in good shape, near others, and in the
city." When asked to produce a drawing of her family, N█████
sketched a table with her four family members surrounding it,
"eating dinner." She observed that although her parents make
"good food," she doesn't like sit-down dinners every night
because they "force me to talk about things."

On the Myers-Briggs Type Inventory, N█████ strongly classified
herself as an ENFP. Thus, she wants to see herself as people
oriented, creative, spontaneous, enthusiastic, energetic,
optimistic, the life of the party, harmony seeker, and with more
starts than finishes. Potential pitfalls for this personality
type are becoming scattered and easily distracted, ignoring
details, deadlines, procedures, and routine, rebelliousness and
nonconformity, and failure to take in enough information, to
trust their own insights rather than others' perceptions, and to
follow through on decisions. She is prone to feel guilty and to
carry grudges and may avoid conflict and "bite the bullet."

9

N▬▬ responses to the Thematic Apperception Test were generally brief and unelaborated. She spent little time analyzing feelings or potential outcomes but rather usually described the pictures in a relatively matter of fact way. In a few stories she indicated that people were frustrated — one in response to a picture of a boy contemplating his violin and another to a woman who appears to be crying. N▬▬ glossed over several pictures that displayed possible interpersonal conflict and interpreted others in a bland, everything's fine fashion.

On the Rorschach N▬▬ initially appeared uncomfortable and rather guarded. As she proceeded she gave a few more responses with greater elaboration. Overall, she gave 19 responses to the 10 inkblots. Although her reality testing and judgment were generally good, the results indicated less accurate perceptions when situations were unclear or uncommon. N▬▬ also demonstrated an adaptive capacity to think logically and coherently.

The results indicate that N▬▬ has an avoidant style in which she tends to view herself and her world with an overly narrow focus of attention. This makes her prone to oversimplify, to overlook the subtle nuances of social and interpersonal situations, and to arrive at decisions and actions without much forethought or emotional investment. She is likely to have little tolerance for uncertainty and ambiguity, to feel most comfortable in clearly defined and well-structured situations, and to favor simple solutions even to complex problems. This may put her at risk for blandness and indifference and for behaving inappropriately at times.

N▬▬ exhibits fewer resources than expected for coping with the ordinary ideational and emotional demands of everyday living. She tries to keep stressful experiences at a minimum and disturbing thoughts and feelings out of her conscious awareness. This contributes to her reluctance to engage in self-examination and psychotherapy. N▬▬ is particularly uncomfortable with processing emotionally stimulation or expressing her feelings and thus avoids becoming engaged in affectively charged situations. She is prone to intellectualize and to withdraw socially and emotionally. At times, N▬▬ denies unpleasant affect by attributing attractive qualities to situations and events that in fact have unappealing, discouraging, or even threatening implications. This contrived "Pollyanna-ish" avoidance of reality and forced gaiety is often a fragile defense that crumbles quickly when challenged and thus may put her at risk for swinging rapidly between euphoric and dysphoric moods.

Despite her interest in people, N▬▬ is not very comfortable getting close to others. She also exhibits little interest in or expectation of engaging in collaborative or competitive

10

relationships with other people and may strike others as distant or aloof.

## CONCLUSIONS AND RECOMMENDATIONS

N████ is an attractive, articulate, guarded 15 year old adolescent girl with a history of school avoidance and emotional volatility. Although she appears to have the capability to do good academic work, her performance, especially during her first year in high school, has been weak. Intellectually, N████ is currently functioning in the Superior range of aptitude. Her auditory/verbal abilities are significantly stronger than her visual/spatial/motor abilities. N████ demonstrates particularly good practical judgment, abstract verbal reasoning, fluid reasoning, awareness of environmental detail, and auditory working memory. Her perceptual organization is slightly weak though still adequate for her age level.

In terms of her attention and organization skills, N████ exhibits some mild weaknesses. She does not, however, meet criteria for a formal diagnosis. Although she can lose focus in class, it appears to be due to interest in her peers and their interactions more than to any specific attention difficulties. Her parents note her high energy level and restlessness, which she was able to curb in the testing situation. In the area of executive functioning, N████ exhibits some inefficiencies in perceptual organization, particularly when memory is required, and in speed and flexible shifting during visual tasks requiring verbal and visual-motor responses. In contrast, she demonstrates strengths in both verbal and design fluency.

N████ learning and personality style (ENFP) can include a tendency toward distractibility and lack of attention to details and deadlines. She is more comfortable working actively in groups on projects that emphasize verbal skills, a trial and error approach, and a useful, people-oriented product than with individual, dry, academic tasks. N████ also learns best with a warm teacher, novel stimulation, working from the global to the specific, and with opportunities for choice and taking her own direction.

Academically, N████ skills range from average to superior for her age and grade level. In reading she has developed a solid sight vocabulary but is less efficient at decoding unfamiliar words. While her ability to read passages and answer questions on a standardized test is above average, she has some trouble retrieving the precise word to fit the context of a sentence. N████ is able to construct a good sentence and to write fluently. Her mechanical spelling, capitalization, and punctuation skills are well developed. Although she can express her ideas effectively in essay form, she does not elaborate much. In math, N████ can calculate effectively, but she is weaker in

11

fluency and problem solving. This suggests that she may not have mastered all her facts and needs to develop better strategies for handling word problems.

In the emotional realm, N_____ does not exhibit signs of major depression or anxiety. Rather, she shows poor coping resources, emotional lability, and chronic irritability and milder anxiety. N_____ has an avoidant style and is also prone to intellectualize and withdraw, especially from emotional stimulation and conflict. She is very uncomfortable expressing her feelings and sometimes presents with indifference or an "everything's fine" stance rather than admitting how upset she is. This makes it hard for her to examine herself and open up to a therapist. N_____ also does not get close to people easily and may at times seem aloof. She is prone to oversimplify and overlook subtle nuances. Although she dislikes it, she functions better with structure. N_____ tends to feel guilty, hold grudges, and "bite the bullet" rather than confronting someone.

Given the test findings, the following recommendations are made:

1. N_____ would benefit from individual tutoring to help her prepare for the SATs and sharpen her math and critical reading skills. In the context of review and preparation, she can work on vocabulary and word structure, using context clues, and comprehension of difficult material in reading. In math, she can brush up on basic algebra and geometry skills and practice analyzing and solving word problems more effectively. Her expository writing could also use some polishing.

2. Because N_____ exhibits emotional lability and chronic mild depression and anxiety, it is suggested that her parents consult with a psychiatrist about a possible trial of medication to reduce her irritability and worry, as well as her tendency to pick her skin.

3. N_____ and her parents would benefit from involvement in family therapy. They have found this useful in the past, and it will encourage greater communication among family members and help them resolve conflicts.

4. N_____ should join an extracurricular activity in which she finds pleasure and success. Due to her love of singing, involvement in a chorus would be ideal, but she might also like to participate in musical theatre or study voice or a musical instrument.

5. It is important for N_____ to engage in regular physical exercise. This has a role in reducing stress and modulating mood. Options are many and include walking or running, dancing, martial arts, working out at a gym.

12

6. During 11th grade, N████████ and her parents may want to consult with a college advisor. This will help them to narrow down options and choose schools that will suit her interests and learning style.

Alexandra P. Cargo, Ph.D.
Clinical Psychologist

13

APPENDIX
Tests Administered
(Scores are based on national norms.)

S-S = Standard Score    P-A = % by Age    P-G = % by Grade

**Wechsler Intelligence Scale for Children**-3rd Edition (WISC-III)
   (Subtest scaled scores range from 1 to 19, with 10 as average)

| Verbal Subtests | Scores | Performance Subtests | Scores |
|---|---|---|---|
| Information | 13 | Picture Completion | 15 |
| Similarities | 14 | Coding | 12 |
| Arithmetic | 15 | Picture Arrangement | 12 |
| Vocabulary | 13 | Block Design | 11 |
| Comprehension | 15 | Object Assembly | 9 |
| (Digit Span) | (15) | (Symbol Search) | (11) |

| Scale | S-S | P-A | 95% Confidence Interval |
|---|---|---|---|
| Verbal | 124 | 95 | 117-129 |
| Performance | 112 | 79 | 103-119 |
| Full Scale | 121 | 92 | 115-126 |

| Factor | | | |
|---|---|---|---|
| Verbal Comprehension | 122 | 93 | 114-127 |
| Perceptual Organization | 111 | 77 | 102-118 |
| Freedom from Distractibility | 129 | 97 | 116-134 |
| Processing Speed | 109 | 73 | 98-117 |

**Woodcock-Johnson, Tests of Cognitive Ability** – 3rd Ed. (WJ-III)

| CLUSTER/Test | S-S | P-G |
|---|---|---|
| COGNITIVE EFFICIENCY | 120 | 91 |
| Visual Matching | 105 | 63 |
| Numbers Reversed | 128 | 97 |
| FLUID REASONING | 126 | 96 |
| Concept Formation | 124 | 95 |
| Analysis-Synthesis | 119 | 90 |

**Woodcock-Johnson, Tests of Achievement** – 3rd Edition (WJ-III)

| CLUSTER/Test | S-S | P-G |
|---|---|---|
| BROAD READING | 107 | 67 |
| Letter-Word Identification | 113 | 80 |
| Reading Fluency | 103 | 58 |
| Passage Comprehension | 106 | 65 |
| Word Attack | 100 | 49 |

222

14

| WJ-III (cont.) | S-S | P-G |
|---|---|---|
| BROAD MATH | 109 | 72 |
| Calculation | 116 | 85 |
| Math Fluency | 103 | 57 |
| Applied Problems | 103 | 57 |
| Quantitative Concepts | 117 | 87 |
| | | |
| BROAD WRITTEN LANGUAGE | 122 | 93 |
| Spelling | 114 | 83 |
| Writing Fluency | 122 | 93 |
| Writing Samples | 119 | 89 |
| Punctuation & Capitalization | 126 | 96 |

| Nelson-Denny Reading Test, Form G | P-G |
|---|---|
| Comprehension – Timed | 84 |
| – Extended Time | 82 |
| Reading Rate | 80 |

**Bender Visual–Motor Gestalt Test**

**Rey-Osterrieth Complex Figure Test**

**Delis-Kaplan Executive Function System** (selected subtests)

**Conners' Continuous Performance Test**

**Conners' Rating Scales** – Parents

**Conners-Wells' Adolescent Self-Report Scale**

**Behavior Assessment for Children** – Parents, Student

**ANSER System Questionnaire** – Student

**Sentence Completion** (Rotter)

**Human Figure Drawings, House, Tree**

**Kinetic Family Drawing**

**Clinical Interview**

**Rorschach**

**Thematic Apperception Test**

**Myers-Briggs Type Inventory**

15

**Informal Tests:**

**Written Summaries**
**Written Essay**
**Projective Questions**

2819 Kanawha

Wed. pm

Dear Mr Gomez:

Here is N̶̶̶̶̶̶ portfolio of papers
It is not complete; she might have some in
her notebook. She received a 69% for
the 3rd Advisory. I bumped her up a percentage
point and she has a "C".

Here is an assignment students did over
Spring break.

- I would recommend that she read
    HABIBI by Naomi NYE –

- We will be reading
        Chronicle of A Death Foretold by
            Marquez

My email is helengc@aol.com if you
    think she is ready for any assignments.

I hope this helps and I send big arms
for the family.

                    Helen Cock

*I notices she did not ask for the portfolio – that I recall.*

*Carol Robbins  410-761-9969*

562-8448 (H)

225

█████████████ ., NW
Washington, DC 20015

April 23, 2003

Dear Ms. Moten:

Our daughter, N███ G████, was hospitalized in the Adolescent Psychiatric Unit at Children's Hospital yesterday. We realized in the last couple of weeks, with professional help, that she has been very depressed for many months now, but keeping it to herself far too effectively. We are hopeful that this intervention will be positive. We expect her to be in hospital for 10-14 days.

The unit has a certified teacher on staff and includes specific time everyday for schoolwork. It is our understanding that the unit teacher will contact you directly for her assignments and we hope that you can respond as quickly as possible.

It would be much better, however, if you can help us expedite this process by arranging to convey her assignments and the work in class to us as soon as possible. My wife or I can arrange to come by the school to pick up assignments and any other needed materials at anytime that is at your convenience. Mr. Jeffrey Schultz has also kindly offered to gather the homework from each of you so that there is one main contact for this purpose. We are very flexible and will be happy to arrange any other means to facilitate the transfer. You can email me at mgomez@aiha.org, including attachments. You can fax me at 703-207-8558. You can call me at 202-244-3714 (home, after 8 pm), at 202-213-2612 (cell, anytime except 6:30-8pm), or 703-846-0786 (office hours). Sylvia's email is correa.sylvia@epa.gov, and her work phone is 202-564-6443. If you must leave a message, please leave a phone and the best time to reach you.

This is a difficult time for N████. Her school work has undoubtedly already been affected by this situation and some teachers have already contacted us regarding this. Please help us do everything possible to ensure that she completes all her assignments in order to rescue what we can of this school year. We thank you in advance for your support.

Sincerely,

Manuel R. Gomez
Sylvia I. Correa



Post-it® Fax Note 76 | Date 4/26/03 | # of pages ▶ 1
To Dr. Stephen Tarason | From Manuel Gomez
Co./Dept. WW H.S. | Co.
Phone # | Phone # 703-846-0786
Fax # 202-237-0100 | Fax #

April 26, 2003

Dr. Stephen P. Tarason, Principal
Woodrow Wilson Senior High School

Dear Dr. Tarason:

My daughter, N██████ G█████, is a tenth grader. She has been at Children's Hospital for this past week, and we expect her to be released towards the end of next week.

This note is to request that you and/or your staff help us arrange a meeting with her teachers sometime next week, in order to review the relevant circumstances and prepare a "504 plan" to support her upon her return to school. These circumstances have affected her performance practically all year, but we are only now understanding their full extent. I am sure you are well acquainted with these procedures.

N██████ therapist, Dr. Carol Robbins, will be sending you a letter early next week summarizing the issues that prompt this request. During the meeting, of course, we can provide any additional necessary additional information. Ms. Wilma Gaines and Mr. Jeffrey Schultz (N██████ is in WISP) are receiving copies of this letter.

I also wish to respectfully request that you contact all but one of N██████ teachers and direct them to provide me with the class and homework of last and next week. We sent a note to all her teachers *on Tuesday*, with all our contact numbers, and a plea that they communicate with us to pick the information. With the exception of Ms. Helenie Cook, her English teacher, they have not contacted us at all. N██████ other teachers. They are Forbes (chemistry), Morton (Math), Sonnebend (Social Studies), Skivrsky (Spanish) and her gym teacher, Ms. Moten. Perhaps there was some miscommunication. If not, I am deeply disappointed that so many teachers did not yet bother to respond. Emotions aside, it is their responsibility to do so.

I can be reached through my cell phone (202-213-2612), at my office (703-846-0786), and at home (202-244-3714). All have voice mails. If you can't reach me, please tell me both time and phone where I can return the call. My wife's office phone is 202-564-6443, also with a voice mail.

I hope you can contact me as soon as possible so that we can begin to take steps to support my daughter N██████ upon her return and through this difficult time. I am sure you can understand that this is a serious matter that deserves prompt attention.

Sincerely,


Manuel R. Gomez
cc: J. Schultz, W. Gaines





**FINAL PROGRESS NOTES &
DISCHARGE INSTRUCTIONS**



G_____, NA_____

| | |
|---|---|
| PCP | TARTAGLIA,MARIA E |
| MR# | 010162140 |
| Acct# | 0311200259 |
| PSY | APU-4179-C |
| Sex | F |
| Exp: | |
| Adm: | 04/22/03 |
| DOB: | ____/87 |
| DR. | ROBB,ADELAIDE |
| Ins.Plan | |
| | BLUE CROSS FED/PPP |
| Ins.ID# | R50839638 |

## PHYSICIAN SUMMARY

Discharge Diagnosis / Problems: Major Depressive
Disorder/ Suicidality (resolved)

Procedures Performed: Group, Individual, and Family therapy. Medication adjustment

Condition on Discharge (avoid vague terms i.e. improved): Suicidality resolved, improved coping skills

Physician Instructions to Patient / Parent: Diet: Please follow up & care as below. For folliculitis, apply warm compresses under arms twice a day.

Activity: As tolerated

| Medication Name | Dose | Route | Frequency | Duration (days) |
|---|---|---|---|---|
| Lexapro | 20mg | by mouth | once/day | |
| Keflex | 500mg | by mouth | 4 times/day | 7 days |
| | | | | |
| | | | | |
| | | | | |

Allergies: NKDA, Seasonal Allergies

Other Instructions: Seek immediate attention for recurrent suicidal thoughts, or self harm.

**If you have questions before next appointment:**

Call Dr Chin                                   at Phone (202) 884-3867

Appointments:

| Physician / Clinic | Appt. Made (✓) Date / Time | *Appt. Not Made (X) Ask for one in: | Phone Number: |
|---|---|---|---|
| Ps Carol Robins/Therapy | (X) 1 May 03, 2:00 p | ( )_____ wks. | _____ |
| Dr Donahoe / Peds | ( )___/___/___ | (X) 1-2 ___ wks. | _____ |
| | ( )___/___/___ | ( )_____ wks. | _____ |

**\* PARENT INSTRUCTED TO CALL PHYSICIAN/CLINIC FOR APPOINTMENT IF (X) APPEARS.**

Physician's Signature _____ CHN, MD        Date 30 Apr 03

228



**Children's Medical Center**

## FINAL PROGRESS NOTES & DISCHARGE INSTRUCTIONS (CONTINUED)

G_____, N_____

PCP     **TARTAGLIA,MARIA E**
MR#:    010162140
Acct#:  0311200259
PSY     APU-4179-C
Sex     F
Exp:
Adm:    04/22/03
DOB:    __/__/87
DR.     **ROBB,ADELAIDE**
Ins.Plan
**BLUE CROSS FED/PPP**
Ins.ID#  R50839638

### NURSING SUMMARY

Discharged to (circle):
   Home     Other (name):
_____

Via (circle):

Ambulatory    Wheelchair    Stretcher    Carried

Nursing Instructions: _Use coping skills. Call therapist or MD if_
_pt feels unsafe._

Written Home Care Instructions Given (titles): _Celexa, Keflex, Safety Concerns_
_@ Home_

Summary of Patient / Family Understanding of Discharge Instructions (i.e. by verbalization or demonstration): _____
_Understand f/u care, common side effects, dose + timing of meds._

Nursing Assessment on Discharge: _Improved mood. Contract for safety._
_Wrote relapse prevention plan._

Referral to: (name of home health agency/equipment co.) _____

   Discharge Nurse's Signature _____    Date _4/30/03_

\*    \*    \*    \*    **IMPORTANT FOR PARENT TO COMPLETE BELOW**    \*    \*    \*    \*

I authorize Children's National Medical Center to send a copy of this form to my child's primary health care provider.

Primary Physician's Name _____
                              (Last)                              (First)

      Street Address _____

            City _____

         State/Zip _____

### CHECK IF NO PRIMARY HEALTH CARE PROVIDER (   )

The above instructions have been reviewed with me and I have received a copy.

Signature _____  Relationship _Mother_  Date _4-30-03_

229

18562 (rev. 6/98)

MAY 1 3 2003

█████████████, NW
Washington, DC 20015

May 13, 2003

Children's Hospital
Attention: Medical Records
Washington, DC

*10162140*

RE: Na███ P. G██████
DOB: ████787

Dear Sirs:

My daughter, Na███ G█████ was hospitalized at the Adolescent Psychiatry Unit ● from April 21 to May 1, 2003.   Since she continues to be under a doctor's care, I would like to have a copy of the Discharge Report prepared by the doctors at the APU.   Please send a copy of my daughter's discharge report to me at my home address, as follows:

█████████████, NW
Washington, DC 20015

Thank you for your prompt attention to this request.

Sincerely,

*[signature]*

Sylvia I. Correa

### SOURCECORP HEALTHSERVE

Req #: 37233   Initials: ███  Date: 6-5-03

Pages: _____  Total Images: 3

| | | |
|---|---|---|
| ☐ PS | ☐ PATH | X PROG NOTES |
| ☐ DS | ☐ MICRO | REDUM NECESSARY |
| ☐ HP | ☐ LABS | STAT ORE |
| ☐ ER | ☐ PHYSICIAN | ☐ OTHER |
| ☐ CONS | ☐ CHART D | |
| ☐ OR | ☐ MEDICATIONS | |
| ☐ EKG | ☐ VERBAL INFO | |

MAY 0 8 2003

**SOURCECORP**

*HEALTHSERVE*

Recordex Acquisition Corp.
dba *SOURCECORP HEALTHSERVE*
Suite D
17 Lee Boulevard
P.O. Box 3017
Malvern, PA. 19355
PH: 610-640-0600
1-800-525-2922
FAX: 610-640-3844/2907

Recordex Acquisition Corp., dba *SOURCECORP HEALTHSERVE* has been retained by the Medical Record Department of

# Children's National Medical Center

to fulfill requests for copies of medical records. Enclosed are the reproduced medical documents specifically authorized by the patient or his/her legal representative. We wish to emphasize that the increasing demands for patient data pose a rising threat to the confidentiality of the patient's medical information. *SOURCECORP HEALTHSERVE* strives to take every opportunity to safeguard the patients' right to privacy as outlined in the AHA's Patient Bill of Rights. Specifically, all patients have the right "to expect that all communications and records pertaining to their care will be treated as confidential by the hospital and any other party entitled to review certain information in such records." As one such party, we ask that all information transmitted herewith be treated with utmost respect and the dignity such personal medical information warrants. Please be advised of the following state and federal disclosure statements governing medical records in the District of Columbia:

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.

This information has been disclosed to you from state records whose confidentiality is protected by state statute. State regulations limit your right to make any further disclosure of this information without prior consent of the person to whom it pertains.

This information has been disclosed to you from records protected by District of Columbia law. District of Columbia law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is authorized by the HIV-related confidentiality statute provided for in DC law. A general authorization for the release of medical or other information is not sufficient for this purpose.

Based upon guidelines provided by the American Health Information Management Association, the records should be destroyed after the stated need has been fulfilled.

We thank you for your cooperation in maintaining the patient's right to privacy. Each medical record has been carefully reviewed to assure that proper disclosure goes only to the authorized Requestor. If you have any questions, please do not hesitate to contact us at 1-800-525-2922 and one of our Customer Service Representatives will be happy to assist you.

231

H Discharge Summary
RN: 010162140
scount Number:  0311200259

:                          G____, N____
                           010162140
N:                         0311200259
TTENDING:                  Dr. Adelaide Robb
ICTATOR:                   DR. MARTINSON

ATE OF BIRTH:              ____/87
ATE OF ADMISSION:  04/22/03
ATE OF DISCHARGE:  04/30/03


IAGNOSIS:


          AXIS I:  Major depressive disorder, recurrent, severe, without
sychotic                        features.
          AXIS II: No diagnosis.
          AXIS III:Axillary folliculitis bilaterally, muscular dystrophy FSH
ype.
          AXIS IV: School problems, home problems, family problems.
          AXIS V:  50.
ISCHARGE MEDICATIONS:

.  Lexapro 20 mg PO q.d.
.  Keflex 500 mg PO q.i.d. x 1 week.

ISCHARGE RECOMMENDATIONS:  Weekly therapy with her therapist, Ms. Carol
'  ins, as well as weekly or biweekly family therapy.  She is to continue the
  pro.  She will follow up with her pediatrician, Dr. Donahue, for medication
anagement.

IGNED _____
      DR. CHIN
      Resident, Department of Psychiatry


IGNED _____
      Adelaide Robb, M.D.
      Attending, Department of Psychiatry


ICTATOR:  DR. CHIN

ITE OF BIRTH:       ____/87
ITE OF ADMISSION:  04/22/03
ITE OF DISCHARGE:  04/30/03

ATIENT IDENTIFICATION:  N____ G____ is a 15-year-old 10th grader at Wilson
.gh School who was admitted to Children's National Medical Center with a chief
omplaint of suicide with a plan to skip school and overdose.

:STORY OF PRESENT ILLNESS:  The patient is a 15-year-old girl
.th a history of major depression and multiple suicide attempts who told her
.tpatient therapist, Ms. Carol Robbins, that she felt suicidal.  The therapist
'  referred the patient for admission.  N____ went to the therapist
.  rday and opened up to her that she "wanted to die, she was tired of things

232

never going better. She tried to be happy and just couldn't, she put on an act because it was easier that way." N▓▓▓ began with mood problems at age 12 during the transition to middle school. It was difficult and she was teased a[ ] she also found out that her father had muscular dystrophy and had passed it o[ ] .o her and her sister. She was very self-conscious about smiling which is uneven as a result of the muscular dystrophy. She made her first suicide attempt in the 7th grade by taking a toxic amount of alcohol. The last attempt was one year ago when she overdosed on aspirin, went to Sibley and then to Georgetown. She had not been on antidepressants until three weeks ago. She had not stayed with a therapist long enough to complete work on any issues. The family does participate in occasional family therapy. Dad also has a diagnosis of depression and is on Wellbutrin. The parents suspected that N▓▓▓ had ADHD and had her tested. She had a high IQ with no learning disability. She had some signs of ADHD and depression. She began Lexapro approximately three weeks prior to admission and her plan was to start Concerta 18 mg but this medication had not been started. N▓▓▓ has no abuse history, she has no sexual contact. She reports two periods of not eating. Her friends started teasing her so she refused to eat. She did lose 10 pounds but stated it did not make her feel better.

PAST PSYCHIATRIC HISTORY: Major depressive disorder since 12 years old. Pharmacotherapy with Lexapro 10 mg PO q.d. started approximately three weeks ago without improvement. Questioned ADHD. She has two previous hospitalizations since 12 years old, both for suicide attempts. She is in the care of an outpatient therapist, Carol Robbins.

SOCIAL AND DEVELOPMENTAL HISTORY: She lives with her mother and her father. Her oldest sister is away at college. She has abused alcohol in the past and has smoked cannabis "occasionally." She denies current use of alcohol or drugs. She is in the 10th grade at Wilson High School and she requires a tutor fo[ ] math and English. She met developmental milestones. She has not failed an[ ] grades or been held back in school.

MEDICAL HISTORY: She has no known drug allergies. She has allergies to pollen for which she takes Zyrtec 5-10 mg daily.
PHYSICAL EXAMINATION ON ADMISSION:
Unremarkable including
laboratory, urinalysis, and toxicology screen.

MENTAL STATUS EXAMINATION ON ADMISSION: Neatly groomed thin female who was tired appearing. Speech was normal rate and rhythm. Behavior was fidgeting with slight psychomotor agitation. Affect was flat with minimal reactivity. Thought processes were generally logical and coherent. Mood was severely depressed and anxious. She denied psychotic symptoms of hallucinations or depression. She endorsed suicidality but would not disclose plan at the time of admission. She denies homicidality. She was oriented to person, place and time. Fund of knowledge was adequate. Abstract thinking was intact. Judgement was impaired. Neurovegetative symptoms include decreased sleep, decreased appetite and decreased energy. The patient was admitted to the adolescent psychiatric unit at Children's National Medical Center as described above. She participated in group, individual, milieu and family therapies. The patient was initially guarded and unwilling to disclose personal information. However, as she became more comfortable on the ward she began to talk about her previous experiences including sexual abuse when she traveled to Spain, her thoughts of suicidality and her previous attempts as well as problems at home including anger problems of her parents, especially of her mother, who would sometimes hit her.

Given the history of possible parental abuse a Child Protective Services evaluation was initiated. This evaluation was ongoing at the time of

233

discharge.   The mother has agreed to engage in treatment for her anger management issues.

The patient experienced a gradual improvement in her mood and was able to take successful passes at home prior to discharge. In family therapy N████ and her parents worked on communication issues as well as home contract describing particular points of contention including curfews, allowances, and other behaviors.   The contract included incentives and consequences of infraction of the rules, by both parents and N██████.

Prior to discharge N██████ complained of redness and a lump in the left axilla which was examined by the adolescent medicine consult service.   Diagnosis of folliculitis was made and a recommendation for treatment was Keflex for 1 week as well as warm compresses twice a day as well as improved hygiene in the axillary areas.   At the time of discharge N██████ mood was much improved. Acute suicidality was resolved and she was discharged with a plan to follow up with her outpatient therapist, Ms. Robbins, as well as to continue family therapy. Lexapro was increased to 20 mg PO q.d. on the day of admission and the patient showed improvement with this medication change.

No psychological testing or educational testing was performed during this admission.

FORMULATION:   N██████ is a 15-year-old female with a mild case of muscular dystrophy FSH (facial scapula humeral) type and depressive symptoms for three years, admitted for acute suicidality in the context of home and school problems.   This acute suicidality resolved with increase of antidepressant medications as well as therapies conducted on the ward.

DISCHARGE DIAGNOSIS:

* 
         AXIS I:  Major depressive disorder, recurrent, severe, without
psychotic                               features.
*
         AXIS II: No diagnosis.
*
         AXIS III:Axillary folliculitis bilaterally, muscular dystrophy FSH
type.
*
         AXIS IV: School problems, home problems, family problems.
*
         AXIS V:  50.

CONDITION ON DISCHARGE:   The patient was with resolved suicidality.   She was also without dangerous impulsivity.   She was stable on medications.

DISCHARGE MEDICATIONS:

1.   Lexapro 20 mg PO q.d.
2.   Keflex 500 mg PO q.i.d. x 1 week.

DISCHARGE RECOMMENDATIONS:   Weekly therapy with her therapist, Ms. Carol Robbins, as well as weekly or biweekly family therapy.   She is to continue the Lexapro.   She will follow up with her pediatrician, Dr. Donahue, for medication management.

_____
DR. Chin
RESIDENT

_____
ADELAIDE S. ROBB, M.D.
ATTENDING
D:L 01/2003  12:07      T:05/02/2003  07:19          Dig #:49445

234

# INPATIENT ADOLESCENT PSYCHIATRY UNIT
## HOME CONTRACT

**DATE:** April 29, 2003

**PROBLEMS:** Too much fighting/ ~~scribbled out~~

## GOAL:
To help you function better, i.e. at home, in school, with friends.

## OBJECTIVE:
Family will comply with contract for 30 days and will re-evaluate at that time.

1. **AFTERCARE**
   A. Individual Therapy     ~~1~~ 2 /week with _Carol Robbins_ first appointment _Thurs._

   B. Group Therapy     ___/week with _____ first appointment_____

   C. Family Therapy     1 /week with _Larry Lerner_ first appointment_____

   D. Other Plans (*i.e. related to substance abuse, eating disorder issues, etc.*):

   _____

   _____

2. **FAMILY ISSUES**
   A. Household Responsibilities as follows: _Keep my room clean, do my normal chores (walk the dog, clean kitchen, newspapers, take out trash, and recycling, wash the dishes, etc...)_
   _- Talking to parents_

   B. Curfew:     Weekdays: 6:30          Weekend: ~~4:00~~ Open

   Bedtimes: 11:00 on weekdays ~~(weekends)~~ latest·

   C. Use of Free Time (*i.e. where, when, parent notified*):
   _Have cell phone on me and call periodically to tell my parents where I am, who I'm w/, etc..._

   D. Telephone: _Only after ~~doing~~ doing at least 2 hours of homework and then I can take a short break (1 or 20 mins) to do what I want to do (phone, computer, etc...) and then go back to finishing my homework_

235

*Inpatient Adolescent Psychiatry Unit*
*Home Contract*
*Page 2*

E. **Honesty:** MUST BE HONEST

    1. **Self Harm:** I have to tell them if I feel like hurting myself

    2. **Lying:** I can't lie to them + if I do I'll get penalized.

    3. **Stealing:** I can't steal (and I don't) + if I do, i'll get penalized

    4. **Lawbreaking:** No law breaking including drugs + alcohol

F. **Conflicts** *(list way to deal with angry feelings appropriately):* We should separate ourselves for a little bit, give ourselves time to calm down and then talk about the conflict more calmly after we've cooled off a little. We should also try to listen to each other a lot more. Separation- in seperate part of the house for 30 mins tops

G. **Allowance:** 20$ a week for food and for saving up allowance for buying myself stuff.    Friday

H. **Friends:** *(new, old, overnight issues, etc.):* You guys can't only let me sleep at Amanda + Jackie's houses. If I want to sleep at Kims or a new friend you should let me. If it's a new friend you can call the parents    Parties: Revisit on Th. 5/8, Incentive for good performance    Overnight: One/wknd (here or other house)

I. **Transportation Issues** *(drunk driving, driver's license issues, driving with others, etc.):* _____

If I'm ever at somewhere, even if I'm not supposed to be there and I'm about to get into a car w/ a drunk driver, I should call my mom + she'll pick me up, no questions asked.

236

*Inpatient Adolescent Psychiatry Unit*
*Home Contract*
*Page 3*

J. **Issues Related to Substance Abuse:**

1. Alcohol: No alcohol BUT I should be able to talk about it

2. Drugs: No drugs " "

3. Smoking Rules: No smoking " "

K. **Communication Issues** *(Ways to improve communication; interactions between family members):*

- We need to go to family therapy more often Leny once/wks
- We need to verbalize frustrations + issues at times other than at the heat of the moment
- We should try to hear, listen and understand an issue so meone has w/ ourselves instead of immediately getting angry

Family life once/wk. Use dialoguing method.

L. **Family Time** *(List any type of family activities that could be fun, improve quality of time together)*

- Going to Chincoteague together
- One Sunday a month we have a family outing like going to the zoo, going to the movies, going on a hike together, etc...

3. **SCHOOL ISSUES**    Full attendance. All classes on time

A. Full Daily Attendance: If I'm feeling sick I have to ask to stay home from school, I can't skip

½ hrs/day
to apply to
uninterrupted

B. Homework: I have to do my homework everyday but you guys can't bug me so much about it and if I ask for help, don't ask a lot of questions

-Th
wks/wknd
thurs/sat.

C. Grades: I will try to get A's but B's are good also! Raising a D to a C is also good.

D. Behavior: I don't really have behavior issues in school

237

➤ also, if I procrastinate on a project, you can't get really mad at me for procrastinating, but let me do the work, unless I'm active into a recreation...

*Inpatient Adolescent Psychiatry Unit*
*Home Contract*
*Page 4*

## CONSEQUENCES/INFRACTIONS OF ABOVE CONTRACT
## AND POSSIBLE REWARDS AND MOTIVATORS

1. **AFTERCARE ISSUES**

   A. Reward: Ice Cream

   B. _____

   C. _____

   D. _____

2. **FAMILY ISSUES**

   A. Do __ __

   B. 2d Time request - write it Down

   C. by 3d Time - ✓

   D. - 3:45 - where are you?

   E. _____

   F. No hitting

   G. No cursing

   H. _____

   I. _____

   J. _____

   K. _____

   L. _____

   M. _____

3. **SCHOOL ISSUES**

   A. _____

   B. _____

   C. _____

   D. _____

238

*Inpatient Adolescent Psychiatry Unit*
*Home Contract*
*Page 5*

## 4. <u>MISCELLANEOUS</u>

Other Issues: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____     _____
Adolescent                               Date


_____     _____
Parent(s) or Guardian                   Date


_____     _____
Social Worker                           Date

239

From: Manuel Gomez [mailto:MGOMEZ@aiha.org]
Sent: Friday, April 25, 2003 12:15 PM
To: **Monique.morton@k12.dc.us**
Subject: Need your assistance with our daughter N██████

Dear Ms. Morton:

Our daughter, N██████, is in hospital. I hope you received the note we put in your mailbox first thing Wednesday morning.

It is important that we gather all the materials, work and homework that your class has been been doing. N██████ will be able to do some of it, probably not all. But it is critical that we have it and support her in not falling too far behind. I will pick up materials wherever and whenever you indicate, at your convenience. You can also email them, fax them (703-207-8558) or drop them off at our house. Whatever is easier for you.

It is also important that N██████ know that her teachers have responded to our request. Until now, I have not been able to tell her that.

I can be reached at this email. Cell phone: 202-213-2612, which I have with me and on except at the hospital for very short periods. Office phone: 703-846-0786. Home phone: 202██████████.

Also, if you have a minute, I would appreciate a call to get your impressions of how she has been in school.

Thank you.
Manuel Gomez

██████████████., NW
Washington, DC 20015



>>> <**Monique.Morton@k12.dc.us**> 04/28/03 04:33PM >>>
Mr. Gomez:

I did see your note and I'm sorry to hear that N████ has not been well. There is only a couple of
things that would need to be e-mailed or faxed; I will try to get them to you within the week.

According to my attendance records, the last time N████ was in class was Wednesday, April 9. That
means that she has missed warm ups on 4/9/03 and 4/23/03 (these can be excused and not made up),
a homework test on 4/11/03, and the Chaper 8 Test on Thursday 4/24/03.

She will need to do the following homework assignments

Ch 8 Homework Assignments

W 4/9
pp. 384-387 #3 - 48 multiples of 3.

F 4/11
pp. 391-393 #1 - 31 odd.

Tu 4/23
Ch. 8 Standardized Test Practice
Ch. 8 Alternative Assessment

Ch 9 Homework Assignment

M 4/28
pp. 405-406 #3 - 36 multiples of 3.

All pages are in her textbook. I will e-mail the rest of this week's assignments to you on Friday along
with some information about how to check N████ grades online if I haven't sent it to you before.
I will also see if I can fax or e-mail the handouts that were given for review for the Chapter 8 Test.

I hope this is enough information for now. I hope that N████ is better soon.

Monique Morton

You should also be aware that Standford-9 (SAT-9) testing is this week, so she is also missing that.
I doubt if she'll be back in time to make up what she's missing.

241

From: Manuel Gomez [mailto:MGOMEZ@aiha.org]
Sent: Tuesday, April 29, 2003 9:02 AM
To: **Monique.Morton@k12.dc.us**
Cc: **correa.sylvia@epa.gov**
Subject: RE: Need your assistance with our daughter N███

Ms. Morton:

Thank you for your response. We will be working with the school and hopefully all the teachers soon to work out a plan for N███ to get back on her feet and going well again.

Do send any other materials. She obviously won't be able to do it all quickly, but it's important that we (all, including N██) begin to organize and prioritize it.

N███ had begun to work with a math tutor once a week and we plan to re-start it. I hope that you and he can at least touch base to coordinate to whatever extent is possible. We will also pass this information on to him.

N███ is better and we expect her to be back home later this week. Possibly in school on Friday or Monday. We believe that her state of mind has been affecting her performance for many weeks if not months. So there is some catching up to do. But we will try to do it in a reasonable way. Again, I hope we can get together with all the teachers and make a plan.

Thank you again. She will need your support and that of all her teachers.
Manuel Gomez

242

**Monique.Morton@k1**

2.dc.us To:
**MGOMEZ@aiha.org**,
Sylvia **Correa/DC/USEPA/US@EPA**
cc:
**Stephen.Tarason@k12.dc.us**,
05/12/2003 09:27
**Jean-Marie.Hansen@k12.dc.us**

AM Subject: RE: Need your assistance with our daughter N███

Mr. Gomez:

I apologize for not attending the recent 504 conference. Dr. Tarason shared the note you wrote with me regarding your disappointment with contacting me.

I am totally unaware that N███ has ever tried to contact me outside of class time. I am here after school until 5:30 p.m. nearly every day. I would be difficult to find at lunch time but N███ class meets immediately before lunch so I imagine she would be able to talk to me then.

The only time I recall N███ seeing me outside of class was months ago when she showed up with a drop slip and I indicated that I would need to see that she was making an effort to pass and had discussed this with her parents. She never broached the topic with me again.

I will leave word with Ms. Hansen that I will be available to meet with you after school Tuesday, Wednesday, or Thursday of this week. When N███ returned to class she told me that she would be working with a tutor to make up her missed work but we have not discussed how long it would take for her to do that.

Monique Morton

243

From: **Correa.Sylvia@epamail.epa.gov**
[mailto:Correa.Sylvia@epamail.epa.gov]
Sent: Monday, May 12, 2003 10:52 AM
To: **Monique.Morton@k12.dc.us**
Cc: **Jean-Marie.Hansen@k12.dc.us**; **MGOMEZ@aiha.org**;
**Stephen.Tarason@k12.dc.us**

Subject: RE: Need your assistance with our daughter N████

Dear Ms. Morton:

Thank you so much for getting in touch with us and responding so quickly. We were disappointed at not seeing you at the 504 conference, but please be assured that there is really no blame here. More than anything, we wanted to share with you the important information that there are very concrete medical reasons for N█████ behavior, which we understand perfectly can be very disconcerting. At this point however, we are all trying out best to get her through this very rough time and to try and salvage as much as possible of the school year. Our great concern, of course, is your class, which she is failing.

My husband is out of town this week at a conference, but I am free to meet with you at your earliest convenience. N████ sees the tutor on Tuesday, and I'm not sure if you would like to meet with me only or if you want N████ there. But if you think it should be us first, let's do it Tuesday. If N██ needs to be involved, let's leave it for Wednesday. Just so that you know I have two objectives: to request that you have a conversation with the tutor regarding how he can work with N█████ for the rest of the year; and to plan with us how we can get N█████ to pass this class.

At the 504 conference Ms. Hansen raised the possibility of perhaps testing N█████ on specific themes related to what she should have learned this year or to find some way that she can do enough work to earn a passing grade from you keeping in mind that with her disability, her doctor's appointments, the medicine she is taking etc, she will not be able to make up each and every paper or assignment. We want to work with you to ensure that the work outside the classroom with the tutor is incorporated into the needs of the class, and then have N██ go to the Math Center one or two more times a week beyond the work with the tutor. She is just physically unable to do more than that with all the other work she needs to catch up on.

Once again, Ms. Morton, thank you. We know that N█████ has had an impressive group of teachers this year, but unfortunately a lot of the acting out that you saw was spurred on by her undiagnosed depression and ADHD. I'll be happy to answer any questions you may have about all of this. I'll look forward to hearing from you today about how you would like to proceed.

Sincerely,

Sylvia Correa

244

**Monique.Morton@k**
12.dc.us
To
05/14/2003 05:19  Sylvia **Correa/DC/USEPA/US@EPA**
PM cc
**Jean-Marie.Hansen@k12.dc.us,**
**mgomez@aiha.org,**
**Stephen.Tarason@k12.dc.us**
Subject
RE: Need your assistance with our daughter N██████

Ms. Correa

I'm sorry for not getting back to you until today but I assumed that I would be hearing from Ms. Hansen also in setting up a meeting. It is really up to you whether N█████ would benefit from meeting with us, I am open either way. Obviously it is too late to do it today, but I can still do it tomorrow or Monday (I have another appointment on Friday).

Speak with you soon,

Monique Morton

245

**Monique.Morton@k**
12.dc.us
To
06/20/2003 03:18    Sylvia **Correa/DC/USEPA/US@EPA**,
PM    **Monique.Morton@k12.dc.us**
cc
**Jean-Marie.Hansen@k12.dc.us**,
**MGOMEZ@aiha.org**,
**Stephen.Tarason@k12.dc.us**
Subject RE: Need your assistance with our daughter ████

N████ has been absent quite a bit this month. She is missing the work that was assigned while I was out at the AP reading and she did not take the final examination this week. I am willing to let her take the final on Monday if she can get here between 8:30 a.m. and 10:30 a.m. so that I have time to re-calculate her grade. She can meet me in room 316. If there are medical reasons for her absence and more time is needed, arrangements can be made with me through the administration if that is appropriate.

Monique Morton

From: **Correa.Sylvia@epamail.epa.gov**
[mailto:Correa.Sylvia@epamail.epa.gov]
Sent: Monday, June 23, 2003 9:55 AM
To: **Monique.Morton@k12.dc.us**
Cc: **Jean-Marie.Hansen@k12.dc.us**; **MGOMEZ@aiha.org**;
**Monique.Morton@k12.dc.us**; **Stephen.Tarason@k12.dc.us**;
**wilma.gaines@k12.dc.us**; **carol.robbins@chesapeakepsychological.com**
Subject: RE: N. ▓▓▓▓ P. G▓▓▓▓

Dear Ms. Morton,

I was quite shocked to receive this notice from you. On Friday May 30, 2003 I met with Ms. Wilma L. Gaines, Assistant Principal for the Tenth Grade at Wilson. At that time, I raised with Ms. Gaines the possibility of a medical withdrawal from Algebra. N▓▓▓ was dealing with many issues that went way beyond her documented ADD, including a serious clinical depression. The team of doctors who were treating N▓▓▓ felt that the depression needed to be aggressively addressed, given that such depression in a young teenager can have lethal consequences. It was thus necessary to take certain steps, including giving her medication for the depression only and facilitating her life in other ways. In N▓▓▓ precarious position, too much stress was not appropriate, and the decision was made to lighten her load at school to a more manageable level, even though it was really late in the year for a withdrawal. It was decided that we would seek a medical withdrawal from Honors Algebra and we would continue to offer tutors and other support for the rest of her classes.

Although Ms. Gaines was hesitant about this process given that there was only a little more than a month left in the school year, she was willing to allow such a withdrawal if she received the appropriate documentation from the doctors treating N▓▓▓. It was my understanding that Dr. Carol Robbins contacted Ms. Gaines and provided the requisite documentation. As I was not contacted by the school, I was under the impression that N▓▓▓ had received a medical dispensation and had been withdrawn from your class.

I have contacted Dr. Robbins to request a copy of the letter she sent to Ms. Gaines. If this not enough, I can get a letter from each of the three professionals who were involved in N▓▓▓ treatment, as well as any documentation that is needed from the doctors at Children's Hospital, where my daughter had to be placed for over 10 days in April.

I am sorry that you were not notified. I tried to contact you on more than one occasion but was told you were involved in the AP testing somehow and would not be in school.

I am very concerned about this. If you have had no official indication of N▓▓▓ withdrawal from your class I wonder whether it was ever done. I called Ms. Gaines this morning, but she was not in. I will continue to try to get in touch with her. I will try to speak with whoever is at the school today. This is an important issue and we need to take care of it as soon as possible. Please let me know what I can do to facilitate this process. Thank you.

247

**Monique.Morton@k**
12.dc.us
To
06/24/2003 03:54 Sylvia **Correa/DC/USEPA/US@EPA**
PM cc
**Wilma.Gaines@k12.dc.us,**
**Stephen.Tarason@k12.dc.us**
Subject
RE: N███████ P. G██████

I was out due to AP exams and returned the last two weeks of school. I had not been notified of the decisions made. I don't know how to hurry up the process; I can check on my end to see if N██████ name has been dropped from my grade sheet but if it hasn't you'll really need to talk to Ms. Gaines.

Thanks for the information. I hope everything can be worked for the best.

Monique Morton

*Natalia Gomez v. District of Columbia Public Schools*

*Exhibit list for N███ G███*

NG1–District of Columbia Public Schools (DCPS) cumulative file for N███ G███

NG2–January 8, 2003 letter from Jeffrey A. Schultz, Director WISP, to Parent of N███ G███

NG3–January 17, 2003 from Manuel Gomez to Monique Morton

NG4–January 17-30, 2003 psychological and educational evaluation by Alexandra P. Cargo, Ph.D.

NG5–Undated letter from teacher re: N███

NG6–April 23, 2003 letter from Manuel R. Gomez and Sylvia I. Correa to Ms. Moten

NG7–April 26, 2003 letter from Manuel R. Gomez to Dr. Stephen P. Tarason, Principal

NG8–Children's National Medical Center records from April 2003 hospitalization

NG9–Collective emails spanning time period from April 25, 2003 through June 24, 2003 between Manuel R. Gomez and Sylvia I. Correa

NG10–May 4, 2003 letter from Carol Ann Robbins, Ph.D. to Dr. Tarason

NG11–June 3, 2003 letter from Carol Ann Robbins, Ph.D. to Ms. Gaines

NG12–December 3, 2004 memorandum of Sylvia I. Correa

NG13–December 16, 2004 letter from Diana M. Savit to Charles Williams, Woodrow Wilson Senior High School

NG14–December 27, 2004 consent for evaluation

NG15–December 27, 2004 receipt for procedural manual

NG16–January 3, 2005 private-religious school student referral for special education services

NG17–January 3, 2005 multidisciplinary team student evaluation plan

NG18–January 28, 2005 comprehensive psychoeducational evaluation

NG19–February 27, 2005 Conners' Parent Rating Scale–Revised (L)

NG20–May 3, 2005 multidisciplinary team meeting notice

NG21–May 11, 2005 clinical psychological consultation

NG22–May 16, 2005 multidisciplinary team eligibility meeting notes

NG23–April 25, 2005 letter from Diana M. Savit to Gloria Everett, including April 12, 2005 summary of medications prescribed (Larry B. Silver, M.D.) and April 18, 2005 letter from Lawrence A. Brain, M.D., FAACAP, FAPA

NG24–May 24, 2005 letter from Diana M. Savit to Gloria T. Everett, LICSW

NG25–June 1, 2005 letter from Gloria T. Everett, LICSW re: N███ G███

NG26–August 27, 2003 admissions letter, Saint James School

NG27–Academic reports, Saint James school

NG28–Fall 2004 Buxton School reports

NG29–Winter 2005 Buxton School reports

NG30–April 18, 2005 classroom observation report

NG31–Spring 2005 Buxton School reports

NG32–September 6, 2005 psychological report by Carol Ann Robbins, Ph.D.

NG33–Biographical information and professional experience, Carol Ann Robbins, Ph.D.

NG34–The Keys to Navigating High School and College Successfully for AD/HD Students, by Carol Ann Robins, Ph.D.

CAROL ANN ROBBINS, PH.D.
LICENSED CLINICAL PSYCHOLOGIST

CHESAPEAKE PSYCHOLOGICAL SERVICES OF MARYLAND
1001 SPRING STREET, SUITE 206
SILVER SPRING, MD 20910
(301) 562-8448 EXT. 6

May 4, 2003

Dear Dr. Tarason:

I am writing to you regarding Na▮▮▮G▮▮▮, a junior at Woodrow Wilson Senior High School, at the request of her parents. I recently evaluated her through clinical interviews, a developmental history, and standardized self-report measures. I have diagnosed her with Attention Deficit Hyperactivity Disorder (DSM 314.01) and Major Depression, and have discussed treatment recommendations with her, her parents, and her physician. There is a family history of both of these conditions. She is in active treatment with me and is beginning to be treated with psychostimulant medication to manage her symptoms of executive dysfunction. She has completed a full psycho-educational testing battery as well. Her depression is also being treated pharmacologically. She is currently experiencing severe clinical depression and is in inpatient treatment at Children's National Medical Center in Washington, D.C. Upon discharge, she will need to have her handicapping conditions addressed by the school, with appropriate accommodations made to assist her in reaching her academic potential.

N▮▮▮ suffers from executive dysfunction, and struggles with the resulting inattention, distractibility, impulsivity, disorganization, inefficiency, poor time management, inconsistent follow-through, procrastination, poor working memory, low frustration tolerance, and low self-esteem. A very bright, talented, and engaging young woman, she has been suffering emotionally and academically due to her untreated ADHD and depression. I will be working with her, her family, and hopefully the school, to make sure that appropriate accommodations are made for her, to teach her compensatory strategies, to educate her and her family regarding managing ADHD, and to assist her with emotional and social issues.

She would benefit greatly from some standard educational accommodations (a 504 Plan), such as being seated near the front of the classroom, being provided organizational assistance, being reminded to hand in homework assignments, being provided academic assistance/tutoring when needed, and being given extended time on tests. Please encourage her teachers to work with her to make appropriate modifications to her academic requirements, such that she will be able to make up work from both prior to and during her current psychiatric hospitalization. She is a very capable and intelligent young woman, who, with the right supports, will be able to succeed academically and reach her intellectual potential. As a result of her current fragile emotional state, she may well also need to make use of a crisis counselor, or have a safe place to go to if she becomes overwhelmed or upset during the school day.

250

