– 2 –                                                                 May 4, 2003

Please contact me if you are in need of any further information in order for her to qualify for the necessary accommodations. I look forward to working with you in coordinating her care.

Sincerely,


Carol Ann Robbins, Ph.D.
Licensed Clinical Psychologist


CC: Ms. Wilma Gaines
CC: Mr. Jeffrey Schutlz
CC: Ms Jean Marie Hansen

# Carol Ann Robbins, Ph.D.
### Licensed Clinical Psychologist

**Chesapeake Psychological Services**
**1001 Spring Suite, Suite 206**
**Silver Spring, Maryland 20910**
**(301) 562-8448, ext. 6**

June 3, 2003

Dear Ms. Gaines:

I am writing to you regarding my client, N████ G████, a 10th grade student at your school. As you know, she is in treatment with me for her newly diagnosed depression and AD/HD. She is struggling significantly to make up work that she did not complete prior to her hospitalization, and is feeling rather overwhelmed by the amount of work and how behind she has fallen in class. It does not seem possible for her to salvage all of her classes at this time. She is most behind and lost in math, due to having missed a lot of class time and being unable to comprehend what is going on now in class as a result. My strong recommendation is that she be allowed to drop math without penalty for medical reasons, and that she be given permission to retake it in the fall. This way, she can focus more fully on passing chemistry, which is also a major challenge at this time, and on her other subjects. She is unable to take medication for her AD/HD at this time, so it is even more difficult for her to focus, manage her time, motivate herself, and be efficient.

Please feel free to contact me if you have any questions or concerns regarding my recommendation. Thank you for your attention in this matter.

Sincerely,

*Carol Robbins, Ph.D.*

Carol Ann Robbins, Ph.D.

252

December 3, 2004

On Tuesday, November 23, 2004 I went to Wilson Sr. H.S. to register my daughter N G, as a non-attending student. I spoke first to Mrs. Banks, who helped me with the registration procedure. Upon finishing the registration process I asked to fill out the forms necessary to request special education services for my daughter. Mrs. Banks told me that she had no knowledge of any such forms.

I asked if I could speak to somebody else & I was referred to Mr. Charles Williams. Mr. Williams was introduced to me by Mrs. Banks as the person in Wilson who was in charge of issues related to special education services. Mr. Williams told me that I as a parent could not request special services. He said my daughter had to be in the school and be referred to special services by a teacher.

I told Mr. Williams that my understanding was that I as a parent could request services. He told me to wait a moment and stood next to me to speak to Mrs. Gaines about my request. Mrs. Gaines reiterated that the student has to come into the school and to through a TAT process or in front of a TAT body & this entity or process (it was not made clear) would be responsible for recommending special education services.

It was made very clear that I as a parent cannot make such a request.

I asked if I could call the D.C. Education office to clarify this matter. I was given the Special Ed # downtown. When I called I was told that I had to talk to the School coordinator, which for Wilson was Mr. Williams. The Special Ed Office did say that I could as a parent request that service.

I called Mr. Williams back on Tuesday, November 29, 2004. He has not yet returned my call.

                    Sylvia I. Correa
                    Mother of N G



# FAX FROM

Law Offices
## Savit & Szymkowicz, LLP
Air Rights Center - Suite 601 North
7315 Wisconsin Avenue
Bethesda, MD 20814
Phone: (301) 951-9191

| To: Charles Williams | Fax Number: 2022821171 |
|---|---|
| Company : Woodrow Wilson Senior High School | Date : 12/16/2004        Time : 10:06:20 AM |
| From : Diana Savit | Fax Number : 301-718-7788 |
| Sender's Direct Dial: 301-951-9191 | Pages including cover page: 3 |

Subject : N███ G████

**Comments:**

ase see attached.

## CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the named recipient and may be privileged and/or confidential. If you receive this transmission in error, please notify the sender immediately and mail the original transmission pages back to the sender.

254

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP
7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

December 16, 2004

**BY FAX**
Mr. Charles Williams
Woodrow Wilson Senior High School
3950 Chesapeake St., N.W.
Washington, D.C.  20016

> *Re:*  N████ G████
> *Student ID #7813234*
> *DOB* ███/87

Dear Mr. Williams:

I understand that you are the special education coordinator for Woodrow Wilson Senior High School. I am writing on behalf of my client, N████ G████, having recently been retained by her parents, Manuel Gomez and Sylvia Correa, to represent her with respect to educational issues.

N████ was enrolled in District of Columbia Public Schools from the time she began formal education (in Lafayette Elementary School's pre-kindergarten program) through the end of the 2002-03 school year. During that year, when she was a 10th grade student at Wilson, she manifested both attentional issues and severe emotional distress, and experienced a significant downturn in attendance and academic performance. Wilson failed to recognize the potential presence of a disability, and neither initiated the special education evaluation process on its own nor responded to the request by Mr. Gomez and Ms. Correa for a 504 plan. Consequently, N████ parents enrolled her at Saint James School in St. James, Maryland for the 2003-04 school year, and at The Buxton School in Williamstown, Massachusetts for the current school year. In both placements she has achieved more academic stability and progress than during her last year at Wilson, and her parents expect this upturn to continue.

N████ was never withdrawn from DCPS and we are surprised that there was no follow-up on the part of the school system when she did not return to school at the start of the 2003-04 school year. Nevertheless, on November 23, 2004 Ms. Correa formally re-enrolled N████ as a non-attending DCPS student. After completing the re-enrollment forms at Wilson with a Mrs. Banks, Ms. Correa then sought to complete the additional forms needed to start the process of requesting special education for a student believed to be disabled and eligible for same. She was referred to you. You, in turn, told Ms. Correa that parents cannot request special education services.

255.

Mr. Charles Williams
December 16, 2004
Page 2

    Ms. Correa has since contacted the special education office at DCPS headquarters and has confirmed that a parent may indeed request special education services for her own child. This, of course, is entirely consistent with 5 D.C.M.R. §3005.2(a), which provides that a child suspected of having a disabling condition may be referred to the building administrator by her parent for consideration for special education services. Ms. Correa was further told to speak with the special education coordinator at Wilson, which is you. I understand that she called you on November 29, 2004 and left a message, which you have not returned.

    I am writing to request that you immediately initiate all appropriate procedures to evaluate N▆▆▆ eligibility for special education and related services, as well as any additional or different procedures which may be required in furtherance of the nearly two-year-old request for a 504 plan. N▆▆▆is currently home for her winter break. She will travel with her parents from December 17, 2004 until December 20, 2004, and will return to The Buxton School on January 2, 2005. DCPS therefore has an immediate opportunity to assess her and begin the process of gathering information before she once again becomes geographically remote.

    You may coordinate scheduling through me or directly with N▆▆▆ parents. Their home telephone number is (202) 244-3714. If we do not hear from DCPS promptly, we will request a due process hearing to address the complete denial of services and will ask that DCPS be ordered to pay the full cost of N▆▆▆ private schooling.

    Please feel free to call me if you have any questions.

                  Very truly yours,

                  Diana M. Savit

cc:    Manuel Gomez & Sylvia Correa

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MDT**

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT**  ☒

As a result of the review of the screening information at the MDT meeting on _____

it was determined in a MDT meeting that your child, _____

is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

**II.    REEVALUATION**  ☐

The MDT received the following request for a reevaluation for _____

by /for a:    ☐ parent request        ☐ teacher request        ☐ 3 year reevaluation

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP) .

**III.**    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.

If you have questions or concerns at any time during the evaluation process, feel free to contact me at _____ (telephone number).

☐ INITIAL EVALUATION                    ☐ REEVALUATION

**Parent Response Section:**

☑ I agree to the proposed evaluation(s)            ☐ I do NOT agree to the proposed evaluation(s)

X _____                    _12-27-04_
  Parent/Guardian Signature                              Date

DCPS    DIVISION OF SPECIAL EDUCATION        07-02-2001        MDT - CONSENT FOR EVALUATION        APPENDIX - A
257

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**DIVISION OF SPECIAL EDUCATION**
825 North Capital Street, N.E., 6th Floor
Washington, D.C.  20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Sylvia I. Correa_
(Parent/Guardian Name) , received a copy of *A Procedural*

*Manual for Parents* from _Zondra Johnson_ Title _ECC Supervisor_
(Person Issuing Document)

at _C.A.R.E Center_
(School)

_12, 27, 04_
(Date)

_Sylvia Correa_
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

258

16





**Office of Special Education**
**District of Columbia Public Schools**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

> **PRIVATE-RELIGIOUS SCHOOL**
> **STUDENT REFERRAL**
> **FOR SPECIAL EDUCATION SERVICES**

Student: N____ P. G____    Student ID#: _____    Grade: 11

Race: hispanic  Sex: F  Date of Birth: ____, 87  Primary Language: English

Parent/Guardian: Sylvia Correa    Work Phone: (202) 564-6443

Address: _____ St NW    Home Phone: (202) _____

City/State/Zip: WAshington DC 20015

DCPS Neighborhood School: Wilson Senior H. S.    DCPS School ID#: _____

Private-Religious School: Buxton School    Private-Religious School ID#: _____

Private-Religious School Address: 291 South Street, Williamstown, MA

Principal/Headmaster of Private-Religious School: _____    Phone: ( ) _____

Referral Submitted By: _____    Date: ___/___/___

### Summarize the student's educational or learning problem(s) that necessitates this referral.

Inattentiveness + inability to focus, hyperactivity, lack of control, extreme mood swings, distractable, unable to finish what she starts.

### Chronological List of Information and Records

List all documents and date submitted.

☐ Check here and attach list if more space is needed.

| | Document Name | Date | | Document Name | Date |
|---|---|---|---|---|---|
| 1 | | | 6 | | |
| 2 | | | 7 | | |
| 3 | | | 8 | | |
| 4 | | | 9 | | |
| 5 | | | 10 | | |

Type of Service(s) Requested: _____

Special or Remedial Service Currently Provided: _____

Student Performance Summary (Code: 1 = Above Average    2 = Average    3 = Below Average)

☐ Reading    ☐ Written/Oral Language    ☐ Mathematics    ☐ Perception/Motor Functioning    ☐ Spelling    ☐ Other

Comments: _____

I have reviewed this application and the information/records specified and authorize their release to the District of Columbia Public Schools for use in the Individualized Education Program (IEP) process to determine the eligibility of my child for special education services. By signing this form, I give DCPS permission to evaluate my child in all areas of suspected disabilities.

Parent/Guardian Signature: _Sylvia Correa_    Date: 1, 3, 05

I have reviewed the documentation compiled for this student and authorize transmittal of the records specified.

Principal/Headmaster Signature: _____    Date: ___/___/___
259

Signature and Title of Person Completing This Form: _____    Date: ___/___/___

DCPS 2003



**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

| **TEACHER REFERRAL/REPORT** |
|---|

Student Name: _____ Student ID#: _____

Private-Religious School Name: _____

Subject: _____ Grade: _____

**PART 1:** (Check only where applicable)

**EMT Report**
- ❑ EMT Progress Report
- ❑ EMT Referral
  - ❑ Was referral discussed with parent? ____ Yes ____ No
  - ❑ If yes, date of discussion _____/_____/_____
  - ❑ Parent conference notes attached? ____ Yes ____ No

**MDT Report**
- ❑ MDT Screening
- ❑ Annual Review
- ❑ Progress Update

**PART 2: Reason for Referral/Report**

Please indicate the reason for the referral/report. Include a summary of the student's strengths and weaknesses. Attach all supporting documentation.

```
[blank box]
```

Check any interventions used:

- ❑ Student conference
- ❑ Note/call to parent
- ❑ Consultation with specialist(s)
- ❑ Consultation with colleague(s)
- ❑ Counselor involvement
- ❑ Tutoring
- ❑ Behavior management techniques
- ❑ Referral to principal
- ❑ Adjusted workload
- ❑ Modifying methods, materials, and presentations
- ❑ Change of text/materials
- ❑ Change in grouping
- ❑ None
- ❑ Other (specify) _____

| Which interventions were the most effective? Explain. |
|---|

Estimate the student's level of ability as compared to expectations for students in that grade.

| | | | |
|---|---|---|---|
| Listening Comprehension | ☐ Above Average | ☐ Average | ☐ Below Average |
| Oral Expression | ☐ Above Average | ☐ Average | ☐ Below Average |
| Basic Reading Skills | ☐ Above Average | ☐ Average | ☐ Below Average |
| Reading Comprehension | ☐ Above Average | ☐ Average | ☐ Below Average |
| Written Expression | ☐ Above Average | ☐ Average | ☐ Below Average |
| Math Calculation | ☐ Above Average | ☐ Average | ☐ Below Average |
| Math Reasoning | ☐ Above Average | ☐ Average | ☐ Below Average |
| Social Studies | ☐ Above Average | ☐ Average | ☐ Below Average |
| Science | ☐ Above Average | ☐ Average | ☐ Below Average |

Reading level: _____   ISM Level: _____

DCPS 2003

## PART 2: Reason for Referral/Report (continued)

Based on your observation, evaluate the student in comparison to other students in the same grade. Use a minus (-) sign to indicate weaknesses and a plus (+) to indicate strengths frequently observed.

**Listening Comprehension**
- ☐ Understanding spoken language
- ☐ Following verbal directions

**Oral Expression**
- ☐ Expressing thoughts and ideas
- ☐ Speaking vocabulary

**Reading**
- ☐ Letter/word recognition
- ☐ Word attack skills
- ☐ Oral reading fluency
- ☐ Comprehension (factual)
- ☐ Comprehension (inferential)

**Written Expression**
- ☐ Spelling
- ☐ Writing speed
- ☐ Completing written work
- ☐ Punctuation
- ☐ Writing a sentence
- ☐ Organizing sentences and ideas into meaningful paragraphs

**Mathematics/Number recognition**
- ☐ Number concepts
- ☐ Basic operations
- ☐ Addition
- ☐ Subtraction
- ☐ Multiplication
- ☐ Division
- ☐ Understanding place value
- ☐ Solving word problems

**Speech**
- ☐ Stutters
- ☐ Articulating speech sounds
- ☐ Voice quality

**Discrimination**
- ☐ Discriminating letter symbols
- ☐ Discriminating letter sounds

**Memory**
- ☐ Remembering what is seen
- ☐ Remembering what is heard
- ☐ Retaining information over a period of time

**Visual Motor Coordination**
- ☐ Small motor tasks
- ☐ Paper/pencil tasks
- ☐ Copying from the board

**Social/Emotional**
- ☐ Motivation
- ☐ Self-control
- ☐ Frustration tolerance
- ☐ Consistency in performance
- ☐ Interpreting social cues
- ☐ Making and keeping friends
- ☐ Accepts responsibility for own behavior
- ☐ Gets along with adults
- ☐ Sudden changes in mood throughout day
- ☐ Needs constant approval
- ☐ Interrupts and distracts class
- ☐ Unusually aggressive toward others
- ☐ Unusually shy or withdrawn
- ☐ Easily influenced by others

**Attention/Organization/Activity Level**
- ☐ Beginning a task
- ☐ Maintaining attention
- ☐ Has work and/or materials
- ☐ Organization
- ☐ On time for class
- ☐ Completing tasks
- ☐ Changes in routine
- ☐ Distractibility
- ☐ Overactive
- ☐ Underactive

**General**
- ☐ Completes homework
- ☐ Study habits
- ☐ Follows school rules
- ☐ Attendance (explain) _____
- ☐ Other (specify) _____

_____

261

Submitted by: _____ Date: ____/____/____





**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

**ELIGIBILITY SCREENING**
**PARENT INTERVIEW/QUESTIONNAIRE**

## PART 1: STUDENT INFORMATION

Student's Name: _____ Student ID#: _____

Student's Date of Birth: _____/_____/_____ Grade: _____ Primary Language: _____

Parent/Guardian Name: _____

Address: _____

City/State/Zip: _____

Home Phone No.: (    ) _____ Work Phone No.: (    ) _____

Attending School: _____ Neighborhood School: _____

## PART 2: FAMILY DATA

| Do you have any serious concerns about your child? ☐ Yes ☐ No   If yes, explain below: |
| --- |
|  |
|  |
|  |
|  |
|  |

| ...Is any other family member experienced school-related problems? ☐ Yes ☐ No   if yes, explain below: |
| --- |
|  |
|  |
|  |
|  |
|  |

| Has the child experienced any traumatic events such as death of a close relative, divorce, family crisis? ☐ Yes ☐ No  If yes, explain below: |
| --- |
|  |
|  |
|  |
|  |
|  |

## Part 3: Medical History

| Did the mother experience any health problems during this pregnancy? ☐ Yes ☐ No   If yes, explain below: |
| --- |
|  |
|  |
|  |
|  |
|  |

Student's Name: _____ Student ID# _____

Birth weight: _____ Pounds _____ Ounces _____ Apgar Score(s) _____ 1-minute _____ 5-minute

Did any of the following occur during the birth process:

☐ Premature  ☐ Transfusion  ☐ Caesarean section  ☐ Breech birth  ☐ Prolonged  ☐ Oxygen problem  ☐ Blood incompatability (RH factor)

**Other birth problems and/or concerns:**

_____
_____
_____
_____
_____
_____

**Did the child have any difficulty learning to eat, sleep, sit, walk, or talk? ☐ Yes   ☐ No  If yes, explain below:**

_____
_____
_____
_____
_____

| | |
|---|---|
| ☐ Physical defect | ☐ Speech problems |
| ☐ Asthma | ☐ Headaches |
| ☐ Operations | ☐ Temperature above 104 |
| ☐ Frequent colds | ☐ Eye problems |
| ☐ Dietary problems | ☐ Epilepsy |
| ☐ Heart disease | ☐ Frequent sore throats |
| ☐ Allergies | ☐ Serious accidents or injuries |
| ☐ Ear problems | ☐ Other _____ |
| ☐ Diabetes | |

**Describe any of the problems checked above:**

_____
_____
_____
_____
_____

**Has the child ever been hospitalized? ☐ Yes   ☐ No  How long?** _____ **Age at time:** _____
**Reason:**

_____
_____
_____
_____
_____

**Is the child under treatment or on medication at present? ☐ Yes   ☐ No  If yes, explain below:**

_____
_____
_____
_____
_____

How would you rate the child's general health?    ☐ Excellent  ☐ Good  ☐ Fair  ☐ Poor

263

Student's Name: _____    Student ID# _____

## Part 4:  Social/Behavioral Characteristics

Please check any of the following behaviors that describes the child:

| | | | | | |
|---|---|---|---|---|---|
| ❏ | Flexible | ❏ | Sleepwalking | ❏ | Doesn't seem to understand questions or directions |
| ❏ | Outgoing | ❏ | Lacks motivation | ❏ | Difficulty making and keeping friends |
| ❏ | Consistently short attention span | ❏ | Creative | ❏ | Difficulty using numbers |
| ❏ | Daydreams | ❏ | Bedwetting | ❏ | Lacks self-control |
| ❏ | Cooperative | ❏ | Thumb sucking | ❏ | Frequent sudden changes in mood |
| ❏ | Nightmares | ❏ | Nailbiting | ❏ | Excessive inconsistency in behavior |
| ❏ | Temper tantrums | ❏ | Mechanical | ❏ | Needs constant approval or reassurance |
| ❏ | Unreasonable fears | ❏ | Overactive | | |
| ❏ | Gets ideas quickly | ❏ | Athletic | ❏ | Unusually aggressive towards others |
| ❏ | Fantasies | ❏ | Musical | ❏ | Difficulty completing tasks and activities |
| ❏ | Artistic | ❏ | Rocking | | |
| ❏ | Frequently tells lies | ❏ | Underactive | ❏ | Difficulty with organization |
| ❏ | Avoids homework | ❏ | Self-confident | ❏ | Avoids reading |
| ❏ | Uncooperative | ❏ | Enjoys reading | ❏ | Difficulty telling time |
| ❏ | Frequently talks to self | ❏ | Frequently late | | |

**Has your child had any evaluations of which the school may be unaware:** ❏ **Educational** ❏ **Psychological** ❏ **Medical** ❏ **Other** _____
**Explain (what, when, by whom):**

_____

**What are your child's interests?**

_____

**What does your child do well?**

_____

**What do you like best about your child?**

_____

**How do you think the school can help your child?**

_____

264

DCPS 2003

Student's Name: _____ Student ID# _____

| Is there additional information that you feel will help us to understand your child better? |
|---|
| |
| |
| |
| |
| |
| |

I understand that this information will be used to help determine whether my child has an educational disability.  This material will be kept in my child's confidential file.

_____
Name (Printed)

_____
Signature

_____
Relationship to Child

_____
Date

Interview: _____
              Name (Printed)

_____
Signature

_____
Position/Title

_____
Date



**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

**CLASSROOM OBSERVATION**

**This observation should focus on problems identified in the referral.**

**Part 1: General Information**

Student's Name: _____ Student ID# _____

Student's Date of Birth: _____/_____/_____ Subject/Area/Class Observed: _____

Teacher: _____ Teacher/Pupil Ratio: _____

**Part 2: Setting**

Describe Observation Setting:

**Part 3: Observation**

Describe the task:

Describe the student's performance:

DCPS 2003

Page 1 of 2

Student's Name: _____     Student ID# _____

## Part 4: Rate the Student's Performance

| | Behavior Not Observed | Significant Problem | Some Problem | No Problem | Strength |
|---|---|---|---|---|---|
| Listening Comprehension | ☐ | ☐ | ☐ | ☐ | ☐ |
| Oral Expression | ☐ | ☐ | ☐ | ☐ | ☐ |
| Basic Reading Skills | ☐ | ☐ | ☐ | ☐ | ☐ |
| Reading Comprehension | ☐ | ☐ | ☐ | ☐ | ☐ |
| Written Expression | ☐ | ☐ | ☐ | ☐ | ☐ |
| Math Calculation (_____) Operation | ☐ | ☐ | ☐ | ☐ | ☐ |
| Math Reasoning | ☐ | ☐ | ☐ | ☐ | ☐ |
| Discrimination (visual/auditory) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Memory (visual/auditory) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Visual Motor Coordination | ☐ | ☐ | ☐ | ☐ | ☐ |
| Attention | ☐ | ☐ | ☐ | ☐ | ☐ |
| Organization | ☐ | ☐ | ☐ | ☐ | ☐ |
| Activity level | ☐ | ☐ | ☐ | ☐ | ☐ |
| Social Interaction | ☐ | ☐ | ☐ | ☐ | ☐ |
| Work habits | ☐ | ☐ | ☐ | ☐ | ☐ |
| Task completion | ☐ | ☐ | ☐ | ☐ | ☐ |
| Motivation | ☐ | ☐ | ☐ | ☐ | ☐ |
| Speech | ☐ | ☐ | ☐ | ☐ | ☐ |

**Comments:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Does the classroom teacher feel that the behavior observed is representative of the usual behavior for this student in this class? _____Yes _____No

Date of Observation: _____/_____/_____ Start Time: _____ End Time: _____ Total Observation Time: _____

Observation conducted by: _____

267



**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

| **EDUCATIONAL HISTORY** |
| --- |

Student's Name: _____ Student ID# _____

Student's Date of Birth: _____/_____/_____ Current Grade: _____ Teacher: _____

Private-Religious School: _____ DCPS Neighborhood School: _____

**Part 1:  Health Record Review**

A.  Vision Screening: _____/_____/_____  _____ Glasses: _____ Yes _____ No
　　　　　　　　　　　Date　　　　　　　　　Results

B.  Hearing Screening _____/_____/_____  _____ Hearing Aid: _____ Yes _____ No
　　　　　　　　　　　Date　　　　　　　　　Results

C.  Indication of Medical Concerns: _____ Yes _____ No   If yes, explain below:

_____

**Part 2:  School History Information**

A.  Preschool: _____ Yes _____ No _____ Not applicable after the third grade

Schools Attended (K through present)

| School | Grade(s) Completed | School | Grade(s) Completed |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C.  List grades with absence of over 20 days/year or loss of credit due to attendance. _____

If indicated in record, list care of absence(s):

_____

D.  Retention: _____ Yes _____ No   If yes, grade of retention: _____

**Part 3:  Academic Record Review**

**A.  General Education Program:  (include synthesis of past classroom performance, classroom accommodations, and general test information)  Attach all appropriate documentation.**

_____

268

Student's Name: _____    Student's ID# _____

**Part 3: Academic Record Review (continued)**

| Is previous testing being used for consideration for special education services? If yes, list type of evaluation(s) and date(s) of administration. |
|---|
| |
| |
| |
| |
| |
| |

C. IEP for Special Education Services _____ Yes _____ No

| Disability Code(s) | Program(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Completed by: _____    Date: _____/_____/_____

269
DCPS 2003



**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

| **SPEECH/LANGUAGE** |
| **SCREENING SUMMARY** |

Student's Name: _____  Student ID# _____

Student's Date of Birth: _____/_____/_____  Grade: _____  Primary Language: _____

Parent/Guardian: _____

Address: _____

City/State/Zip: _____

Home Telephone: (   ) _____  Work Telephone: (   ) _____

**Part 1: Referral**

A. Reason for referral: _____

B. Any instructional accommodations or supports: _____ Yes _____ No   If yes, specify services and level:
_____

C. Student has received speech/language assessment/therapy: _____ Yes _____ No   If yes, specify source(s) and date(s):
_____

Hearing Status: _____ Source: _____ Date: _____

**Part 2: Summary of Findings**

A.   Observations

;culation:
        Intelligibility: _____ Good _____ Fair _____ Poor
        Sound Productions: _____ No Errors _____ Errors Within Normal Limits _____ Errors Inappropriate for Age
        Oral Motor Functioning: _____ Normal _____ Suspect

Language
        Receptive: _____ With Normal Limits _____ Inappropriate for Age
        Expressive: _____ Within Normal Limits _____ Inappropriate for Age

Fluency
_____ Within Normal Limits _____ Repetitions _____ Prolongations _____ Hesitations _____ Secondary Behaviors _____ Other

Voice
_____ Within Normal Limits _____ Inappropriate for Age (_____ Quality _____ Pitch _____ Intensity)

B.   Impressions
        _____ Appears to be within normal limits for age
        _____ Possible disorder or delay
        _____ Difference may be related to other factor(s)
        _____ Unable to make a judgment

C.   Recommendations from initial screening
        _____ No follow-up necessary
        _____ Referral to MDT for additional assessment(s) by: _____
        _____ Further speech and language assessment recommended: _____
        _____ Other: _____

D. Comments

_____
_____
_____
_____

Screening Completing by: _____  Date: _____
                                    Name (printed)

270
Signature: _____

DCPS 2003                                                                    Page 1 of 1

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
STUDENT EVALUATION PLAN
**(SEP)**

| MDT |
|-----|
| SEP |

MDT REFERRAL DATE: **12/27/04**

MEETING DATE: _____

STUDENT: N̶a̶ ̶ ̶C̶ ___ DOB: ▢▢ 87 AGE: 17 GRADE 11 SCHOOL: Buxton - Massac.

STUDENT IDENTIFICATION NUMBER: 7813234     TEACHER / HOMEROOM: _____

ADDRESS: ▮▮▮▮▮ St NW     WDC 20015
Street #     Street Name,     Quadrant     Apartment #     City,     State,     Zip Code

PARENT(S)/GUARDIAN: Sylvia Correa ___ TELEPHONE (H): ▮▮▮▮ (W): _____

**Summarize Area(s) of Concern:**

Continued distractibility, inability to follow task, no follow through,
Doing better at Buxton than Wilson but still having difficulty,

**Team Recommendations:**

Parent to bring in evaluations for team to review & determine
whether further assessment is necessary. Parent will make
student available.

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☒ Psychological | to be reviewed | | | |
| ☒ Speech/Language | if completed will be reviewed | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | to be reviewed | | | |
| ☐ Hearing Screening | | | | |
| ☒ Other | Other: any other eval's Other: to review. | | | |

**TEAM MEMBERS:     NAME          POSITION**

Nabili Honah     Coordinator
Sylvia Correa     1/3/05

| TEAM MEMBERS: NAME | POSITION |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

é completed form in MDT folder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS     07-02-2001     DIVISION OF SPECIAL EDUCATION     MDT - SEP     AP▮

271



## Central Assessment Referral and Evaluations (C.A.R.E.) CENTER



Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001
(202) 671-0882



### COMPREHENSIVE PSYCHOEDUCATIONAL EVALUATION

**NAME:** N████ P. G█████          **SCHOOL:** Buxton School/N A

**DATE OF BIRTH:** ████787          **GRADE:** 11th

**DATE OF EVALUATION:** 1/28/05          **EXAMINER:** Linda Ann Flynn

**CHRONOLOGICAL AGE:** 17-6          **LIC/CERT:** NCSP#22

**REASON FOR REFERRAL:**

Referral was made because of N█████ inattentiveness and inability to focus; lack of control; extreme mood swings. Her mother reported that she is unable to finish what she starts.

**TESTS ADMINISTERED:**

Wechsler Adult Intelligence Scale-Third Edition
Woodcock Johnson Tests of Achievement-III
Beery Buktenica Developmental Test of Visual-Motor Integration
Reynold's Adolescent Depression Scale (RADS)
Record Review

**BEHAVIORAL OBSERVATIONS:**

N█████ willingly entered into the testing session. N█████ appeared physiologically normal in height and weight for her seventeen years six months of age. She was an attractive and very fluent adolescent. She was friendly and open to the examiner's social overtures. Rapport was easily established and she related some of her personal experiences to the examiner .Observation found that her level of conversational proficiency was very advanced. She was able to follow multi-step directions. Her expressive language skills were exceptional and she

272



Educational Evaluation                                                            Page 2
G█████, N██████
January 29, 2005

was able to express herself eloquently.  N█████ exhibited excellent goal direction and effort
during the evaluation. She was attentive to the tasks at hand and exhibited excellent
concentration during the three hour evaluation. Observation found that she used the trial and
error method on difficult nonverbal tasks. Overall, the results of this evaluation can
be considered an accurate estimate of N█████ current cognitive and academic abilities.


## TEST RESULTS:

### Cognitive assessment

The Wechsler Adult Intelligence Scale –Third Edition (WAIS-III) is an individually administered
test of cognitive functioning. The purpose of such a test is to help predict what a student's
school achievement should be based on her ability.

N█████Full Scale score, which is the most accurate estimate of her intellectual ability, equaled
or exceeded the scores obtained by more than 99 percent of her age-mates. Results of the
WAIS-II indicated a Full Scale IQ score of 137, a Verbal IQ score of 137 and a Performance IQ
of 128. Ninety-five percent of the time, N█████Full Scale IQ score would fall between 132 and
140 if she is retested.

According to the test results, on the verbal tasks N█████ displayed very superior strengths in her
ability to define specific vocabulary words, a measure of her expressive language abilities.
N█████ verbal concept formation in seeing likenesses between objects and ideas fell at the
very superior range. The Vocabulary and Similarities subtests are two of the best indicators of
cognitive abilities and reflect her exceptional abilities in the verbal area of ability. Her
arithmetical reasoning ability in solving math problems fell at the very superior range.

On performance tasks her visual-motor coordination, and planning ability in reproducing
abstract designs and her perceptual reasoning fell at the superior range. Her alertness to
details, her ability to discriminate essential from non-essential detail and her psychomotor speed
in pencil and paper tasks when working with the symbolic fell at the above average range of
ability.


### Visual-Motor/Visual Perceptual/Integration Functioning

The Beery-Buktenica Developmental Test of Visual-motor integration was administered to
assess visual-motor writing skills. N█████ was required to copy a series of shapes and
geometric designs in boxes just below pictured models. She obtained a standard score of 94
which falls at the average range of ability. She obtained a VMI Age Equivalent Score of >14.0.
Her score indicated well developed visual-motor and visual perceptual/integration skills.

**Previous Psychological And Educational Evaluation: See report dated 1/17, 21/30/03.**

In summary, the report stated that N█████ is an attractive, articulate, guarded adolescent girl with a history of school avoidance and emotional volatility. Although she appears to have the capability to do good academic work, her performance, especially during her first year in high school, has bee weak. The report further stated that intellectually, N█████ is currently functioning in the Superior range of aptitude. Her auditory/verbal abilities are significantly stronger than her visual/spatial/motor abilities. N█████ demonstrates particularly good practical judgment, abstract verbal reasoning, fluid reasoning, awareness of environmental detail, and auditory working memory. Her perceptual organization is slightly weak though still adequate for her age level.

The report further indicated that in terms of her attention and organization skills, N█████ exhibits some mild weaknesses. She does not, however, meet criteria for a formal diagnosis. Although she can lose focus in class, it appears to be due to interest in her peers and their interactions more than to any specific attention difficulties.

Academically, N█████ skills range from average to superior for her age and grade level. In reading she has developed a solid sight vocabulary but is less efficient at decoding unfamiliar words. While her ability to read passages and answer questions on a standardized test is above average, she has trouble retrieving the precise word to fit the context of a sentence. Natalia is able to construct a good sentence and to write fluently. Her mechanical spelling, capitalization, and punctuation skills are well developed. Although she can express her ideas effectively in essay form, she does not elaborate much. In math, N█████ can calculate effectively, but she is weaker in fluency and problem solving. This suggests that she may not have mastered all her facts and needs to develop better strategies for handling word problems.

**Academic Achievement**
**WJ III Tests of Achievement**

These tests provide measures of N█████ academic achievement. A description of each ability is provided. Her performance in each broad category is compared to age peers using a standard score range. N█████ proficiency is described categorically, ranging from average to advanced; her test performance can be generalized to similar, non-test, age-level tasks. Additional interpretation of academic task performance is provided.

Math Calculation Skills measures N█████ computational skills and automaticity with basic math facts. Although N█████ overall mathematics calculation skills standard score is within the high average range when compared to others of her age, her performance varied on two different types of math calculation tasks. N█████ performance is advanced on tasks requiring knowledge of how to perform mathematical computations (when there are no time limits). Her performance is average on tasks requiring speed and accuracy when performing basic arithmetic operations.

Broad Reading includes reading decoding, reading speed, and the ability to comprehend connected discourse while reading. N█████ reading standard score is within the average to

Educational Evaluation                                                                        Page 4
G████, N████
January 29, 2005

high average range (percentile rank range of 73 to 83; standard score range of 109 to 114) for
her age. Her overall reading ability is advanced; reading tasks below the age 19 level will be
quite easy for her.

Broad Math includes mathematics reasoning and problem solving, number facility, and
automaticity. Although N████ overall mathematics standard score is within the high average
range, she performed differently on two types of math tasks. N████ performance is advanced
on tasks requiring knowledge of how to perform mathematical computations (when there are no
time limits). Her performance is average on tasks requiring speed and accuracy when
performing basic arithmetic operations.

**Structured Interview**

At the conclusion of testing N████ took part in a structured interview. When asked about her
favorite subjects in school, he told the examiner that she likes English and singing. Pre-calculus
was her least favorite. She had not received her report card as of yet. However, she reported
that her marks would probably be the following: Pre-Calculus B-, Spanish A, English A,
American History B, Poetry/Philosophy A. She stated that she had recently taken the SAT's and
she felt she did fairly well. She named a group of friends at home and she was excited to see
them during her break.

**Social and Emotional Functioning:**

The Reynold's Adolescent Depression Scale was administered to measure the assessment of
clinically relevant levels of depressive symptomatology in individual adolescents, for use as a
screening measure for the identification of depression in school-based populations. An
adolescent who scores at or above 77 on the RADS should be identified for further evaluation
aimed at diagnosing potential psychopathology. N████ presents with issues about school which
she worries about and she feel she is no good "sometimes." N████ appears to present with
good social judgment skills. She relates well to adults and she is polite. She appears to be out
going in her interpersonal relationships.

**CONCLUSIONS AND RECOMMENDATIONS:**

N████ G████ is a seventeen year six month old eleventh grade student at Buxton School in
Massachusetts who was referred for psychoeducational evaluation. Cognitive test results
indicated very superior intellectual abilities. Her verbal abilities fell in the very superior range
and her performance abilities fell in the superior range ability. N████ verbal language skills
are areas of exceptional strength. Her very superior scores on the Vocabulary and Similarities
subtests substantiate her very superior cognitive abilities.

N████ academic skills are advanced. Specifically, her sight reading ability, math calculation
skill, and spelling are advanced. N████ passage comprehension ability is advanced. Her
writing ability is average to advanced. Her quantitative reasoning is average. Overall, N████
academic skills are within the superior range of others at her age level. Her ability to apply

275

Educational Evaluation                                                                 Page 5
G▬▬, N▬▬
January 29, 2005

academic skills is high average. When compared to others at her age level, N▬▬
performance is high average in broad reading, mathematics, and math calculation skills.
N▬▬ score on the Beery indicates well developed visual-motor and visual
perceptual/integration skills

According to federal law, to meet the qualification for special education services as a student
with a learning disability, the MDT team must determine that the student exhibits a disorder in
one or more of the basic psychological processes involved in understanding or in using
language, spoken, or written, which may manifest itself in an imperfect ability to listen, think,
speak, read, write, spell, or to do mathematical calculations.   Based on the cognitive and
academic test results and behavioral observations, there is not a severe discrepancy between
her intellectual abilities and academic achievement. Presently, N▬▬ is making substantial
progress in school. She has learned and she will continue to learn based on her exceptional
cognitive abilities. The results of this evaluation will be shared with the multidisciplinary team
and combined with other pertinent information to determine an appropriate educational
placement.

1. Because N▬▬ attends school In Massachusetts, an evaluation/ rating scale to
   communicate information regarding N▬▬ behavior in the classroom will be provided
   by her school, as well as her parent.
2. An SAT review course may be beneficial in helping N▬▬ prepare for the examination.
3. The results of the assessment will be discussed with the parents by the Multi-
   Disciplinary Team.
4. N▬▬ needs to develop her study skills to assist her with academic in high school and
   college.
5. Participation in structured sport activities/organizations to increase her self-esteem. This
   would help reduce stress and modulate her mood.



Educational Evaluation                                                                    Page 6
G_____, N_____
January 29, 2005

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*

Report Writer for the WJ III, Version 1.1
Norms based on age 17-6

| CLUSTER/Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | |
|---|---|---|---|---|---|---|---|---|
| BROAD READING | - | >23 | 19 | >23 | 98/90 | 78 | 112 (109-114) | |
| BROAD MATH | - | >22 | 17-10 | >22 | 97/90 | 77 | 111 (108-113) | >18.0 |
| MATH CALC SKILLS | - | >21 | 19 | >21 | 98/90 | 87 | 117 (114-120) | >18.0 |
| ACADEMIC SKILLS | - | >22 | >22 | >22 | 99/90 | 96 | 126 (122-130) | >18.0 |
| ACADEMIC APPS | - | >27 | 20 | >27 | 98/90 | 88 | 118 (113-122) | >18.0 |

--------------------------------------------------------------
Form A of the following achievement tests was administered:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 73 | >22 | 19 | >22 | 99/90 | 83 | 114 (109-120) | >18.0 |
| Reading Fluency | 76 | 18-11 | 17-8 | 20 | 97/90 | 59 | 104 (102-105) | 12.7 |
| Calculation | 37 | >21 | >21 | >21 | 99/90 | 93 | 122 (118-126) | >18.0 |
| Math Fluency | 120 | 18-6 | 13-8 | >24 | 91/90 | 54 | 102 (100-104) | 12.9 |
| Spelling | 55 | >22 | >22 | >22 | 100/90 | 93 | 122 (117-127) | >18.0 |
| Passage Comprehension | 44 | >31 | >31 | >31 | 99/90 | 94 | 124 (117-130) | >18.0 |
| Applied Problems | 51 | 19 | 15-10 | >28 | 94/90 | 57 | 103 (100-106) | 13.5 |
| Writing Samples | 20-E | >23 | >23 | >23 | 98/90 | 98 | 132 (120-145) | >18.0 |

277

**Educational Evaluation**                                                      Pag
G█████, N█████
**January 29, 2005**

Educational Evaluation
G█████, N████
January 29, 2005

Pag

### Descriptions of WJ III Tests Administered

*Letter-Word Identification* measured N█████ ability to identify letters and words. She was not required to know the meaning of any word.

*Reading Fluency* measured N█████ ability to quickly read simple sentences, decide if the statement is true, and then circle Yes or No. She was asked to complete as many items as possible within a 3-minute time limit.

Calculation measured N█████ ability to perform mathematical computations. The items required her to perform addition, subtraction, multiplication, division, and combinations of these basic operations, as well as some geometric, trigonometric, logarithmic, and/or calculus operations. The calculations involved negative numbers, percents, decimals, fractions, and whole numbers.

*Math Fluency* measured N█████ ability to solve simple addition, subtraction, and multiplication facts quickly. She was presented with a series of simple arithmetic problems to complete in a 3-minute time limit.

Spelling measured N█████ ability to write orally presented words correctly.

*Passage Comprehension* measured N█████ ability to understand what is being read during the process of reading. Test items required N█████ to read a short passage and identify a missing key word that makes sense in the context of the passage.

*Applied Problems* measured N█████ ability to analyze and solve math problems. To solve the problems, she was required to listen to the problem, recognize the procedure to be followed, and then perform relatively simple calculations. Because many of the problems included extraneous information, N█████ needed to decide not only the appropriate mathematical operations to use but also what information to include in the calculation.

*Writing Samples* measured N█████ skill in writing responses to a variety of demands. She was asked to produce written sentences that were evaluated with respect to the quality of expression. N█████ was not penalized for any errors in basic writing skills, such as spelling or punctuation.


# Comprehensive Psychoeducational Evaluation

Examinee: N████ G██████
Date of Birth: ███/1987
Sex: Female

Report Date: 2/2/2005
Examiner: Linda Flynn

**Reason for Referral:** Referral was made because of N██████ inattentiveness and inability to focus; lack of control, extreme mood swings. Her mother reported that she is unable to finish what she starts,

**Test Administered:** WAIS-III (2/2/2005)    **Age at Testing:** WAIS-III (17 years 6 months )

## IQ Scores Summary

| Scale | Sum of SS | IQ Score | 95% Conf. Interval | PR | Qualitative Description |
|---|---|---|---|---|---|
| Verbal | 92 | 137 | 131-141 | 99.0 | Very Superior |
| Performance | 70 | 128 | 120-133 | 97.0 | Superior |
| Full Scale | 162 | 137 | 132-140 | 99.0 | Very Superior |

Difference between VIQ and PIQ = 9(p<.15, Freq= 42.7%). VIQ score is prorated and PIQ score is prorated.

## Index Scores Summary

| Scale | Sum of SS | Index Score | 95% Conf. Interval | PR |
|---|---|---|---|---|
| Verbal Comprehension | 46 | 131 | 124-135 | 98.0 |
| Perceptual Organization | 44 | 130 | 121-135 | 98.0 |
| Working Memory | | | | |
| Processing Speed | | | | |

THE PSYCHOLOGICAL CORPORATION
280
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**                    Natalia G

### Graph of WAIS-III IQ and Index Scores

| IQ Scores | | | | Index Scores | | | |
|---|---|---|---|---|---|---|---|
| VIQ | PIQ | FSIQ | | VCI | POI | WMI | PSI |



| VIQ | PIQ | FSIQ | | VCI | POI | WMI | PSI |
|---|---|---|---|---|---|---|---|

| IQ Scores | Index Scores |
|---|---|
| VIQ  Verbal IQ  (137) | VCI  Verbal Comprehension Index  (131) |
| PIQ  Performance IQ  (128) | POI  Perceptual Organization Index  (130) |
| FSIQ  Full Scale IQ  (137) | WMI  Working Memory Index |
| | PSI  Processing Speed Index |

**THE PSYCHOLOGICAL CORPORATION®**
281
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**                    N████ G█████

## Subtest Scores Summary

| | Raw Score | Age SS | PR | Ref SS* |
|---|---|---|---|---|
| **Verbal Subtest** | | | | |
| Vocabulary | 58 | 17 | 99 | |
| Similarities | 28 | 16 | 98 | |
| Arithmetic | 20 | 17 | 99 | |
| Digit Span | 23 | 14 | 91 | |
| Information | 20 | 13 | 84 | |
| Comprehension | | | | |
| Letter-Number Sequencing | | | | |
| **Performance Subtest** | | | | |
| Picture Completion | 22 | 12 | 75 | |
| Digit Symbol-Coding | 86 | 12 | 75 | |
| Block Design | 63 | 16 | 98 | |
| Matrix Reasoning | 25 | 16 | 98 | |
| Picture Arrangement | | | | |
| Symbol Search | | | | |
| Object Assembly | | | | |

*Ref Group for ages 20-34.



THE PSYCHOLOGICAL CORPORATION®
A Harcourt Assessment Company
282
Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**                     N███ G█████

### Graph of WAIS-III Subtest Scaled Scores by Scale



|   | Verbal Scale | | | | | | | | Performance Scale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | V | S | A | DS | I | C | LN | | PC | CD | BD | MR | PA | SS | OA |

|   |
|---|
| V  Vocabulary (17) |
| S  Similarities (16) |
| A  Arithmetic (17) |
| DS Digit Span (14) |
| I  Information (13) |
| C  Comprehension |
| LN Letter-Number Sequencing |

| |
|---|
| PC Picture Completion (12) |
| CD Digit Symbol-Coding (12) |
| BD Block Design (16) |
| MR Matrix Reasoning (16) |
| PA Picture Arrangement |
| SS Symbol Search |
| OA Object Assembly |

THE PSYCHOLOGICAL CORPORATION
283
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**                    

### Graph of WAIS-III Subtest Scaled Scores by Index

| VCI | | | WMI | | | | POI | | | PSI | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | S | I | A | DS | LN | | PC | BD | MR | CD | SS |




| V | S | I | A | DS | LN | PC | BD | MR | CD | SS |
|---|---|---|---|---|---|---|---|---|---|---|
| VCI | | | WMI | | | POI | | | PSI | |

V  Vocabulary (17)
S  Similarities (16)
I  Information (13)
A  Arithmetic (17)
DS Digit Span (14)
LN Letter-Number Sequencing

PC Picture Completion (12)
BD Block Design (16)
MR Matrix Reasoning (16)
CD Digit Symbol-Coding (12)
SS Symbol Search

VCI  Verbal Comprehension Index
WMI  Working Memory Index
POI  Perceptual Organization Index
PSI  Processing Speed Index

THE PSYCHOLOGICAL CORPORATION®
A Harcourt Assessment Company
284

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**           N░░░░ G░░░░░

### IQ and Index Differences

| Discrepancy Comparisons | Score 1 | Score 2 | Diff | Cumulative Signif. | Percentage |
|---|---|---|---|---|---|
| Verbal IQ - Performance IQ | 137 | 128 | 9 | .15 | 42.7% |
| Verbal Comprehension - Perceptual Organization | 131 | 130 | 1 | ns | 95.3% |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received scores that were greater than or equal to the absolute value of the amount shown in the Difference column.

*Significant at the .05 level.

### Differences Between Subtest and Mean of Subtest Scores

| | Scaled Score | Mean Score | Diff | Signif. | S/W | Cumulative Percentage |
|---|---|---|---|---|---|---|
| **Verbal Subtest** | | | | | | |
| Vocabulary | 17 | .00 | | | | |
| Similarities | 16 | .00 | | | | |
| Arithmetic | 17 | .00 | | | | |
| Digit Span | 14 | .00 | | | | |
| Information | 13 | .00 | | | | |
| Comprehension | | | | | | |
| Letter-Number Sequencing | | | | | | |
| | | | | | | |
| **Performance Subtest** | | | | | | |
| Picture Completion | 12 | .00 | | | | |
| Digit Symbol-Coding | 12 | .00 | | | | |
| Block Design | 16 | .00 | | | | |
| Matrix Reasoning | 16 | .00 | | | | |
| Picture Arrangement | | | | | | |
| Symbol Search | | | | | | |
| Object Assembly | | | | | | |

Difference from Overall Mean used to determine strengths (S) and weaknesses (W).

*Significant at the .05 level.

 THE PSYCHOLOGICAL CORPORATION
285
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**            N G

## Digit Span Discrepancies

| Subtest Level | Raw Score | Cumulative Percentage |
|---|---|---|
| Longest Digit Span Forward* | 9 | 7.00% |
| Longest Digit Span Backward* | 8 | 2.50% |
| Digits Forward - Backward** | 1 | 85.50% |

\* A low cumulative percentage reflects a relatively high span capacity.

\** A low cumulative percentage reflects a higher scatter.

## Digit Symbol Optional Procedures

| Optional Procedure | Raw Score | Cumulative Percentage |
|---|---|---|
| Incidental Learning - Pairing | | |
| Incidental Learning - Free Recall | | |
| Copy | 86 | 5-10% |

Individuals from the standardization sample represented by the percentages in the Cumulative Percentage column received scores equal to or less than the raw scores indicated.



THE
PSYCHOLOGICAL
CORPORATION®
286
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**Tables and Graphs Report of WAIS-III Testing**     N███G███

## WAIS-III Raw Scores

| Subtest | Raw Score |
| --- | --- |
| 1.  Picture Completion | |
| Total Raw Scores (0 to 25) | 22 |
| 2.  Vocabulary | |
| Total Raw Scores (0 to 66) | 58 |
| 3.  Digit Symbol | |
| Coding (0 to 133) | 86 |
| Pairing (0 to 18) (Optional) | |
| Free Recall (0 to 9) (Optional) | |
| Copy (0 to 133) (Optional) | 86 |
| 4.  Similarities | |
| Total Raw Scores (0 to 33) | 28 |
| 5.  Block Design | |
| Total Raw Scores (0 to 68) | 63 |
| 6.  Arithmetic | |
| Total Raw Scores (0 to 22) | 20 |
| 7.  Matrix Reasoning | |
| Total Raw Scores (0 to 26) | 25 |
| 8.  Digit Span | |
| Digits Forward Total Score (0 to 16) | 13 |
| Digits Backward Total Score (0 to 14) | 10 |
| Longest Digit Forward (0, 2 to 9) | 9 |
| Longest Digit Backward (0, 2 to 8) | 8 |
| 9.  Information | |
| Total Raw Score (0 to 28) | 20 |
| 10. Picture Arrangement | |
| Total Raw Score (0 to 22) | |
| 11. Comprehension | |
| Total Raw Score (0 to 33) | |
| 12. Symbol Search (Optional) | |
| Total Raw Score (0 to 60) | |
| 13. Letter-Number Sequencing (Optional) | |
| Total Raw Score (0 to 21) | |
| 14. Object Assembly (Optional) | |
| Total Raw Score (0 to 52) | |


THE
PSYCHOLOGICAL
CORPORATION®
287
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

# Conners' Parent Rating Scale - Revised (L)
## by C. Keith Conners, Ph.D.

**Child's Name:** N___ P. G___    **Gender:** M (F) (Circle One)

**Birthdate:** ___ / 87 (Month Day Year)    **Age:** 17    **School Grade:** 11

**Parent's Name:** Manuel R. Gomez + Sylvia Correa    **Today's Date:** 2 / 27 / 05 (Month Day Year)

**Instructions:** Below are a number of common problems that children have. Please rate each item according to your child's behavior in the last month. For each item, ask yourself "How much of a problem has this been in the last month?", and circle the best answer for each one. If none, not at all, seldom, or very infrequently, you would circle 0. If very much true, or it occurs very often or frequently, you would circle 3. You would circle 1 or 2 for ratings in between. Please respond to all the items.

| | NOT TRUE AT ALL (Never, Seldom) | JUST A LITTLE TRUE (Occasionally) | PRETTY MUCH TRUE (Often, Quite a Bit) | VERY MUCH TRUE (Very Often, Very Frequent) |
|---|---|---|---|---|
| 1. Angry and resentful | 0 | 1 | (2) | 3 |
| 2. Difficulty doing or completing homework | 0 | 1 | (2) | 3 |
| 3. Is always "on the go" or acts as if driven by a motor | 0 | (1) | 2 | 3 |
| 4. Timid, easily frightened | (0) | 1 | 2 | 3 |
| 5. Everything must be just so | 0 | (1) | 2 | 3 |
| 6. Has no friends | (0) | 1 | 2 | 3 |
| 7. Stomach aches | 0 | 1 | (2) | 3 |
| 8. Fights | 0 | (1) | 2 | 3 |
| 9. Avoids, expresses reluctance about, or has difficulties engaging in tasks that require sustained mental effort (such as schoolwork or homework) | 0 | 1 | (2) | 3 |
| 10. Has difficulty sustaining attention in tasks or play activities | 0 | 1 | 2 | (3) |
| 11. Argues with adults | 0 | 1 | 2 | (3) |
| 12. Fails to complete assignments | 0 | 1 | (2) | 3 |
| 13. Hard to control in malls or while grocery shopping | (0) | 1 | 2 | 3 |
| 14. Afraid of people | (0) | 1 | 2 | 3 |
| 15. Keeps checking things over again and again | (0) | 1 | 2 | 3 |
| 16. Loses friends quickly | (0) | 1 | 2 | 3 |
| 17. Aches and pains | 0 | (1) | 2 | 3 |
| 18. Restless or overactive | 0 | (1) | 2 | 3 |
| 19. Has trouble concentrating in class | 0 | 1 | (2) | 3 |
| 20. Does not seem to listen to what is being said to him/her | 0 | 1 | (2) | 3 |
| 21. Loses temper | 0 | 1 | 2 | (3) |
| 22. Needs close supervision to get through assignments | 0 | (1) | 2 | 3 |
| 23. Runs about or climbs excessively in situations where it is inappropriate | (0) | 1 | 2 | 3 |
| 24. Afraid of new situations | (0) | 1 | 2 | 3 |
| 25. Fussy about cleanliness | (0) | 1 | 2 | 3 |
| 26. Does not know how to make friends | (0) | 1 | 2 | 3 |
| 27. Gets aches and pains or stomachaches before school | 0 | (1) | 2 | 3 |
| 28. Excitable, impulsive | 0 | 1 | 2 | (3) |
| 29. Does not follow through on instructions and fails to finish schoolwork, chores or duties in the workplace (not due to oppositional behavior or failure to understand instructions) | 0 | 1 | (2) | 3 |
| 30. Has difficulty organizing tasks and activities | 0 | 1 | 2 | (3) |
| 31. Irritable | 0 | 1 | (2) | 3 |
| 32. Restless in the "squirmy sense" | (0) | 1 | 2 | 3 |
| 33. Afraid of being alone | (0) | 1 | 2 | 3 |
| 34. Things must be done the same way every time | 0 | (1) | 2 | 3 |
| 35. Does not get invited over to friends' houses | (0) | 1 | 2 | 3 |
| 36. Headaches | 0 | 1 | 2 | 3 |
| 37. Fails to finish things he/she starts | 0 | (1) | 2 | 3 |

288

*Items continued on back page.*

Copyright © 1997, Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O. Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003.
In Canada, 3770 Victoria Park Avenue, Toronto, ON M2H 3M6, (800) 268-6011. International, + 1-416-492-2627. Fax, + 1-416-492-3343 or 888-540-4484

# Conners' Parent Rating Scale - Revised (L)

### by C. Keith Conners, Ph.D.

| | NOT TRUE AT ALL (Never, Seldom) | JUST A LITTLE TRUE (Occasionally) | PRETTY MUCH TRUE (Often, Quite a Bit) | VERY MUCH TRUE (Very Often, Very Frequent) |
|---|---|---|---|---|
| 38. Inattentive, easily distracted | 0 | 1 | 2 | (3) |
| 39. Talks excessively | 0 | (1) | 2 | 3 |
| 40. Actively defies or refuses to comply with adults' requests | 0 | (1) | 2 | 3 |
| 41. Fails to give close attention to details or makes careless mistakes in schoolwork, work, or other activities | 0 | 1 | 2 | (3) |
| 42. Has difficulty waiting in lines or awaiting turn in games or group situations | (0) | 1 | 2 | 3 |
| 43. Has a lot of fears | 0 | (1) | 2 | 3 |
| 44. Has rituals that he/she must go through | (0) | 1 | 2 | 3 |
| 45. Distractibility or attention span a problem | 0 | 1 | 2 | (3) |
| 46. Complains about being sick even when nothing is wrong | 0 | (1) | 2 | 3 |
| 47. Temper outbursts | 0 | 1 | (2) | 3 |
| 48. Gets distracted when given instructions to do something | 0 | 1 | (2) | 3 |
| 49. Interrupts or intrudes on others (e.g., butts into others' conversations or games) | 0 | (1) | 2 | 3 |
| 50. Forgetful in daily activities | (0) | 1 | 2 | 3 |
| 51. Cannot grasp arithmetic | (0) | 1 | 2 | 3 |
| 52. Will run around between mouthfuls at meals | (0) | 1 | 2 | 3 |
| 53. Afraid of the dark, animals, or bugs | (0) | 1 | 2 | 3 |
| 54. Sets very high goals for self | 0 | 1 | (2) | 3 |
| 55. Fidgets with hands or feet or squirms in seat | 0 | 1 | (2) | 3 |
| 56. Short attention span | 0 | 1 | (2) | 3 |
| 57. Touchy or easily annoyed by others | 0 | 1 | 2 | (3) |
| 58. Has sloppy handwriting | (0) | 1 | 2 | 3 |
| 59. Has difficulty playing or engaging in leisure activities quietly | 0 | (1) | 2 | 3 |
| 60. Shy, withdrawn | (0) | 1 | 2 | 3 |
| 61. Blames others for his/her mistakes or misbehavior | 0 | 1 | 2 | (3) |
| 62. Fidgeting | 0 | (1) | 2 | 3 |
| 63. Messy or disorganized at home or school | 0 | 1 | 2 | (3) |
| 64. Gets upset if someone rearranges his/her things | (0) | 1 | 2 | 3 |
| 65. Clings to parents or other adults | (0) | 1 | 2 | 3 |
| 66. Disturbs other children | (0) | 1 | 2 | 3 |
| 67. Deliberately does things that annoy other people | (0) | 1 | 2 | 3 |
| 68. Demands must be met immediately — easily frustrated | 0 | 1 | 2 | (3) |
| 69. Only attends if it is something he/she is very interested in | 0 | (1) | 2 | 3 |
| 70. Spiteful or vindictive | (0) | 1 | 2 | 3 |
| 71. Loses things necessary for tasks or activities (e.g., school assignments, pencils, books, tools or toys) | 0 | 1 | (2) | 3 |
| 72. Feels inferior to others | 0 | (1) | 2 | 3 |
| 73. Seems tired or slowed down all the time | 0 | (1) | 2 | 3 |
| 74. Spelling is poor | (0) | 1 | 2 | 3 |
| 75. Cries often and easily | (0) | (1) | 2 | 3 |
| 76. Leaves seat in classroom or in other situations in which remaining seated is expected | (0) | 1 | 2 | 3 |
| 77. Mood changes quickly and drastically | 0 | 1 | (2) | 3 |
| 78. Easily frustrated in efforts | 0 | (1) | 2 | 3 |
| 79. Easily distracted by extraneous stimuli | 0 | (1) | 2 | 3 |
| 80. Blurts out answers to questions before the questions have been completed | 0 | 1 | (2) | 3 |

Copyright © 1997, Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O. Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003.
In Canada, 3770 Victoria Park Avenue, Toronto, ON  M2H 3M6, (800) 268-6011. International, + 1-416-492-2627. Fax, + 1-416-492-3343 or 888-540-4484

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date 05/03/05

MDT Referral Date: _____

**Letter of Invitation**

Re : ~~███~~ ~~███~~

Dear Ms. Correa

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

CARE Center
925 Rhonde Island Ave., NW
washington, DC 20001

**Please check one date for confirmation:**

| | | | | |
|---|---|---|---|---|
| ☑ | Date: 05/16/05 | Time: 1:30 PM | ; or |
| ☐ | Date: 05/17/05 | Time: 9:30 AM | ; or |
| ☐ | Date: 05/1705 | Time: 11:00 AM | |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ **\*\*develop/review IEP (including consideration of extended school year (ESY) services    ☐ \*\*discuss CompEd

☑ **\*\*review evaluation or reevaluation information    ☐ discuss placement    ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)    ☑ determine manifestation    ☐ discuss quarterly review

☐ discuss documented levels of service    ☑ discuss eligibility    ☐ behavior plan review

☐ **\*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

☐ Other: _____

**\*\*Placement will be discussed.**

**MDT Members:**

| | | | |
|---|---|---|---|
| ☐ Principal or Designee | ☑ General Education Teacher | ☑ Psychologist |
| ☑ Parent | ☑ Special Education Teacher | ☐ Other: _____ |
| ☑ LEA Representative | ☐ Speech and Language | _____ |
| ☐ Student | ☑ Social Worker | _____ |

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

Gloria T. Everett _____ at 671-0863 _____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____    \* _____

See attachments, when appropriate, for - **EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student N█████ G███████ _____ DOB ████ Age 17  Grade 11  ID 7813234 _____

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Office of Mediation and Compliance D.C.
Public Schools 825 North Capitol Street,
N.E. 6th floor 202-442-4800

You have the right to be represented at the hearing by legal counsel. A copy of Parents Procedural Safeguards handbook is provided. A list of free or low cost legal service, for which you may qualify depending on your income, is included. If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☒ **Wechsler Intelligence Scale for Children-III (WISC 111)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.          Date of Report  1/28/05

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS 111)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-11** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☒ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report  1/28/05

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☒ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report  1/28/05

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☒ **Thematic Apperception Test** -a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report  1/30/03

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.          Date of Report _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Student  N█████ G█████                                     DOB ███/█ Age 17  Grade 11  ID 7813234

☑  **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report    1/38/03

☑  **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and
   reality testing in ages 3 and older.       Date of Report    1/30/03

☐  **Goodenough-Harris Drawing Test**- a projective drawing procedure measuring intellectual perceptual-motor maturity and personality
   through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years.        Date of Report    _____

☑  **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as
   reported by the child's teacher, parents, or alternate caregiver. Date of Report    1/38/03

☐  **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐  **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and
   weaknesses in language skills. Date of Report    _____

☐  **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in
   four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
   Date of Report    _____

☐  **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report    _____

☐  **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report    _____

☐  **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report    _____

☐  **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
   Date of Report    _____

☐  **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
   Date of Report    _____

☐  **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.
   Date of Report    _____

☐  **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report    _____

☐  **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report    _____

☑  **Classroom Observation** - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 1 Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588       (fax) 703-267-6992

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# OFFICE OF SPECIAL EDUCATION

## CLINICAL PSYCHOLOGICAL CONSULTATION

**NAME:** N████ G████
**DATE OF BIRTH:** ███87
**AGE:** 17
**GENDER:** Female
**GRADE:** 11

**DATE OF REPORT:** 5/11/05
**EXAMINER: Denise White-Jennings, Ph.D.**
**TITLE:** Clinical Psychologist
**LIC/CERT:** NCSP

**Assessment Instruments:**

Record Review
Conner's Teacher Rating Scale – Revised (L) - 3/11/05
Conner's Parent Rating Scale – Revised - 2/27/05

**Reason for Referral:**

N████ is a fifteen year old student with mild muscular dystrophy FSH (facial scapula humeral). Referral information from parent indicated concerns with inattentiveness, inability to focus, hyperactivity, lack of control, extreme mood swings, distractibility, and inability to complete what she starts. She has been previously diagnosed with a Major Depressive Disorder, recurrent, severe, without psychotic features (Childrens' National Medical Center Discharge Summary, 4/03). Her history of "mood problems" is reported to have begun at age 12 during the transition to middle school. She attempted suicide in 7th grade by ingesting a toxic amount of alcohol, made another attempt where she overdosed on aspirin and threatened suicide subsequent to hospitalization in 4/03. During hospitalization N████ was treated with Lexapro and Keflex. Recommendations were for continued weekly therapy as well weekly or bi-weekly family therapy. N████'s parents indicated concerns about possible ADHD. Previous psychological and educational testing (Cargo, Ph.D., Wake.....and Assoc, 1/03) revealed superior intellectual skills with academic skills in the average to superior, some signs of ADHD, poor coping resources, lability, chronic irritability and milder anxiety. She was noted to have an avoidant style and to be prone to intellectualize and withdraw, especially from emotional stimulation and conflict. Recommendations were for individual tutoring, consultation for medication trial, family therapy, extracurricular activity, regular physical exercise and consultation with a college advisor.

293



N▆▆ previously attended Wilson High School where she had significant difficulty with the transition and began to skip classes and grades dropped. She was reported to have abused alcohol and to have smoked cannabis. N▆▆ currently attends Buxton School, a boarding school in Massachusetts. A classroom observation form completed by Drew Greer from Buxton indicated that N▆▆ reading comprehension was excellent. She participates in class but can be distracted by peers or her focus shifts and she has trouble staying with the rest of the class. N▆▆ mood can be variable and at times she can be silent for a whole class. She was noted to be "a sensitive student but an intelligent one." She was reported to have some problems with oral expression, discrimination (visual/auditory), memory (visual/auditory), and attention. Strengths were in basic reading skills, reading comprehension, and written expression. Social/emotional characteristics that were indicated, by the teacher, to be a weakness were frustration tolerance, accepts responsibility for own behavior, sudden changes in mood throughout the day, needs constant approval, and interrupts and distracts class.

Fall term reports from Buxton indicated that N▆▆ adjusted well to the school, was a wonderful presence in class, was a vested and active participant, and was very involved in extra curricular activities. An A+ was pending in Spanish. She was noted to have some difficulties with Pre-Calculus. Winter term reports were similar with the exception of American History where the teacher noted that at lesser moments N▆▆ seems a bit overwhelmed, "by the package of diseases that we have shared and by responsibilities generally". She was noted to get to class late and to be behind in class reading. In math she was noted to have difficulty bringing the consistency and thoroughness to her efforts that would enable her to succeed and was "only doing average work". She was commended for her extraordinary efforts in the planning and execution of a school trip to Puerto Rico, assuming a leadership position, helped with translations and made a heroic effort to feed the school under trying circumstances.

Family history is significant for paternal history of depression, sexual abuse during a trip to Spain, and initiation of Child Protective Services evaluation due to N▆▆ allegations of mother hitting her.

**Findings:**

N▆▆ parents completed a behavior rating scale. They rated N▆▆ as Markedly Atypical on the Oppositional, Hyperactivity, Conners' ADHD Index, Conners' Global Index: Restless-Impulsive, Conners Global Index: Total, DSM-IV: Inattentive, DSM-IV: Hyperactive-Impulsive, And DSM-IV: Total subscales suggesting significant problems in those areas. They rated her as Moderately Atypical on the Cognitive Problems/Inattention, and Psychosomatic subscales suggesting potentially significant problems in those areas. They rated her as Typical on the Anxious-Shy, Perfectionism and Social Problems subscales indicating no problems in those areas. Mr. Gomez and Mrs. Carrea indicated that N▆▆ "Very Much True" argues with adults, has difficulty sustaining attention in tasks or play activities, loses temper, excitable impulsive, has difficulty organizing tasks and activities, inattentive, easily distracted, fails to give close attention to details or makes careless mistakes in schoolwork, work or other activities, touchy or easily annoyed by others, blames others for her mistakes, messy or disorganized at home or school, and demands must be met immediately – easily frustrated. They indicated that N▆▆ "Pretty Much True" is angry and resentful, difficulty doing or completing homework, stomach aches, avoids, expresses reluctance about or has difficulty engaging in tasks that require sustained mental effort, fails to complete assignments, has trouble concentrating in class, does not listen to what is being said to her, does not follow through on instructions and fails to finish school work, chores or duties in the workplace (not due to oppositional behavior or failure to understand

294

instructions), irritable, temper outbursts, gets distracted when given instructions to do something, sets very high goals for self, fidgets with hands or feet or squirms in seat, short attention span, loses things necessary for tasks or activities, mood changes quickly and drastically and blurts out answers to questions before the questions have been completed.

Drew Geer, Buxton School, completed the teacher version of the same rating scale. She rated N███ as, Markedly Atypical on the Anxious-Shy, Perfectionism, Conners' ADHD, Conners' Global Index: Restless-Impulsive, Conners' Global Index: Emotional Lability, Conners' Global Index: Total, and DSM-IV: Hyperactive-Impulsive indicating significant problems in these areas. She rated N███ as Moderately Atypical on the Oppositional, Hyperactivity, and DSM-IV: Total subscales indicating potentially significant problems in these areas. She rated N███ as Mildly Atypical on the DSM-IV: Inattentive subscale indicating possible problems in this area. Ms. Geer rated N███ as Typical on the Cognitive Problems/Inattention and Social Problems subscales indicating no concerns in these areas. Ms. Geer indicated that N███ "Very Much True" feelings easily hurt, is an emotional child, restless or overactive, and mood changes quickly and drastically. She indicated that N███ "Pretty Much True" restless in the squirmy sense, is a perfectionist, everything must be just so, does not seem to listen to what is being said to her, keeps checking things over, inattentive, easily distracted, sensitive to criticism, seems over focused on details, fidgeting, fidgets with hands or feet or squirms in chair, demands must be met immediately – easily frustrated, short attention span, distractibility or attention span a problem, things must be done the same way every time, and easily distracted by extraneous stimuli.

Parent and teacher ratings were consistent with regard to symptoms of inattention, restlessness and impulsivity. Both parents and teacher reported concerns with oppositional behavior, emotional lability, activity level, but to varying degrees, with parents generally expressing greater levels of problems. Parent and teacher ratings on the Cognitive Problems/Inattention, Anxious-Shy, and Perfectionism scales were markedly different. Parents indicated significant concerns with Cognitive Problems/Inattention while the school indicated few. In contrast the school indicated significant concerns with Perfectionism and Anxious-Shy while the parents did not indicate concerns in those areas. School ratings of inattention were in the mild range while parents indicated moderate concern. Both parents and school indicated no concerns on the Social Problems subscale.

**Diagnostic Impressions:**

N███ has a history of depression with past suicide attempts and hospitalization. She has been diagnosed with Major Depressive Disorder and prescribed Lexapro and Keflex according to Childrens' Hospital records from her 2003 hospitalization. No current psychiatric/treatment records were made available. According to parent report N███ has also been diagnosed with ADHD although records were not made available indicating this diagnosis. Current parent and teacher rating scales are suggestive of ADHD symtomotology however symptoms of restlessness, inattention, distractibility can also be associated with depression. N███ is reported to be in ongoing psychotherapeutic treatment. Current reports have been requested but have not been provided. Diagnosis is deferred pending treatment/progress notes from her therapist.

**Educational Implications:**

N█████ is currently in a boarding school where she is reported to have made a good adjustment. No significant concerns (academic or social/emotional) were noted in school reports although symptoms of ADHD were indicated by both parent and teacher rating scales. N█████ has been in treatment and on medication for depression and suicidality. N█████ would benefit from continued psychological services.


Denise White-Jennings, Ph.D.
Clinical Psychologist, DCPS
NCSP

296

1 - 4

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

#### MULTIDISCIPLINARY TEAM (MDT)
#### Eligibility Meeting Notes

| MDT |

MEETING DATE: 5/16/05

STUDENT: _Natalie G_____    SCHOOL: _Burton School_

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| SyLViA CORREA | Sylvia Correa | ~~Parent/Guardian~~ |
| Manuel R. Gomez | Manuel R. | ~~Special Ed Teacher~~ Father |
| LiNDA A. FLYNN | Linda A. Flynn | General Ed Teacher  School Psychologist |
| Gloria T. Everett | Gloria T. Everett | LEA Representative |
| Veria O. Banner | Veria O. Banner | ~~Principal or Designee~~ Special Educ |
| ~~Diana Sant~~ | Diana M. Sant | Student |
| Diana M. Sant | Diana M. Sant | Attorney for Student + Family |

The purpose of the meeting was stated, parents were given copy of parental manual.
She attended Wilson SHS for 10th grade. At Wilson according to the mother, student had problems with attention, poor peer relationships and poor attendance. The family was never notified of attendance problems. According to the mother, the family was advised that student needed sp. ed for support for ADHD. The parent requested that this team review past school information that indicates student was not doing well in school. The parents provided medical information today only. The parent indicated that this information had been sent to the center in 4/1/05. However this information was only seen

THE PARENT [X] IS PRESENT  [ ] IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _Natalie G_____

[ ] **IS ELIGIBLE** FOR SPECIAL EDUCATION AND RELATED SERVICES
    [ ] TEAM WILL COMPLETE IEP
    [ ] TEAM WILL SCHEDULE IEP MEETING
    [ ] ADDITIONAL ASSESSMENT WILL BE ORDERED

[X] **IS NOT ELIGIBLE** FOR SPECIAL EDUCATION
    [ ] STUDENT IS REFERRED BACK TO THE TAT
    [ ] ADDITIONAL ASSESSMENT WILL BE ORDERED

297

WASHINGTON, DC

MDT REFERRAL DATE _____    **MULTIDISCIPLINARY TEAM (MDT)**    2 of 4
**CONTINUATION MEETING NOTES**
**MEETING TYPE:** ___Eligibility___

STUDENT ~~Natha~~ K~~~~    SCHOOL _Buxton School_    DATE 5/16/05

today in the MDT meeting

Based on current information:

   DCPS - psycho-education report

   DCPS - clinical psych. report

   Buxton School reports

student is not eligible for sp. ed. services

298

WASHINGTON, DC

MDT-REFERRAL DATE _____          MULTIDISCIPLINARY TEAM (MDT)          3 of 4
                                       CONTINUATION MEETING NOTES
                                       MEETING TYPE: _____Eligibility_____

STUDENT _Natasha G_____  SCHOOL _Buxton School_  DATE _5/6/05_

**The Psychologist Reports:** Cognitive test results indicated very superior intellectual abilities. Her verbal abilities fell in the very superior range and her performance abilities fell in the superior range of ability. Natasha's verbal language skills are areas of exceptional strength. Her very superior scores on the Vocabulary and Similarities subtests substantiate her very superior abilities. Natasha's verbal language skills are areas of exceptional strength. Her very superior scores on the Vocabulary and Similarities subtests substantiate her very superior cognitive abilities.

Natasha's cognitive skills are advanced. Specifically, her sight reading ability, math calculation skills and spelling are advanced. Natasha's passage comprehension ability is advanced. Overall, Natasha's academic skills are within the superior range of others at her age level. Her ability to apply academic skills is high average. When compared to others at her age level, Natasha's performance is average in broad reading, mathematics, and math calculation skills. Her score on the Bury indicates well developed visual-motor and visual perceptual/integration skill.

Based on the cognitive and academic test results and behavioral observations, there is not a severe discrepancy between her intellectual abilities and academic achievement. Presently, school records and progress notes indicate that Natasha is making substantial academic progress in school.

WASHINGTON, DC

MDT-REFERRAL DATE _____     MULTIDISCIPLINARY TEAM (MDT)     4 of 4
                                CONTINUATION MEETING NOTES
                                MEETING TYPE: ___Eligibility___

STUDENT _N_____ G_____   SCHOOL _Buxton School_   DATE _5/16/05_

Clinical
**The Psychologist Reports:** Review indicates history of Dx with
Major depressive disorder. She hospitalized at Children's
Hospital following past suicide attempts and threats.
She had difficulty with transition to high school, skipped
classes, abused alcohol and cannabis usage. Parents
placed at Buxton School in Massachusetts where she is reported
to have adjusted well. School behavior ratings noted
significant concerns with attention, restlessness,
emotional liability and some oppositional behavior.
Parent ratings were also significant for symptoms of
ADHD. Diagnosis by Lawrence Brain dated 4/18/05
from treatment 5/03 – 11/03 was Attention Deficit
Hyperactive Disorder, predominantly inattentive type &
Mood Disorder NOS. N_____ is currently prescribed
Adderall. In the past she has been prescribed
Trileptal, and Wellbutrin. She has been in psychotherapy
but since enrollment at Buxton sees therapist only
during breaks. At present N_____ reported to
be performing well in her current school environment
D.J____ – Clinical Psychologist

A/N/b