**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:

☒ Initial Evaluation
☐ Initial Placement
☐ Reevaluation
    ☐ Change in Category Exit
    ☐ Related Service Add
    ☐ Related Service
    ☐ Change in Placement
    ☐ Other _____

Date _6/46/05_

Student N_____ G_____   DOB __/__/87

School _Buxton/Wilson SHS_

Current Disability Category _Not eligible_

Setting _N/A_

Dear _Mr & Mrs. Gomez_

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

☐ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☒ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

☒ Your child is not eligible for special education service(s).
☐ Your child is eligible or continues to be eligible to receive special education services as a student with _____
☐ Your child will begin receiving _____ as a related service(s).
☐ Your child will no longer receive _____ as a related service(s).
☐ Your child's category of disability is being changed from _____ to _____
☐ Your child's alternative placement on continuum (next setting) is being changed,
    from _____ to _____
☐ Your child is no longer eligible and will be exited from the special education program.
☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

N___ G___/ The MDT has reviewed evaluation/reports and determined that the student is not eligible for special education services.

**Description of Other Options Considered and reasons for rejection of each option**

N/A

Other relevant factors to the decision- _____

MDT Members:
☐ Principal or Designee    ☐ General Education Teacher    ☒ Psychologist
☒ Parent    ☒ Special Education Teacher    ☒ Other: _Clinical_
☐ Student    ☐ Speech and Language
☒ Social Worker    ☐ *LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _Gloria Everett_ at _202- 671-08-8__ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

301



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student N_____ G_____ DOB ___ Age 17 Grade 11 ID 781323⁴

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools 825 North
Capitol Street, N.E. 8ᵗʰ floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ **Wechsler Intelligence Scale for Children-III (WISC 111)** - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 years. Date of Report __1/28/05__

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 to 6 ½ years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS 111)** an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-11** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☑ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report __1/28/05__

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☑ **Developmental Test of Visual Motor Integration (VMI)** -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report __1/28/05__

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
Date of Report _____

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student _N_____ G_____  DOB _____ Age _17_ Grade _11_ ID _7813234_

- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
  Date of Report _____

- [ ] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

- [ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

- [x] **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _2/1/05_

- [ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

- [ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

- [ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

- [ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
  Date of Report _____

- [ ] **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
  Date of Report _____

- [ ] **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

- [ ] **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

- [ ] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

- [ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
  Date of Report _____

- [ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
  Date of Report _____

- [x] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 1 Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
7315 WISCONSIN AVENUE
SUITE 601 NORTH TOWER
BETHESDA, MD 20814-3202

PHONE: (301) 951-9191
FAX: (301) 718-7788
EMAIL: MAIL@BOWSSLAW.COM
ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:
LISA SELTZER BECKER
LSB@BOWSSLAW.COM

April 25, 2005

Ms. Gloria Everett
Office of Special Education
925 Rhode Island Avenue, NW
Washington, DC 20001

     *Re: N████ G████*

Dear Ms. Gloria,

     Here are psychiatric reports relating to N███ G████. BD: ███████, 1987.

           Very truly yours,

           Diana M. Savit

304



**LARRY B. SILVER, M.D.**
MONTROSE PROFESSIONAL PARK
6286 MONTROSE ROAD
ROCKVILLE, MARYLAND 20852

Diplomate: General Psychiatry

    Child / Adolescent Psychiatry

Office:    (301) 881-1205

Fax:    (301) 881-1513

## SUMMARY OF MEDICATIONS PRESCRIBED

N▮▮▮▮ G▮▮▮▮▮
BD: ▮▮▮▮▮, 1987

April 12, 2005

(This list does not include medications prescribed by other physicians prior
to N▮▮▮▮ being evaluated by me in March 2004.)

March 2004:   Trileptal, 450 mg twice a day
              Wellbutrin, 150SR twice a day

April 2004:    Trileptal to 600 mg twice a day
              Wellbutrin remained at 150SR twice a day
              Started Adderall XR25 in AM and 10 mg tablet at 4:00 P.M.

August 2004:  Remained on above

October 2004: on Adderall XR20 in AM and 10 mg tablet at 4:00 P.M.

December 2004:
              Parents took her off all but Adderall

Last session with N▮▮▮▮ was December 15, 2004

Larry B. Silver, M.D.

**WOODMONT PSYCHIATRIC GROUP**
7910 WOODMONT AVENUE, SUITE 1300
BETHESDA, MARYLAND 20814

TELEPHONE (301) 654-2255
FAX (301) 718-4945

DAVID TRACHTENBERG, M. D.
MARTIN J. BOOK, D. O.
STEVEN J. HIRSCH, M. D.
LAWRENCE A. BRAIN, M. D.
KEVIN WILLIAMS MD, MBA

April 18, 2005

Diana M. Savit
Savit & Szymkowicz, LLP
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland  20814

Re: N████ P. G██████

Dear Ms. Savit:

I'm writing at the request of N██████ parents. N█████ and family were seen by me from May 2003 through November 2003, being referred by Carol Robbins, Ph.D.

It was the conclusion of this psychiatric evaluation that N█████ met the criteria for:

Axis I:  Attention Deficit Hyperactive Disorder, Predominantly Inattentive Type  (DSMIV 314.00)
Mood Disorder, Not Otherwise Specified (DSMIV 296.90)

Consequently, she was prescribed Trileptal 300 mgs bid, Lexapro 20 mgs qam, Adderall XR 25 mgs qam, and Adderall 10 mgs 4 pm.

During the course of my seeing her for psychopharmacologic management the patient gradually showed improvement with the stabilization of her mood lability and an improved capacity to function academically because of improved attentional ability.  Her entry into St. James private school, with its manifest structure was particularly effective in helping her academic achievement.

Sincerely,

Lawrence A. Brain, M.D.,FAACAP,FAPA
Child Psychiatrist

306



LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

7315 WISCONSIN AVENUE

SUITE 601 NORTH TOWER

BETHESDA, MD 20814-3202

PHONE: (301) 951-9191

FAX: (301) 718-7788

EMAIL: MAIL@BOWSSLAW.COM

ALSO PRACTICING IN THE DISTRICT OF COLUMBIA

MARVIN L. SZYMKOWICZ
MLS@BOWSSLAW.COM

DIANA M. SAVIT
DMS@BOWSSLAW.COM

OF COUNSEL:

LISA SELTZER BECKER
LSB@BOWSSLAW.COM

May 24, 2005

Gloria T. Everett, LICSW
School Social Worker
Central Assessment Referral and Evaluations (C.A.R.E.) Center
Office of Special Education
Shaw Junior High School
925 Rhode Island Avenue
Washington, D.C. 20001

      *Re:*  N▆▆▆ G▆▆▆, DOB ▆▆/87

Dear Ms. Everett:

     Thank you for meeting with N▆▆▆ parents, Sylvia Correa and Manuel Gomez, and myself last week. I have reviewed the notes taken at that meeting and find them incomplete or inaccurate in several respects. Furthermore, the notes themselves demonstrate that the multidisciplinary team did not fully consider all factors relevant to the determination of the presence or absence of a disability. For that reason, I request that you reconvene the MDT to explore the facts completely and to reconsider the District of Columbia Public Schools team members' determination that N▆▆▆ is not currently disabled and therefore is not entitled to special education. (I refer to the determination as being made only by the DCPS team members, because Ms. Correa, Mr. Gomez and I obviously disagreed with the eligibility conclusion. Indeed–as discussed below–the only consideration of the ultimate question in which the three of us were involved should have led to the opposite conclusion; *i.e.,* that N▆▆▆ is seriously emotionally disturbed and therefore eligible for special education. DCPS appears to have decided that N▆▆▆ is ineligible before the meeting began.)

     In addition, I want to follow up on a matter we discussed briefly during the May 16, 2005 meeting: having DCPS make amends for its 2003 failure to respond to N▆▆▆ parents' request for services, a lapse that forced them to provide private school education for her. You indicated that although this subject was beyond the purview of the May 16th meeting, Ms. Correa and Mr. Gomez could ask DCPS to consider this matter further. Please treat this letter as that request, and forward it to the person with authority to address it if you are not that person.

Gloria T. Everett, LICSW
May 24, 2005
Page 2

  Regarding eligibility, note the following: Although N███ attended District of Columbia public schools from kindergarten through the tenth grade, DCPS brought none of her school records to the MDT meeting. Consequently, the DCPS team members were unable to assess N██████ current educational status and success in her current placement in context, specifically in comparison with the difficulties she experienced while enrolled in the large classes and chaotic setting of a general education high school in which she received no emotional support. Indeed, at the end of the meeting Dr. Denise White-Jennings, DCPS's clinical psychologist, said that DCPS was unable to find N████ disabled within the meaning of the Individuals with Disabilities Education Act precisely because the team members did not know enough to determine whether the success she currently enjoys occurs **despite** the continuing presence of a disability, or because she has **overcome** one.

  Similarly, the DCPS team members did not review or consider the April 18, 2005 report of Dr. Lawrence A. Brain, the psychiatrist who treated N████ from May 2003 through November 2003 (a period of time during which she experienced great difficulty attending Woodrow Wilson Senior High School and consequently transferred to a private school which could better meet her needs). A copy of Dr. Brain's report was mailed to you from my office on April 25, 2005. I understand that you did not receive it, but since the letter was never returned to me as undeliverable I must assume that it arrived at 925 Rhode Island Avenue, N.W. as addressed and is lost somewhere in the building. In any event, you received a copy at the May 16th meeting and the team should have assessed its contents, even if that meant recessing the meeting and reconvening following review.

  In addition to failing to consider all the pertinent records, the DCPS team members **agreed** that given N██████ reported history, DCPS should have responded to the 2003 request for services with assessments, programming and accommodations, and further **agreed** that N███████ current success probably is attributable (as Dr. Brain says) to her placement in the proper educational environment. Under the circumstances, we cannot understand how DCPS concluded that N████ is ineligible for special education. I know that the DCPS team members' stated reason was that her current academic performance was commensurate with her potential, but the refusal to accept the reasons why this is so amounts to failure to consider all relevant factors–a violation of the IDEA.

  For these reasons, we ask that you reconvene the MDT for a more balanced approach to the request for special education, and that DCPS convene a separate meeting to discuss with Ms. Correa and Mr. Gomez what can be done to ameliorate the failure to act on their 2003 request for services.

       Very truly yours,

       *Diana M. Savit*

       Diana M. Savit

cc:  Sylvia Correa & Manuel Gomez

308

**Central Assessment Referral and Evaluations (C.A.R.E.) CENTER**



**Office of Special Education**
**(Located at Shaw Junior High School)**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0882**
**Fax: (202) 671-1285**



RECEIVED
JUN - 6 2005
BY:_____

June 1, 2005

Re: N████ G█████

Dear Ms. Savit:

This letter is in response to your written communication dated May 24, 2005 regarding the MDT Meeting on May 16, 2005 held at the CARE Center. During this meeting, the District of Columbia Public Schools reviewed all information presented that also included the student's educational performance at her current school dated 04/18/05; a psych-educational evaluation completed by DCPS dated 01/28/05, and a clinical psychological dated 05/11/05. The information presented determined that N███████ current academic performance is commensurate with her educational potential and because of this; we are able to reconvene another MDT meeting.

Sincerely,

*Gloria T. Everitt*

Gloria T. Everett, LICSW
School Social Worker

Cc: Sylvia Correa & Manuel Gomez



# SAINT JAMES SCHOOL



August 27, 2003

Dr. Manuel R. Gomez and Ms. Sylvia I. Correa
▮▮▮▮▮▮▮▮▮▮▮▮NW
Washington, DC  20015

Dear Dr. Gomez and Ms. Correa,

I am pleased to offer your daughter a place in Saint James School's 10th grade for the school year beginning in August 2003. This year's applicants' pool was the largest and the most talented that we have ever had, so N▮▮▮▮▮ admission indicates our recognition of her impressive qualities and achievements. We believe that N▮▮▮▮ will thrive in our challenging college preparatory programs, optimizing her own abilities while using them to enrich the life of our school.

Two Enrollment Contracts, an Enrollment Response Card and our Family Information Form accompany this acceptance letter. To reserve a place for N▮▮▮▮ please sign both copies of the contract and return the contracts, the enrollment deposit, and the Family Information Form in the enclosed envelope by August 31st. Father Dunnan will sign the contracts, and I will return one copy to you.

Please review the Family Information Form and revise it as necessary. Even if you change nothing on the form, please return it to the Admissions Office. We will use this form to update our own office's records and to provide information to other offices in the school. I have also included with this letter information about your options for payment of tuition.

Once we have received your signed contract and enrollment deposit, we will forward N▮▮▮▮▮ file to our Academic Dean, who will begin the pre-registration process. We will send you information about that process at that time.

We have enjoyed working with you this year, and we hope that we will be able to welcome your family into the Saint James community in the fall. Please feel free to call me whenever you like if I can help you in any way.

Sincerely,

William W. Ellis, Jr.
Director of Admissions

St. James, Maryland 21781- 9999 • (301) 733-9330 • FAX (301) 739-1310



310

3

# SAINT JAMES SCHOOL PERMANENT RECORD

## PERSONAL INFORMATION

Student's Legal Name: G█████, N█████ P█

Home Address: ███████, NW
Washington, DC  20015

Phone No.: 202-█████

Fax No.:

Birth Date: █/87

Soc. Sec. #

Name of Parent: Dr/M Manuel R. Gomez

Address: (same)

Name of Guardian (if applicable):

Address:

Phone No.:

Fax No.:

Date of Entrance: Month _September_  Day _2_  Year _2003_

Date of Withdrawal: Month _June_  Day _6_  Year _2004_

Date of Graduation: Month _____ Day _____ Year _____

## PREVIOUS SCHOOLS ATTENDED

| Name of School | Address |
|---|---|
| Woodrow Wilson High School | 3950 Chesapeake St., NW, Washington, DC  20016 |

## SCHOOL IDENTIFICATION

Name: **SAINT JAMES SCHOOL**
Address: **ST. JAMES, MD 21781**
Phone: **(301) 733-9330**    FAX: **(301) 739-1310**
College Guidance Phone: **(301) 733-9330**
School Code: **210915**
Accreditation: **MARYLAND STATE DEPARTMENT OF EDUCATION
& MIDDLE STATES ASSOCIATION**

Grading System and Quality Points:

| | | | |
|---|---|---|---|
| 4.00 | A | 93-100 | |
| 3.67 | A- | 90-92 | |
| 3.33 | B+ | 87-89 | |
| 3.00 | B | 83-86 | |
| 2.67 | B- | 80-82 | |
| 2.33 | C+ | 77-79 | |
| 2.00 | C | 73-76 | |
| 1.67 | C- | 70-72 | |
| 1.33 | D+ | 67-69 | |
| 1.00 | D | 63-66 | |
| 0.67 | D- | 60-62 | |
| 0.00 | F | 0-59 | |

Dates Attended

## ADDITIONAL STUDENT INFORMATION (CLUBS, ACTIVITIES, AWARDS)

Form I

Form II

Form III

Form IV

Form V

Form VI

SIGNATURE OF OFFICIAL CERTIFYING THIS TRANSCRIPT

_[signature]_

Headmaster, Academic Dean, Registrar

Contact for Additional Information or Questions

Name ___Sandra L. Pollock___

Title ___Assistant Head of School___

*This Document Not Official Without School Seal Affixed*

## STUDENT'S ACADEMIC HISTORY (Refer to other side for information concerning grading system.)

Grading System: 4.0 (A, 93-100); (A-, 90-92); 3.33 (B+, 87-89); 3.0 (B, 83-86); 2.67 (B-, 80-82); 2.33 (C+, 77-79); 2.0 (C, 73-76); 1.67 (C-, 70-72); 1.33 (D+, 67-69); 1.00 (D, 63-66); 0.67 (D-, 60-62); 0.00 (F, 0-59)

| Grade | Courses Taken (and Level Where Appropriate) | Marks Trimester 1 | 2 | 3 | F | Quality Points | Total Credits |
|---|---|---|---|---|---|---|---|
| 2003-04 10 | English 4 | B+ | B+ | B+ | B+ | 3.33 | 1 |
| | Algebra II | C+ | C+ | C+ | C- | 1.67 | 1 |
| | Developing Nations | B- | B- | D- | B- | 2.67 | 1 |
| | Chemistry | C+ | C+ | C+ | C | 2.00 | 1 |
| | Spanish III | B | B+ | B | B | 3.00 | 1 |

| Grade | Courses Taken (and Level Where Appropriate) | Marks Trimester 1 | 2 | 3 | F | Quality Points | Total Credits |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | FORM III | IV | V | VI |
|---|---|---|---|---|
| C = Complete I = Incomplete | | | | |
| Fine Arts Credits | C | | | |
| Community Service (hours) | 2 | | | |



# Saint James School

Date  6/11/2004

Student  G_____, N_____ P_____          Form  4      Advisor  Sherman, Jennifer

Course  English 4B                      Teacher  Batson

|  | | | | |
|---|---|---|---|---|
| **Effort** | ◉ Excellent | ○ Good | ○ Satisfactory | ○ Unsatisfactory |
| **Class Participation** | ◉ Excellent | ○ Good | ○ Satisfactory | ○ Unsatisfactory |
| **Homework Preparation** | ○ Excellent | ◉ Good | ○ Satisfactory | ○ Unsatisfactory |
| **Conduct** | ○ Excellent | ◉ Good | ○ Satisfactory | ○ Unsatisfactory |

Marking Period 1 __B+__   Marking Period 2 __B+__   Trimester 1 Exam __A-__   Trimester 1 __B+__

Marking Period 3 __A-__   Marking Period 4 __B+__   Trimester 2 Exam __B-__   Trimester 2 __B+__

Marking Period 5 __B__   Marking Period 6 __B+__   Trimester 3 Exam __A-__   Trimester 3 __B+__

**Final Grade** __B+__

## Comments

We began the spring term with a study of poetry. Though we read and examined poems throughout the year, our examination of poetry was more intense in the final term as we looked at how to write about a poem and what issues to look for specifically in achieving an appropriate explication. We then read several short stories with a particular focus on Realism and Naturalism. Finally, we studied Arthur Miller's *Death of a Salesman*, paying close attention to the changing nature of the American dream.

As I have said before, I love having N_____ in class. There are times when she needs to be a bit less outspoken, but I welcome her enthusiasm. She is one who seems to enjoy literature and writing, and I suspect that she would read good books and practice writing even if she were not in an English class. Just a couple of low reading quiz scores kept her from meeting an "A" level grade for the last marking period.

313



# Saint James School

Date   6/11/2004

Student  G████ N██████ P███                    Form  4        Advisor  Sherman, Jennifer

Course  Algebra 2 E                        Teacher  Clark

| | | | | |
|---|---|---|---|---|
| Effort | ○ Excellent | ○ Good | ◉ Satisfactory | ○ Unsatisfactory |
| Class Participation | ○ Excellent | ○ Good | ◉ Satisfactory | ○ Unsatisfactory |
| Homework Preparation | ○ Excellent | ○ Good | ○ Satisfactory | ◉ Unsatisfactory |
| Conduct | ◉ Excellent | ○ Good | ○ Satisfactory | ○ Unsatisfactory |

Marking Period 1 __A-__  Marking Period 2 __C-__  Trimester 1 Exam __B__  Trimester 1 __C+__

Marking Period 3 __C__  Marking Period 4 __C__  Trimester 2 Exam __B-__  Trimester 2 __C+__

Marking Period 5 __C+__  Marking Period 6 __F__  Trimester 3 Exam __D__  Trimester 3 __D-__

**Final Grade** __C-__

## Comments

The last trimester of Algebra II introduces students to a variety of mathematical topics: the solutions of nonlinear equations and all the theories that have historically been used to help mathematicians in that task along with the newer technology of the graphing calculator; logarithms and the solutions of exponential equations; right triangle trigonometry from Geometry along with the Law of Sines, the Law of Cosines and the various methods for finding the area of a triangle using trigonometry.

The project for the semester was one in which students got some choices. They could solve problem sets, read a book on the life of a mathematician and write a review of the book, read a portion of a book on mathematics history and write a synopsis or they could read brief articles on mathematicians and do a problem and some writing. In spite of the fact that they had almost two months to work on the project, most of the students waited until the last minute and found the task to be more than they had estimated. I was not as pleased with the final product as I have been in the past.

I have enjoyed having N█████ in class, but I am very disappointed in her performance this last marking period in Algebra II. Even before her suspension, she was not doing work for me. I would assign Saturday study hall, but she still did not give me work. I tried to set up times for her to come down during daytime study hall and work in my room where it was quiet so she could get help if she needed it or just turn things in as they were complete. She resisted that, and in the end, she owed me 9 homework assignments and her project. She claimed to have done it but lost it. I gave her both new copies and an extension but still did not receive it.

314



# Saint James School

Date  6/11/2004

Student  G████ N████ P███                    Form  4        Advisor  Sherman, Jennifer
Course  DevNat B                              Teacher  Camp

| | | | |
|---|---|---|---|
| Effort | ○ Excellent | ◉ Good | ○ Satisfactory | ○ Unsatisfactory |
| Class Participation | ○ Excellent | ○ Good | ◉ Satisfactory | ○ Unsatisfactory |
| Homework Preparation | ○ Excellent | ○ Good | ◉ Satisfactory | ○ Unsatisfactory |
| Conduct | ○ Excellent | ◉ Good | ○ Satisfactory | ○ Unsatisfactory |

Marking Period 1  __B-__  Marking Period 2  __B-__  Trimester 1 Exam  __B-__  Trimester 1  __B-__

Marking Period 3  __B-__  Marking Period 4  __C__  Trimester 2 Exam  __A-__  Trimester 2  __B-__

Marking Period 5  __B-__  Marking Period 6  __C-__  Trimester 3 Exam  __B-__  Trimester 3  __C+__

**Final Grade**  __B-__

## Comments

IVth Form Developing Nations spent the last marking period of the school year studying modern China. The students considered the events and conditions which led to the downfall of the Manchu dynasty, the rise of the Chinese Nationalist and Communist parties, China's role in World War Two, and the Nationalists defeat in 1949. The class also looked at how China, under the rule of the Communist party, changed socially, politically and diplomatically during the second half of the 20th century. The students also researched, wrote, and submitted a term paper on a major event or movement in either China or the Indian sub-continent.

N█████ overall level of achievement did not show the strong growth that I had hoped for during the last marking period of the school year. While she did score a respectable 81% on the last test of the school year, she struggled with her quizzes, which had a negative impact on her overall average for the marking period. At the same, her term paper on the Opium trade in China began with a solid premise, but she failed to heed the comments that I made on her drafts that had a very negative impact on her grade. This year N█████ demonstrated that she could earn some good grades in a challenging class. What she needs to do is be diligent with her work.

315



# Saint James School

Date 6/11/2004

Student G____, N____ P____     Form __4__    Advisor Sherman, Jennifer

Course Chemistry C      Teacher Bittenbender

|  | | | | |
|---|---|---|---|---|
| Effort | O Excellent | O Good | ● Satisfactory | O Unsatisfactory |
| Class Participation | O Excellent | O Good | ● Satisfactory | O Unsatisfactory |
| Homework Preparation | O Excellent | O Good | ● Satisfactory | O Unsatisfactory |
| Conduct | O Excellent | O Good | ● Satisfactory | O Unsatisfactory |

Marking Period 1 __C__   Marking Period 2 __C+__   Trimester 1 Exam __B__   Trimester 1 __C+__

Marking Period 3 __C-__   Marking Period 4 __C+__   Trimester 2 Exam __B+__   Trimester 2 __C+__

Marking Period 5 __C+__   Marking Period 6 __D+__   Trimester 3 Exam __D+__   Trimester 3 __C-__

**Final Grade** __C__

## Comments

Students studied solution chemistry such as intermolecular forces and their influence on vapor pressure, boiling points, viscosity, and surface tension. Students were expected to be able to calculate the concentration of solutions, in a variety of ways, and perform solution stoichiometry. Students studied acid-base reactions such as neutralization reactions and titration calculations. Students took their knowledge of acids and bases into the lab, where they performed several titration labs and were graded on the accuracy of their results. They were expected to perform pH and pOH calculations. Students explored, briefly, the concept of acid-base equilibrium constants. Students also covered oxidation-reduction reactions. They had to be able to assign oxidation numbers, determine which substance was oxidized or reduced, and balance redox reactions in acidic and basic solutions. Finally, we covered the topic of electrochemistry and galvanic cells. Students had to calculate the voltage of a galvanic cell using standard reduction potentials.

N____ work remained on the level it had been throughout the previous marking periods. I would never go so far as to say that the material ever came easy to N____, but she put forth the necessary effort on her homework and preparation for her quizzes. All of that changed during the sixth marking period. All aspects of her work declined. She was not prepared for the majority of her quizzes. She did not seek extra help so as to clarify her misunderstandings. She had quite a bit of trouble with the acid/base and redox calculations. Despite having the study-guide for the final exam two weeks before the exam, she still performed poorly on several major sections of the exam. I was very disappointed with her finishing efforts.

316



# Saint James School

Date  6/11/2004

Student  G█████ N█████ Pi██                          Form  4      Advisor  Sherman, Jennifer

Course  Spanish 3A                                   Teacher  Shaw

|                      | Excellent | Good | Satisfactory | Unsatisfactory |
|----------------------|:---------:|:----:|:------------:|:--------------:|
| Effort               | ○         | ○    | ●            | ○              |
| Class Participation  | ●         | ○    | ○            | ○              |
| Homework Preparation | ○         | ○    | ○            | ●              |
| Conduct              | ○         | ●    | ○            | ○              |

Marking Period 1 __B__  Marking Period 2 __C+__  Trimester 1 Exam __B+__  Trimester 1  __B__

Marking Period 3 __A__  Marking Period 4 __B−__  Trimester 2 Exam __B+__  Trimester 2  __B+__

Marking Period 5 __B+__  Marking Period 6 __C+__  Trimester 3 Exam __B+__  Trimester 3  __B__

## Comments                                          Final Grade  __B__

The end of the year in Spanish III entailed readings by Manuel del Toro and Gabriel García Márquez. The students engaged in analytical discussion throughout the term. In addition, literary analysis in written form was submitted on a regular basis. An equally important component of coursework this year comprised presentations of the current events of Spanish-speaking countries and the world at large. In addition to the heavy grammatical focus on verb tenses, adjectives and pronouns, Spanish III students thoroughly completed projects regarding the creation of children's storybook, and the influence of the Spanish language and Hispanic culture in the United States today.

Although N████ could have done better grade wise, she has done better in her adjustment to life at Saint James School. With better organization and prioritization, N████ will improve on the academic side as well. To succeed, as she and I both know she can, N████ must put great effort into staying focused and not getting behind in completing assignments. My hope for N████ is that she will live up to the promise and potential that lie deep within her. I am glad to have been able to work with and get to know her. ¡Buena suerte con todo, N██!

317

# SAINT JAMES SCHOOL



## RECOMMENDATION FOR N▆▆▆▆ G▆▆▆▆

N▆▆▆▆ is a breath of fresh air that has brought much zest to Saint James School. She is innovative, eccentric, original, worldly and eclectic so she adds much to her surroundings. Her background and the variety of her experiences have been a gift to Saint James School and I am sure the same will apply for whatever institution she attends next year.

N▆▆▆▆ wants to learn and do well; hence she saw a commendable measure of success this academic year. Though there were a few struggles along the way, N▆▆▆▆ adjusted nicely. Even though Saint James was obviously like no other place N▆▆▆▆ had ever experienced, I believe both she and the school benefited from her having attended, even if only for one year.

N▆▆▆▆ creativity and willingness to take risks has left a lasting impression in the classroom even though she has missed assignments or turned work in late on occasion. In working with N▆▆▆▆ over the course of this last academic year, she shows the promise of a true scholar. In general, a hard worker with independent thoughts and a lasting desire to succeed, N▆▆▆▆ remains eager to express her views candidly in class and on paper.

Because of her ethnic background, N▆▆▆▆ offers tremendous insight and perspective in the classroom and to the school community at large. In Spanish class, this being a particularly challenging year due to the incorporation of literary analysis and an increase in cultural studies, her presence in the classroom has been extremely enlightening and refreshing. She has challenged her classmates to think outside of the gates of Saint James, their perfect world.

In the school community, N▆▆▆▆ knowledge of the outside world has made her a useful resource for her peers as they mature through their acknowledgement of world issues. Further, N▆▆▆▆ brings spirit to whatever she does. She has loads of potential and in the right setting, she will thrive and flourish as the star that she is. Hence, I recommend her to your institution with enthusiasm and utter confidence.

In closing, my hope for N▆▆▆▆ is that her new school will not shy away from her bubbliness, because under it all there is a dynamic, creative, hardworking young lady who can do great things if given the chance. N▆▆▆▆ needs a nurturing environment that will embrace her concern with world issues and encourage the contribution she can make from a cultural standpoint. N▆▆▆▆ has much to offer and seeing how she fits into the ethos and structure at her new school is crucial to her success. Should the fit be a good one, all who interact with N▆▆▆▆ will behold the talent, intellect, and conviction that she brings to the table. There is absolutely no doubt in my mind that N▆▆▆▆ will do well in whatever endeavors she pursues in the future.

Leucretia Shaw
Spanish Teacher

318

*Ms. Shaw*

## Confidential Recommendation Form

Student's Name __Natalie G_____   Candidate for Grade __11__
Your Position __Spanish Teacher__   School __Saint James School__
How long have you known the applicant? __One academic year__
In what subjects have you taught the applicant? __Spanish__

1. **To what degree does the applicant possess intellectual curiosity and real desire for learning?**
   - ☐ Exceptional
   - ☒ Above Average
   - ☐ Average
   - ☐ Below Average
   - ☐ Deficient

2. **To what degree does the applicant possess originality and independence?**
   - ☐ Exceptional
   - ☒ Above Average
   - ☐ Average
   - ☐ Below Average
   - ☐ Deficient

3. **How do you assess this applicant's potential for intellectual growth ?**
   - ☒ Exceptional
   - ☐ Above Average
   - ☐ Average
   - ☐ Below Average
   - ☐ Deficient

4. **How do you assess the applicant's writing ability?**
   - ☐ Exceptional
   - ☒ Above Average
   - ☐ Average
   - ☐ Below Average
   - ☐ Deficient

5. **How do you assess the applicant's ability in oral expression?**
   - ☐ Exceptional
   - ☒ Above Average
   - ☐ Average
   - ☐ Below Average
   - ☐ Deficient

319

*Page 1 of 2*

06/22/2004  03:54    2023333212                    SCG, INC.                        PAGE  12

General Recommendation
Page 2

**6.  How would you describe the applicant regarding his/her peer relationships?
(Check all that apply)**

☐ Overly Social                ☐ Somewhat Shy        _____
☐ Takes a Leading Role      ☐ Diffident              _____
☒ Outgoing                      ☐ Loner                  _____
☐ Average                        ☐ Other                  _____

**7.  Is the applicant cooperative and mannerly with adults?**

☐ Always              _____
☒ Usually             _____
☐ Sometimes        _____
☐ Rarely             _____
☐ No                   _____

**8.  How would you describe the applicant's character?**

☐ Completely trustworthy          _____
☐ Usually dependable               _____
☒ Well-meaning, but unreliable    _____
☐ Questionable at times            _____

**9.  How do you regard the applicant's personality?**

☒ Appealing          _____
☐ Pleasing            _____
☐ Colorless           _____
☐ Displeasing        _____

**10. To what extent do you think this student would benefit from a change of schools?**

The best placement for N_____ would be at a school that
values structure and incorporates a manageable workload;
while allowing for down time and involvement in extracurricular
activities.

_____

**We would welcome any additional comments you think might be helpful to us. Please feel free to
attach an additional page.**

Signed _____    Date  6/25/04

Print Name  Leucretia Shaw

Telephone Number  (609) 273-2106    E-mail  llshaw92@yahoo.com

The School Counseling Group, Inc.
Phone: 202-333-3530  Fax: 202-333-3212
4725 MacArthur Boulevard NW, Washington, DC 20007-1904
E-mail: guidance@schoolcounseling.com
www.schoolcounseling.com

320

2 of 2

# SAINT JAMES SCHOOL



### Recommendation for N██████ G██████

I write this letter in support of N██████ G██████, a former student of mine in English 4 (American Literature). The course description is as follows:

Objectives:

To develop interpretive reading skills (focus on Formalism and Structuralism)
To develop expository writing skills
To understand the relationship between logical thought and grammar
To trace literary developments in America
To enhance vocabulary usage

Materials:

*Norton Anthology of American Literature*
*The Crucible*
Film, *The Crucible*
*Death of a Salesman*
Film, *Death of a Salesman*
*Vocabulary for Achievement, Fourth Course*

Students are also given additional short stories, poems, and critical essays that pertain to the larger works. Students are not grouped by ability.

N██████ is a good student of literature. She reads with interest and enjoys learning for the sake of learning. She absorbed our discussions of American history and how writers were affected by their times, and she especially enjoyed reading the fictional pieces. She has a good sense of a writer's craft as she routinely moved well beyond just seeking meaning of a text and looked at an author's style or craft itself. In my mind, this interest is very mature for a sophomore literature student.

N██████ was one of the top writers of her class. It is her interest in how author's write that led her to explore various styles herself. She writes succinctly but creatively, allowing her prose to flow easily. While many of her peers were interested in simply coming up with an appropriate piece of exposition in terms of what they had to say, N██████ showed the additional concern of *how* she would express herself. She played with words and with sentence structure allowing her to improve her writing throughout the course of the year. When she took the time to put forth her best effort, her writing was superior. This process toward improvement came from heeding advice from me and others. She always eagerly looked forward to reading the comments received on an essay so that she could improve upon any past errors.

321

With regard to respect accorded by faculty, I think that those who did not teach N█████ did not get a full picture of her. In our quiet conservative community, N█████ certainly stood out. She has a big personality: she is gregarious, energetic, and sometimes flighty. But she is also responsible, diligent, and intellectual. Even many of her peers were unaware of her accomplishments as a student. My understanding is that N█████ came to our school to make up for some past academic problems, to prove to herself and others what her true ability is. In my class, she met her goal. Her greatest weakness remains a lack of confidence in her abilities. She was often insecure when assignments were first given, and the frustration was palpable. Sometimes tears ensued when she expressed that frustration. When I challenged her to just give herself some time to mull over the task at hand, she always returned with a big smile as she knew she came up with an insightful solution. By the time class came around, I could always count on N█████ to show that same upbeat personality and make insightful comments, and though she did need to be reigned in a bit a times, usually her energetic approach was a positive one, and infectious. The best testimonial that I can give for N█████ is that I was looking forward to seeing her in my AP English class in two years.

Sincerely,

Marc R. Batson

06/22/2004  03:54    2023333212                    SCG, INC.                              PAGE  05

English Teacher Recommendation Form

# BOARDING SCHOOLS COMMON APPLICATION FORM
## 2003-2004    *Mr. Batson*

### To the Applicant:

■ Please type or print your name in the space below and then give this form to your current English teacher.

■ Attach an addressed, stamped envelope for each of the schools to which you are applying.

■ See the last page of these forms for a list of schools which accept the common application.

■ Please contact the schools to which you are applying before submitting this form.

_____
Name of student        *please print*                                    Applicant to grade

_____
Signature                                                              Date

### To the Parent/Guardian:

Please read and sign the statement below.

I acknowledge that I waive my right to read the confidential teacher recommendation and the school report for the student listed above. (Please have grade reports, attendance records, standardized test scores, and teacher reports/comments forwarded to each school to which you are applying.)

_____
Name of parent or guardian

_____
Signature of parent or guardian                                        Date

### To the Teacher:

This form is part of a common application being used by several boarding schools which are members of The Association of Boarding Schools (TABS). This recommendation will remain confidential and will not become part of the student's permanent record. When you have completed it, please photocopy it and send it to the schools for which the applicant has provided stamped envelopes. Be sure the parent/guardian has signed the form in the space above. Feel free to use additional sheets, if necessary.

This form can now be completed online. Teachers can now complete pages 2 and 3 of the recommendation forms at their computers (page 1 will have to be completed by the students and their parents). To do so, follow these instructions:

1. Go to www.schools.com/forms/comapp.pdf (You will need the free Adobe Acrobat Reader software to use this file).

2. Scroll down to the appropriate form.

3. Enter your responses in the blanks.

4. Print the form and attach the completed pages to page one.

5. Make photocopies of all three pages of the completed form.

6. Sign each form and send them to the requested schools in the envelopes provided by the student.

*Thank you for your cooperation and candor.*

_____
Teacher's name        *please print*

_____
Title                                          School

323

## BOARDING SCHOOLS COMMON APPLICATION FORM    English Teacher Recommendation Form

Name of student    N█████  G█████

How well do you know the student academically?  WELL                          As a person?  Fairly well

In what years did you teach the student?  SOPHOMORE                    How large is the class?

What course(s)?  ENGLISH 10

Is the student on a block schedule?  ☐ Yes   ☑ No

Is this course part of a tracking system or designated as an honors or accelerated course?  ☐ Yes   ☑ No

Briefly describe your course. It is especially helpful to know what texts are used and if the students are grouped by ability.

PLEASE SEE ATTACHED

How accurately does the student read and understand what he or she has read?

PLEASE SEE ATTACHED

How well does the student write in comparison with other students whom you have taught? Please be specific about areas of strength and weakness.

PLEASE SEE ATTACHED

How well does the student accept advice or criticism?

PLEASE SEE ATTACHED

What are the first three words that come to mind to describe this student?

1. CREATIVE          2. INTELLIGENT          3. RESPONSIBLE

324

06/22/2004  03:54    2023333212                    SOG, INC.                          PAGE  07

## BOARDING SCHOOLS COMMON APPLICATION FORM    English Teacher Recommendation Form

*Name of student* _____

Please place check marks at the points that represent your evaluation of the student in comparison to other students in his or her age group whom you have taught. If you have no fair basis for judgment, do not hesitate to say so.

| | One of the top few I have ever encountered | Excellent (top 10% this year) | Good (above average) | Average | Below average | No basis for judgment |
|---|---|---|---|---|---|---|
| Academic Potential | | ✓ | | | | |
| Academic Achievement | | ✓ | | | | |
| Intellectual Curiosity | | ✓ | | | | |
| Effort/Determination | | | | | | |
| Ability to Work Independently | | | ✓ | | | |
| Organization | | ✓ | | | | |
| Creativity | | ✓ | | | | |
| Willingness to Take Intellectual Risks | | ✓ | | | | |
| Concern for Others | | | ✓ | | | |
| Honesty/Integrity | | | ✓ | | | |
| Self-esteem | | | ✓ | | | |
| Maturity (relative to age) | | | ✓ | | | |
| Responsibility | ✓ | | | | | |
| Respect Accorded by Faculty | | | | ✓ | | |
| Respect Accorded by Peers | | | | ✓ | | |
| Emotional Stability | | | | | ✓ | |
| Overall Evaluation as a Person | | | | ✓ | | |
| Overall Evaluation as a Student | | ✓ | | | | |

If the student is relatively weak or strong in any areas listed above, please elaborate.

_PLEASE SEE ATTACHED_

Please comment on this student's character, citizenship, and contributions to your community.

_PLEASE ATTACHED_

Please add any additional information that will give us a more complete picture of the student.

_PLEASE SEE ATTACHED_

Thank you for taking your valuable time to complete this evaluation. Your reflections are an important part of the student's application.

_M. M. Betz_                          _Jun 30, 2004_
Signature                              Date

_17611 Carriage Run_
Mailing address

_mvbetzen@stjeanes.edu_              ( _301_ )_755-5530_
E-mail address                         Telephone

# BUXTON SCHOOL
### 291 SOUTH STREET
### WILLIAMSTOWN, MASSACHUSETTS 01267

Fall 2004

Dr. Manuel Gomez
Ms. Sylvia Correa
██████████████, NW
Washington, DC   20015

Dear Dr. Gomez and Ms. Correa,

Here are the fall term reports from N████teachers:

**English III:**
N████ had a wonderful fall term. She transferred into our section in the first week of classes and immediately found her intellectual voice in the class. This voice is mature and not afraid to disagree with the popular sentiments of the class. She is clearly a dedicated student who happily comes to class well-prepared and ready to learn. She is the kind of student a teacher will turn to if discussion stalls. This term her reading comprehension was unparalleled in the class, as she had the ability to highlight and discuss sections of the text that I was about to ask the class about. She committed herself to writing an excellent paper and succeeded through almost endless revision. She bounced her complex, college-level ideas around with the class and myself. N████ eagerly accepted feedback and fine-tuned it to fit her interpretations of Herman Melville's *Bartleby*, *Billy Budd*, and *Benito Cereno*. She appears to have found herself a happy place in Buxton.

*Drew Geer*

**Spanish V:**
N████ is a wonderful presence in this class. She is vital, engaged and unfailingly aware of the fact that her bilingualism places her way above her classmates. I am often moved to see N████ pause, breathe and refrain from answering a question or offering an opinion when someone else is attempting to do so. She is extraordinarily sensitive along these lines; a character trait which truly honors her.

I feel that for N████, this term has been a review or refresher course. In the winter term I plan to give N████ additional literature and writing work on the side in order to help her attain her goals of literary knowledge and good writing skills.

It is a treat to teach N████ in this course. I wish her a great, well-deserved Christmas vacation.

*Pilar Ciriza El Cid Gale*

P.S. N████ A+ grade is still pending, though. As of this writing she has not yet fulfilled the last requirement, due before vacation: the recitation—in song—of "Lágrimas Negras" in front of a select audience of one.

326

**Pre-Calculus:**

N█████ started the fall term very nicely. Although she was a little reserved during the class discussions, she was clearly keeping up with the homework, and she did extremely well on the first major test of the term. N█████ did have some difficulties with our second major test of the term, however. Although I think she had a general understanding of the material, she was not able to negotiate through the test with the same thoroughness and accuracy as she did on the first test. N█████ is an able and bright student, and she clearly also cares about how she is doing in her academics. Recently I have noticed her being more actively involved in the class discussions, which is great to see, and she seems genuinely more interested in the material that we are now presently covering. It is a pleasure to have N█████ in Pre-calculus, and I am certain that she will have a fine year overall, as long as she stays focused on the material and disciplined when it comes time to study for the tests.

*Edward Gale*

**American History:**

N█████ has been a vested and active participant in the affairs of this class since very early in the term. She is aggressive in trying to clarify issues that she feels are confusing. And, she is thoughtful and willing to speak to the connection that we have tried to construct between past and present concerns in the American experience. I was impressed by her thoughts in her first paper in which she defined the human experience in America driven by the nature of hope as an essential in our self-definition. The piece could have developed the thought more carefully and was rushed to fit a deadline. But N█████ brings compassion and enthusiasm to tasks like this one and the result is that she has begun to situate herself very positively in a thoughtful and attractive junior class group. I have enjoyed sharing this experience with her a great deal, look forward to seeing how she sets up the thesis and project that is coming her way and hope she has a terrific vacation.

*Brad Davis*

**Philosophy:**

Focusing on selected writings by Dostoevsky, Kierkegaard, Nietzsche, Heidegger, and Sartre, this one-semester philosophy elective offered a broad but thorough introduction to nineteenth- and twentieth-century existential thought. Using concepts and insights garnered from careful, attentive analyses of the above writers' ideas, we approached such large philosophical questions as What is reality, and how do we apprehend it? What is the place of God in human existence? In a world that seems uncertain and sometimes absurd, how can we make meaningful decisions about how to live our lives? Largely based on reading and class discussion, the course also required students to complete short writing assignments that tested their comprehension of and involvement with philosophical thought. The course intentionally became more complex and challenging as the semester progressed, allowing students to think about philosophy in increasingly sophisticated and intricate ways.

N█████ decided to join the elective after several weeks had elapsed, but she effortlessly caught up with the reading and became deeply and intelligently involved in class discussion. I have found her to be serious and dedicated student with admirable talents for manipulating complex abstract ideas and for capturing intricate concepts in succinct, articulate phrases. In one particularly memorable

327

class discussion, N██████ related Heidegger's thinking about Dasein's finitude to the ongoing war in Iraq; with her clarity of insight, she moved the rest of the class to a deeper level of understanding and engagement. N██████ written work has also been engaging, informed, balanced, and beautifully crafted.

In short, I have been delighted to teach N██████ this semester, and am happy to report that her performance in the course has been truly stellar.

*Maurice Black*

An almost stellar academic beginning for N██████ at Buxton.  I say "almost" because her work in pre-calculus has shown moments of tenuous hold on the requirements of that class.  N██████ is a very capable math student. The fact that she is so adroit and passionate about the humanities should not obscure the fact that she could also excel in math.

N██████ has been very involved with extracurricular activities. She played her heart out on the soccer field.  She participated in creative writing, did ensembles, and sang in chorus.  Her participation in the Thanksgiving concert was memorable.

N██████ has made a terrific adjustment to life at Buxton.  She has added a sense of energy and candor to our daily lives and we are all grateful that she (finally) decided to join us in her junior year.

I wish her a well-deserved vacation and already look forward to seeing her in January.

Sincerely,

*Pilar Gale*

Pilar Ciriza El Cid Gale

# BUXTON SCHOOL
### 291 SOUTH STREET
### WILLIAMSTOWN, MASSACHUSETTS 01267

Winter 2005

Dr. Manuel Gomez
Ms. Sylvia Correa
████████████████████, NW
Washington, DC   20015

Dear Dr. Gomez and Ms. Correa,

Here are the winter term reports from N███████ teachers:



**English III:**
N██████ continued to do well in English.  She possesses a natural intellectual voice for literature and she actively shared her thoughts and interpretations with the rest of the class.  She consistently kept up with the reading and frequently volunteered to read sections of the text to the rest of the class.  She presents herself as ready to learn and positions herself at the focal point of the class.  N██████ successfully dissected some very difficult authors—Henry James, Gabriel García Márquez, among others.
She tirelessly perfected her writing through constant revision.  Her in-class essays demonstrated a superior reading capability and took on some poignant and profound philosophical questions.
N██████ is fun to teach because in discussing her written work she will not merely accept my feedback, but challenge it and create her, and equally significant, understanding of the work.  She is a happy, optimistic, and serious student of letters.

*Drew Geer*

**Spanish V:**
N██████ has continued to do very well in this course this term. Her writing is improving.  She began to use the grammar and verb tense review we have been working on this term in order to polish up her writing and speaking skills.
N██████ is unerringly cooperative and wonderful in class.  Even when we are reviewing material which is obviously old hat for her, she always contributes and participates wholeheartedly.  She is really a gem and a pleasure to teach.  I wish N██████ a happy trip to Puerto Rico and a well deserved vacation.  I look forward to seeing her again in April.

*Pilar Ciriza El Cid Gale*

**Pre-Calculus:**
N██████ has continued to have her ups and downs in Pre-calculus this winter.  She did extremely well on our second major test of the term, but had major difficulties with both our first and latest test.  When N██████ is focused and involved, she does extremely well; but, she is continuing to have difficulty bringing the consistency and thoroughness to her efforts that will enable her to truly excel.  At the present time N██████ is only doing average work in Pre-calculus.  My hope is that she

329

will be able to really settle down and approach her work in this class during the spring term with increased energy and determination. If she does do this, she will be able to receive the fine grade that she is capable of. If not, the reality of her situation is that her grade will just be average, at best. N██████ is capable of being a very positive and involved student. I hope that she will not hesitate to use me for a resource in the coming term if she needs any additional help.

*Edward Gale*

## Introduction to English Poetry:

Designed as a general introduction to English poetry, this half-year elective course comprises readings, assignments, and discussions that build upon one another to give students a range of interrelated skills, including scansion, explication, close reading, analysis, and argumentation. Students in the class are learning to read poems with confidence and facility; to recognize common poetic forms and genres; to use the vocabulary of poetics and figuration with sophistication and accuracy; and to demonstrate an understanding of the relationship between form and content in poetic tradition.

In the winter term, we first addressed broad, general questions such as "What is poetry?" and "How do we relate to poetic tradition?" by viewing and discussing Peter Weir's award-winning 1989 film *Dead Poets Society*. We then embarked upon a detailed discussion of poetry's formal attributes—meter, form, rhetorical tropes, etc.—before moving on to study a selection of English-language verse from the Middle Ages to the Renaissance. Thus far, readings for the class have included John Hollander's book on prosody and poetic form, *Rhyme's Reason*, and selections from the poetry of Geoffrey Chaucer, Sir Thomas Wyatt, Edmund Spenser, Sir Phillip Sidney, and Sir Walter Ralegh. Class discussions have focused on such topics as the evolution of the English language from the eleventh through the sixteenth centuries; the political, social, religious, and philosophical contexts that inform medieval and Renaissance poetry; the influence of classical verse upon that of early modern England; and the emergence of an identifiably English poetic imagination between the age of Chaucer and the age of Shakespeare. In the spring term, we will continue to build upon these skills and discussions as we read verse from Christopher Marlowe and William Shakespeare to Dylan Thomas and Seamus Heaney.

N█████ has had an excellent term in poetry class. She reads poetry carefully, with a fine ear for the subtleties and intricacies of language, and she consistently demonstrates an ability to think in complex, sophisticated ways about the poets we have been reading. Her critical analyses—an early essay on Chaucer's General Prologue to the *Canterbury Tales* and a later paper analyzing the influence of Petrarch and the Vulgate Bible on a sonnet by Sir Thomas Wyatt—have been wonderfully lucid and intelligent pieces of work. Her participation in class discussion has been thoughtful, imaginative, and historically informed. All in all, I have been delighted to teach N█████ this term, and I look forward to working with her again after spring break.

*Maurice Black*

## American History:

N█████ has had an energetic, involved term at Buxton and this has been reflected in this class as it has elsewhere. She is lively, bright and full of energy, open and involved. It is also the case, at lesser moments in which she has seemed a bit overwhelmed, by the package of diseases that we

330

have shared and by responsibilities generally. She has tended to get to class late recently, and I do have the sense that the social swirl has sometimes been more compelling than the topical concerns that tend to drive individual class meetings. N██████ has managed a complicated reading expectation well enough, although I also have suspicions that she has let some of this get past her as we have moved toward the hiatus that the school trip brings in academic ritual at Buxton. On the one hand her in-class writing has been clear and to the point. By the same token she has had some difficulty using text as support of ideas, in part because she has been just enough behind that this is a stretch for her. On balance, I am impressed by N██████ and by her survival skills in a winter in which a lot has been asked of her. I would add that a bit more focus in dealing with work in this particular class would do wonders in the final few months of the year. I do look forward to seeing how she develops her thesis and project that will come due five or six weeks after she returns from vacation, and would suggest, humbly, that she begin to schedule an approach to her responsibilities here as soon as she can beginning in April.

Meanwhile, I hope she has a wonderful vacation.

*Brad Davis*

These reports reflect once again that N██████ takes her academic life at Buxton seriously. To be sure, there are modest issues in relation to some of this that she really does need to address when she returns from vacation, noteworthy among them being her circumstance in math. This is a matter of taking Ed up on his offer to provide one on one help and perhaps doing her assignments a bit more carefully. There is also the modest suggestion that she try a bit harder to keep up with history reading. All in all, though, N██████ has been bright and involved academically over the course of a blessedly short winter term.

I received a call from San Juan on the second or third day of the school trip from Erika Vesely. She was checking in to say hi, but also to make certain that I commented on N██████ extraordinary efforts in the planning and execution of the trip to Puerto Rico in her report (which I am now doing). N██████ stepped into a major leadership position on trip committee, helped with translations, made a heroic effort to feed the school under trying circumstances. It was truly a remarkable effort and one that Erika in particular was very effected by. N██████ at her best is full of energy and committed fun and I must admit personally to enjoying her presence at Buxton more and more as time has passed.

I hope she has a terrific vacation, a well deserved rest and we look forward to seeing her again when we gather back at school in April.

Sincerely,

*Brad Davis*

Brad Davis



**District of Columbia Public Schools**
**Office of Special Education**
**The C.A.R.E Center @ Shaw Junior High School**
**925 Rhode Island Avenue, NW**
**Washington, DC 20001**
**(202) 671-0800**

| **CLASSROOM OBSERVATION** |

This observation should focus on problems identified in the referral.

RECEIVED
APR 22 2005

**Part 1: General Information**

Student's Name: N_____ G_____                                    LEA Student ID #: _____

Student's Date of Birth: _____ / 87    Subject/Area/Class Observed: ENGLISH III

Teacher: DREW GEER                         Teacher/Pupil Ratio: 1:13

**Part 2: Setting**

Describe Observation Setting:

THE SETTING IS A ROUND TABLE DISCUSSION WITH 12 OTHER 11TH GRADE STUDENTS AND A TEACHER. A 45 MINUTE CLASS PERIOD IS SPENT DISCUSSING THE PREVIOUS NIGHT'S READING. THERE ARE OCCASIONAL IN-CLASS WRITING ASSIGNMENTS.

**Part 3: Observation**

Describe the task:

THE STUDENT IS ASSIGNED ABOUT 25 PAGES OF READING A CLASS. THE STUDENTS PARTICIPATE IN AN ORGANIZED DISCUSSION OF THE READING OR AN ASSIGNED TOPIC. SELF-DISCIPLINE AND FOCUS ARE INTEGRAL PARTS TO THE TASK AT HAND.

Describe the student's performance:

N_____ HAS DONE VERY WELL IN THIS SETTING. HER COMPREHENSION OF THE READING IS SUPERB AND VERY MATURE. SHE FREQUENTLY VOLUNTEERS TO PARTICIPATE IN READINGS OF TEXTUAL SELECTIONS. SHE CAN VISIBLY WANDER FROM CLASS DISCUSSION, BUT THESE ARE USUALLY TEMPORARY DISTRACTIONS (ABOUT 5-10 MINUTES AT THE MOST). SHE FREQUENTLY GETS DISTRACTED BY SIDE CONVERSATIONS. HOWEVER, SHE ALSO CAN BE COMPLETELY SILENT FOR A WHOLE CLASS PERIOD. THESE ARE RARE OCCURRENCES BUT NOTICEABLY NONE THE LESS. OVERALL, SHE HAS BEEN VERY SUCCESSFUL IN THIS SETTING. IT APPEARS THAT SHE HAS BEEN ABLE TO EXPRESS HER UNDERSTANDING OF THE MATERIAL.

332

Part 4: Rate the Student's Performance

| | Behavior Not Observed | Significant Problem | Some Problem | No Problem | Strength |
|---|---|---|---|---|---|
| Listening Comprehension | ☐ | ☐ | ☐ | ☐ | ☐ |
| Expression | ☐ | ☐ | ☐ | ☐ | ☑ |
| Basic Reading Skills | ☐ | ☐ | ☐ | ☐ | ☑ |
| Reading Comprehension | ☐ | ☐ | ☐ | ☐ | ☑ |
| Written Expression | ☐ | ☐ | ☐ | ☐ | ☑ |
| Math Calculation (_____) Operation | ☑ | ☐ | ☐ | ☐ | ☐ |
| Math Reasoning | ☑ | ☐ | ☐ | ☐ | ☐ |
| Discrimination (visual/auditory) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Memory (visual/auditory) | ☐ | ☐ | ☑ | ☐ | ☐ |
| Visual Motor Coordination | ☐ | ☐ | ☐ | ☑ | ☐ |
| Attention | ☐ | ☐ | ☑ | ☐ | ☐ |
| Organization | ☐ | ☐ | ☐ | ☑ | ☐ |
| Activity level | ☐ | ☐ | ☑ | ☐ | ☐ |
| Social Interaction | ☐ | ☐ | ☑ | ☐ | ☐ |
| Work habits | ☐ | ☐ | ☐ | ☑ | ☐ |
| Task completion | ☐ | ☐ | ☐ | ☑ | ☐ |
| Motivation | ☐ | ☐ | ☐ | ☑ | ☐ |
| Speech | ☐ | ☐ | ☐ | ☑ | ☐ |

Comments:

Does the classroom teacher feel that the behavior observed is representative of the usual behavior for this student in this class? ✓ Yes _____ No

Date of Observation: __04__/__18__/__05__ Start Time: __11:30__ End Time: __12:15__ Total Observation Time: __45 min__

Observation conducted by: __Drew Geer__

Page 2 of 2

DCPS 2003
333

# Buxton School

291 South Street
Williamstown, Massachusetts 01267
Phone: 413 458-3919
FAX:   413 458-9427

**Official Transcript as of:**
July 11, 2005
**Marking System**
A=90 B=80 C=70 D=60
Buxton does not rank students
CEEB # 222410

Natalie G████████
█████████████████, NW
Washington DC 20015
Sex:   F       Birthdate: ████/1988                    SS#: ██████████

| Year  | Course | Sem 1 | Final/ Sem 2 | Credit | Comments |
|-------|--------|-------|--------------|--------|----------|
| 04-05 | English III |  | A- | 1 |  |
|       | Spanish IV |  | A | 1 | .... |
|       | Pre-Calculus |  | B | 1 |  |
|       | American History |  | B+ | 1 |  |
|       | Philosophy |  | A | 1 |  |
|       | Poetry |  | A- | 1 |  |
|       | Junior Thesis & Project |  | B+ | .5 |  |

Test Record
01/05 SAT I V650 M610
05/05 SAT CR650 M590 W680 MC32 Essay 06

————————————————          ——— Records ———
          Signature                    Title

Please see attached explanatory notes and school profile.



334          -

2

# BUXTON SCHOOL
### 291 SOUTH STREET
### WILLIAMSTOWN, MASSACHUSETTS 01267

Winter 2005

Dr. Manuel Gomez
Ms. Sylvia Correa
2819 Kanawaha Street, NW
Washington, DC  20015

Dear Dr. Gomez and Ms. Correa,

Here are the winter term reports from N███████ teachers:

**English III:**

N████ continued to do well in English. She possesses a natural intellectual voice for literature and she actively shared her thoughts and interpretations with the rest of the class. She consistently kept up with the reading and frequently volunteered to read sections of the text to the rest of the class. She presents herself as ready to learn and positions herself at the focal point of the class. N████ successfully dissected some very difficult authors—Henry James, Gabriel García Márquez, among others.

She tirelessly perfected her writing through constant revision. Her in-class essays demonstrated a superior reading capability and took on some poignant and profound philosophical questions. N████ is fun to teach because in discussing her written work she will not merely accept my feedback, but challenge it and create her, and equally significant, understanding of the work. She is a happy, optimistic, and serious student of letters.

*Drew Geer*

**Spanish V:**

N████ has continued to do very well in this course this term. Her writing is improving. She began to use the grammar and verb tense review we have been working on this term in order to polish up her writing and speaking skills.

N████ is unerringly cooperative and wonderful in class. Even when we are reviewing material which is obviously old hat for her, she always contributes and participates wholeheartedly. She is really a gem and a pleasure to teach. I wish N████ a happy trip to Puerto Rico and a well deserved vacation. I look forward to seeing her again in April.

*Pilar Ciriza El Cid Gale*

**Pre-Calculus:**

N████ has continued to have her ups and downs in Pre-calculus this winter. She did extremely well on our second major test of the term, but had major difficulties with both our first and latest test. When N████ is focused and involved, she does extremely well; but, she is continuing to have difficulty bringing the consistency and thoroughness to her efforts that will enable her to truly excel. At the present time N████ is only doing average work in Pre-calculus. My hope is

phone: 413-458-3919    www.BuxtonSchool.org    fax: 413-458-9427

that she will be able to really settle down and approach her work in this class during the spring term with increased energy and determination. If she does do this, she will be able to receive the fine grade that she is capable of. If not, the reality of her situation is that her grade will just be average, at best. N███ is capable of being a very positive and involved student. I hope that she will not hesitate to use me for a resource in the coming term if she needs any additional help.

*Edward Gale*

## Introduction to English Poetry:

Designed as a general introduction to English poetry, this half-year elective course comprises readings, assignments, and discussions that build upon one another to give students a range of interrelated skills, including scansion, explication, close reading, analysis, and argumentation. Students in the class are learning to read poems with confidence and facility; to recognize common poetic forms and genres; to use the vocabulary of poetics and figuration with sophistication and accuracy; and to demonstrate an understanding of the relationship between form and content in poetic tradition.

In the winter term, we first addressed broad, general questions such as "What is poetry?" and "How do we relate to poetic tradition?" by viewing and discussing Peter Weir's award-winning 1989 film *Dead Poets Society*. We then embarked upon a detailed discussion of poetry's formal attributes—meter, form, rhetorical tropes, etc.—before moving on to study a selection of English-language verse from the Middle Ages to the Renaissance. Thus far, readings for the class have included John Hollander's book on prosody and poetic form, *Rhyme's Reason*, and selections from the poetry of Geoffrey Chaucer, Sir Thomas Wyatt, Edmund Spenser, Sir Phillip Sidney, and Sir Walter Ralegh. Class discussions have focused on such topics as the evolution of the English language from the eleventh through the sixteenth centuries; the political, social, religious, and philosophical contexts that inform medieval and Renaissance poetry; the influence of classical verse upon that of early modern England; and the emergence of an identifiably English poetic imagination between the age of Chaucer and the age of Shakespeare. In the spring term, we will continue to build upon these skills and discussions as we read verse from Christopher Marlowe and William Shakespeare to Dylan Thomas and Seamus Heaney.

N███ has had an excellent term in poetry class. She reads poetry carefully, with a fine ear for the subtleties and intricacies of language, and she consistently demonstrates an ability to think in complex, sophisticated ways about the poets we have been reading. Her critical analyses—an early essay on Chaucer's General Prologue to the *Canterbury Tales* and a later paper analyzing the influence of Petrarch and the Vulgate Bible on a sonnet by Sir Thomas Wyatt—have been wonderfully lucid and intelligent pieces of work. Her participation in class discussion has been thoughtful, imaginative, and historically informed. All in all, I have been delighted to teach N███ this term, and I look forward to working with her again after spring break.

*Maurice Black*

## American History:

N███ has had an energetic, involved term at Buxton and this has been reflected in this class as it has elsewhere. She is lively, bright and full of energy, open and involved. It is also the case, at lesser moments in which she has seemed a bit overwhelmed, by the package of diseases that we have shared and by responsibilities generally. She has tended to get to class late recently, and I

336

do have the sense that the social swirl has sometimes been more compelling than the topical concerns that tend to drive individual class meetings. N▆▆▆ has managed a complicated reading expectation well enough, although I also have suspicions that she has let some of this get past her as we have moved toward the hiatus that the school trip brings in academic ritual at Buxton. On the one hand her in-class writing has been clear and to the point. By the same token she has had some difficulty using text as support of ideas, in part because she has been just enough behind that this is a stretch for her. On balance, I am impressed by N▆▆▆ and by her survival skills in a winter in which a lot has been asked of her. I would add that a bit more focus in dealing with work in this particular class would do wonders in the final few months of the year. I do look forward to seeing how she develops her thesis and project that will come due five or six weeks after she returns from vacation, and would suggest, humbly, that she begin to schedule an approach to her responsibilities here as soon as she can beginning in April.

Meanwhile, I hope she has a wonderful vacation.

*Brad Davis*

＊　　　＊　　　＊

These reports reflect once again that N▆▆▆ takes her academic life at Buxton seriously. To be sure, there are modest issues in relation to some of this that she really does need to address when she returns from vacation, noteworthy among them being her circumstance in math. This is a matter of taking Ed up on his offer to provide one on one help and perhaps doing her assignments a bit more carefully. There is also the modest suggestion that she try a bit harder to keep up with history reading. All in all, though, N▆▆▆ has been bright and involved academically over the course of a blessedly short winter term.

I received a call from San Juan on the second or third day of the school trip from Erika Vesely. She was checking in to say hi, but also to make certain that I commented on N▆▆▆ extraordinary efforts in the planning and execution of the trip to Puerto Rico in her report (which I am now doing). N▆▆▆ stepped into a major leadership position on trip committee, helped with translations, made a heroic effort to feed the school under trying circumstances. It was truly a remarkable effort and one that Erika in particular was very effected by. N▆▆▆ at her best is full of energy and committed fun and I must admit personally to enjoying her presence at Buxton more and more as time has passed.

I hope she has a terrific vacation, a well deserved rest and we look forward to seeing her again when we gather back at school in April.

Sincerely,

*Brad Davis*

Brad Davis

# Carol Ann Robbins, Ph.D.

Chesapeake Center for Attention and Learning
8607 Cedar street
Silver Spring, MD 20910
(301) 562-8448 ext. 14

## PSYCHOLOGICAL REPORT

**Name:**                    N████ G████

**Date of birth:**           ███/87

**Diagnoses:**               **(1) Attention Deficit Hyperactivity Disorder**
                             **(2) Major Depression**

**Current school:**          **Buxton School**

**Neighborhood school:**     **Woodrow Wilson Senior High School**

**Date of report:**          **September 6, 2005**


I originally began treating N████ G████ early in the spring of 2003, due to concerns regarding her declining academic performance and her emotional fragility. She was very unhappy in school, at Woodrow Wilson Senior High, feeling lost and overwhelmed. Her academic struggles contributed to her poor self-esteem, her skipping classes, and her social problems. After reviewing her then recent psychoeducational testing, and evaluating her clinically, I diagnosed her with Attention Deficit Hyperactivity Disorder (314.01) and with Major Depression (296.32).

My expertise is in the diagnosis and treatment of AD/HD; I also have extensive experience in treating a number of other clinical issues, including depression, anxiety disorders, substance abuse, addictive behaviors, family conflict, school refusal, anger control and behavioral/conduct problems. A more complete outline of my experience and areas of expertise is set forth in my biographical profile, a copy of which is attached. Information about the Chesapeake Center for Attention & Learning, with which I am affiliated, may be found at www.chesapeakeADD.org.

N████ was psychiatrically hospitalized and put on anti-depressant medication in April 2003 after she revealed strong suicidal intent during a therapy session. At the time I began treating her, N████ was struggling academically because her school environment did not support her ADHD. She found her classes large and overwhelming, struggled to keep up with her work, felt stupid and consequently acted out in frustration. Her academic difficulties exacerbated her depression. At times, she became too emotionally overwrought to stay in class. She would panic and leave the classroom, especially when she did not understand the material that was being presented. In addition to some of the standard accommodations for ADHD students, such as small classes and a highly structured environment, she should have received additional supports such as designation of a place she could have gone when she felt overwhelmed and needed counseling. She also needed accommodating teachers who would work with her to help her catch up when

338

she fell behind and who would adjust her workload to a level she could handle. Instead, each academic difficulty N███████ experienced made her feel more hopeless and contributed to the depression-induced behaviors.

Before N█████ returned to school after her discharge from the hospital, I wrote a letter to Dr. Tarason at Wilson High School (May 4, 2003), with copies to three other faculty members, requesting official accommodations for her handicapping conditions, so that she could reach her academic potential. As all of her testing, both then and recently, have demonstrated, she is very gifted intellectually, yet she was unable to perform at even an average level for her age in that academic environment. She was also skipping school and individual classes, and engaging in activities potentially threatening to her during the course of the school day. She continued to struggle without the necessary academic support, so I wrote a second letter to the school (June 3, 2003), again requesting assistance for her. No one responded to either letter. My understanding is that no accommodations (504 plan) were put into place for her at Wilson High School. Since the school failed to meet her academic or emotional needs, she needed to be placed in a more appropriate school setting and after an intense search, enrolled at St. James School.

By the end of the 2002-03 school year, N██████ had been traumatized by her experiences at Wilson High School and could not have succeeded academically or emotionally had she returned there in the fall of 2004. Without appropriate support and accommodations for her ADHD and depression, she would have declined further, in the form of increasingly lower grades, skipping classes, acting out and continued failure to make good decisions. She was at risk for activities that could have harmed herself, repeating (or escalating) the incident in spring 2003 in which she drank excessive amounts of alcohol. I supported the move to Saint James School, as it appeared to be the only viable option for N█████ at the time.

She has been considerably more academically successful and emotionally stable in her two subsequent academic environments (St. James and Buxton School); as they were better able to meet her needs. She greatly benefited from the very small class sizes, the structure and oversight provided, the supportive involvement of the teachers—with whom she could more comfortably build trusting, emotionally safe relationships allowing her to ask for help when she needed it and participate more freely in class—and the close communication of the school with her parents. She has thrived in the nurturing environment at Buxton, which provides a strong sense of community and ample opportunities for her to take her own direction in exploring areas of interest and to take on leadership positions. N██████ is fully capable intellectually of handling an academically challenging course, provided she is placed in a supportive, non-threatening environment. That is why it is unsurprising that she has done well at Buxton School. N██████ recent academic successes do **not** mean that she is no longer disabled; rather, they demonstrate that she is capable of making appropriate academic progress in an environment that supplies the program she needs.

In my opinion, it would be a mistake to return N█████ to a large, mainstream public high school at this time. Based upon my recent therapy sessions with her, I have concluded that although she has matured considerably since spring 2003, she still has not resolved

the clinical issues that caused her to need to be removed from Wilson High School. She made some poor decisions at Buxton during the 2004-05 school year, but with the progress she has made recently and the supportive environment, she was able to take responsibility for her mistakes and rectify them without becoming derailed. I do not believe that she would have experienced the same outcome in an unsupported public high school setting. Furthermore, her ADHD is a lifelong disability and will always require accommodations; without willingness on the school's part to provide those accommodations, she would re-experience the setbacks that precipitated her problems two years ago.

Sincerely,

/s/ *Carol Ann Robbins*

Carol Ann Robbins, Ph.D.
Licensed Clinical Psychologist



Formerly Chesapeake Psychological Services of Maryland

| Home | Services | ADHD | About Us | Clinic Info | Appointment | Contact |



About Us
- Carol Ann Robbins, Ph.D., Director
- Kim Colley, ADD Coach
- Ann Gregorline, Ph.D.
- Karen Sadler, PsyD
- Josh Behrman, PsyD
- Louis Kanner, Ph.D.
- Charlaeh Miller, LCSW-C
- Carol Robbins, Ph.D.
- Suzy Thomas, Ph.D.



# About Carol Robbins, Ph.D.

Carol Ann Robbins, Ph.D.
Licensed Clinical Psychologist
Maryland License # 03561

To contact Dr. Robbins, please call 301-562-8448, Ext. 14.

## Current clinical focus:

- Diagnosis and treatment of adults, children, adolescents, and college students with ADD and associated co-existing learning disabilities, depression, anxiety, relationship, and self-esteem issues.
- Treatment emphasizes helping clients develop more "ADD-friendly" lives through teaching life management skills, compensatory strategies, appropriate workplace/academic accommodations and organizational skills in a semi-structured cognitive-behavioral framework using neurocognitive psychotherapy.
- Education of clients about living with ADD and addressing the emotional fallout of struggling with the disorder.
- Assisting parents of ADD youngsters with behavioral management strategies and helping to facilitate the creation of a more ADD-friendly home environment for the family.
- Providing vocational and academic guidance, including assistance with transitioning to high school or college.
- Coordination of care with related ADD caregivers, including psychiatrists, physicians, coaches, tutors, teachers, and student disability services.
- Conducting marital therapy for couples in which one or both members has ADD using Imago Relationship Therapy as the foundation for improving communication and creating emotional safety and growth within relationships.

## Professional Experience

- Over ten years in private practice settings with experience in treating a wide variety of client issues, including ADD, anxiety disorders, depression, substance abuse, addictive behaviors, marital problems, family conflict, adjustment disorders, PTSD, sexual abuse, school refusal, eating disorders, personality disorders, stress/work-related problems, anger control, and behavioral/conduct problems.
- Conducted individual, marital and group psychotherapy treating adults, children, and adolescents using cognitive behavioral therapy, behavioral modification, stress management, parent training, anger control, family systems work, hypnosis, neurolinguistic processing, play therapy, and assertiveness and communication skills training.

### More Information
- ADHD and Relationships (pdf, 76k)
- The Keys to Successfully Navigating High School and College (pdf, 48k)
- Speaking engagements - 2005 (pdf, 14k)

341



## Education

- Doctorate in Clinical Psychology, University of Miami, Miami, Florida
- Master of Arts in Psychology, The American University, Washington, DC
- Bachelor of Arts in Psychology, Wellesley College, Wellesley, MA

## Clinical Training

- Imago Relationship Therapy, Basic Clinical Training Program 2002-2003, Washington, DC
- Doctoral Internship, Children's National Medical Center, 1990-1991, Washington, DC
- Practicum Training Positions: Miami Children's Hospital; University of Miami, Psychological Services Center; Mailman Center for Child Development, 1987-1990, Miami, FL

## Professional Affiliations

- American Psychological Association
- Maryland Psychological Association
- Children and Adults with ADD (CHADD) - Professional Membership
- Coordinator, Anne Arundel County CHADD Chapter Click here for more information about chapter activities.

## Other Professional Activities

- Adjunct Faculty at Anne Arundel Community College in Continuing Education
- Experienced speaker presenting at various schools, government organizations, businesses, and community forums, such as CHADD meetings.

## Personal Information

Married with two young children and a (highly compensating) ADD spouse. My daughter (possibly my son) and several other close relatives also have ADD. I enjoy kayaking, tennis, skiing, camping, ballroom dancing, and traveling. I am open to and respectful of all religious/spiritual/cultural/sexual orientations and enjoy professional and personal relationships with individuals from diverse ethnic and religious backgrounds.

Top | Home | Services | ADHD | About Us | Clinic Info | Appointment | Contact | Privacy Policy

Designed and Developed by flyte new media
email Web Master

342

of 2



# Speaking Engagements, 2005
# Carol Robbins, Ph.D.

March 5th and Nov. 16th, 2005

**A Comprehensive Overview of ADHD (a one-day course)**
>Anne Arundel Community College Continuing Professional Education Seminar in Glen Burnie, Maryland.

October 22nd, 2005

**Creating an ADD-friendly Classroom (Workshop)**
>Maryland State Teachers Association Convention 2005,Ocean City, Maryland.

October 27th-30th, 2005

**Females with ADHD Across the Lifespan – Issues and Challenges**
>Half-day pre-conference workshop co-presented with Kathleen Nadeau, Ph.D.

**Women and Girls with ADHD –** Plenary Session
>Children and Adults with Attention Deficit Disorder (CHADD) National Conference in Dallas, Texas.

# Carol Ann Robbins, Ph.D.

*P.O. Box 3756*
*Crofton, MD 21114*
*(410) 721-6661*

## Current Practice Settings

Licensed clinical psychologist, with practice locations in Silver Spring, at the Chesapeake Center for Attention and Learning Disorders, and in Annapolis, Maryland, specializing in the diagnosis and treatment of Attention Deficit Hyperactivity Disorder across the lifespan. Areas of expertise include ADHD and co-existing learning disabilities, depression, anxiety, behavior management/parent training, marital therapy, and low self-esteem. Primary modalities include cognitive-behavioral therapy, neurocognitive therapy, and Imago Relationship Therapy.

## Employment

STAFF PSYCHOLOGIST

1998 - 2000
*Central Intelligence Agency*                                            *McLean, VA*

Conducted over 350 face-to-face in-depth personality assessments and applicant job fitness evaluations for specialized operational and security positions. Evaluated applicants' mental health and suitability for medical clearance through psychological testing and clinical interviews. Provided on-site mental health support/crisis intervention during operational field exercises. Presented seminars on the MBTI and team building to Agency personnel. Trained background investigators regarding recognition and implications of anxiety and affective disorders. Attended professional training workshops, case conferences, and presentations, including multi-day seminars on personality assessment, critical incident stress debriefing, behavioral assessment, and short-term cognitive-behavioral therapy.

PSYCHOLOGICAL ASSOCIATE
1991 - 1998
*Bowie Psychological Associates*                                         *Bowie, Maryland*

Conducted individual, marital, family, and group psychotherapy in suburban outpatient practice. Treated adults, children and adolescents using cognitive-behavioral therapy, behavioral modification, stress management, parent training, anger control, family systems work, hypnosis, neurolinguistic processing, play therapy, assertiveness and communication skills training. Performed psychological and psychoeducational evaluations. Provided expert witness testimony for child custody proceedings in Maryland, Virginia, and the District of Columbia. Cases included ADHD, anxiety disorders, substance abuse, addictive behaviors, depression, marital problems, family conflict, adjustment disorders, co-dependency issues, PTSD, sexual abuse, domestic violence, school refusal, eating disorders, personality disorders, stress/work problems, learning disabilities, developmental disabilities, anger control, and behavioral/conduct problems.

# Clinical Training

BASIC CLINICAL TRAINING PROGRAM IN IMAGO RELATIONSHIP THERAPY
2002-2003
*The Institute for Imago Relationship Therapy* (96 hours)

DOCTORAL INTERNSHIP
1990 - 1991
*Children's National Medical CenterWashington, D.C.*

Completed rotations in child protection, inpatient psychiatry, outpatient therapy and assessment, and an adolescent psychosomatic/eating disorders program. Conducted outpatient parent training group. Served as member of a multidisciplinary treatment team during each rotation. Provided individual therapy, family therapy, group therapy, comprehensive evaluations/intakes, and discharge planning. Conducted extensive psychoeducational testing batteries for inpatient and outpatient populations. Participated in hospital-based training seminars, courses, workshops, group and individual supervision, medical rounds, and grand rounds.

PRACTICUM TRAINING POSITION
1989 - 1990
*Miami Children's HospitalMiami, Florida*

Conducted individual and family therapy for adolescent psychiatric inpatients. Served as co-therapist for inpatient group therapy. Provided psychological assessments of inpatients and outpatients. Conducted outpatient family therapy. Participated in weekly family therapy workshop with live cases. Ran weekly outpatient school-based therapy group for troubled high school students.

PRACTICUM TRAINING POSITION
1988 - 1990
*Psychological Services CenterMiami, Florida*

Provided outpatient individual therapy for children and adults, family therapy, and marital therapy. Conducted psychological assessments, clinical evaluations, and personality assessments.

PRACTICUM TRAINING POSITION
1987 - 1988
*Mailman Center for Child DevelopmentMiami, Florida*

Conducted behavioral assessment and treatment for outpatient child population in behavioral pediatric clinic. Ran social skills training group for girls. Administered weekly psychoeducational assessment batteries to pediatric patients, and presented findings to interdisciplinary treatment team. Conducted evaluations and specialized assessments of families suspected of abuse and neglect as part of child protection team. Participated in home visits and juvenile court case hearings. Performed consultations and interventions for chronically ill children and their families in a pediatric hematology/oncology hospital clinic.

345

## Education

DOCTORATE IN CLINICAL PSYCHOLOGY,                                        *University of Miami*
Child Clinical Track

MASTER OF ARTS IN PSYCHOLOGY,                                           *The American University*
General Psychology

BACHELOR OF ARTS IN PSYCHOLOGY,                                              *Wellesley College*
Child Development Major; Graduated with honors

## Skills

Psychoeducational assessment, personality assessment, and psychological evaluations.
Individual, family, marital, and group psychotherapy in several orientations.
Specialized training in child clinical and pediatric psychology.
Experience providing court testimony in child custody and child abuse cases.
Considerable experience in conducting research and teaching.
Organized, dependable, cooperative, motivated, creative, conscientious, and empathic.

## Additional Experience

Frequent lecturer on ADHD for private schools, businesses, government, and other
    organizations.
Coordinator of the Anne Arundel County ChADD Chapter 2002-present.
Solid background in research, including studies at NIH and at four universities/colleges.
Taught abnormal psychology courses to undergraduate students at University of Miami.
Lab instructor for doctoral research course at the University of Miami.
Four research papers accepted for presentation at annual Psychological Association
    meetings.
Article on ADHD & relationships published *In Session: Journal of Clinical Psychology*
    May 2005
Licensed in State of Maryland. Member of APA and MPA.

346

# The Keys to Navigating High School and College Successfully For AD/HD Students

Carol Ann Robbins, Ph.D.

## More complex issues emerge in Middle & High School:

- Inconsistent attention
- Impulsivity
- Hyperactivity
- Distractibility
- Hyperfocusing
- Planning/organization
- Time awareness
- Memory/forgetfulness
- Perseverance
- Self-monitoring
- Inconsistent self-monitoring
- Self-discipline
- Emotional/social issues

## ADD is Not an Excuse

- ADD is Both
- A Challenge and a Gift

## A "Minus" in School/ A "Plus" in Life

- - Can't sit still
- - Distractible/Can't Focus
- - Talks in class
- - Wastes time - games/TV
- - Oppositional
- - Impulsive
- - Listening/reading difficult for learning
- - Doesn't complete projects
- - Daydreams
- + Energy & Drive
- + Notices everything
- + Good sales skills
- +Can hyper-focus on projects that interest him
- + Knows his own mind
- + Able to act quickly
- + Learns through experience
- + Good at start-up projects
- + Many creative ideas

## Why High School is So Add-Unfriendly

- Fatigue - sleep deprivation
- Boredom - little choice of classes



347

- ◆ Demand for prolonged concentration
- ◆ Little opportunity for movement
- ◆ Distracting
- ◆ Requires lots of memory, organization
- ◆ Demand for homework after tiring day

## Help Wanted: Job Description for High School Student

**Wanted**: Individual to work on a part time basis for 7 subcontractors. No permanent office or desk provided. Employee is expected to carry all needed materials to each job site. Overtime required on most jobs each day. No coordination of work assignments between subcontractors, no choice of jobs. Distracting work environment, no coffee breaks, half hour lunch in company cafeteria. Work day begins at 7:15 AM. Prolonged concentration, math and writing skills a must. Four year contract required.

## An ADD-Friendly Teacher

- ◆ Excited about subject matter - gets you excited
- ◆ Flexible - works <u>with</u> you
- ◆ Encourages rather than lectures you
- ◆ Understands that ADD causes forgetfulness
- ◆ Organized and clear about course requirements
- ◆ Teaching style is fun, engaging, interactive
- ◆ Problem-solves with student to create accommodations (verbal cues, in-box, squish ball)

## An ADD-Toxic Teacher

- ◆ Doesn't "believe in" ADD
- ◆ Shows little interest in students
- ◆ Rigid and inflexible
- ◆ Teaching style boring, non-interactive, not creative
- ◆ Disorganized
- ◆ Little inclination to be helpful to students
- ◆ Motivates through criticism rather than praise and encouragement
- ◆ Monotonous voice or very difficult to understand

## ADD-Friendly Teaching

- ◆ Structure - teach use of day planners in class
- ◆ Reminders - re homework, re quizzes

348

◆ Active/interactive classes
◆ Make it relevant to real life
◆ Using internet to be ADD friendly
◆ Check assignments/turn in assignments on internet
◆ Mind-mapping training

## Test Taking and ADD

◆ Highly unpredictable retrieval of info.
◆ Word retrieval difficulties
◆ Can often see too many "possibilities" on multiple choice exams
◆ Frequent careless errors
◆ Often easier to "tell" than to "write"
◆ May need exam flexibility

## ADD Friendly School Policies

◆ Priority registration
◆ Two sets of books
◆ Trained ADD Advisors
◆ Ongoing ADD Seminars on time management, tracking assignments, self-reminders
◆ Intensive keyboarding classes
◆ Computer availability/dictation software

## ADD Accommodations

◆ Extended time
◆ Note takers
◆ Customized schedule
◆ Alternate forms of exams
◆ Sanctioned movement breaks

## Supports on the College Level

◆ High schools need to examine the types and levels of support available on many college campuses
◆ Supports lead to success and greater confidence, not to inappropriate dependence
◆ Note takers, recorded lectures, priority registration, supportive coaching and

349

counseling, tutoring, study skills classes

## Need to Teach Self-Advocacy

♦ High School is way-station between dependence upon parents and independence of college or workplace
♦ These are the years when students need to learn to be articulate about their ADD, their needs for accommodations
♦ Develop a comfort level with self-advocacy
♦ Could be offered by ADD counselors in HS

## Transitioning to College

♦ Select appropriate college placement
♦ Build in multiple supports
♦ Update testing if more than 3 years old
♦ Contact Student Disabilities Services
♦ Teach student strong self-advocacy skills

## Avoid Crash and Burn Syndrome

♦ Unrealistic expectations (wanting freedom from high school ADD regimen—I don't need help anymore, I'm instantly cured)
♦ Staying up all night, sleeping until noon, missing classes, getting behind, then giving up
♦ Partying/socializing too much (lure of addictive behaviors—internet, TV, computer games, drugs, cigarette, alcohol)
♦ Poor time management—procrastination, taking on too much, not structuring time
♦ Forgetting to take prescribed medications (running out, wanting to try school without it)

## Strategies for Success: Support

♦ Student Disabilities Support Services
♦ Accommodations: extended time on tests, note-taking services, priority registration…
♦ Learning assistance: tutoring, writing help, study skills workshops, math lab, specialized educational software programs
♦ Guidance on course selection
♦ ADD support groups, mentoring programs

## Course Management

♦ Reduced course load can help

350