- The five-year plan may be best
- Take advantage of summer classes (especially for difficult subjects)
- Select ADD-friendly instructors (sit in on classes before selecting; ask other students)
- Select an ADD-friendly class schedule
- Approach professors early about ADD

## Lifestyle Issues

- Get sufficient sleep above all else
- Exercise regularly to manage stress, ADD, and depression
- Eat regularly, emphasizing protein and fiber to sustain energy and alertness
- Learn stress management strategies
- Find a support group, mentor, or counselor
- Choose living arrangement wisely

## Medication Management

- If students needs medication to concentrate in high school, they will need them in college
- It is illegal to distribute or share medication
- Keep it safe (away form others) and labeled
- Drugs and alcohol do not mix with stimulants (affects metabolism of alcohol, can lead to alcohol poisoning; cocaine and stimulants can kill!)
- Check-ups are important; check in monthly with the health center on campus

## ADD Coaching

- "Coaching is a partnership that supports students in examining their strengths and weaknesses, developing needed strategies and interventions, and promoting their own well-being." Susan Sussman, M.Ed., MCC
- It is a collaborative process with an emotionally neutral person
- The student's way of designing an environment that meets his/her unique needs

## Coaches Can Help With

- Time management/ organizational strategies
- Accountability and flexibility
- Creating built-in reminders and structure

- Creating healthy habits--diet, sleep, exercise, self-care/nurturing
- Defining, setting, and achieving long-range goals and short-term objectives
- Managing stress and setting boundaries

## Organizational Strategies:

- Use a planner/organizer/PDA daily—schedule daily planning session to review appointments, pick tasks, and set reminders
- Structure free time and follow a schedule—set bedtime and wake-up time and routines
- Schedule self-care tasks (laundry, errands, exercise, cleaning room)
- Study in groups or in a quiet environment away from distractions (library, study hall)

## An Ounce of Prevention:

- Encourage students NOT to wait until they are drowning to ask for help
- Check in regularly with the student and encourage them to seek and use supports
- Emphasize importance of self-advocacy
- Re-evaluate need for supports each semester

## Resources for ADD Students

- Help4ADD @ High School (Kathleen Nadeau, Advantage Books, 1999)
- Survival Guide for College Students with ADD and LD (Kathleen Nadeau, Magination Press, 1994)
- ADD and the College Student-Revised (Patricia Quinn, Magination Press, 2001)
- Coaching College Students with ADD (Quinn, Ratey & Maitland, Advantage Books, 2000)
- Succeeding in College with Attention Deficit Disorders (Jennifer Bramer, Specialty Press, 1996)

# *District of Columbia Public Schools*
## *Before a Special Education Independent Hearing Officer*
## *State Education Agency*

| **In the Matter of:**<br><br>N[redacted] G[redacted],<br><br>**Petitioner**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA PUBLIC SCHOOLS,**<br><br>**Respondent** |
|---|

**AFFIDAVIT**

State of Maryland )
) ss:
County of Frederick )

Sandra Pollock, being first duly sworn, states as follows:

1. I am the associate headmaster of Saint James School, located in Saint James, Maryland. I am over 18 years old and suffer from no legal disability that would prevent my giving testimony in a legal proceeding. All statements in this affidavit are made upon my personal knowledge or are derived from information maintained by Saint James School ("Saint James") in the ordinary course of its business and available to me in my capacity as the associate headmaster of the school.

2. I have an A.B. in social work from Catholic University of America, earned in 1983, and an M.A. in reading from Hood College, earned in 1994.

PLAINTIFF'S
EXHIBIT
NG 35

3. I have worked at Saint James since 1990. I started as an academic tutor and became the academic dean in 1993. I was appointed to my current position in approximately 2001. The original title was assistant headmaster; it is now associate headmaster but the duties have not changed. Before coming to Saint James, I worked (from 1984 until 1988) as a language training tutor at Kildonan School in New York, and as the director of language training at the same school from 1988 until I came to Saint James in 1990.

4. The Saint James program is described at our Web site, located at www.stjames.edu. We are an Episcopal college preparatory boarding school. We are coeducational and place students in Forms 2-6, equivalent to grades 8-12. We have a rigorous curriculum within a supportive and nurturing environment. We enroll 220 students. More detailed information about the school is attached to this affidavit.

5. The typical Saint James student should be able to handle the academic rigor of the school and should be planning to attend college. We are strong in fine arts, require athletic participation, and follow a church tradition. A student is appropriate for Saint James if s/he can participate fully in all aspects of our program, and enjoy and thrive in the company of peers and adults. We are a small, family-oriented community.

6. Saint James has a structured pattern to its day. For boarding students, the weekday begins when students awaken in the dormitory. Students get ready for the day and have an inspection by the dormitory heads. They go to breakfast (required), followed by chapel. Breakfast opens at 7 or 7:15 a.m. and chapel begins at 8 a.m. Students then attend four to five academic classes, followed by a family-style lunch. Usually, eight students and two faculty members sit at each assigned lunch table. Students take turns waiting tables.

Depending on the day, students have two or three more academic periods following lunch. After the academic class day ends, students participate in two hours of athletics, followed by a family-style sit-down dinner at 6:30 p.m. From 7:30 p.m. to 9:30 p.m., Sundays through Thursdays, students are required to attend study hall. Teachers proctor the study hall. Students are in the library, a study hall room or their dormitory rooms, but teachers are available in all locations, and students are encouraged to request help as needed. Students can also make appointments with specific teachers for extra help as needed during study hall and during free periods during the day. Lights out in the dormitories varies according to the students' ages but typically it is at 10:30 p.m. Friday nights are free but students typically remain on campus for such events as movies, open-houses, sports or relaxing in dorms.

7.  On weekends, morning activities depend on the student. Breakfast is open but voluntary both days. Students may have athletic events on Saturdays, when matches are played. Students who have been cited for infractions of school rules participate in work squads on Saturday mornings from 8:30 a.m. to 10:30 a.m. Lunch on Saturdays and Sundays is at noon and dinner is at 6 p.m. These are required (students must check in) but are served buffet style. If a student did not complete all assignments the preceding week, s/he is required to attend study hall from 7 p.m. to 9 p.m. on Saturday night. All students must check in at 10 p.m. in the student center and in the dormitory at 10:30 p.m. The remaining Saturday activities are scheduled individually for students on a sign-up basis. Examples of these activities are shopping, going to the movies, going to Washington, D.C. for a play, going out for dinner or participating in community service. The gymnasium is open to students on Saturdays, or they may choose free time in their rooms or elsewhere on campus. Faculty often open their homes on Saturdays to students. All weekend activities are supervised and proctored by faculty. On Sundays, there is work squad from 8:30 a.m. to 10:30 a.m. There

is an optional church service (mass) at 11 a.m. Mandatory study hall resumes on Sunday evening, except that play practice occurs in the fall on Sunday nights for drama students. N[redacted] G[redacted] was in the drama class.

8. Saint James is small, traditional and structured. We engage with our students all day long as adults. We have a great deal of community time, including meals, chapel, required athletics and required study hall, in addition to time spent in the classroom. There is no television or telephone use during study hall. We do not have required uniforms, but we expect a traditional, professional mode of dress. Girls typically wear blazers, collared shirts, modest skirts or khaki pants, and socks or stockings (no bare legs). To help our students learn to comport themselves and to manage their free time appropriately, they will not always have direct adult supervision during free time, nor do we schedule their weekends other than required athletic participation; however, there are always consequences for inappropriate behaviors. For minor infractions, such as checking in late in the dormitory, the involved adult will speak with the student or might require early check-in in the future; something more serious might engender demerits, suspension or dismissal from school. We monitor the students closely–a function of the close living quarters and constant interaction–and therefore we generally know promptly if a student is not conforming to the school's expectations. We pay attention to their eating habits and know if they are not eating well. We also know whether their room lights are going out at the required times.

9. Academic classes at Saint James average 12 students per class. Some upper-level math and language classes have as few as three students. The largest class at the school has 16 students.

10. All faculty live on campus, in dormitories (three faculty per dormitory in the girls' dorms) or in on-campus housing. They are therefore available to the students 24 hours per day. In addition to teaching classes and living among the students, faculty eat with the students family-style, coach the athletics, and accompany the students on weekend trips. This gives faculty an opportunity to develop close, trusting relationships with students.

11. N[redacted] G[redacted] became close with her dormitory head and Spanish teacher (Ms. Shaw), and her advisor (Ms. Sherman). Ms. Shaw was always supportive of N[redacted] and spent a lot of time with her in the dormitory. Ms. Sherman frequently met with N[redacted] one-on-one to help her get organized academically and was in frequent contact with N[redacted] parents. I also spent a lot of time with N[redacted], as did the school nurse.

12. The school arranges for counseling with a consulting psychologist who meets with students on campus as needed. He also can refer students for additional counseling, particularly psychiatric involvement to prescribe, monitor or adjust medication as needed. There is also pastoral-type counseling available on campus through a group which meets weekly. The group's members include the headmaster, myself, the school nurse, the dean of students, the chaplain and the athletic director. The purpose of this group is to consider any students who might be experiencing elevated needs or who might have been identified by a faculty member as raising concerns. The group's membership is designed to comprise all aspects of school life. In that meeting, we briefly discuss situations at hand, decide whether action needs to be taken, and assign someone within the group to serve as the point person for that student, basing that decision on the nature of the apparent problem. We want to be sure that there is follow-up with the student to take action as needed. For example, if a faculty member reported that a student was not eating, the school nurse would be appointed as the point

person. She would meet with the student, report back to the group and contact the parents. After consulting with the parents, we might refer the student to our consulting psychologist if that seems warranted.

13. Sometimes, we will ask the advisor or dormitory head to serve as the point person, but the group will continue to follow up by considering the student involved each week until the issue seems to be resolved.

14. Saint James is located in a rural setting, just at the edge of Hagerstown, Maryland. The campus has a rural look but we are not remote. We have good access to the city of Hagerstown for weekend trips, but the campus functions self-sufficiently and it is difficult to leave campus without access to a car. There is no public transportation to the school. Students may leave campus only with permission, typically on weekends as part of organized trips. A student will never go to Hagerstown independently. The closest commercial setting is a grocery store approximately one mile from the school. I view this as a very safe environment for our students. There are almost no opportunities for them to get in serious trouble, due to the school's seclusion.

15. I am personally acquainted with N[redacted] G[redacted]. I first encountered her when I served on the admissions committee and considered her application in the summer of 2003. I participated in the decision to admit her. We decided to admit her based upon her application, her testing and our belief that our structured boarding community and academic environment made sense for her. We thought she would thrive academically with the kind of structure we provide. She had interest and experience in athletics, which would allow her to participate in extracurricular activities, making friends and becoming part of a team. She was interested

in singing and drama, talents she could nurture and develop in a way that would also nurture and develop herself and her relationships with others. We recognized her attention deficit hyperactivity disorder ("ADHD"), but have in the past been able to accommodate students with ADHD via small classes, structure and attentive teaching, coaching and dormitory supervision. It seemed that a boarding environment, particularly a small one like Saint James's with its social opportunities, arts curriculum, sports and academic rigor, would be good for N[redacted] while eliminating the distractions of an urban environment. We also thought that the involvement of unrelated faculty, as opposed to parents, would be more acceptable to N[redacted] and thus more conducive to actually having her take advantage of the help available to her. We were aware that N[redacted] had been hospitalized for depression and spoke with her therapist, who assured us that she was not at ongoing risk and that she would not be at risk in a boarding environment. We required that N[redacted] repeat the 10th grade as a condition of acceptance because she had a poor academic year in 10th grade in the public school and was not prepared for Saint James's 11th grade; however, because she had the inherent ability to handle our program, we thought repeating 10th grade was the best way for her to earn academic credit.

16. I believe that Saint James was a logical next step for N[redacted] following public school. She needed accommodations for her ADHD and our small, structured environment was a good place for her.

17. While N[redacted] was at Saint James, I would see her casually around campus. She was at my assigned meal table on two different rotations of five weeks each. I would meet with her periodically for academic or behavioral concerns because we had a good relationship and I could speak freely with her. I reviewed her academic records, including reports from her

teachers, as part of my job. I also spoke periodically with her teachers to provide information to her parents or psychologist. I feel that I know her well.

18. N█████ is a lively, energetic, creative young woman. She commands attention–whether in classes, on the playing field, at the dinner table or in the common room–because she is boisterous and full of life. She is aptly described as having a "big personality," which can range from fun-loving, entertaining and spirited to exasperating, distracting and unreliable. She is generally a positive and kind person; she is not inclined to meanness or gossip. Intellectually, she is bright and extremely capable. Her English teacher often praised her for her critical thinking and her writing. She can be disorganized and challenged by deadlines, but in the right atmosphere she is capable of superior work across the curriculum.

19. Academically, N█████ ranged from average to above-average achievement at Saint James. She earned academic credit for all subjects. She took our standard 10th grade curriculum and passed everything with grades of B and C. She was ready for 11th grade by the end of the school year.

20. I understand that her therapist has recommended that N█████ attend school in a highly structured environment that offers small classes, extended time, teachers who will work with her to help her catch up when her disabilities cause her to fall behind, and an environment that will allow her to build trust with her teachers and that will provide a safe place for her to go when she feels overwhelmed. This is a textbook description of our school. No modifications to the standard Saint James program were needed to deliver what her therapist said she requires in order for her to make educational progress.

21. Based on what I know of N█████, and judging by her previous experience in public school, she would not have succeeded had she remained in a large public high school during the year that she attended Saint James. She needed structure and attention from adults. She would not have received the requisite amount of attention from adults, nor consistent attention. Furthermore, without a special education coding a public high school would not have provided the needed accommodations that are an inherent part of the Saint James program, such as small classes and the structured, supportive environment that all students enjoy. The very nature of our school made it capable of meeting N█████ special education needs without formally designating her as disabled or as entitled to special education.

22. I believe N█████ move to Saint James in 2003 was correct and that it furthered her education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:____________________

________________________________

Sandra L. Pollock

20. I understand that her therapist has recommended that N[redacted] attend school in a highly structured environment that offers small classes, extended time, teachers who will work with her to help her catch up when her disabilities cause her to fall behind, and an environment that will allow her to build trust with her teachers and that will provide a safe place for her to go when she feels overwhelmed. This is a textbook description of our school. No modifications to the standard Saint James program were needed to deliver what her therapist said she requires in order for her to make educational progress.

21. Based on what I know of N[redacted], and judging by her previous experience in public school, she would not have succeeded had she remained in a large public high school during the year that she attended Saint James. She needed structure and attention from adults. She would not have received the requisite amount of attention from adults, nor consistent attention. Furthermore, without a special education coding a public high school would not have provided the needed accommodations that are an inherent part of the Saint James program, such as small classes and the structured, supportive environment that all students enjoy. The very nature of our school made it capable of meeting N[redacted] special education needs without formally designating her as disabled or as entitled to special education.

22. I believe N[redacted] move to Saint James in 2003 was correct and that it furthered her education.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Nov. 30, 2005

Sandra L. Pollock

**Sandra L. Pollock**



# About Saint James School: Mission & Overview

## MISSION

The Mission of Saint James School is to prepare young men and women for academic success in college, and to challenge and inspire them to be leaders for good in the world. We seek to do this within a small and familial residential community which values the moral and spiritual development of our students.

## A BRIEF DESCRIPTION

Saint James School is the oldest Episcopal boarding school founded on the English model in the United States. Founded by Bishop William Whittingham in 1842, the School originally included a preparatory school and college. In the years following the Civil War, the college was eliminated and Saint James evolved toward its present shape. Located in a rural setting, the Georgian-style campus of Saint James sits on 100 acres of farmland containing a natural spring, fields, and streams. The campus lies 5 miles southwest of Hagerstown and is approximately 65 miles from both Baltimore and Washington, D.C. The region offers many cultural and historic points of interest including the C&O Canal, Harpers Ferry, and Antietam and Gettysburg Battlefields. Faculty and students enjoy the cultural resources of the Baltimore-Washington metropolitan area on regular field trips.

Throughout its history, Saint James has remained committed to the precepts of sound mind and body, emphasizing the spiritual, intellectual, physical, and moral development of each student through challenging academics, daily athletics, extensive activities, and community service. At the start of each academic day, the entire School gathers for Chapel, providing an opportunity for thought and reflection for faculty and students of all faith traditions. Simultaneously challenged and supported, Saint James students study a traditional core curriculum, which provides a solid foundation for strong academic achievement at the collegiate level.

A student's character is of fundamental importance at Saint James School, and because of this, the School strives to foster a strong sense of personal and group responsibility and a high standard of honor in each student. The Honor Code (a pledge to not lie, cheat, or steal) expects each student to respect other people and their property. Furthermore, the use of alcohol and illegal drugs is strictly prohibited, as is the use of tobacco in any form. The Honor Council and the Disciplinary Committee, comprised largely of students, review instances of dishonor and misconduct and recommend appropriate dispositions to the Headmaster.

The Prefect Council, made up of ten seniors elected by the students and the faculty, upholds the traditions of Saint James and assists faculty members and the Headmaster in the day-to-day operations of the School. Of this group, one member is elected Senior Prefect, and he or she leads the Prefects in their work.

Saint James is governed by a self-perpetuating Board of Trustees. The School's operating budget is $6.2 million per year. The endowment is approximately $12.7 million. An active Annual Giving program is supported by better than 50 percent of the alumni.

Saint James School is accredited by the Middle States Association of Colleges and the Maryland State Department of Education. It is a member of the National Association of

### QUICK FACTS

Founded in 1842

220 students in Forms II through VI (grades 8 - 12)

Student body comprised of students from 14 states and 12 countries

Average class size: 12 students

7:1 student/teacher ratio

620-acre campus with 13 buildings, seven fields and 12 tennis courts

29 of 32 faculty members live on campus

John E. Owens Library contains almost 20,000 volumes

Located 65 miles from both Baltimore and Washington, DC

More than 50% of alumni support Annual Giving Fund

At least three drama productions performed in the 270-seat Kellam Auditorium each year

Accredited by the Middle States Association of Colleges and Secondary Schools and approved by the Maryland State Department of Education

100% of graduates matriculate into four-year colleges

Advanced Placement courses in English, math, history, science, Latin, Spanish, French, art and music

18 competitive interscholastic athletic teams

Every student participates in sports each season

Independent Schools, Association of Independent Maryland Schools, Cum Laude Society, Council for Advancement and Support of Education, and National Association of Episcopal Schools.

Private, individualized voice and instrumental lessons offered

Average SAT score: 1260

Average senior class size: 50

17641 COLLEGE ROAD, ST. JAMES, MARYLAND 21781 / TEL: 301-733-9330 / FAX: 301-739-1310 / DIRECTIONS

© 2004 SAINT JAMES SCHOOL

saint james school

# About Saint James School: Faculty & Administration

**The Revd. Dr. D. Stuart Dunnan**
Headmaster
History
A.B., A.M. Harvard University
M.A., D. Phil., Oxford University
Headmaster's Web Page

**Sandra Pollock**
Associate Head of School
English
A.B., Catholic University
M.A., Hood College

**Shawn Rousseau**
Dean of Students
English
B.A., Bowdoin College

**Paul Salit**
Director of Athletics
Math
B.S., US Naval Academy

**Richard Bettencourt**
Business Manager
B.B.A., New Hampshire College
M.B.A., Western New England College

**Valerie A. Brown**
Director of Development and Alumni Relations
B.A. Trinity College
M.A. Notre Dame Graduate School
S.T.L. Dominican House of Studies

**Christopher S. Downs**
Assistant Athletic Director
English
Summer Programs Coordinator
B.A., M.A., Washington College

**William W. Ellis, Jr.**
Director of Admission
B.A., University of North Carolina-Chapel Hill

**The Revd. Todd FitzGerald**
Chaplain
Religion
B.A., Texas A & M
M.Div., Seabury - Western Theological Seminary

**Drew M. Lineberger**
Director of College Counseling
B.A., University of the South-Sewanee

**Stephen Monn**
Director of Technology
B.S., Shippensburg University

**Elizabeth Young**
Assistant Director of Admission
B.A., Colgate University

To view email addresses, please log in.

**Marc R. Batson**
English
B.A., Franklin & Marshall College
M.A., Johns Hopkins University

**Mike Brooks '96**
Assistant Dean of Students
Claggett Dormitory Head
B.S., Cazenovia College

**Theodore Camp**
History Department Chair
History
B.A., Long Island University
M.A., University of Connecticut

**Linda Clark**
Math Department Chair
Math
B.S., Roanoke College

**Martin Collin**
English Department Chair
English
A.A., Bradford College
B.A., University of New Hampshire
M.A., University of Maryland

**Graciela Dempsher**
Spanish
B.S., West Chester University

**Carey N. Gates**
Art
M.F.A., Pennsylvania Academy of Fine Arts

**Charles Holder**
Economics
B.A., M.Ed.; Frostburg University

**Sara Hume**
English
B.A., University of Virginia

**Viviana Jimenez de Nicolosi**
French
Spanish
B.A., Marquette University Universite de Montpellier
M.A., New York University

**Adam Kettler**
Spanish
B.A., Washington University

**Kimberly Knapp**
Math
B.A., Pomona College

**Brianna Krull**
Science
B.A., Washington University

**Spencer Lake**
Science
B.S., Stanford University

**Daniel Lynch**
Math
B.S., Franklin & Marshall College

**Charles Meehan '65**
Senior Master
Math
A.B., Franklin & Marshall College

**Mark Michael**
History
Chapel Verger
A.B., Duke University
B.Th., Oxford A.

**Jennifer Muller**
History
B.A., Dickinson College

**Kurt Muller**
Latin
B.A., Dickinson College

**George (Geordie) Newman III '93**
Environmental Science
B.A., Gettysburg College
M.A. Johns Hopkins University

**Douglas Otto**
Science
B.S., M.A.; Southwest Missouri State University

**Djohariah Pfaehler**
Spanish
B.S., Springfield College

**Laurie Rousseau**
Math
B.A., Yale College

**Anne Sension**
Coordinator for Tutoring & ESOL Support
B.A., Pennsylvania State University

**Jennifer Sherman**
Librarian
Foreign Language Chair
Spanish
B.A., University of North Carolina
M.L.S., Simmons College

**Beth Wheeler**
English
B.A., Roanoke College

**Barbara Wischmeier**
Fine Arts Chair/Organist/Choirmaster
B.A., Judson College
M.M., Northern Illinois University

**Karl Yergey**
History
B. A., Franklin & Marshall College
M.A., Boston College
Ph.D. Candidate, West Virginia University

**Jesse L. Young**
Science
B.A., Colgate University

**Jonathan Youngner**
Science
B.A., Wesleyan University

**To view email addresses, pleaselog in.**

17641 COLLEGE ROAD, ST. JAMES, MARYLAND 21781 / TEL: 301-733-9330 / FAX: 301-739-1310 / DIRECTIONS
© 2004 SAINT JAMES SCHOOL

saint james school

# About Saint James School: Staff

**Betty Barr**
Receptionist

**Jill Brooks**
College Guidance Secretary

**Samuel Chan, M.D.**
Physician

**Ellen Davis**
Headmaster's Secretary

**Judith Eardley**
Financial Assistant

**Holly Gerkin, ATC**
Athletic Trainer

**Michelle Grim**
Development Assistant

**Karla McNamee**
Admissions Assistant

**Janice McWilliams, R.N.**
Nurse

**Gay Miner**
Accounts Payable

**Donette Sines**
Student Billing

**Sarah Spurgas**
Associate Director of Communications

**Holly Sutherland**
Associate Director of Development

**Nancy Youngblood**
Bookstore Manager

**Patricia Zimmerman**
Academic Secretary/Registrar

## QUICK FACTS

Founded in 1842

220 students in Forms II through VI (grades 8 - 12)

Student body comprised of students from 14 states and 12 countries

Average class size: 12 students

7:1 student/teacher ratio

620-acre campus with 13 buildings, seven fields and 12 tennis courts

29 of 32 faculty members live on campus

John E. Owens Library contains almost 20,000 volumes

Located 65 miles from both Baltimore and Washington, DC

More than 50% of alumni support Annual Giving Fund

At least three drama productions performed in the 270-seat Kellam Auditorium each year

Accredited by the Middle States Association of Colleges and Secondary Schools and approved by the Maryland State Department of Education

100% of graduates matriculate into four-year colleges

Advanced Placement courses in English, math, history, science, Latin, Spanish, French, art and music

18 competitive interscholastic athletic teams

Every student participates in sports each

season

Private, individualized voice and instrumental lessons offered

Average SAT score: 1260

Average senior class size: 50

17641 COLLEGE ROAD, ST. JAMES, MARYLAND 21781 / TEL: 301-733-9330 / FAX: 301-739-1310 / DIRECTIONS
© 2004 SAINT JAMES SCHOOL

No server configuration for www.stjames.edu.

saint james school

# Arts: Home

The Fine Arts Department of Saint James School is comprised of music, art, dance, and theatre. The arts at Saint James School are a vigorous department at the heart of a thriving school.

'The Arts For All' is a fundamental principle of the Fine Art Department's work. Participation in instrumental and choral ensembles, daily chapel, the Mummers' Society, Studio Art, Art Club, Yearbook, Music Theory, Private Instruction, Advanced Musical Instruction, Octet +1, Dance, and Stage Crew inspires loyalty, confidence and an appreciation of quality. The arts faculty is an experienced and dedicated team that shares their enthusiasm, passion, and expertise with students.

**The arts are an integral part of life at Saint James.**

An error occurred on the server when processing the URL. Please contact the system administrator.

saint james school

# Academics: Home

The hallmark of Saint James School's academic program is our core curriculum, which is designed to provide a sound foundation in all disciplines and to prepare our students for further study at a four-year college. Both rigorous and supportive, the academic program stimulates and challenges students to develop their strengths and to cultivate and improve skills in other disciplines. All students are grounded in the basic skills and content of traditional liberal arts and sciences. Advanced Placement courses are offered for able and interested students who wish to pursue subjects in greater depth. Electives are offered to upper-form students for enrichment and the exploration of new interests.

To foster the self-discipline of effective time management and study habits, students work in their dorm rooms, the library, or the study hall room. A dedicated faculty inspires, teaches, and encourages our students to meet a particular challenge or strive for an ambitious goal. They are available to students either by appointment or informally, and students are urged to seek out a teacher whenever they need extra help. Small classes, typically 10 to 12 students, ensure that each student is engaged and actively involved in class.

## FACULTY PROFILE

**Marty Collin**

**English Department Chair**
**Director of the Mummers' Society**

"In our state-of-the-art performing arts facility, our students create serious dramas, murder mysteries, madcap comedies, student-directed one-act plays and the annual spring musical. Long hours, late nights, and many rehearsals—the Mummers' Society offers a challenging and rewarding opportunity for young actors and actresses.

"We have a small theater department, and although I have directed more than 60 productions at Saint James, I still get an energized and magical feeling when I sit down for the first read-through with the cast and watch a production come together at the eleventh hour amidst the hum and buzz of our technical challenges, missing costume pieces, choreographer scheduling, cranky light fixtures, and budget concerns. Many of our students find a home in the theater department, Kellam Auditorium and Bowman-Byron Fine Arts Center, and I am always trying to make this home a bit more magical and welcoming to the next generation of Saint James students."

© 2004 SAINT JAMES SCHOOL

No server configuration for www.stjames.edu.

saint james school

# Student & Residential Life: Home

## OVERVIEW

Saint James is a residential school with 75 percent of its students boarding. You will form strong friendships with your roommates and hallmates as you attend classes, play sports, eat meals, participate in weekend activities and trips and enjoy downtime together. You will receive support from your teachers in class, on the playing fields and in the dorms. You will live on campus with faculty members who are your teachers, your coaches and your mentors.

When you arrive on campus to move in, you will be greeted by your "big sibling," a returning student who will help you learn the ropes. A student prefect lives on each hall. Prefects are school leaders who encourage fun community living by setting positive examples.

An error occurred on the server when processing the URL. Please contact the system administrator.

saint james school

# Student & Residential Life: Residential Life

## WHY BOARD?

The decision to board at Saint James is a decision to live at a school, and thus a decision to make school and the relationships at school important. Typically, students who board at Saint James come to this decision by two routes: either they have chosen Saint James over other boarding schools or they have chosen to board at Saint James while attending the school as day students. In both cases, the motivation is the same: they want to live here and to be full members of a close and caring community of students and teachers working and living together.

Students who live at Saint James share the joys and challenges of boarding school life with a wide variety of friends, and they are thus enriched by this diversity of talents and backgrounds. Most importantly, the quality of these friendships is deep, reflecting the shared experiences of boarding life. Often it is the informal times shared at school, hanging out after evening study hall and having fun on the weekends, which afford the best opportunities for boarding students to show and appreciate their more personal qualities such as humor, good will, and integrity. By living together in such a community, students emerge from their experiences at Saint James with a strengthened sense of the essential interrelationship of mind, body, and spirit.

## DORMITORIES

Saint James has two girls' and three boys' dormitories. Gertrude Steele Coors Hall and Holloway House combine to house 65 girls. Second- and third-form (eighth and ninth grade) girls live in Coors while fourth, fifth and sixth formers (tenth, eleventh and twelfth graders) live in Holloway. Hershey, Onderdonk and Claggett Halls provide space for 100 boys. Second-form boys live in Onderdonk, third-form boys live in Hershey and fourth, fifth and sixth formers are housed in Claggett.

Your bed, desk and dresser are provided, but you can decorate your room to reflect your own personal style. Both dorms have common rooms equipped with plenty of furniture for lounging, a television and a refrigerator.

## WEEKEND ACTIVITIES

Weekends are full of fun activities for you and your friends. You will have the opportunity to attend the theater or concerts in Baltimore or Washington, DC. If you enjoy the outdoors, hiking, camping and skiing trips are fun. Other weekend activities include ice skating, mystery trips,

## TOP TEN JOYS OF BOARDING

A home away from home.

Talking with the dorm master—anytime.

Hanging with roommates.

Being who you really are.

Making friends for life.

Dorm teachers act like second parents.

Rooming with students from all over the world.

24/7 learning about yourself by living with others.

Eigth graders can be friends with seniors.

No cliques. Just one big family.

movie runs on Saturday nights, mall trips and jaunts to Washington, DC. Faculty open houses provide the opportunity to hang out with faculty and friends in a relaxed family atmosphere. During the weekends at Saint James, you will create memories and build friendships that will last a lifetime.

17641 COLLEGE ROAD, ST. JAMES, MARYLAND 21781 / TEL: 301-733-9330 / FAX: 301-739-1310 / DIRECTIONS
© 2004 SAINT JAMES SCHOOL

saint james school

# Student & Residential Life: Community Service

Students pose before starting their cleanup of the C&O Canal near Dam Number 4

### What is community service?

Community service at Saint James School is in effect a tangible demonstration of the School's core values. In striving to live up to the School's mission, the community service program seeks to instill in students values that will empower them to become 'leaders for good in the world.' We believe that through serving others, one learns the virtues generosity, respect, humility and gratitude. It is qualities like these which enable students to lead good and just lives when they leave the comfortable confines of our campus. When a student is challenged to look beyond his or her own personal circumstances, and reaches out to people in need, he or she finds fulfillment and a perspective on life that could never be acquired in a classroom.

### What is the Saint James requirement?

To encourage students to see service as a natural and vital aspect of their lives, Saint James requires a minimum of 15 hours of community service for every year at the School. This requirement must be met by the student's graduation day. Service hours may be completed beginning on a student's first day at Saint James School. The requirement may be met through projects done during vacations at home or by participating in the many volunteer opportunities regularly scheduled by the School as weekend activities. Such service activities are among the most popular offerings on a typical Saint James weekend. For projects arranged over a vacation, approval must be received in advance from the faculty Community Service Coordinator.

### What types of service do Saint James students perform?

Saint James students commonly initiate and lead new service activities, and faculty sponsors are easy to find. Projects take many forms. Below is a sample of some of the projects undertaken in the past year at Saint James:

Host to two on-campus American Red Cross Blood Drives • Chili Cook-Off to benefit the Community Free Clinic • Washington County Arts Council's Children's Arts Festival • Alzheimer's Association Memory Walk • Habitat for Humanity of Washington County • Christmas Gift-Wrapping to benefit the American Red Cross • Antietam National Battlefield Memorial Illumination • Host to Luncheon with Santa for underprivileged

Hagerstown area youth • Trash pick-up along roads in Washington County • On-campus recycling of aluminum and plastic • Helping feed meals to elderly residents at a local nursing home

For many students at Saint James School, community service becomes more than a mere requirement—it becomes a personal habit. Many students accumulate hundreds of hours of service. They see the need for giving of themselves, as well as the impact they can have on others' lives. Through community service, Saint James students learn that by lending a helping hand in the lives of others, they give meaning to their own.

© 2004 SAINT JAMES SCHOOL



# *District of Columbia Public Schools*
## *Before a Special Education Independent Hearing Officer*
## *State Education Agency*

| **In the Matter of:** |
|---|
| **N[redacted] G[redacted],** |
| **Petitioner** |
| **v.** |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS,** |
| **Respondent** |

**AFFIDAVIT**

Commonwealth of Massachusetts )
) ss:
County of Berkshire )

Pilar Ciriza El Cid Gale, being first duly sworn, states as follows:

1. I teach Spanish literature, Spanish culture and freshman English at Buxton School, located in Williamstown, Massachusetts. I am over 18 years old and suffer from no legal disability that would prevent my giving testimony in a legal proceeding. All statements in this affidavit are made upon my personal knowledge or are derived from information maintained by Buxton School ("Buxton") in the ordinary course of its business and available to me in my capacity as a teacher at the school.

2. I was born, raised and educated in Spain. I earned a B.A. in 1961 from Sacred Heart College in San Sebastian, Spain. I then took courses in France and England, but did not earn additional degrees.

PLAINTIFF'S EXHIBIT NG36

3. I have worked at Buxton since 1968, except for 1976-77, when I took a year off from teaching, and the 1977-78 school year, when my husband and I taught at North Country School in Lake Placid, New York. During my time at Buxton I have taught and also served as dean of girls, as an officer of the administrative committee and as associate director.

4. The Buxton program is described at our Web site, located at http://www.buxtonschool.org/. Buxton is a college preparatory program which enrolls 90 students in the 9th through 12th grades. Almost all students board at the school. We are academically rigorous with a high emphasis on the arts. We have music, singing, studio arts, photography, ceramics, drama, dance and drum programs. More detailed information about the school is attached to this affidavit.

5. The typical Buxton student is very bright and does well in an environment that affords a lot of personal contact with adults to foment self-esteem, trust and basic growth. This student may not be doing well in a large, impersonal environment but has the potential for great success in a community that affords personal rights along with imposing personal responsibility.

6. The Buxton weekday starts at about 7 a.m. when the dormitory supervisors wake them up. The supervisors are students who are voted in by their student peers. Faculty advisors assist the supervisors at this time, to reinforce the obligation to start the day and to do morning chores such as cleaning up the students' rooms. Classes begin at 8 a.m., after breakfast. There is a half hour snack break at 10:15 a.m. and then we have lunch from 12:30 p.m. to 1 p.m. Students typically take four or five 45-minute classes during the school day, which runs from 8 a.m. to 3 p.m. During periods when students are not in classes, they may study

wherever they wish (the gardens, their rooms, the library, etc.); however, under certain circumstances this privilege may be revoked. Every Tuesday there is a formal faculty meeting at which the faculty assesses whether the student is keeping up with his or her work. If the faculty determines that the student is not performing at an acceptable level, it is assumed that the student is not using the free time wisely and the student will be required for the next week to attend mandatory study hall during free periods. This is assessed at the weekly meetings until the student has resumed acceptable performance, at which time the student is permitted to resume studying in the location of his/her choice during free time. From 3 p.m. to 5 p.m., students participate in organized sports. An organized sport or another outdoor activity, such as hiking, is mandatory in the fall. Sport is not mandatory in the winter, but the school offers enough interesting winter activities (such as yoga, tae kwan do and basketball) that we find that almost all students choose to participate in some type of physical activity. Between 5 and 6 p.m. students have free time. Dinner is at 6 p.m. From 7:15 to 9 p.m., students may choose an evening activity from among drama, creative writing, dance, orchestra and chorus. Many students participate in more than one of these activities. Students who do not sign up for one of these activities attend a supervised study hall during this time. Students then have free time until 10 p.m. Usually, this time is spent socializing at the main house, among both students and faculty. By 11 p.m., students must be in the dormitories and must be quiet. Lights out is at 11:30 p.m. Faculty members conduct bed checks, which include speaking with any students who seem upset or concerned. This is one of the most important moments of the day.

7. On Tuesdays, we have a work program from 1 p.m. to 3 p.m. The community breaks into small groups, each run by two faculty and two students. Each group performs jobs that need to be done around campus. This encourages students to feel that the campus is "theirs,"

promotes pride in their physical environment and increases their sense of personal responsibility.

8. On Friday evenings, the recreational committee, run by four students, organizes fun activities for the whole community, such as watching a movie or playing Charades. This takes place from 7 p.m. to 10 p.m.

9. On Saturday mornings, there is a two-hour work program. The kitchen staff has the day off and the students cook for the community, usually with the help of faculty. These students select their menus and organize the effort. They cook for 90-100 persons every Saturday. After lunch, students are allowed to go to town until dinnertime, at which point they are supposed to rejoin the community and participate in the meal their peers have been cooking. Students may return to Williamstown, a very safe college town, in the evening, but they must return to school by 11:30 p.m.

10. On Sundays, students may sleep until noon but brunch is available if they wake up in time. There is a whole-school meeting at noon. Afterward, students clean up the dormitories, do their work jobs and then enjoy free time until 6 p.m. They stay on campus and most do their school work, study quietly and consult with teachers. Tea is prepared by students and served to students and teachers in the afternoon. After dinner, students may go to study hall or the school may arrange for a speaker.

11. Buxton's program is structured. There is always a sense of responsibility and students always have obligations. Their days are organized around responsibilities and expectations.

12. The largest class at Buxton is 15-16 students. A typical class would have six to eight students.

13. Students have ample opportunities to interact with staff. Most faculty live on campus. They are present in study hall, at meals and as chaperones for trips. Students are told faculty are always available, and they take advantage of that. When not teaching their individual classes, faculty tend to congregate in the main house, which students visit throughout the day.

14. The staff monitor students closely. We talk about each student every Tuesday, not only about how they are doing academically, but also how they seem to be behaving. A student who is perceived as sad or unhappy will be monitored by the faculty if this issue is raised.

15. I first met N[redacted] G[redacted] about two years ago when she interviewed for admission at the school. Since then, she became my student in Spanish 4. This year, I have taught her cultural studies and have served as her personal and college advisor. I think I know her quite well.

16. N[redacted] is very bright with a terrific mind and a good heart. When she first came to Buxton, she lacked self-esteem and doubted her ability to achieve. She can get distracted but can be focused by talking to her and pointing out that this affects her studies. She needs personal involvement by others to bring her back to her studies. Academically, she needs a demanding and intellectually stimulating environment, but one where she will not get lost among many and where the instructor is aware of her as a unique individual with tremendous potential.

17. N[redacted] is doing very well academically. Her SAT scores were very high and she recently earned above-700 scores on the Spanish and English SAT IIs. In her courses at Buxton, she has an A- average. She passed all her courses and earned full credit for the 11 th grade last year. She is doing well this year. She is making appropriate academic progress as a Buxton student.

18. The school has provided opportunities for N[redacted] to grow emotionally by giving her responsibility for herself and others. She feels that she is useful. She has taken leadership roles. Her peers voted her a dormitory supervisor this year, which demonstrates that she has their respect. She must lead by example by getting up earlier than everyone else and then making sure that everyone else starts the day properly. Last year, when the entire school took a trip to Puerto Rico, N[redacted] knowledge of Spanish allowed her to take the lead on making food arrangements for over 100 persons. She did a lot of the preparatory work before we left to contact restaurants, negotiate prices, arrange for special dietary concerns and make all other arrangements. She did an excellent job and it made her an integral part of our organization.

19. N[redacted] emotional state has been up-and-down since entering Buxton. She has had times when she was emotionally fragile. When this occurs, a faculty member who is close to her, often me, speaks with her to figure out the problem, suggests ideas for coping and reinforces that she can get through the crisis. The school also facilitates her sessions with a therapist in town. I believe that the staff recognize any problems as soon as they occur, so that bad situations do not worsen.


20. Buxton is unquestionably an appropriate place for N[redacted]. If she were in a large public high school without support for her emotional problems and ADHD, I believe she would be lost and would feel defeated. I doubt that she would be keeping up with her work nor that she would have achieved the high SAT scores that she earned. As a professional who was worked in the educational field for nearly 40 years, I have real concerns about whether N[redacted] would be on the verge of graduating from high school, as she is at Buxton, were she to be attending a large public high school at this time. She has also benefitted greatly from the small community here and the trust that we foment through the total experience of caring for others and taking care of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:____________________

____________________________________

Pilar Ciriza El Cid Gale

19. N[redacted] emotional state has been up-and-down since entering Buxton. She has had times when she was emotionally fragile. When this occurs, a faculty member who is close to her, often me, speaks with her to figure out the problem, suggests ideas for coping and reinforces that she can get through the crisis. The school also facilitates her sessions with a therapist in town. I believe that the staff recognize any problems as soon as they occur, so that bad situations do not worsen.

20. Buxton is unquestionably an appropriate place for N[redacted]. If she were in a large public high school without support for her emotional problems and ADHD, I believe she would be lost and would feel defeated. I doubt that she would be keeping up with her work nor that she would have achieved the high SAT scores that she earned. As a professional who was worked in the educational field for nearly 40 years, I have real concerns about whether N[redacted] would be on the verge of graduating from high school, as she is at Buxton, were she to be attending a large public high school at this time. She has also benefitted greatly from the small community here and the trust that we foment through the total experience of caring for others and taking care of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/30/2005

[signature]

Pilar Ciriza El Cid Gale



site index...

## about Buxton

welcome

academic life

boarding life

faculty

administration

trustees

local area

employment

### Welcome

Buxton is located in a small historic New England town in the heart of the Berkshires. The campus itself, encompassing 150 acres of meadow and forest, is a backdrop for the enthusiasm and energy that unfolds at Buxton.

The Buxton student body averages ninety students, with an equal number of boys and girls. From its inception, Buxton has been committed to cultural, racial, and economic diversity.

The school was founded by Ellen Geer Sangster in 1928 as a coeducational country day school in Short Hills, New Jersey. In 1947 the high school was moved to Mrs. Sangster's family estate in Williamstown, Massachusetts, and formed anew as a boarding school. The first Williamstown enrollment of twenty-two students included nineteen from Buxton-Short Hills, and all but one member of the first faculty followed from the New Jersey school -- testimony to the dedication and commitment of those involved with Buxton.

Take our web **tour** to see what life is like at the school. Or read more by exploring our site further. Also consider requesting a packet of **information**.

Buxton School is accredited by the New England Association of Schools and Colleges.

E-mail comments about this site to WebAdministrator

©2002 Buxton School All Rights Reserved

site index...

about Buxton

389

site index...

academics

academic life

faculty

english

history and social sciences

mathematics

science

languages

arts

## Academic Life

**Course List**
**Report Letters**
**Study Halls**
**Graduation Requirements**
**College Process**
**Time Line, College Advisors**
**Testing, Interviews**
**Applications, Financial Aid**
**Choices, Transcripts and Recommendations**
**Colleges Attended**

Buxton students are given a solid base upon which to build their everyday experiences and aspirations for further study.

The curriculum at Buxton is broad and demanding, offering a combination of traditional subjects, courses in the arts, and some studies rarely encountered before college. Courses, activities, and community life all contain vital potential for growth, so individual course programs allow for a mixture of academic and nonacademic pursuits.

Buxton School is accredited by the New England Association of Schools and Colleges.

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

1 of 8 **next page >**

## Academic Life

**Course List**
**Report Letters**
**Study Halls**
**Graduation Requirements**
**College Process**
**Time Line, College Advisors**
**Testing, Interviews**
**Applications, Financial Aid**
**Choices, Transcripts and Recommendations**
**Colleges Attended**

Buxton students are given a solid base upon which to build their everyday experiences and aspirations for further study.

The curriculum at Buxton is broad and demanding, offering a combination of traditional subjects, courses in the arts, and some studies rarely encountered before college. Courses, activities, and community life all contain vital potential for growth, so individual course programs allow for a mixture of academic and nonacademic pursuits.

**COURSE LIST**

ENGLISH

**English I - IV**
**Writing Workshops**

HISTORY and SOCIAL SCIENCE

**Freedom and Social Order**
**American History**
**Advanced European Studies**
**The Vietnam War**
**Depression America**
**Contemporary social Movements**
**Equality and/or Freedom**
**Western Philosophy**
**Psychology**

MATHEMATICS

**Algebra I & II**
**Geometry**
**Precalculus**
**Calculus**
**Calculus II**

SCIENCE

**Biology**
**Marine Science**
**Chemistry**
**Physics**
**Advanced Physics**

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

FOREIGN LANGUAGES

**French I - IV**
**Spanish I - IV**

THE ARTS

**Studio Art**
**Ceramics**
**Photography**
**Music I - III**
**Drama I & II**
**Film History**

---

1 of 7 **next page >**

## English

*The content of courses may vary from year to year.*

**English I**

The goal of this course is to introduce students to the power of words in the world of literature. Once they become familiar with their beauty, they can begin to discover their own potential for effective communication as they continue their intellectual and personal growth. Various genres in literature are explored in order to expose the students to a general overview of the many thoughts and theories that have evolved through the centuries. Students are required to write short essays and papers, always geared towards personal improvement of their writing skills. This course provides a safe forum where students can learn to listen, discuss their points of view, and reach conclusions based on careful analysis and personal responses to the topics at hand.

**English II**

Sophomore English is meant to be a time of exposure, discovery, and analysis. Building on the passion for literature that students bring from their freshman experience, students must now start to "look behind the curtain," to see how writing works. How does an author build a book? How does she create meaning? And how can he do the same with his own writing? The course is designed to expose students to as many different kinds of writing and writers as possible. Plays, poetry, short stories, novellas, novels, and graphic novels are all included in the reading. Authors range from William Shakespeare, Fyodor Dostoevsky, and Franz Kafka to Gabriel García Márquez, Art Spiegelman, Jamaica Kincaid, and Barbara Kingsolver. Students also do a great deal of writing in the course, with assignments ranging from short analytical essays to long papers to original short stories to comics to poems. Finally, the course emphasizes discussion. Each day, students meet to talk about what they are reading, engaging together to try to discover meaning and understanding, to react to books, to share their passions or dislikes. By grappling with literature in this way, students can begin to make connections between books, between themselves and literature, and between their own thoughts and their own creation.

1 of 3 **next page >**

E-mail comments about this site to WebAdministrator

©2005 Buxton School All Rights Reserved

site index...
academics

English

**English III**

The junior year is often a time when a student's intellectual and ethical life takes on an added dimension of seriousness. Along with developing analytical and expressive skills, members of the junior class find themselves increasingly in a position of responsibility for the group life of the school. Accordingly, readings for this course are selected with the intention of challenging and extending students' ideas about individual courage, the bonds of friendship and family, the connection between intellect and emotion, and -- not least -- the role of language and literature in a life that is both active and reflective. Specific texts will vary from year to year and will come from a variety of times and places.

A good deal of writing is included. In the fall, students will do weekly writing assignments in order to hone their analytic writing skills. Later assignments will be fewer but longer, allowing students to deepen and expand their powers of written expression. Creative writing is also part of the curriculum.

Class meetings take a variety of forms. There is a certain amount of informal lecture, a great deal of whole group discussion, and weekly small group meetings to discuss individual reactions to texts in greater depth. Some time will also be given over, as appropriate, to nonacademic discussions of our shared life outside of the classroom.

**English IV**

This course continues, on a more advanced level, many of the directions begun in the earlier years of English at Buxton. The fall term starts with a seminar in composition in which a review of standard written English is followed by an exploration of expository and fictional forms. Student writing, class reading and discussion of it are at the center of this part of the course. Readings later in the year include works of John Keats, Henrik Ibsen, Sigmund Freud, W. E. B. Du Bois, E. M. Forster, Virginia Woolf, D. H. Lawrence, and Primo Levi.

< previous page 2 of 3 next page >

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved



academics

academic life

faculty

english

history and social sciences

mathematics

science

languages

arts

English

**Writing Workshop: Fiction and the Critical Essay**

This yearlong course will be run in a workshop format. Designed to address the needs and interests of its members, the course will provide students with an opportunity to develop and hone their writing skills across a range of genres, with particular emphasis on the critical essay and the short story. Students will write continuously for the course, and will receive extensive feedback on style, technique and mechanics by way of group workshops and individual conferences. In addition to reading and commenting on one another's written work, students will also read, study, and discuss the writing styles of such authors as George Orwell, Virginia Woolf, Marcel Proust, Ernest Hemingway, and Kurt Vonnegut. (04-05)

< previous page 3 of 3

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

site index...

academics

academic life

faculty

english

history and social sciences

mathematics

science

languages

arts

## History & Social Sciences

### Cultural History of the Twentieth Century

This freshman and sophomore class sets out to examine the dominant movements in artistic expression in the 20th Century, with emphasis on how they reflected and influenced major historical events. Source materials will be varied: Films, slides of the fine arts, music, prose, poetry, plays, television, and visits to local museums will all be used. Students will be expected to write a series of two-page papers, complete at least one creative project, and make a well-researched presentation to the class concerning the sociopolitical context of a particular work of art.

### Freedom and Social Order

This sophomore course addresses the crucial questions of freedom that are so pressing for adolescents. What are the limits of freedom? How do you balance individual freedom and social order? Does too much freedom lead to anomie and alienation? How should communities be organized? These questions will be approached through a series of philosophical and historical investigations. The course will survey several religious traditions that are antithetical to American notions of individualism -- Taoism, Confucianism, and Native American philosophies. How contemporary notions of freedom and government developed during the Enlightenment will be examined and how philosophies of individualism were frequently tied to theories of capitalism will also be studied. This will be followed by a consideration of how the economic inequities created by capitalism threaten certain democratic freedoms. In the final segment of the course, communism -- both its idealistic theory and its oppressive practice -- will be investigated. Throughout, there will be reading of philosophical texts, historical works, personal reminiscences, and fiction.

### American History

This course for juniors is a survey of the American political and cultural experience. This approach confronts history as a system of ideas and values that are not merely to be acknowledged and appreciated in their own right but are to give meaning to contemporary life. Historical material is introduced, beginning with the founding of the Jamestown colony and concluding with the final days of the Nixon administration. Issues and events in the American experience will be defined, discussed, and causally or circumstantially related to contemporary affairs. The expectation is that the class will

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

generate its own historical narrative as the year progresses and therefore no single text is assigned.

**Advanced European Studies**

A. E. S. treats art and architecture as primary documentary material in a survey of western European history. This course for seniors is roughly divided into three segments. The fall begins with a detailed study of Imperial patronage at San Vitale in Ravenna, northern Italy, and concludes with a discussion of Raphael's frescos for Pope Julius II at the Stanza della Segnatura at the Vatican in Rome. The winter is dedicated to a study of Reformation and Counter Reformation political cultures and their influence on painting. This is then expanded to include a more general survey of Baroque art and architecture in Spain, Holland, France, and Italy. In the spring the focus is on a study of Royal authority, revolution, and romanticism. The course concludes with a brief study of the politics and images of World War I.

While there are no tests, a number of research papers are assigned. It is expected that students will become familiar with the Buxton, Williams College, and Clark Art Institute libraries as the year progresses.

---

1 of 4 **next page >**

site index...
academics