## academics

**academic life**

**faculty**

**english**

**history and social sciences**

**mathematics**

**science**

**languages**

**arts**

E-mail comments about this site to WebAdministrator

©2005 Buxton School All Rights Reserved



**History & Social Sciences**

### The Vietnam War: History and Representation

The Vietnam War was a traumatic event for America. The world's most powerful army was defeated by tenacious guerillas. Historically, the war changed American politics at home and its policy abroad, destroying the consensus culture that had ruled the country since World War II. Vietnam became a cultural touchstone, a symbol of (take your pick): American smugness, the rising communist tide, the failure of industrial might, military bungling, the perfidy of the press, cross-cultural misunderstanding, governmental timidity, governmental arrogance, and individual psychosis. This class will look at the history of the Vietnam war, its effects on American society, and its representation in journalism, fiction and films. (elective)

### Depression America: Society and Culture of the 1930s

The Great Depression was both a national tragedy and a period of tremendous social and cultural ferment and creativity. The economic collapse encouraged new ways of thinking about America and the world. With the New Deal came a new sense of activist government and a Democratic majority that would largely determine public policy for the next 40 years. It also generated more radical responses, including the most popular socialist movement in America's history as well as forms of nativist fascism. Artistically it was a period of self-examination and the rediscovery of "the people." This course will look at traditional political history, social transformations and popular culture. We will read both historical works and fiction, and look at both photographs and films in an attempt to deepen our understanding of this complex and dynamic period in American history. (elective)

### The Middle East in the Twentieth Century

The Middle East has clearly been thrust into the center of the world's consciousness. This course is designed to increase our understanding of the historical and cultural roots of the tensions that characterize the area today. We will look at the collapse of the Ottoman empire, the colonialist and neocolonialist governments that took its place and the rise of nationalism and Pan-Arabism. We will also examine the changing role of Islam in political movements and the cultural struggles between traditionalism and modernization. And then of course there's oil. Although the class will broadly cover the region as a whole, it will focus particularly on Egypt, Iran, Iraq and Israel/Palestine. The class work will be primarily reading and discussion. We

will read academic histories, political essays and personal memoirs. (04-05)

### Africa

This fall we will study many important and unique aspects of Africa, which has sometimes been called "the Dark Continent." The results of this label have created misunderstandings about a place that is historically important to mankind. We will cover human evolution and social development, the beginnings of agriculture, ancient civilizations, trade routes, art, culture, famine, disease, slavery, colonialism, nationalism, independence and the Aids epidemic. Our class discussions will be supported with documentaries and our primary text, A Biography of the Continent Africa, by John Reader. Students will also broaden their understanding of Africa with class presentations and independent projects of personal interest.

< previous page 2 of 4 next page >



**academics**

**academic life**

**faculty**

**english**

**history and social sciences**

**mathematics**

**science**

**languages**

**arts**

E-mail comments
about this site to
WebAdministrator

©2005 Buxton School
All Rights Reserved



## History & Social Sciences

### Equality and/or Freedom

American society is founded on the twin notions of freedom and equality. But how well do they go together, and how do we balance those values when they are in conflict? This course will begin by examining the philosophical foundations of American society, the balance of democracy and individual rights. It will then explore the relation of capitalism to freedom, both positively (in terms of freedom of property) and negatively (in terms of the restricted freedoms of the poor). We will then explore alternative social philosophies, such as conservatism, communitarianism and fascism, as well as the different economic models of socialism and communism. The course will serve as an introduction to political and economic theory and to the question of how to imagine an ideal social and political order.

### Globalization

Globalization is one of the most powerful economic and social forces in the world today. This course will examine the implications of an economic world where many corporations are richer and more powerful than most countries. Does third-world production mean exploitation of low-paid workers, or are the jobs a good thing for people in an underdeveloped economy? Does global capitalism help make the world more efficient and ultimately richer, or does all the wealth go to a small elite while everyone else gets poorer? What are the environmental effects of shifting production to poor, desperate countries that can't afford the luxury of environmental protection? What are the cultural effects of the mass-produced Western goods and images that flood the market? What are the effects of the internet and other forms of easy, international communication? What are the political effects of the rise of international institutions that threaten the autonomy of governments? These are some of the questions we will be asking in this course. The work of the class will be reading and discussing arguments about economics, environmentalism, politics and cultural theory.

### Rights and the Law

This class will examine the law in America. It will begin with a critical examination of who makes laws. A democratic system assumes that laws are made by representatives elected by the majority. But the question of how those representatives are chosen is very complex, and every system has its own built-in advantages and disadvantages. We will then look closely at the Bill of Rights, examining how those

rights—freedom of speech, religion, etc.—are actually defined by the courts. We will look in particular at historical Supreme Court decisions. Then we will examine how the law works in practice—policing, legal representation, criminal trials, civil trials. Finally we will end with consideration of a few particularly controversial legal issues, such as the death penalty and drug decriminalization. The work of the class will be primarily reading, with some short papers and moot court presentations.

## Social Documentary

Historical events and societal trends are portrayed in many different ways. Graphic novels, radio stories, oral histories and film documentaries all examine serious subjects while being both more accessible and more engaging than academic publications. The class will look at how each of these forms has been used as a type of social documentary. As well as reading, listening to or watching the documentaries, each student will learn to tell a story through a graphic novel, an audio piece, an oral history and a video documentary. We will discuss the history of each form and look at how different aspects of the same story are emphasized by each.

## Contemporary Social Movements

This course will examine five social movements that have challenged and changed society in the last fifty years: civil rights, feminism, gay rights, environmentalism, and anti-globalization. We will study the histories and the theories of the movements, looking at both early formulations and how those arguments reverberate today.

< previous page 3 of 4 next page>



## academics

### academic life

### faculty

### english

### history and social sciences

### mathematics

### science

### languages

### arts



**History & Social Sciences**

### Western Philosophy

In this year-long course, some of the oldest, most fundamental intellectual problems of the Western mind will be reenacted: What is the structure of the universe? What counts as truth? What is the relationship between beauty and justice?

Mainly ancient Greek thought will be considered in the fall, beginning with the cosmological speculations of pre-Socratic thinkers, and proceeding to consider both Plato and Aristotle at some length. If time allows, the influence of Greek thought upon medieval Christianity—both the theological mainstream and the sometimes heretical mystical traditions—will be examined. The winter will find the class exploring the reemergence of philosophy from religion in early modern Europe. René Descartes and David Hume will provide the primary texts as students work to establish an understanding of the centuries-long debate between thought and experience as the basis for understanding. During the spring, the class will make its way from Enlightenment thought to contemporary philosophy. Hegel, Kant, Nietzche, Ludwig Wittgenstein, Simone de Beauvoir, and Elaine Scarry will be the main foci. The curriculum for this term will depend in some measure upon student interests, and supplemental readings may be drawn from a variety of sources.

Reading assignments are usually short, but difficult. Students will be expected to write brief nightly responses to the assigned reading, as well as one major essay each term. There are no specific academic prerequisites, but students should be interested in abstract thinking and prepared for the give-and-take of shared intellectual inquiry.

### Existentialism in European Philosophy

Toward the end of his life, Irish playwright and critic Oscar Wilde declared his dismay at the way modern life discourages individuality. Observing that "Most people are other people. Their thoughts are someone else's opinions, their lives a mimicry, their passions a quotation," Wilde expressed sentiments that have preoccupied some of the most important and provocative thinkers, writers, and artists of the last two centuries. This course will study intellectual responses to these concerns by examining the influential philosophical movement known as existentialism. Existential thinkers are suspicious of received ideas, values, and morals, which they see as flattening people into types; instead, they embrace radical notions of human freedom, emphasize distinctive human identities, embrace authentic felt experiences, and insist on the need for each person to choose his or her own unique path through life. In this elective, we shall read

E-mail comments about this site to WebAdministrator

©2005 Buxton School All Rights Reserved

407

selected writings from major European existential philosophers, including Soren Kierkegaard (1813-1855), Friedrich Nietzsche (1844-1900), Martin Heidegger (1889-1976), and Jean-Paul Sartre (1905-1980). In exploring their work, we shall address questions such as: What is the meaning of existence? What is authentic reality, and how do we apprehend it? What is the place of God in human life? What is free will, and how should we use it? Can we make genuine connections with other human beings? In a world that is often uncertain and sometimes absurd, how can we make meaningful decisions about how to live our lives? Although we shall take a rigorously philosophical approach to such questions, we shall also examine existential themes in literary texts by Fyodor Dostoevsky, Albert Camus, and Samuel Beckett, and in the Wachowski brothers' film The Matrix. (04-05)

## Psychology

This course for seniors and juniors will begin discussing the evolution of psychological theories in a historical context. Why did Freud's initial theories on hysteria change? How do we define perception and consciousness? What prevalent schools of intellectual thought fostered the movement toward behaviorism? And from there, how did societal changes lead toward a broad acceptance of cognitive theory? Where does this theoretical history leave us today? We will then dive into the brain and the mysteries locked within it. We will look in depth at the structure and function of the various parts of the brain and neurological anomalies using the clinical tales of Oliver Sacks. How have advances in neurology and brain chemistry played into our understanding of psychological disorders? We will look with particular interest at schizophrenia, clinical depression, and bipolar disorder through the works of Susan Sheehan and Kay Redfield Jamison. Finally, we will turn our full attention to Dr. Freud, hysteria, psychoanalysis and how his work relates to current anxiety disorders, trauma and recovery, and psychotherapy. The reading load will be heavy. Students will read eight to nine books over the course of the year as well as a large complement of journal articles. Students will also be required to maintain a journal of responses to the readings. Class will consist mostly of discussion, though basic brain chemistry will need to be presented in a lecture-like format. There will be no more than one lengthy paper required each term. (04-05)

**< previous page** 4 of 4



## academics

## academic life

## faculty

## english

## history and social sciences

## mathematics

## science

## languages

## arts



**Mathematics**

### Algebra I

This course provides an introduction to algebraic properties and expressions. Topics include the study of equations and inequalities in one variable, work with polynomials and exponents, and graphing of linear equations. Students also begin solving and graphing systems of linear equations. A brief introduction to quadratic forms is included.

### Geometry

Geometrical relationships and the structures of logic are the two main themes of this course. The topics are explored in such a way that students discover and define the fundamental relationships as a class throughout the year. The basics of plane geometry and symmetry are covered, along with an introduction to the geometry of the solids and beginning trigonometry. Deductive and inductive reasoning are woven in throughout the topics, thus developing a system of logical thought that is intended to contribute not only to other math and science courses but to all areas of study. Students have the opportunity to pursue a number of independent projects throughout the year.

### Algebra II

This is a second-year high-school algebra course designed to develop proficiency in mathematical skills, to solidify an understanding of mathematical concepts, and to encourage logical yet creative thinking. Class sizes are kept small so that students have every opportunity to achieve success and gain confidence in their ability to do mathematics.

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

1 of 2 **next page >**



academics

**academic life**

**faculty**

**english**

**history and
social sciences**

**mathematics**

**science**

**languages**

**arts**



**Mathematics**

### Precalculus

Designed to prepare students for college-level calculus, this is a fast-paced course. Questions are continually asked that go well beyond the immediate problem being examined. Topics covered include graphing techniques, trigonometry, vectors, conic sections, transcendental functions, polar coordinates, and sequences and series. There is an introduction to the concepts of calculus at the end of the year.

### Calculus

This course is offered to advanced students who thoroughly enjoy the application of complex mathematical concepts. The primary function is to demonstrate the enjoyment that is present in higher-level mathematics. As with most calculus courses, the first term concentrates on differential calculus and the second on integral calculus. Although there is some emphasis on application, a secure grasp of the fundamental concepts is also stressed.

### Calculus II

Some of the major theorems of calculus will be examined in this year-long course, along with their proofs and their significance, including Green's Theorem, Stokes' Theorem, and Gauss's Theorem. Time will be spent developing some of the tools needed for these proofs and moving deeper into mathematics, such as differentiation and integration with polar, spherical, and cylindrical coordinates. Other topics to be covered include Taylor's formula and its derivation, vector functions, and e-d proofs of fundamental concepts (continuity, convergence). A year of calculus is required for this class. (04-05)

**< previous page** 2 of 2

E-mail comments
about this site to
WebAdministrator

©2005 Buxton School
All Rights Reserved

410

of 1



 Science

# academics

## academic life

## faculty

## english

## history and social sciences

## mathematics

## science

## languages

## arts

**E-mail comments about this site to** WebAdministrator

©2005 Buxton School All Rights Reserved

### Biology

In this course, students are introduced to the ways of scientific thought as well as the ideas and concepts of biology. The six kingdoms of life and human physiology are studied within an evolutionary framework. The course also includes recent topics in cell biology, biochemistry, and genetics. The year begins and ends outdoors studying botany, field biology, animal behavior, and environmental issues. Students write several major papers each term, choosing topics of interest within a general subject. These papers are used to expand students' research skills and analytical thinking.

Weekly labs allow students to develop experiments, observe behaviors, and become familiar with microscope studies. In the spring, experiment-oriented projects are often designed and prepared for Spring Arts Weekend.

### Marine Science

This year's marine biology class will center around the organisms that live and interact in different ecosystems. For instance we will begin the winter studying the shores of the sea and the creatures that live there: the seaweeds, lobsters, barnacles, etc. of the rocky shores; the crabs, snails and turtles nesting on the sandy shores; the mangroves and mud flats. As the year goes on we will move off shore to learn about the animals of the coral reefs, and then go into the deep sea and the open ocean and study the life surrounding the volcanic vents as well as the marine animals that live in the open seas (sharks, fish, whales, etc.) The course will involve weekly individual readings and class presentations as well as at least three major papers. Field work on a trip to Cape Cod will be included in the spring. (04-05)

### Geology

Geology is one of the newest of the "classical" sciences; this course will be a general introduction to both the structures and topics of Geology. We will start by learning to identify various mineral and rock types. Then we will move on to studying plate tectonics, earthquakes, volcanos and cave formations. There will be a reasonable amount of in-class lab work and field trips as well both hands-on and mapping projects. Since the class is scheduled for only four class periods each week, some time beyond the class day (afternoons or weekends) will need to be given over for field trips and the like. The class will include

412

Case 1:06-cv-00312-EGS    Document 12-4    Filed 06/08/2006    Page 13 of 50

reading geological histories and stories as well as articles and
background material and will also involve writing several short
papers. (04-05)

1 of 2 **next page** >


## academics

### academic life

### faculty

### english

### history and social sciences

### mathematics

### science

### languages

### arts

 Science

### Chemistry

This college-preparatory laboratory science is primarily for juniors and seniors. Topics covered include atomic theory, phase changes, origins and significance of the periodic chart, quantum mechanics, chemical reactions, acid-base relationships, oxidation-reduction principles, and an expanded section on organic chemistry. Whenever possible, discussions are geared to helping students gain an understanding of the principles and mechanics of natural phenomena as well as modern technological advances.

### Physics

This course is designed to prepare students for college-level physics as well as to let them learn and work with the laws of the world around them. The fall term focuses on the fundamentals of Newtonian mechanics, work, and energy. The winter continues with the properties of waves, including sound and light, optics, and electromagnetism. The spring moves on to a survey of modern physics: astronomy and relativity, quantum mechanics, and chaos theories. Due to the importance of mathematical descriptions in all these topics, Algebra II is a prerequisite for physics. Weekly labs allow students to make direct connections between theory and practice and develop experimental procedures. Students also complete several independent or joint projects throughout the year with emphasis on exploration and design, which may be presented at the **Thanksgiving Festival and Spring Arts Weekend.**

### Advanced Physics

This course continues what students learned in physics, building upon the fundamentals of classical and modern physics. Topics to be covered throughout the year include a unified look at forces, Newton's laws in a vector world, electricity and magnetism focused around Maxwell's laws, waves and springs, fluid dynamics, and mechanics. Along with equation-based problem solving and lab work, emphasis will be put on developing an intuition and a sense of the bigger picture, especially in areas harder to visualize, such as relativity. Co-requisite: calculus. (04-05)

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

**< previous page** 2 of 2

415

BUXTON SCHOOL

Williamstown Massachusetts

site index...

## academics

**academic life**

**faculty**

**english**

**history and social sciences**

**mathematics**

**science**

languages

**arts**



## Languages

**French**

**Levels I and II** stress basic language skills with emphasis on reading, writing, and conversation and offer glimpses into the cultural life of the French-speaking world.

**Level III** presents an intensive grammar review along with an introduction to modern French prose. Written expression is stressed through frequent compositions. A full-length novel or play is read during the last term.

**Level IV** while including a review of grammar, is primarily a literature course in which complete novels, plays, and poetry are studied in depth. Works studied in recent years include medieval poetry and tales; novels by Guy de Maupassant, André Gide, Jean-Paul Sartre, Albert Camus, Marguerite Duras, and Jean-Marie-Gustave Le Clézio; plays of Jean Baptiste Molière; and works of major poets such as Charles Baudelaire, Stéphane Mallarmé, Paul Verlaine, and Arthur Rimbaud.

**Level V** is an advanced literature course and is individually arranged.

1 of 2 **next page >**

E-mail comments about this site to WebAdministrator

©2005 Buxton School All Rights Reserved

416

Buxton Academics - Languages



## academics

### academic life

### faculty

### english

### history and social sciences

### mathematics

### science

### languages

### arts

 **Languages**

### Spanish

**Levels I and II** introduce beginning students to basic reading, writing, and listening skills, with strong emphasis on verbal competence based on an immersion approach. Throughout the program, students are exposed to the richness and diversity of Hispanic culture.

**Level III** emphasizes an intensive grammar review. Written skills are stressed through composition, creative writing, and poetry. Throughout the course, the focus is on Spanish and Latin American history and culture. Language immersion is a constant at this level.

**Level IV** is mainly a literature course in which short stories, novels, plays, and poetry are studied in depth. A general review of grammar is included as well. Works by Calderón de la Barca, Miguel de Unamuno, Federico García Lorca, Rubén Darío, Gabriela Mistral, Gabriel García Marquez, Claribel Alegría, and Pablo Neruda are studied as well as Latin American myths and legends.

**Level V** is an advanced conversation and literature course.

### Introductory Indonesian

A year-long course in the basics of Indonesian (Malay) language. The course will focus on grammar, vocabulary and conversation and is open to students who have already fulfilled their language requirement at Buxton.

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

**< previous page** 2 of 2

417



# academics

**academic life**

**faculty**

**english**

**history and social sciences**

**mathematics**

**science**

**languages**

arts



## The Arts

Art Major and Minor classes at Buxton are designed to offer students an opportunity to explore many different media. Through class exercises and discussion, students learn about using various materials and techniques. Visits to art museums and galleries as well as workshops with area artists, slide shows, figure drawing, and other special events are also part of a student's introduction to making art. With these tools, a student can experiment and begin to create work according to his or her own vision. Students put on an art show for the extended Buxton community twice each year -- during the **Thanksgiving Festival** and again during **Spring Arts Weekend**.

### Studio Art

Students are introduced to and encouraged to use a broad range of materials. Through exploration in painting, drawing, printmaking, sculpture, fabrics, found objects, and mixed media, students can begin to articulate their artistic visions. Projects are defined through individual discussion. Methods of working, materials, and ideas are explored based on what inspires the student. Throughout, students begin to relate their daily experience to the process of art making.

### Ceramics

Ceramics introduces students to the various aspects of clay and the related disciplines of ceramics through demonstrations and experimentation during class time. As beginners, students learn to prepare clay for either throwing pieces on the potter's wheel or hand building. Students then choose projects that interest them and work in the studio both in and outside of class time. Students are encouraged to read about contemporary potters, sculptors, and artists in other media in order to gain a context for their personal work. Ultimately, students learn to articulate and refine their own ideas in clay.

### Photography

This course explores the possibilities of black-and-white photography through regular assignments, labs, slide lectures, museum visits, visiting artists, and critiques. Dealing with a wide range of subject matter, the course introduces students to the capabilities of the manual 35mm camera. Students also learn a variety of developing and printing techniques, which offers them the opportunity to discover the possibilities of photography as a means of personal artistic expression. Advanced students have the option to explore

E-mail comments about this site to WebAdministrator

©2005 Buxton School All Rights Reserved

419

manipulation processes as well as the realm of digital photography using a Canon EOS-30 digital camera and Adobe Photoshop image editing software.

1 of 3 **next page >**

BUXTON
SCHOOL

Williamstown Massachusetts

site index...

academics

## academics

### academic life

### faculty

### english

### history and social sciences

### mathematics

### science

### languages

### arts



**The Arts**

### Music I

Music I offers a comprehensive investigation of the art of music. The class will study music from different cultures and from many time periods. The theoretical emphasis focuses on the notated traditions of the world. Students can then use any of these systems as a basis for their own compositions. Specific areas of study include **theory:** acoustics, basic fundamentals, traditional harmonic and contrapuntal functions; **ear training:** rhythmic and melodic dictation and sight-singing; **analysis:** listening and analyzing with full scores, observing historical cycles; and **composition:** original work written and performed by class participants, faculty, and adjunct faculty. Composing original pieces enables students to participate in the most basic creative act of music and it becomes the common denominator of the class experience. All students, regardless of previous background, share equally in this fundamental musical process.

### Music II and III
### Advanced Composition and Performance

These are upper-level courses intended primarily for students planning to continue music study at the college level. Score reading and analysis of a variety of music are an integral part of this class. For the most part, performance consists of ensemble sight-reading and performance preparation techniques, including many aspects of improvisation. All **student compositions** are performed and recorded throughout the year.

### Private Lessons

Lessons in piano, voice, and most instruments may be arranged.

E-mail comments
about this site to
WebAdministrator

©2005 Buxton School
All Rights Reserved

**< previous page** 2 of 3 **next page >**

421



site index...

academics

## academics

### academic life

### faculty

### english

### history and social sciences

### mathematics

### science

### languages

### arts



**The Arts**

### Drama I and II

Two major courses are offered, one for beginning or younger students, the other more advanced. The concentration is on acting, but all aspects of dramatic production are touched on in each course. The year's activities are geared to the members of each particular class, with emphasis on group creative process, through the generation of original student work and student selection of dramatic material. Both classes give several performances during the year, including monologues, scene work, and one-acts.

### Film History

This course will begin with training in how to read a film, sensitizing students to the meanings conveyed through shot composition, lens choice, camera movement, visual editing, sound mixing, and scoring. After that, the course will change tracks and begin a chronological survey of world cinema, beginning in the 1890s and continuing to the present day. The goal of the course is both to expose students to the wide varieties of cinematic expression and to hone their abilities to watch and appreciate films that are often radically different from contemporary Hollywood fare. The course will involve watching two films a week outside of class, with class sessions devoted to lecture, discussion, and close analysis of the films viewed. (elective)

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

**< previous page** 3 of 3

422



## about Buxton

**welcome**

**academic life**

**boarding life**

**faculty**

**administration**

**trustees**

**local area**



### Boarding Life

**Student Organizations**
**Dormitory Supervisors**
**Student Services**
**Recreation Committee**
**Weekends**
**Home Weekends and Vacations**

Student life at Buxton reflects a sense of family and community. Most students attending Buxton live on campus. Girls live in the Main House and the Gate House; the Barn is home to the boys. Roommates are assigned at the beginning of the school year. Three times a year thereafter, students choose new roommates and change rooms. Room Change is an exciting time for all. This tradition gives students the experience of living closely with many different people while at Buxton.

**Faculty** members live either in apartments in the dorms or with their families in houses on campus and are always available to students.

**Meals** are prepared by a chef trained at the New England Culinary Institute and his staff. Lunch and dinner are family style, served in the dining room of the Main House. Faculty members have assigned tables and students choose where they want to sit. Student waiters serve, bus, and clean their designated tables.

Although the dress is casual much of the time, Sunday nights, the **All-School Trip,** and other special occasions do require more formal attire such as jacket and tie for the boys and dresses or slacks for the girls.

Health services are provided by the Williamstown Medical Associates. A nurse is present on campus every weekday morning to check on students who are ill, provide medicines, and help schedule doctors' appointments. An annual physical exam is required.

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved

1 of 3 **next page >**

423

# about Buxton

**welcome**

**academic life**

**boarding life**

faculty

**administration**

**trustees**

**local area**

**employment**

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved



## Faculty

There are approximately 20 faculty members working at Buxton, 13 of whom live on campus either in apartments in the dorms or with their families in houses on campus.

The adults at Buxton are available and open to young people, concerned with their growth in academic disciplines and in every other respect as well. Along with teaching in the classroom, faculty members have leadership, administrative, and caretaking responsibilities.

When positions are available, you will find them posted under **Employment Opportunities**.

*(The year in parentheses is when the faculty member joined Buxton.)*

**C. William Bennett, Director** (1969)
B.A. Williams College
Admissions
English IV
Creative Writing, Boys' Dormitory
**BBennett@BuxtonSchool.org**

**Linda Kathryn Burlak** (1988)
B.A. Carleton College; M.S. Cornell University
Algebra II, Biology, Geometry, Marine Science
Testing Advisor, Girls' Dormitory

**Pilar Ciriza El Cid Gale** (1968)
Bachiller Superior, Colegio del Sagrado Corazon, Spain
Admissions
English I, Spanish V, ESL
Girls' Dormitory

**Bradford K. Davis '63, Associate Director** (1970)
B.A. Williams College; M.A. Brown University
American History, Advanced European Studies
Boys' Dormitory

**Elizabeth J. Davis** (1964)
B.A. Smith College
French I, II, III, IV, V
Girls' Dormitory

**David Denhard** (1982)
B. A. State University of New York at New Paltz;
  M. Mus. Binghamton University

425

Music I, II, III; Piano; Vocal Coaching
Chamber Music, Chamber Orchestra, Boys' Dormitory

**Edward R. Gale** (1970)
B.A. Williams College
Precalculus, Calculus, Chemistry
Course of Study, Chorus, Boys' Dormitory

**Alice Goldfarb** (2002)
B.S. Brown University
Algebra II, Calculus II, Physics, Photography II
Girls' Soccer, Girls' Dormitory

**Adrian Lash-St. John '00** (2004)
B.A. Bennington College
Boys' Soccer, Skiing, Tae Kwan Do, Boys' Dormitory

**Amrita Lash-St. John '99** (2003)
B.A. Bennington College
Ceramics
Figure Drawing, Girls' Soccer, Girls' Dormitory

**Kate Lundell '99** (2004)
B.A. Bennington College
Art Major and Minor
Girls' Dormitory

**Kathleen Oliver** (1987)
Study in Contemporary and Ethnic Dance and Percussion
Dance, Drumming and Percussion

**Jose Luis Uribe Perez** (2005)
B.A. Teatinos University, Malaga, Spain
Spanish II, III, IV; Boy's Dorm, Athletics

**Kevin B. Reilly** (2005)
B.A. Williams College
English III, Studio Art, Boy's Dorm, Athletics

**Franny Shuker-Haines** (1997)
B.A. Wesleyan University
Admissions, Publications
English II, Drama I
Drama Activity, Drama Minor, Girls' Dormitory

**Timothy Shuker-Haines** (1997)
B.A. Swarthmore College; M.A. San Francisco State University;
    Ph.D. University of Michigan at Ann Arbor
Contemporary Social Movements, Equality and/or Freedom,
Vietnam: History and Representation, Depression America
Ultimate Frisbee, Boys' Dormitory

**Peter S. Smith '74** (1984)
B.A. Clark University
Geometry, Drama I, Drama II
Drama Activity, Boys' Soccer, Boys' Dormitory

**Erika Vesely** (1996)
B.A. Wells College

426

**Biology, Psychology, Spanish I**
**Work Program, Girls' Soccer, Girls' Dormitory**



**students**

**boarding life**

**activities & sports**

**thanksgiving & spring arts weekend**

**work program**

**all-school trip**

**graduation**

**colleges attended**

**meals**



## Boarding Life

**Student Organizations**
**Dormitory Supervisors**
**Student Services**
**Recreation Committee**
**Weekends**
**Home Weekends and Vacations**

Student life at Buxton reflects a



sense of family and community. All students attending Buxton live on campus. Girls live in the Main House and the Gate House; the Barn is home to the boys. Roommates are assigned at the beginning of the school year. Three times a year thereafter, students choose new roommates and change rooms. Room Change is an exciting time for all. This tradition gives students the experience of living closely with many different people while at Buxton.

**Faculty** members live either in apartments in the dorms or with their families in houses on campus and are always available to students.

**Meals** are prepared by a chef trained at the New England Culinary Institute and his staff. Lunch and dinner are family style, served in the dining room of the Main House. Faculty members have assigned tables and students choose where they want to sit. Student waiters serve, bus, and clean their designated tables.

Although the dress is casual much of the time, Sunday nights, the **All-School Trip**, and other special occasions do require more formal attire such as jacket and tie for the boys and dresses or slacks for the girls.

Health services are provided by the Williamstown Medical Associates. A nurse is present on campus every weekday morning to check on students who are ill, provide medicines, and help schedule doctors' appointments. An annual physical exam is required.

E-mail comments about this site to WebAdministrator

©2002 Buxton School
All Rights Reserved

1 of 3 **next page >**

430

site index...

## students

**boarding life**

**activities
& sports**

**thanksgiving &
spring arts
weekend**

**work program**

**all-school trip**

**graduation**

**colleges
attended**

**meals**



## Boarding Life

**Student Organizations
Dormitory Supervisors
Student Services
Recreation Committee
Weekends
Home Weekends and Vacations**

### Student Organizations

Students at Buxton take responsibility for shaping and enriching their own lives and the life of the group. Student-created organizations such as the Multicultural Awareness Alliance, Student Voice, and fundraising groups for particular causes work to unite, encourage, and educate the school community.

### Dormitory Supervisors

There are many opportunities at Buxton for students to develop their leadership skills. One such opportunity is serving as a dorm supervisor or DS. Each morning the entire student body attends to minor tasks within the dorms. These chores are organized and overseen by a small group of dedicated students, the dorm supervisors, who also serve as mentors and guides to the younger students as they navigate the complexities of dorm living.

### Student Services

Buxton, since its inception, has met many of its needs through the thoughtful intent and useful work of its students. Individuals select tasks ranging from stoking the stoves in the Classroom Building to driving to the supermarket to shop for Sunday teas to caring for the animals in the biology lab or mixing and stocking chemicals in the darkroom. The list of tasks is generated each year by faculty and students.

E-mail comments
about this site to
WebAdministrator

©2005 Buxton School
All Rights Reserved

**< previous page** 2 of 3 **next page >**

431

# students

**boarding life**

**activities & sports**

**thanksgiving & spring arts weekend**

**work program**

**all-school trip**

**graduation**

**colleges attended**

**meals**



**Boarding Life**

**Student Organizations**
**Dormitory Supervisors**
**Student Services**
**Recreation Committee**
**Weekends**
**Home Weekends and Vacations**

### Recreation Committee

Each Friday evening an activity for the whole school is planned and organized by the Recreation Committee, a group of four student-elected individuals. It is expected that all students attend these creative activities. Dances, talent shows, relay races, skits, or games of capture the flag may be scheduled. More often, the evening is organized around a theme such as Ninja night, Wild West, or beach night. Always the evening requires the effort and goodwill of the entire community. In an age when so many are accustomed to the passive entertainment of TV, film, the Internet, and computer games, Rec Committee activities provide an opportunity to actively engage and direct one's own amusement.

### Weekends

All weekends, except for the two designated home weekends, are spent on campus. Friday night activities are organized by the Recreation Committee. Saturday morning is reserved for **Work Program**, and in the afternoon and evening, students are free to go into Williamstown to do errands or attend a movie or cultural event. Saturday meals are planned and prepared by students. After Sunday brunch, the afternoon is available for academic work and recreation. The formal Sunday dinner is often followed by outside speakers or by student performances in the arts. Students wishing to do so attend religious services locally.

### Home Weekends and Vacations

Two weekends, one during the fall and the other during the winter, are designated as times when students may leave campus to visit family or Buxton friends. In addition to the two home weekends, there are three-week winter and spring vacations. Since **Thanksgiving** is celebrated by students and families at the school, there is no vacation at that time.

E-mail comments about this site to WebAdministrator

©2005 Buxton School
All Rights Reserved





# District of Columbia Public Schools
## Before a Special Education Independent Hearing Officer
## State Education Agency

In the Matter of:

N▇▇▇▇▇ G▇▇▇▇▇,

        **Petitioner**

    **v.**

**DISTRICT OF COLUMBIA PUBLIC
SCHOOLS,**

        **Respondent**

## **AFFIDAVIT**

| | | |
|---|---|---|
| Commonwealth of Massachusetts | ) | |
| | ) | ss: |
| County of Berkshire | ) | |

Edward Gale, being first duly sworn, states as follows:

1.    I teach mathematics and science at Buxton School, located in Williamstown, Massachusetts. I am also the school's director of curriculum and I conduct the chorus. I am over 18 years old and suffer from no legal disability that would prevent my giving testimony in a legal proceeding. All statements in this affidavit are made upon my personal knowledge or are derived from information maintained by Buxton School ("Buxton") in the ordinary course of its business and available to me in my various roles there.

2.    I earned my high school diploma from the Interlochen Academy in Interlochen, Michigan. I graduated from Williams College in 1970 with a B.A. in geology and an unofficial minor in chemistry.

435

PLAINTIFF'S
EXHIBIT
U637

3.    I began teaching at Buxton in 1970.  I taught music during 1976-77 at Bennington College, and the following academic year my wife Pilar and I taught at North Country School in Lake Placid, New York.  North Country School is a boarding school for children in the third through ninth grades.  Otherwise, I have taught continuously at Buxton since leaving college.

4.    I first met N█████ G█████ in the 2004-05 school year, when I taught her precalculus.  I also worked with her in chorus and in musical ensembles.  I see her regularly around campus, at meals and during the daily work program in which our students help to maintain the campus.  This year she is enrolled in my calculus class, and I continue to work with her in music.  All of these contacts collectively have helped me build a strong relationship with N████, which is exactly what they are designed to do.

5.    N████ is very bright, able, and aspiring, but she has difficulty focusing and staying on task.  For example, during class I will sometimes see that she is not focused.  She has on occasion brought out homework for another class, or attempted to finish another class's assignment, instead of doing the work for my class.  She can get rattled if she tries to do more than one thing at a time.  I have noticed that the same thing happens in chorus; sometimes when we are singing, I will catch her working from a textbook.  She does not do this with non-academic work, from which I conclude that she is taking her work seriously and trying to get it done, but in an undisciplined way.  She truly cares about doing well, both for the satisfaction of achievement and because she likes to please others.  She is always unhappy if she is caught doing something she should not.  When this happens in my class or in chorus, I immediately remind her to focus on the task at hand.

2

436

6.     She is doing well academically.  This year she is performing at the B+/A- level in my calculus class. My understanding from speaking with other faculty members is that this fairly represents how she is doing across the board at Buxton. She is making appropriate academic progress but she is still struggling with the issues of focus and not getting rattled by adversity.  Last week, for example, she left my class in tears because she was concerned about her performance in the final examination in calculus.  I had to work with her to find a way for her to show what she knew and to get past her anxiety without giving her an undue advantage over her fellow students.  This was not the first time something like this has occurred in math class.  I resolved the matter by allowing her to take the test as a take-home with extra time (to accommodate her learning disability), but required that she take it as a closed-book test and asked her to sign a statement that she had neither given nor received assistance during the test.

7.     N⬛⬛ has grown emotionally while at Buxton, which I attribute in large part to her around-the-clock contacts with adults. The more confidence she feels in the people around her, the better she is able to function.  When she first arrived at Buxton, she was much less disciplined. She would not necessarily complete her homework and would miss classes. She did not study for tests consistently. Since then, she has been followed closely and she cannot avoid the consequences of her actions because teachers are always around to ask her why she was not in class or why her homework was not done.  As a result, the number of incidents of missed classes and assignments diminished.  She has accepted Buxton's routines, takes her work seriously and is always in class.  She still drifts off on occasion; when I see this, I call on her to refocus her concentration.  Overall, her study habits have vastly improved.

3

8.      Natalie has also benefitted from the school's status as a boarding school. Faculty are present on the weekends and in the evenings, often in informal settings, and this encourages contact between faculty and students. She often asks for help with her work outside the school day. She often does that with me, such as when I see her on the weekends in work groups. I do not know whether she would seek out this help if the opportunities did not present themselves as they do here at Buxton.

9.      I understand that Natalie's therapist has recommended that she attend school in a highly structured environment that offers small classes, extended time, teachers who will work with her to help her catch up when her disabilities cause her to fall behind, and an environment that will allow her to build trust with her teachers and that will provide a safe place for her to go when she feels overwhelmed. This is precisely what Buxton offers, and I have seen these features work to Natalie's advantage, as discussed above. I believe that Buxton is meeting Natalie's needs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:_____

_____
Edward Gale

4

438

accepted Buxton's routines, takes her work seriously and is always in class.  She still drifts off on occasion; when I see this, I call on her to refocus her concentration.  Overall, her study habits have vastly improved.

8.    N▮▮▮▮ has also benefitted from the school's status as a boarding school.  Faculty are present on the weekends and in the evenings, often in informal settings, and this encourages contact between faculty and students.  She often asks for help with her work outside the school day.  She often does that with me, such as when I see her on the weekends in work groups.  I do not know whether she would seek out this help if the opportunities did not present themselves as they do here at Buxton.

9.    I understand that N▮▮▮▮ therapist has recommended that she attend school in a highly structured environment that offers small classes, extended time, teachers who will work with her to help her catch up when her disabilities cause her to fall behind, and an environment that will allow her to build trust with her teachers and that will provide a safe place for her to go when she feels overwhelmed.  This is precisely what Buxton offers, and I have seen these features work to N▮▮▮▮ advantage, as discussed above.  I believe that Buxton is meeting N▮▮▮▮ needs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _11/30/2005_

_Edward Gale_

4

439

## 2003/04 ENROLLMENT CONTRACT

AUG 3 1 2003

Dr. Manuel R. Gomez and Ms. Sylvia L Correa
_____, NW
Washington, DC 20015

I (We), the undersigned, being the parents or guardian (hereafter referred to as the "parent") of Na▓▓▓ P▓▓ G▓▓▓ hereby enroll our daughter (hereafter referred to as "student") in Saint James School, St. James, Maryland (hereafter referred to as the "School") for the academic year 2003/04. Saint James hereby tenders this Enrollment Contract based on the information contained in the application agreement.

The student is to be enrolled as a boarding student for the 10th grade in the School. Said enrollment is predicated upon the successful completion of work in progress. Failure on the part of the student to complete current work successfully shall give the School the option of terminating this Enrollment Contract.

### I.  Enrollment Deposit For a Reserved Place

Every reservation for enrollment at the School, whether for a student already in attendance or for a student accepted to the School, must be accompanied by an enrollment deposit representing 10% of the 2003/04 net charge. This deposit is not refundable, but will be applied against the tuition for the academic year. * *Please note that the __bold amount totals__, at the bottom of each column, represent how you will be billed by the Business Office due to the fact that your enrollment deposit is not credited until December.*

| Program | Total Rate | Deposit with Contract | Payment Schedule Aug.1, 2003 | / Dec. 15, 2003 | |
|---|---|---|---|---|---|
| Boarding Student | $25,000.00 | $ 2,500.00 | $15,000.00 | $ 7,500.00 | I understand that the listed fees do not include incidental expenses, including, but not limited to, books and personal supplies. |
| Tuition Refund Plan | 1,000.00 | | 1,000.00 | | Note: A late payment charge of 1.5% per month (18% APR) will be applied to an account balance that is past due. |
| **Total Net Tuition** | **$26,000.00** | **$ 2,500.00** | **$16,000.00** | **$ 7,500.00** | |

### II.  Tuition Refund Plan

In order to protect yourself from financial loss due to the unforeseen absence of your child from school, parent(s) may choose to participate in the School's Tuition Refund Plan. Cost of this Plan is 4% of the net annual charges and is due August 1, 2003.

The purpose of the Plan is a guarantee that if a student should withdraw or be required to withdraw, a portion of the net annual tuition charge would be refunded on a prorated basis as follows: all of the unused annual tuition charge would be returned in the event of withdrawal for medical reasons; 75% would be returned in the event of required withdrawal or dismissal at the School's sole discretion; and, 60% would be returned in the event of voluntary withdrawal except during the first two weeks of school when there would be _no_ refund. Refunds are processed within eight weeks after a student leaves the School. It is understood that if the School's Tuition Refund Plan is not selected, you then assume complete responsibility for the full net tuition and charges.

### III.  Payment Options

Parent(s) must select one of the following three methods of payment and confirm his/her choice by signing _one_ of the options below.

**Plan A**  The full net annual charge (less deposit) will be due August 1, 2003. Parent(s) electing this option may choose whether to participate in the School's Tuition Refund Plan.

    **(1)** I (We) elect this method of payment and **do not wish to participate** in the School's Tuition Refund Plan. It is understood that no refund or cancellation of the full net annual charges will be made by the School for absence, withdrawal, or dismissal of the student before the end of the academic year, and I (we) herewith agree to assume complete responsibility for the full net tuition and charges.

    Signature(s) of Parent(s) _____     _____

    **(2)** I (We) elect this method of payment and **agree to participate** in the School's Tuition Refund Plan, which costs an additional 4% of the net annual charge.

    Signature(s) of Parent(s) _____     _____



PLAINTIFF'S EXHIBIT
NG 38

**Plan B** 60% of the full net annual charge will be due August 1, 2003, and the remaining 40% of the net annual charge (less deposit) will be due December 15, 2003. **Parents electing this payment option must participate in the School's Tuition Refund Plan.**

I (We) elect this method of payment and, therefore, agree to participate in the School's Tuition Refund Plan, which costs an additional 4% of the net annual charge.

Signature(s) of Parent(s) _____ _____

**Plan C** The net annual charge (less deposit) will be billed in ten monthly payments, beginning May 15, 2003 and ending February 15, 2004, through the monthly tuition plan offered by Academic Management Services (AMS). I (We) understand that I (we) must apply for this payment method directly with AMS (their material is enclosed). Parents/guardians electing this payment **plan must participate in the School's Tuition Refund Plan** and forward their 4% of net annual charges to the School by August 1, 2003. **Do not send TRP monies or the 10% deposit to AMS.**

I (We) elect this method of payment and agree to participate in the School's Tuition Refund Plan, which costs an additional 4% of the net annual charges.

Signature(s) of Parent(s) _Manuel Q._ _Sylvia Honce_

## IV.   Unconditional Obligation

I (We) understand that my (our) obligation to pay the fees in U.S. currency for the full academic year is unconditional and that no portion of such fees so paid or outstanding will be refunded or canceled, notwithstanding the subsequent absence, withdrawal, or dismissal of the student from Saint James. I (We) further understand that the subsequent absence, withdrawal, or dismissal of the student from the School shall cause any and all of the remaining balance of the charges to become immediately due and payable.

Further, I (we) agree that tuition, fees, and charges will be paid promptly as invoiced. Accounts which become past due, the School reserves the right to take any of the following actions: apply a late payment charge of 1.5% per month (18% APR), suspend school store charging privileges, withhold academic records, withhold trimester grades and transcript processing for colleges, deny a student re-admittance to school after a vacation period, send accounts over 90 days to collection, and deny a student admittance to school until the outstanding bill from the previous year has been settled.

In the event of non-payment, I (we) will be responsible for the School's cost of collection including attorney's fee.

## V.   The Handbook (Rules)

When students enter the School, it is understood that both they and their parents agree to support all rules of the institution, as outlined in **The Handbook**, while the student is enrolled. Further, in their engagement with the School, parents are expected to treat all members of staff with decorum and respect. The School reserves the right to terminate the enrollment contract of any student whose parents harass or treat the school's employees disrespectfully. In situations involving violation of a major school rule or serious academic problems, or if at any time a student's influence is considered harmful or his/her presence is regarded as undesirable, the School reserves the right to require immediate withdrawal or dismissal.

I (We) have reviewed this Enrollment Contract, and agree to abide by the provisions of the contract and all materials incorporated into it.

IN WITNESS WHEREOF, the parties have hereunto set their hands this _30_ day of _August_ 2003.

Witness _____

Witness _____

_____
The Revd D. Stuart Dunnan, D.Phil., Headmaster

_Manuel Q._
Parent's Signature

_Sylvia Honce_
Parent's Signature

**NOTE:** Both copies of the Contract should be signed and returned with the above stated deposit to: The Admission Office, Saint James School, St. James, MD 21781. The Headmaster will sign and forward a copy of the contract for your records. Parents' signatures on this Contract indicate their acceptance of full financial responsibility of annual fees and related school charges while the student named is enrolled at Saint James School.

*Saint James School does not discriminate on the basis of sex, race, color, religion, national or ethnic origin in the administration of its educational policies, admission policies, financial aid program, athletic and other school-administered programs.*

441

Contract Information



Page 1 of 3

InfoLink

**Student Contract Information for Miss N█████ P G█████**
**2003 - 2004 Plan No 800002643**

View Online Statement

skip down the page to: ACCOUNT DETAIL

MESSAGES:

| | |
|---|---|
| School Name | Saint James School - MD |
| Bill Payer | Mr. Manuel R Gomez |
| Account # | 901809085 |
| Original Contract Amount | 22,500.00 |
| Previous Contract Amount | |
| Current Contract Amount | 22,500.00 |
| Total Paid to AMS | 22,507.50 |
| Total Disbursed to the School | 22,500.00 |
| Enrollment Fees | 60.00 |
| Account Status | Completed |
| Life Insurance | Cancelled |

Payer Info

Student Info

Plan Info

Account Changes
Password
Change

Exit Infolink

## Account Summary

| Contract Total | Term | Contract Amounts | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Balance Due | Paid to AMS | Currently Due | Disbursed to School | Next Due Date | Assessed | Paid | Amount to AMS | Amot to Sche |
| 22,500.00 | AN | 0.00 | 22,500.00 | 0.00 | 22,500.00 | | 7.50 | 7.50 | 7.50 | 0. |

442

1

PLAINTIFF'S
EXHIBIT
NG31

Contract Information

Page 2 of 3

top of f

## Account Detail

| Due Date | Invoice Amount | Amount Paid | Last Payment Received | Open Balance | Type | Term | Disburse |
|---|---|---|---|---|---|---|---|
| 05/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 06/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 07/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 08/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 08/30/2003 | 7.50 | 7.50 | 08/30/2003 | 0.00 | Electronic Check Fee | AN | |
| 09/15/2003 | 2,250.00 | 2,250.00 | 09/11/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 10/15/2003 | 2,250.00 | 2,250.00 | 10/01/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 11/15/2003 | 2,250.00 | 2,250.00 | 11/10/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 12/15/2003 | 2,250.00 | 2,250.00 | 12/10/2003 | 0.00 | Education Expenses | AN | 2,250. |
| 01/15/2004 | 2,250.00 | 2,250.00 | 01/07/2004 | 0.00 | Education Expenses | AN | 2,250. |
| 02/15/2004 | 2,250.00 | 2,250.00 | 02/11/2004 | 0.00 | Education Expenses | AN | 2,250. |

Only payments due are sent to the school.

| Messages |
|---|
| No Messages |

**Be sure to use your statement stub when submitting payments**

Questions and/or changes to your account should be sent to AMS at info@amsweb.com
Be sure to include your account number on all correspondence

top of page

(c) 1995-2005 AMS. All rights reserved.

https://secure.tuitionpay.com/cgi-bin/WebObjects/AMSInfoLink.woa/3/wo/B96GiciLc5oS2fvuzs8mKNK54x1/0.4.1.5.20.0.7        11/29/2005

443

2

Page 3 of 3

Contract information

View our privacy policy. and terms of use

444

https://secure.tuitionpay.com/cgi-bin/WebObjects/AMSInfoLink.woa/3/wo/B96GfciLc5oS2Ivuzs8mKNK54x1/0.4.1.5.20.0.7          11/29/2005

**School Name**  Saint James School, MD

**Bill Payer**  Mr. Manuel R Gomez

**Account #**  901809085

**Original Contract Amount**  22,500.00

**Previous Contract Amount**

**Current Contract Amount**  22,500.00

**Total Paid to AMS**  22,507.50

**Total Disbursed to the School**  22,500.00

**Enrollment Fees**  60.00

**Account Status**  Completed

**Life Insurance**  Cancelled

445

4

## Account Summary

| | Contract Amounts | | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Total | Term | Balance Due | Paid to AMS | Currently Due | Disbursed to School | Next Due Data | Assessed | Paid | Amount to AMS | Amount to School |
| 22,500.00 | AN | 0.00 | 22,500.00 | 0.00 | 22,500.00 | | 7.50 | 7.50 | 7.50 | 0.00 |

top of page

## Account Detail

| Due Date | Invoice Amount | Amount Paid | Last Payment Received | Open Balance | Type | Term | Disbursed |
|---|---|---|---|---|---|---|---|
| 05/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 06/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 07/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 08/15/2003 | 2,250.00 | 2,250.00 | 08/30/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 08/30/2003 | 7.50 | 7.50 | 08/30/2003 | 0.00 | Electronic Check Fee | AN | |
| 09/15/2003 | 2,250.00 | 2,250.00 | 09/11/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 10/15/2003 | 2,250.00 | 2,250.00 | 10/01/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 11/15/2003 | 2,250.00 | 2,250.00 | 11/10/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 12/15/2003 | 2,250.00 | 2,250.00 | 12/10/2003 | 0.00 | Education Expenses | AN | 2,250.00 |
| 01/15/2004 | 2,250.00 | 2,250.00 | 01/07/2004 | 0.00 | Education Expenses | AN | 2,250.00 |

446

5

| 02/15/2004 | 2,250.00 | 2,250.00 | 02/11/2004 | 0.00 | Education Expenses | AN | 2,250.00 |

Only payments due are sent to the school

**Messages**

No Messages

**Be sure to use your statement stub when submitting payments**

Questions and/or changes to your account should be sent to AMS at info@amsweb.com
Be sure to include your account number on all correspondence

447

| 02/01/2006 | 2,608.33 | 0.00 | 2,608.33 | Education Expenses | AN |

Only payments due are sent to the school

**Messages**

No Messages

**Be sure to use your statement stub when submitting payments**

Questions and/or changes to your account should be sent to AMS at info@amsweb.com
Be sure to include your account number on all correspondence

[Printing Inc]          top of page

448

Contract Information



TuitionPay

Payer Info
Student Info
Plan Info
Account Changes
Password Change

Exit Infolink

**Student Contract Information for Miss Natalie P Gomez**
**2004 - 2005 Plan No 800002608**

View Online Statement

skip down the page to: ACCOUNT DETAIL

MESSAGES

| | |
|---|---|
| School Name | Buxton School |
| Bill Payer | Mr. Manuel R Gomez |
| Account # | 902027337 |
| Original Contract Amount | 31,500.00 |
| Previous Contract Amount | |
| Current Contract Amount | 31,500.00 |
| Total Paid to AMS | 31,500.00 |
| Total Disbursed to the School | 31,500.00 |
| Enrollment Fees | 60.00 |
| Account Status | Completed |
| Life Insurance | Cancelled |

**Account Summary**

| Contract Amounts | | | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Total | Term | Balance Due | Paid to AMS | Currently Due | Disbursed to School | Next Due Date | Assessed | Paid | Amount to AMS | Amount to School |
| 31,500.00 | AN | 0.00 | 31,500.00 | 0.00 | 31,500.00 | | 0.00 | 0.00 | 0.00 | 0. |

449

PLAINTIFF'S EXHIBIT NG40

top of r

**Contract Information**

450

## Account Detail

| Due Date | Invoice Amount | Amount Paid | Last Payment Received | Open Balance | Type | Term | Disburse |
|---|---|---|---|---|---|---|---|
| 07/01/2004 | 3,937.50 | 3,937.50 | 07/27/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 08/01/2004 | 3,937.50 | 3,937.50 | 07/27/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 09/01/2004 | 3,937.50 | 3,937.50 | 08/23/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 10/01/2004 | 3,937.50 | 3,937.50 | 10/06/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 11/01/2004 | 3,937.50 | 3,937.50 | 10/25/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 12/01/2004 | 3,937.50 | 3,937.50 | 11/24/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 01/01/2005 | 3,937.50 | 3,937.50 | 12/29/2004 | 0.00 | Education Expenses | AN | 3,937. |
| 02/01/2005 | 3,937.50 | 3,937.50 | 01/31/2005 | 0.00 | Education Expenses | AN | 3,937. |

Only payments due are sent to the school.

## Messages

No Messages

**Be sure to use your statement stub when submitting payments**

Questions and/or changes to your account should be sent to AMS at info@amsweb.com
Be sure to include your account number on all correspondence

top of page

(c) 1995-2005 AMS. All rights reserved.

View our privacy policy and terms of use