18

nr

1    MS. SAVIT: I am not going to speak to Ms.

2    Harris-Lindsey about what she might be--

3    HEARING OFFICER SMITH: I am just trying to

4    see what is in the Student Hearing Officer file.

5    That is the only thing I have.

6    MS. SAVIT: That is all that has been

7    submitted to date.

8    HEARING OFFICER SMITH: Okay. And I have

9    Mr. Woods' order in here. And I do see Ms. Vero's

10   name on some of this stuff.

11   MS. SAVIT: Yes.

12   HEARING OFFICER SMITH: Okay. So I guess

13   that is all for now. I will call Ms. Garcia

14   tomorrow, just to make sure that we are on for

15   Friday.

16   MS. GARCIA: Or Wednesday. Correct.

17   HEARING OFFICER SMITH: Well, I will call

18   you tomorrow or Wednesday to make sure.

19   Also, I don't know if I said this either,

20   but Mr. Woods handled the case initially, but counsel

21   has agreed, I guess with agreement of the parents,

22   that I will step in and go forward with the case.

nr

19

1        MS. SAVIT:  That is acceptable.

2        HEARING OFFICER SMITH:  Okay.

3        MS. SAVIT:  Thank you very much.

4        HEARING OFFICER SMITH:  Thank you.  And on

5   the record, I apologize, sir, for your inconvenience.

6   Unfortunately, things do fall through the cracks on

7   occasion and this is one of those times.

8        I know that is not much comfort, but all I

9   can do is apologize.

10       MR. GOMEZ:  Thank you very much, and thank

11  you for rapidly coming to a resolution.

12       HEARING OFFICER SMITH:  Okay.  You all have

13  a very good day.  I will talk to counsel hopefully

14  Friday at 3:00, and talk to you tomorrow.

15       MS. SAVIT:  Thank you very much.  Talk

16  Friday at 2:00 or 3:00?

17       HEARING OFFICER SMITH:  Three.

18       [Whereupon, the hearing was concluded.]

19                        -  -  -

wtk

T7256

1

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF PUBLIC SCHOOLS

OFFICE OF STUDENT HEARINGS

- - - - - - - - - - - - x
                      :
In the Matter of:     :
                      :
N████████ G██████  :
                      :
- - - - - - - - - - - - x

Washington, D.C.

December 9, 2005

The above-entitled matter came on for hearing, pursuant to notice.

BEFORE:

DAVID SMITH, Hearing Officer

APPEARANCES:

On Behalf of the Student/Parent:

D. SAVIT, ESQ.

On Behalf of D.C. Public Schools:

QUINNE HARRIS-LINDSEY, ESQ.

[TRANSCRIPT PREPARED FROM A TAPE RECORDING.]

wtk

2

# C O N T E N T S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| Sylvia Correda | 13 | 72 | -- | -- |

# E X H I B I T S

Disclosures from both parties
Admitted at end of hearing

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

604

wtk

3

# P R O C E E D I N G S

1

2      HEARING OFFICER SMITH:  Good afternoon,

3  today is December 9, 2005, we're here on the

4  Administrative Hearing for N██████ G█████; date of

5  birth July 21, 1987.  I'm David Smith the Hearing

6  Officer.  I'd like everyone to state their name for

7  the record.  I believe everyone has or is signing

8  in.

9      MS. HARRIS-LINDSEY:  Quinne

10  Harris-Lindsey, on behalf of D.C. Public Schools.

11      MS. SAVIT:  Diana Savit, attorney on

12  behalf of N██████ G████ and her Parents.

13      MS. CORREDA:  Sylvia Correda [ph], N██████

14  G████, I am her mother.

15      MR. GOMEZ:  Manuel Gomez [ph], the father

16  of N██████ G█████.

17      HEARING OFFICER SMITH:  Due process

18  rights, Ms. Savit?

19      MS. SAVIT:  Yes, we'll waive.

20      HEARING OFFICER SMITH:  Waive reading?

21      MS. SAVIT:  The reading.

22      HEARING OFFICER SMITH:  And let's see,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk                                                                    4

1  just to get started, while we're on the Record.   I

2  have, let's see, I have Parents' disclosures

3  submitted, September 6, 2005, which has Exhibits 1

4  through 34; and I understand from Ms. Savit that

5  there is at least six or seven others--

6          MS. SAVIT:   Seven others.

7          HEARING OFFICER SMITH:   --seven other

8  disclosures, including some affidavits from

9  witnesses, correct?

10         MS. SAVIT:   Correct.

11         HEARING OFFICER SMITH:   So, I'll pick

12 those up before we adjourn for the day.   I

13 need--there's another file back there but I

14 couldn't find it, DCPS'.

15         MS. HARRIS-LINDSEY:   DCPS has submitted a

16 disclosure dated December 2, 2005, and had attached

17 two documents, one is the Student Master record,

18 which is part of Parents' disclosure in the HOD,

19 9/16/05, of Hearing Officer Woods.   And I would

20 note that, instead of re-disclosing everything, I

21 think they disclosed everything we'll just rely on

22 the documents and I will have to make a copy for

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

5

1  you.

2           HEARING OFFICER SMITH:  Okay, I'll just

3  get copies of all the DCPS' disclosure and the

4  seven disclosures of the Parents right before we

5  adjourn.

6           We're here today, and just for the Record,

7  this is actually a snow day and, actually, as I

8  understand, it's Code Yellow, which means--a Code

9  Yellow, schools are closed administrative officers

10 are open.  What that normally means is it affects

11 the ability of DCPS witnesses to testify and I

12 don't know what the status of that is, Ms. Lindsey.

13          MS. HARRIS-LINDSEY:  Well, my--under the

14 Code Yellow, it means a little bit more.  Admin

15 Office is open, but the school-based staff are

16 not--are of today.  DCPS' witnesses are Care--they

17 work at the Care Center, but they're not considered

18 administrative staff, so those members--those

19 persons identified 1, 2, 3, 4, 5, 6 persons who

20 I've been in communication with as recently as

21 yesterday were prepared to come, but knew that in

22 the event of school closure that they would not be

wtk

6

1   here.  And so, they are not here, they are not at

2   the Care Center.  Because they would not have been

3   providing testimony by phone, they would actually

4   be present here in the building.  So, my person--my

5   witnesses are not here and are unable to be here.

6   And I cannot even compel them to come because they

7   are union, so they have certain rights and

8   protections built into their contract.  So, DCPS

9   simply ask that, based on the nature of the case,

10  we take it out of order because our witnesses, when

11  we finish with whatever happens today, there will

12  have to be another day when DCPS's witnesses can be

13  available to provide testimony.

14      HEARING OFFICER SMITH:  Okay.  Do you have

15  any comment, Ms. Savit?

16      MS. SAVIT:  To, just for the Record, I

17  certainly understand that if the schools are closed

18  and the school-based witnesses cannot attend that

19  they cannot attend.  I would note that there is

20  nothing in any published anywhere to indicate that

21  the Student Hearing Office, which is an

22  Administrative Office doesn't have any hearings

wtk

1  when the schools are closed but administrative

2  offices are open.  And, given that the staff that's

3  involved here are not classroom staff, it was not

4  clear to us what the status of this hearing was,

5  which is why I showed up with my clients.

6          We made numerous attempts to find out this

7  morning whether or not the hearing would go forward

8  and were unable to reach anyone.  So, I think the

9  only prudent thing at this point is to do as much

10 as we can today, but I would like to note for the

11 Record an objection to what has happened here to

12 the extent that it may have any impact later,

13 particularly given the fact that we're going to

14 wind up presenting our evidence first, even though

15 DCPS has the burden of proof and normally should go

16 first.

17         HEARING OFFICER SMITH:  And I appreciate

18 the situation that both parties are in and, I

19 guess, one of the reasons that--probably should put

20 this on the Record, too, while we had a--the

21 Parents and Ms. Savit were here the 28th of

22 November, I believe it was.  I'm not quite sure,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

8

1   but the schedule didn't get--the hearing was not on

2   the schedule for whatever so the OGC, DCPS OGC was

3   not apprised of the hearing.  But what we are

4   trying to do, is and, then, due to scheduling

5   situations, it appeared that the only time we'd

6   have an all-all day hearing would be in January, so

7   I discussed it individually and together trying to

8   figure out a way of getting the hearing scheduled

9   and proceed so that we could get it done,

10  theoretically in one day.  And that day was today.

11  And I think the parties, both parties were prepared

12  to do that, have it done today.

13          Unfortunately, we have no control over the

14  weather and that's something that happened, but I

15  think what everyone wants to do, including the

16  Hearing Officer, is do what we can today and I'm--I

17  know Ms. Savit has disclosed some affidavits of

18  witnesses, rather than have them testimony, and I'm

19  perfectly amenable to doing that to the extent OGC,

20  Ms. Harris-Lindsey wants to do that with her

21  witnesses.  Or we set another date just so OGC's

22  DCPS case.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

9

wtk

1       MS. HARRIS-LINDSEY:  Well, I guess, to the

2  extent--I don't know whether--I would presume that

3  my witnesses would need to be crossed, I mean

4  [unintell.] affidavits, I would guess that they

5  would need to be crossed.

6       HEARING OFFICER SMITH:  So, what we'll do,

7  we'll finish what we can with the Parents' case and

8  then we'll look at everybody's schedule and try to

9  figure out a day--I guess we won't need a full day

10  to--how much time do you think you'll need for

11  your--

12      MS. HARRIS-LINDSEY:  I have five

13  witnesses, I would need, at a minimum, four hours,

14  probably four hours, I would think that would be

15  fine.

16      HEARING OFFICER SMITH:  Would that, does

17  your case, do you think that would include cross?

18      MS. HARRIS-LINDSEY:  Well, I'm always

19  cautious to not try to assert what would be the

20  amount of time needed for cross, but I definitely,

21  I think I could get through my witnesses because I

22  think the issues can be pretty discrete.  I would

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

10

1   think four  hours would be sufficient.

2          HEARING OFFICER SMITH:  So, we'll try to

3   identify a date, an early date with the Parents,

4   obviously, if they can make it, but then, I guess

5   it depends on counsel's schedule.  I know you had

6   some arbitration or something that you had to--

7          MS. SAVIT:  I do.  Let me also state for

8   Record that when I am done presenting the evidence

9   on behalf of my client today.  I would like to

10  leave our case open and not formally close it,

11  because, as I indicated, normally, we would go

12  second and there might be testimony that I would

13  elicit in response to testimony we would hear from

14  DCPS' witnesses.  And, of course, since we're now

15  going first, I don't know what they may need to or

16  take issue with.

17          So, even when I finish with my witnesses

18  today, I would like to declare them not closed

19  because of that dichotomy.

20          HEARING OFFICER SMITH:  Under the

21  circumstances [unintell.].

22          MS. HARRIS-LINDSEY:  No objection.

wtk

1       HEARING OFFICER SMITH:  Any other

2   preliminary matters?  We dealt with disclosures; we

3   talked about a brief history of where we are.  Let

4   me ask you this.  The one person who was going to

5   come here is going to testify by telephone?

6       MS. SAVIT:  Correct?

7       MS. SAVIT:  I spoke with her, she said to

8   call her at roughly about a quarter of 1:00.  so, I

9   can start with Ms. Correda, in the meantime.

10      HEARING OFFICER SMITH:  Okay.

11      MS. SAVIT:  There is one thing I would

12  like to say about the disclosures:  DCPS had two

13  disclosures and one of them is contained within an

14  exhibit that we offered so, obviously, I can't say

15  too much about that.  The other is simply the

16  decision from the last hearing and I don't think

17  that that really is properly an exhibit, it's DCPS'

18  position, it's in the Record--

19      HEARING OFFICER SMITH:  Well, that would

20  be--it has to be in the Record anyway.

21      MS. SAVIT:  Exactly.  As to the other

22  disclosure from DCPS, which was an excerpt from

12

wtk

1    N▓▓▓▓▓▓ record at Woodrow Wilson Senior High

2    School; again, we submitted that, as well, because

3    we submitted the entire record that Wilson had that

4    Ms. Correda obtained and, therefore, I can't object

5    to that document per se.   I may have specific

6    objections to the matter in which it will be used

7    in evidence.   So, although I'm not going to object,

8    I would ask the Hearing Officer to completely

9    exclude that disclosure, I do want to reserve my

10   right to object to the use it may be put as the

11   evidence unfolds.

12       HEARING OFFICER SMITH:   Okay.   Let me do

13   something, I'm trying to adjust the volume, just

14   say something into the mic.

15       MS. SAVIT:   We're here for the N▓▓▓▓▓▓

16   G▓▓▓▓ Hearing.   Let me do that.   I'm going to go

17   off the Record and then come back on.   Going off

18   the Record, this is N▓▓▓▓▓ G▓▓▓▓ and we're going

19   to come back on the Record.

20       [Break.]

21       HEARING OFFICER SMITH:   Back on the

22   Record.   Maybe it was my mic.   I think we're okay.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.   20003-2802
(202) 546-6666

wtk

13

1    Whereupon,

2              SYLVIA CORREDA

3    was called as a witness and, having been first duly

4    sworn by the Hearing Officer was examined and

5    testified as follows:

6         HEARING OFFICER SMITH:  Okay.

7                   DIRECT EXAMINATION

8         BY MS. SAVIT:

9         Q    Would you state your name and address,

10   please?

11        A    My name is Sylvia Correda, I live at 2819

12   Kanawha Street, Northwest, Washington, D.C.

13        Q    Are you N_____ mother?

14        A    I am, yes.

15        Q    Could you tell us something about

16   N_____ early [unintell.] beginning with when she

17   had entered school?

18        A    Yes, of course.  N_____ was very eager to

19   go to school because she had an older sister and

20   she thought that going to school was really a lot

21   of fun.  So, we started her at Lafayette, which is

22   our neighborhood school.  And we started her in

wtk

1   pre-K.  Lafayette is one of the few D.C. elementary

2   schools that has pre-K and K.  So, she started in

3   pre-K and love it immediately and made a lot of

4   friends and she was very happy, very happy at

5   Lafayette.  She did very well there.

6        Q    When did she leave Lafayette?

7        A    She went from pre-K to the sixth grade.

8   And so, and, as I said, she did really well.  Then

9   we went on to Deal [ph].

10       Q    How would you describe her experience at

11  Deal as you saw it?

12       A    It wasn't, I guess that it was--Lafayette

13  had been so great and so wonderful.  She started to

14  have some problems in the seventh grade, but almost

15  not--a few problems of the teacher, you know, she

16  was coming in late, she was talking out loud, those

17  kinds of things.  It wasn't anything huge.

18       Q    Just for the Record, Deal was you public

19  junior high school?

20       A    That's correct, that's right

21       Q    [unintell.]

22       A    Correct, yes.  It's Alice Deal Junior High

wtk

15

1  School.

2      Q    How were her grades while she was at Deal?

3      A    She did well, I mean, it was--she had

4  always done well.  She was pretty much an A and B

5  student.  And seventh grade, well, all three grades

6  were pretty good.  She started, I think she got a C

7  in math or something like that, but she did

8  good--she had good grades.

9      Q    Did you see anything that caused you

10  concern about N█████ school performance while

11  shew as in Deal?

12      A    Yeah, I mean, the seventh grade, as I

13  said, we had some inkling.  But in the eighth

14  grade, she started having problems that were

15  of--you know, she started saying that she didn't

16  like school.  She had never said that before; that

17  she wasn't, her teaches didn't like her and all

18  that.  And--but it was manageable.  We did have one

19  serious situation and, this is a kid who had never

20  been trouble, ever, from pre-K on.  She got into

21  trouble at the end of the eighth grade because

22  she--she was in a Spanish class and the Spanish

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

16

1    teacher didn't come for, was late getting into the

2    class and, apparently, was late, very late.  And

3    N▒▒▒▒ was up and dancing around up in the front

4    of the class as was--with another student.  And at

5    one point they put shavings--pencil shavings into

6    the teacher's water glass or something like that.

7    And the teacher flipped out.  And so, N▒▒▒▒ was

8    sent, N▒▒▒▒ and this other girl, were sent to

9    another school for the last month of the eighth

10   grade.

11          In hind--in hindsight, I think that the

12   ninth grade was the turning point.  I didn't

13   recognize it then, but there was a very definite

14   change in the whole, I mean, even when she was

15   getting into trouble in the seventh and eighth

16   grades, it was all things that were, that a child

17   would do.

18          But by the ninth grade, she started

19   saying--she would say, everybody hated her.  She

20   started getting really down on herself, like, not,

21   I'm stupid; the principal doesn't like me; the

22   teacher doesn't like me.  She was sad, she was

wtk

1  visibly sort of turn--like you had turned a light

2  off.

3        And it got progressively worse and you

4  have to understand that all through this time, I'm

5  in the school, I mean, we were not--we weren't

6  distant parents, we were very involved; we were

7  involved with the PTA; we were at that school; I

8  went on trips with them; I volunteered in the

9  classrooms.  We were there all the time and talking

10 to the teachers.

11        And so, when I saw how N▬▬▬ was

12 starting to get really sad, I went to the

13 counselor; I talked to some of the teachers that

14 she had liked.  And I was trying to get a

15 discussion going on.  But there was little

16 guidance.  So, we really didn't take any steps.

17 And, then, in March or April that year--of her

18 ninth-grade year, she drinks a bottle of aspirin.

19 We have to take her to--she gets scared; she tells

20 her father; we rush with her to the hospital; her

21 stomach is pumped.  And she is in Georgetown in

22 the--she's in the childhood, pediatric mental

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

18

1  health unit for about five days.

2          So, when she gets out of there, we put

3  her, we start family therapy, individual therapy;

4  we started the whole therapy thing.  And so this is

5  where I say that I thought that was a turning point

6  that wasn't recognized.

7          Q    How much school did N████ miss in ninth

8  grade because of this incident?

9          A    About two weeks.

10         Q    Was the school told why she was out?

11         A    Oh, absolutely.

12         Q    How were they told?

13         A    I went in to talk to them and those

14  teachers that I could not visit, I mean, I went to

15  the counselor and the vice principal.  I remember.

16  And those that I didn't, I didn't speak to

17  directly, I wrote notes and left in their cubby

18  holes.

19         Q    What did you tell them?

20         A    That N█████ had attempted to she had

21  drank the--a bottle of aspirin and that she was in

22  the hospital; she was hospitalized at Georgetown

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1   Medical Center in the pediatric unit.

2       Q    Did anyone [unintell.] information that

3   you gave people at Deal?

4       A    No.

5       Q    Did anyone ever contact you and ask

6   whether or not she might need any support services

7   [unintell.]--did N█████ have a diagnosis from her

8   doctors following this incident?

9       A    Depression, the diagnosis was depression.

10  And they did think that she needed to be in therapy

11  and so we began that immediately.

12      Q    Did you see any impact on her approach to

13  school during this period?

14      A    No, I didn't; there wasn't; she was

15  reluctant to go to school.  She was made,

16  basically, very--well, but she was sad, she was

17  just sad.

18      Q    Did she go to school?

19      A    Yes.

20      Q    Do you know why she went to school?

21      A    Well, because I drove her and I waited for

22  her to go in and--Deal was good in that way.  That

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

20

1  is, if the children weren't in the classroom, we

2  did get a--we got a call.  And, so, there was,

3  that's not to say that she didn't cut a class or

4  something, but they were very good, they had a very

5  good counselor who did call--make calls to the

6  Parents.  So we did [unintell.]

7      A    Was she in ninth-grade at Deal at Deal's

8  recommendation?

9      Q    At Deal's recommendation?

10     A    Yes.

11     Q    Oh, no, no, it's a--that's how--you know,

12 part of the thing is that my daughter's with the

13 same group of children since pre-K.  These are her

14 friends; this is her peer group; this is--these are

15 the kids--she's grown up with these kids.  We know

16 the parents; we know the mothers; we know their

17 grandmothers.  This is a community.  We didn't want

18 here elsewhere.  And, in fact, one of the things

19 that we had to fight when--in the eighth grade,

20 because, remember she went to another--Hardy [ph],

21 I think--she had to go to Hardy for the last month

22 of schooling in June.

wtk

1          Our first there was to make sure that she

2    was able to come back to Deal the next year.  She

3    was--at Deal they had the ninth-grade play; she was

4    a part of that she had been looking forward to

5    being; they had--she was part of the chorus.  And

6    she sang in the graduation; she turned out because

7    she was--this was the community that she was in and

8    this was all she had known.  These were her

9    intimate friends before.  There was no one else

10   that she went to.

11        Q    What about tenth grade, where did she go?

12        A    In tenth grade, she went to Wilson Senior

13   High School.

14        Q    Is that your neighborhood public school?

15        A    Yes.

16        Q    How did you perceive N████████ school

17   performance in tenth grade?

18        A    Well, in the tenth grade, everything sort

19   of just fell apart.  I--she was going to school and

20   we started just the same as we always had; went and

21   visited the teachers; went to the PTA meetings, et

22   cetera.  I don't know if you know anything about

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

22

1   how the school works, but there is a--around

2   October, November, at the end of the first

3   advisory, what they call--

4       Q    When is that?

5       A    That's about November--October/November,

6   late October/November.  Actually, it's after the

7   first advisory because you get the first advisory

8   grades at--they have a big open house and it's all

9   afternoon.  It starts at noon and you go and you

10  have the opportunity to meet with each of the

11  teachers and so--  So, everything had been going

12  along.  I thought everything was fine. I thought

13  n▬▬▬ was fine, she said she was fine.  I didn't

14  know anything else.  So, I go in expecting the

15  usual, some--the first think you do when you walk

16  into the school is you go--there are teachers

17  sitting at tables not unlike these.  You go and you

18  ask for the child's report card, and then you take

19  it and you go and visit each of the teachers.

20          I asked for her report card.  They gave it

21  to me and I was with a friend of mine, one of the

22  other mothers.  And when I saw that report card,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1  just burst out crying, right there in front of

2  everybody.

3      Q    What made you do that?

4      A    She had awful grades, she had F's and D's

5  and, I mean, I think that her best grade was C.  I

6  look over on the side, she didn't go to half the

7  classes.  I mean, and it was very erratic, like she

8  would have gone to the one, and there would be 10

9  absences in one and 20 absences in the other and it

10 was, like, and it was just incredible to me

11 that--N██████ has always been very, very smart.  I

12 mean, she was very smart.  I mean, she tests well.

13         She had not had bad grades.  Even in the

14 ninth grade when she was so sad and clinically

15 depressed and in the hospital, she managed to get

16 good grades.  So, it was a complete and utter

17 surprise to me.

18         So, I, my friend sort of dragged me

19 outside, calmed me down; gave me some water.  And I

20 just turned right back around, I mean, after I

21 calm, I got myself calm, I turned right back around

22 and went in and I visited each and everyone of

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

24

1  those teachers.  And I said, I gave them my

2  telephone number; I gave them I didn't have a cell

3  phone then, I gave them my husband's our work

4  number.  I gave them my e-mail.  I said to them

5  that I committed to bringing N███████ to school

6  every day and that if she wasn't in class to please

7  come tell me.

8       I also met, N███████ had, Wilson had some

9  special academies they called it and N███████ was in

10 one special academy with, it's the international

11 academy.  And there's a counselor that works with

12 that, I think that's his title, counselor.  And I

13 went to him and said, N███████ will be coming to

14 school every day, if she's sick, I will call you

15 directly.  Please call me if N███████ not in class

16 and let's see what we can do.  Let's see how can we

17 bring these grades up.

18       I talked to the different teachers; we got

19 her a math tutor; we got her a Spanish tutor.  We

20 just sort of tried and we went with the therapist

21 told her.  And so, I just went back in and I talked

22 to everybody that I could and said, let's--there's

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

25

1   something wrong but we need to--I need to be on top

2   of this and I will be on top of it but we need to

3   work for it together.

4        Q    What response did you get from all the

5   people you spoke with?

6        A    Well, while I was talking to them, it was

7   fine and they took my numbers and stuff but there

8   was, I never got it.   There was never any response.

9   I never, throughout that whole year received one

10  call that N█████ was not in class.

11       Q    To the best of your knowledge, did she

12  continue to have attendance problems?

13       A    Oh, absolutely, I mean, her report card

14  and her grades.

15       Q    I'm going to address your attention,

16  specifically, to one particular page in Exhibit

17  NG-1.   [unintell.]  I looked at, what is that?

18       A    Yes.

19       Q    What is that?

20       A    That is N████████, report card from that

21  year.

22       Q    What does that tell you?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1    A    Well, it tells me that she [unintell.]

2 very badly.  She got F's; she got four F's.

3    Q    About her attendance?

4    A    She was never there, apparently, I mean,

5 she has one class absence where there's 28; one

6 that is 9; one that is 7; one that is 21, I mean,

7 she--she wasn't going to school, but somebody

8 was--I mean, she was going to some of the other

9 classes.

10    Q    Were you ever contacted by any of the

11 teachers for any of the classes that show these

12 [unintell.] classes?

13    A    Never, nobody ever called me.  No one

14 called me.  But it was after this first advisory

15 when I saw these grades and I met with everybody

16 and this friend who I said I was with and they took

17 me outside, sort of mentioned because we had

18 been--she had been with us.  Her daughter and my

19 daughter were friends since pre-K and she knew that

20 N▬▬▬ was very smart.  And she said to me, you

21 know, you should have her tested, you really need

22 to have her tested, something is going on here.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

27

wtk

1  And that's when I started looking into testing her.

2      Q   Who did you go to for the testing?

3      A   I don't remember the name--it was a

4  consortium, but the doctor's name who did the

5  actual [unintell.] test was Cargo [ph], Dr. Cargo.

6      Q   I direct your attention to Exhibit NG-4 is

7  that the report that was issued from that testing?

8      A   That is correct.

9          HEARING OFFICER SMITH:  Excuse me, what is

10 the doctor's name?

11         MS. SAVIT:  Cargo.

12         HEARING OFFICER SMITH:  Cargo, okay.

13 okay.

14         BY MS. SAVIT:

15     Q   When did you have her tested?

16     A   Well, i started looking right away.  That

17 November we called a couple of places.  Somebody

18 had said that this place was good.  It was

19 convenient, it was on Wisconsin Avenue near

20 Friendship Heights.  And, so, we just--we went

21 there.  And by the time that we did all that, it

22 wasn't until January that the actual testing was

629

wtk

28

1  done.

2      Q      January of 2003?

3      A      That's correct.

4      Q      When did you receive the report from

5  [unintell.]

6      A      February, February.

7      Q      This report NG-4 the report that you

8  received.

9      A      That's correct.

10     Q      After you received the report, did you

11 make anyone at the D.C. Public Schools aware of the

12 content of the report?

13     A      I gave the report to Mr.--I don't remember

14 his name, it'll come to me, but he was the person

15 who was in charge of the WISS [ph] program.  And

16 some--Mr. Schultz [ph], thank you, at Wilson

17 International Student Studies program.  That's the

18 program that she was on.

19          HEARING OFFICER SMITH:  What exhibit is

20 that?

21          MS. SAVIT:  That's Exhibit 2.

22          BY MS. SAVIT:

wtk

1    Q    I'd like to direct your attention for a

2  moment to Exhibit 2 and ask if you could identify

3  that document.

4    A    This is the letter that we received from

5  Mr. Schultz early in the year in January of '03.

6    Q    Did you respond to that letter?

7    A    Yes, I went in to see him and I told him

8  that she was being tested and, in fact, said,

9  she's--by that time, she was scheduled to be tested

10  already and I gave him the dates and the name.

11    Q    Did you give a copy of the report to

12  anybody other than the counselor?

13    A    I shared it with some of the teachers, but

14  I don't, I think that I shared it with the English

15  teacher.  And I don't remember--oh, the Spanish

16  teacher that we knew from--she had been her older

17  sister's Spanish teacher.

18          So, at that time those are

19  the--ultimately, by the end of the year, I had

20  given this to half the school.  So, as soon as she

21  was tested, I gave it to Mr. Schultz and to the two

22  teachers.  But then, when she started having the

wtk

1   real problems, I shared it with everyone, I mean,

2   including, we shared it with Ms. Hansen [ph], who

3   was the counselor; we ultimately shared it with the

4   principal and the vice principal.

5        Q    To the best of your knowledge, did the

6   school make any adjustments in the program that's

7   not in any of the information you were provided

8   with [unintell.]

9        A    No, I know they didn't.

10       Q    After you handed out the report to people

11  in January, did you notice any change in N████████

12  school performance?

13       A    No, there was no change.  And at that

14  point, I because the report speaks to ADHD,

15  I--afterwards, tried to identify experts on ADD in

16  our area and one of the biggest--somebody who has a

17  lot of experience and was nationally known ADD

18  expert is in Silver Spring and that is Nado [ph] I

19  think it's Kathleen Nado, and so I called her

20  office and they said that Dr. Nado did not

21  [unintell.] right away because I wanted somebody

22  right away and would I see someone who worked with

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

31

wtk

1   her and was part of the staff.  And that's how we

2   got connected with Dr. Carol Robbins [ph].   Dr.

3   Carol Robbins works in the Chesapeake Psychological

4   Institute, which is incredibly--they're all experts

5   on ADD and children.

6       Q    Did N█████ begin to see Dr. Robbins?

7       A    Yes, she did.

8       Q    When did she start to see her?

9       A    I don't have the exact dates, but it had

10  to have been late February or March.

11      Q    Did Dr. Robbins suggest any specific

12  treatments.

13      A    Dr. Robins, immediately.  She looked at

14  that page and said, this is exactly ADD-related and

15  she explained to me things like, she--because I

16  would tell her that N█████, the pattern that I was

17  seeing was she would do okay and then she would

18  sort of--at the end of the school year she

19  would--and she said that's exactly what happens

20  with ADD children that they think they're going to

21  do and they have every intention of doing well.

22           So, but all the patterns that she saw in

wtk

32

1   what I said to her and what she saw in this report

2   was, what she said, was very typical of ADHD

3   children.

4        Q    So did she--

5        A    And she suggested that we have.  She

6   couldn't give her medication because she's not a

7   medical doctor.  So, we went, we started--she

8   suggested that we go to a psychiatrist.  And we

9   went to a psychiatrist.  His name was Dr. Florance

10  Brain [ph], and he gave her--I think they started

11  her on Stretara [ph], that didn't work very well.

12  she was on different medications.  I think that

13  first year she was on Stretara, that was the one

14  she recommended.

15            [Technical Interruption.]

16            HEARING OFFICER SMITH:  For the Record, we

17  all heard something--we couldn't figure out what it

18  was.

19            BY MS. SAVIT:

20       Q    Did she also start therapy with Dr.

21  Robins?

22       A    Oh, yes, immediately.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

33

1    Q    How frequently did she have therapy with

2  Dr. Robins?

3    Q    Minimum once a week, sometimes, if she

4  felt really bad, she'd call her.

5    A    Was there a time that hat N███████, was

6  hospitalized during that period?

7    Q    Yes, precisely, we took N██████--and this

8  was around April--we, she was seeing Dr. Robins and

9  she had a regular appointment with Dr. Robins and

10  we took her.    And he--she went upstairs and he

11  parked.    The office building where Dr. Robbins had

12  her office, there was--it was in Silver Spring and

13  there was a Montgomery County parking lot right in

14  front of that building.    So, my husband let N█████

15  go upstairs and meet with her.    And he just parked

16  downstairs in the parking lot.    And within 15 or 20

17  minutes, Dr. Robbins and N██████ were knocking on

18  the window.    Dr. Robbins asked my husband to come

19  up.    And she said that it was her opinion that

20  N██████ was very, very depressed; that she was

21  talking about hurting herself; and she didn't want

22  N██████--and she wanted N██████ hospitalized.    And

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

34

1  she wanted N▮▮▮▮▮▮ hospitalized then, right then.

2  She wanted us to go from there to the hospital

3  because she was that worried about N▮▮▮▮▮ and

4  about N▮▮▮▮▮ hurting herself.

5       Q   Did you follow her advice?

6       A   Yes.

7       Q   What happened next?

8       A   We went to--well, actually, no, the, this

9  was 6:00 o'clock in the afternoon, so it was almost

10 7:00 by the time she got out and we said, well,

11 this was the first we had heard of it and I didn't

12 know about it.  And, so, I had to come home

13 [unintell.] and so, I think that there was a

14 discussion about should we have her, can we do it

15 tomorrow.  And Dr. Robbins said no, it has to be

16 today and if you're not taking her, you need to be

17 with her all night.

18          N▮▮▮▮▮ slept with us that night.  And

19 because, by the time that we got it all together.

20 The next morning, we got up and went to Children's

21 Hospital and just went into the emergency room; saw

22 the psychiatrist on-call.  the psychiatrist on-call

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

35

1  did an assessment--assessed N███████ and said to us,

2  she needs to be in the hospital.  We were reluctant

3  to do it and, but we had, within 24 hours, we had

4  two doctors, one that we knew and respected tell us

5  N███████ needs to be hospitalized.  So, we

6  hospitalized her.  She went into the hospital on

7  that day.

8      Q    How long was she in the hospital?

9      A    It was 10 or 11 days.

10     Q    Was there a diagnosis quoted?

11     A    Yes, she was depressed--depression.

12     Q    Were any recommendations made when she was

13  discharged?

14     A    Oh, absolutely, she needed, they said we

15  needed to work with the school; we needed to--she

16  needed to be in--well she needed therapy; she

17  needed to have medication; she was on medication.

18  They also said that the school would work with

19  her--the doctors at the Children's Hospital

20  psychiatric ward said or the pediatric psychiatric

21  ward said that she needed to be with--have--I'm

22  sorry, it's just very upsetting to me--that she

36

wtk

1   needed to be--we could work with the teachers and

2   set up a program for her to--she needed a lot of

3   support; she needed to be within a support system.

4        They felt that we could ask for, it was a

5   disability, she needed to be--the school needed to

6   help us set up a disability program for her.

7        Q    Did you go back to the school and inform

8   them of this?

9        A    Oh, my goodness, yes.  We wrote letters

10  and here we wrote letters to everybody.  We

11  just--we wrote a letter to the principal; we wrote

12  a letter to the individual teachers; we called

13  them; I, the next day, delivered these letters

14  personally here and did the same thing that I did

15  in Deal.  That is, I went to their cubbies is what

16  I call them, I mean, their mail slots and delivered

17  the mail.

18       And I said--we said in the letter

19  natalia's hospitalized, she's in the psychiatric

20  unit at Children's Hospital; she needs to be--we

21  need--the school needs to help us set up an

22  education program and--but at that point--and Dr.

wtk

37

1    Robbins also told us--and, they said, Americans

2    With Disabilities Act and so, that's what we said,

3    Americans With Disability Act and we needed to put

4    in place a program or a system that would

5         MS. HARRIS-LINDSEY:  help her in the needs

6    that she had, which were, lots of teacher

7    attention; lots of one-on-one; lots of focused

8    work, small classes; those kinds of things.

9         Q    Let me turn your attention to the document

10   that marked collectively is Exhibit NG-9, and just

11   tell us whether those are examples of the written

12   communications that you left at Wilson School.

13        A    Yes, these are it; Monique Morton [ph],

14   was her math teacher; and, yes, this is exactly it.

15   these were the kinds of--well, all these letters

16   went to everybody.  This, I just went through with

17   our computer and the same letter was given to

18   everybody, we just changed the name.

19        Ms. Hansen is the school counselor; Dr.

20   Terrison [ph] is the school principal; yes, these

21   are them.

22        Q    Did anybody at Wilson contact you in

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

38

wtk

1  response to any of these communications?

2      A    I called them, no they didn't call me.

3      Q    What time period are we talking about,

4  now?  When did you start contacting

5  Unintelligible]--following N███████

6  hospitalization?

7      A    It wasn't--it wasn't following, it was

8  during.  We started--N██████ is in hospital;

9  N████████ not going to be in.  I mean, we had to

10  tell them that she wasn't going to be in.  So, it

11  was during.  We didn't wait, immediately the next

12  day.

13      Q    What, if any, response did you get from

14  anyone at Wilson in response to all of this?

15      A    Well, I didn't, nobody called me, but I

16  followed up.  And Dr.---I called Dr. Terrison's

17  office, and I didn't speak to him.  His secretary

18  said, well, we're going to talk to doctor, you need

19  to talk to Ms. Hansen.  And so, I started calling

20  Ms. Hansen.

21      Q    She was the counselor?

22      A    The counselor.

wtk

39

1    Q    Did you ever reach her?

2    A    I did reach her.  I went in to see her.  I

3    had--I got to know her, I thought.  I mean, we

4    talked fairly often.  And the things, I mean, very

5    concrete, we need some--we need help--she needs

6    help to get out of this mire that she's in and the

7    way to do, we need your help, we need to work

8    together.  So, and because the doctors had been so

9    clear about that they'll help us, we insisted.

10    Q    Did anyone at school ever say to you that

11    N███████ should be tested to see if she is disabled?

12    A    No, nobody ever said that.

13    Q    Did anyone ever give you a notice that

14    [unintell.] rights of the Parent of a student who

15    might be disabled?

16    A    No, I heard about that when we talked to

17    you.  Nothing like that was discussed.

18    Q    That wasn't in 2003, correct?

19    A    No, not at all--[unintell.]   So,

20    ultimately, there was, Ms. Hansen did [unintell.]

21    Q    When was that?

22    A    I would say that by now it's May--by that

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

40

wtk

1   time it was May.

2        Q    To the best of your knowledge, what was

3   the purpose of that meeting?

4        A    We thought that we were going to be able

5   to have a meeting where--discuss how we could help

6   N█████ and how the school could help us get her in

7   a situation that she could be in and do well in.

8   And my sense was that it was something related to

9   the Americans With Disabilities Act and that that

10  would protect us and give us the kind of support

11  that we needed.

12       Q    What did happen at the meeting?

13       A    Well, we went to a meeting it was my

14  husband and myself and N█████.  Ms. Hansen, not

15  all her teaches went; Mr. Schultz didn't go; Ms.

16  Morton didn't come; her social studies didn't come.

17       Q    So, who was there from the school besides

18  Ms. Hansen?

19       A    The English teacher, who sat there and

20  corrected papers the whole time.  The Spanish

21  teacher; and there was a Mr. Sonava [ph], but I

22  don't remember what he taught, Mr. Sonava was there

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

41

wtk

1   and one of N_____ tutors who was from the--but

2   she came in just with us.

3       Q    A private tutor?

4       A    A private tutor, right.

5       Q    What was discussed at this meeting?

6       A    Well, I've got to say that it was an event

7   [unintell.] at worst, it was, all everybody was

8   just talking as if N____ wasn't there.    It

9   was--it was all focused on--it was N_____ fault;

10  she wasn't a good--she was--she was a bad student;

11  she was a bad; she had problems with the way that

12  she acted and stuff.  And on the one hand.  On the

13  other hand it was, well, let's see.  She's going to

14  do this if she's going to pass this grade.  It was

15  a short-term focus of getting her through--it was

16  clear that they didn't want her repeating the tenth

17  grade and she's going to have to do this and this

18  and this to pass.  And this is the homework

19  assignments and this is what she needs to do and

20  she needs to finish this.  Is she going to have

21  extra time to put in this homework or that

22  homework.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk                                                                                      42

1       Q    And when you say extra time, do you mean

2   because they were already over due?

3       A    Oh, yes, because she had been

4   at--remember, she had been hospitalized for ten

5   days, so she had missed all those things.

6       Q    So, this would be giving her extensions to

7   get in work that was already due?

8       A    That was due, yes.

9       Q    Was there discussion about possibly giving

10  her extended time in the future?

11      A    Oh, no, no, no.

12      Q    Did anybody talk about developing a 504

13  plan?  Did you hear that term?

14      A    No.

15      Q    Did anyone talk about the Individuals With

16  Disabilities Education Act with respect to N██████?

17      A    No, no one did.

18      Q    Again, did anyone suggest that, perhaps,

19  N██████ should be evaluated to determine whether

20  she had a disability?

21      A    No.

22      Q    What was the outcome of the meeting?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1       A    I don't know--I still don't know.

2    Nothing--we didn't come out of there with a plan;

3    we didn't come out of there with a piece--there

4    wasn't a piece of paper as a result of that

5    meeting.   There wasn't a discussion, there was

6    nothing.

7            In fact, at one--I had to go back because

8    N▬▬▬ was in a very fragile state and one of the

9    things that Dr. Robbins said was she doesn't need

10   to be under a lot of stress.   And there was a lot

11   of stress related to math; Dr. Robbins said, try

12   and withdraw her from math.   I called Ms. Hansen

13   and I asked her if she could help me withdraw her

14   and she said, no, you have to speak to the vice

15   principal.

16           So, I had to go in and sit down with the

17   vice principal and say to her--and she was

18   reluctant to do it because it was so late in the

19   year.   And I had to tell her that we had all these

20   problems and that N▬▬▬--we had had a meeting

21   with the teachers and all that.   She didn't know.

22   There was nothing planned.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk                                                                44

1      Q    The school year finally ended?

2      A    The school year finally ended.

3      Q    How did N████████ do [unintell.]

4      A    Well, she got a couple of F's as I recall.

5  But she passed.

6      Q    Taking you back to that page in Exhibit

7  NG-1, please, that's her final report card?

8      A    Yeah, and she passed.

9      Q    She didn't pass everything did she?

10      A    No, it's amazing to me that she passed

11  from the 10th, she went on to the 11th grade.

12      Q    At some point did you start thinking about

13  what [unintell.] for 11th grade?

14      A    Well, yes, at that--we were back and--we

15  went back and forth.  It was a very hard decision

16  for us.  Because, like I said, I mean, N████████

17  didn't want to leave her friends.  She was

18  completely against leaving school.  These were her

19  friends from--she had been in public school since

20  the pre-K; her sister graduated from Wilson; she

21  wanted to graduate from Wilson; she wanted to

22  graduate with her friends; it was a struggle.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1          We started looking on that one hand we had

2   a struggle with N███████.  On the other hand, I

3   don't know if you have any experience trying to get

4   a private school in the District of Columbia.  By

5   June everything is filled.  And so, there was--we

6   started calling.  I remember we got a

7   "Washingtonian" magazine.  There was a

8   "Washingtonian" puts out once a year some kind of

9   school version.  And we sat down with that magazine

10  and went down the schools.  And we called every

11  appropriate school, I mean, we didn't call the boys

12  schools.  We called Catholic schools; we called, I

13  think we called Quaker schools; we called

14  everything.  There was just no--so there was no

15  school, N███████ didn't want to leave.  We were

16  really ambivalent.  We sort of left it, if we could

17  get the whole plan together, we're working with

18  doctor--with the different doctors and the

19  therapist.

20          So, we're at the end of July and we hadn't

21  made any real decision one way or the other.

22          Q    Let me ask you to even start thinking

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1   about private schools?

2       A    Well, the idea that when we took N_____,

3   when she was hospitalized, we did think to talk to

4   the medical team in Children's Hospital about what

5   she needed.   And what she needed was small classes.

6   She needed teacher--she needed to be able to

7   connect with the teacher.   She needed to be able to

8   have the ability to ask for help and get it.   She

9   needed a support system.   And, so, they felt when

10  we had a--we knew what the situation was at Wilson,

11  we wanted to get her in a place where she could

12  have that kind of--that's why we started looking.

13      Q    Were you aware of any options that would

14  meet that description within the public school

15  system?

16      A    There were none, no.

17      Q    Did anybody at Wilson or elsewhere in D.C.

18  Public Schools, suggest to you that that option

19  might be available?

20      A    No, no.

21      Q    So, then you were in July?

22      A    So, now we're in July.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk                                                                 47

1       Q    What did you do about N▬▬▬▬ school at

2   that point?

3       A    Just to be safe, because we had not made

4   an ultimate decision or anything like that.   The

5   D.C. Public Schools every year, no matter if you

6   have--if you lived in the same place your whole

7   life, every year you have to go in and re-register.

8   And that year, the re-registering and it's in my

9   mind, on August 8, was the first day where you

10  could go re-register the students.   And, so, I went

11  to the school and I was going to re-register her.

12  And one of the people sitting at the table doing

13  the re-registering was Ms. Hansen.

14          And so, I was happy to see her, I went up

15  to her and I said, Ms. Hansen, I'm glad to see you,

16  I need--I'm re-registering N▬▬▬▬, I want to make

17  sure that this year we do put N▬▬▬▬ in a

18  situation where she gets the kind of one-on-one

19  help that she needs.   That woman looked at me like

20  she didn't know me from Adam.   She looked at me

21  like she didn't know who I was or what I was

22  talking about.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1      I--she said, what happened last year,

2   happened last year, there was--for example, I asked

3   to meet with her very early, can I meet with you

4   before school starts?  No, I'm busy.  The first

5   week, she couldn't do it.  She couldn't see me

6   until, like the third week when school started.

7      And I just remember getting, saying to

8   her, well what do you want--you want her to commit

9   suicide at the beginning of the year instead of the

10  end of the year so that maybe we could do

11  something?  I mean, I just walked out.  I walked

12  out of there and I called my husband and I said,

13  you know, we need to put her someplace.  We can't

14  put her back in this situation.  It just all came

15  back to me.

16      Q    So, then did you take any action?

17      A    Well, yes, we took, we started talking

18  to--recalling all the people that we had called

19  because we had been put into some waiting lists and

20  so forth and we went to talk to a school--Quaker

21  school in Alexandria.  They couldn't help us, but

22  the woman, the director that we were talking to,