wtk

49

1   had talked to N████, said that N████ was, she

2   sort of empathized. And said to us, that her son

3   had gone to a school that was in Hagerstown, it was

4   one of these schools where you stayed and that she

5   had very good luck with that school and that her

6   son had loved it.

7        This was a completely new thing for us.

8   We had not looked at schools where, I mean, we

9   didn't want her to leave us. And so, we had never

10  looked at those kinds of schools, boarding schools.

11       So, we got the name and I remember my

12  husband said let's go see it. And I said, no, I

13  don't even want to see it. I didn't go. Manuel

14  and N████ went to see the school in St.

15  James--St. James School in Hagerstown an hour away.

16  And they liked it, they thought that they

17  could--and they came back. And they came back to

18  convince me. And I--it was a school that was one

19  hour away, we could see her on weekends--we could

20  bring her home on weekends if we wanted to. They

21  didn't like that, but we could if we wanted to.

22  And we didn't have any other choice, so I

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

1   reluctantly agreed.

2       Q    Were you able to find any day schools that

3   had [unintell.] to admit N███████?

4       A    No, not at all.

5       Q    Can you tell us, to the best of your

6   recollection, which schools in inquired into?

7       A    Oh, I can--I'm sure I'm not going to get

8   everybody but we talked to the Field School; we

9   talked to Georgetown Day; we talked to Edmond Burke

10  [ph], we went to Washington International School;

11  we went to--it's a Catholic high school in Wheaton,

12  Good Counsel; there are a couple of schools in

13  Bethesda and that Palisades area, one is an

14  all-girls school; i can't recall the name.  There

15  is a school in, oh gosh, I mean, I could give you a

16  whole--we went to the Quaker schools, two Quaker

17  schools; one in Silver Spring, there was a Silver

18  Spring school.  There was a school in--

19      Q    Just do the best you can.

20      A    Okay.

21      Q    How did you select the schools that you

22  did inquire to?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    A    Well, at the beginning, we were selecting,

2  but towards the end there were no selection process

3  going, we were just, like I said--we sat down with

4  that magazine and just called each one.

5    Q    But when you were still choosing the

6  schools, what attracted you to the schools that you

7  applied to?

8    A    The--most of them said, in their

9  literature, the size of the classes.  Most of them

10  talked about lots of caring environment, and an

11  event of learning and that kind of just supportive

12  kind of environment, that was very much in line

13  with what we had been told by the doctors.

14    Q    What was your understanding of what St.

15  James could offer?

16    A    Precisely that--precisely that--St. James

17  was, I mean, they had a very, very family-like--for

18  example, they would have meals all together and

19  they would have; there were very small classes;

20  they were very involved with the teachers and the

21  students.  The students saw the teachers in all

22  kinds of situations and so forth, so that they

wtk

52

1 became their friends and the people that they could

2 go to when they had.

3        And, ultimately, although St. James didn't

4 turn out to be the right school for N██████, it was

5 a very good school for her in that she, at the very

6 minimum did get a good education.  The other

7 reluctant thing that I was really reluctant about

8 was all these schools wanted my daughter to repeat

9 the 10th grade, which I don't blame them, not with

10 the kinds of grades that she got.

11     Q   What was the reason that they gave you?

12     A   Well, they saw the grades, they had--we

13 certainly offer her to repeat a grade.  They looked

14 at the record, N████████ record of the 10th grade

15 and they said, no, we'll--the only way that she'll

16 get in here is if she repeats the 10th grade.

17     Q   Is that what happened?

18     A   Oh, yes, she had to repeat the 10th grade.

19     Q   Was that a condition that they would

20 accept her?

21     A   They wouldn't take her--they would not

22 take her unless she repeated it.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

53

1    Q    So, let me direct your attention to

2   Exhibit NG-26.

3    A    Yes, this is the letter that we received

4   saying that N█████ could come in and it's--that's

5   the only thing that they offered us.  They did not

6   offer us a space in the 11th grade.

7    Q    Did you see any progress in N█████ during

8   the year that she repeated 10th grade at St. James?

9    A    Yes, absolutely.  She was excited about

10  learning again.  She was, I wouldn't say

11  completely, 100 percent--one of the things that

12  happened that started in the 9th grade, as I told

13  you, was that she had been getting really down on

14  herself; really, I mean, her reaction to everything

15  was I can't do it, I can't do it.  This is not

16  something that I--and I saw that begin to turn

17  around.  She started to gain and believe in herself

18  a little bit of her self-esteem was improving.  I

19  mean, this wasn't immediate or any such thing, it

20  wasn't all peaches and cream at St. James, but I

21  started to see a real turn around and her grades

22  reflected that.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

54

1    Q   How did she do that year?

2    A   She did quite well, I mean, from a student

3  who did--got F's she got a couple of--A's, B's, and

4  one or two C's.

5    Q   Let me direct you to Exhibit NG-27 and

6  just have you identify that.

7    A   This is the record from St. James, these

8  are the grades that she got.  This is what they

9  have as their report cards and they had a lot of

10  good comments.

11     HEARING OFFICER SMITH:  It's 1:00 o'clock,

12  do you need to call your--

13     MS. SAVIT:  Well, I've got a little bit

14  more for Ms. Correda, I don't know how much

15  cross-examination you're going to have.

16     HEARING OFFICER SMITH:  What I was going

17  to suggest, maybe you'll call her and tell her that

18  we're still going to.

19     MS. SAVIT:  Do you have any estimate?

20     MS. HARRIS-LINDSEY:  No.

21     MS. SAVIT:  I'll call her and tell her we

22  don't know when we're going to get to her.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1          HEARING OFFICER SMITH:  We'll go off the

2   Record and reconvene as soon as you get back.

3          MS. SAVIT:  We won't go too far.

4          HEARING OFFICER SMITH:  Okay.

5          [Break.]

6          HEARING OFFICER SMITH:  Back on the Record

7   and just to let Ms. Harris-Lindsey know that, while

8   we were having a break, I made copies of all the

9   disclosures.  Okay, back to where we were, you were

10  still doing your direct, so as long as you just--

11         BY MS. SAVIT:

12     Q    I think we had just finished talking about

13  N███████ year at St. James?

14     A    Okay.

15     Q    And you were talking about the improvement

16  that you had noticed.

17     A    Yes.

18     Q    Did she go someplace else after

19  [unintell.]

20     A    Yes, I mean, remember that St. James

21  option was really not an option, it was sort of

22  like, we had to do this, because there was no place

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1   else.  But it really wasn't the right fit for

2   N_____, it was a small school, very religious.

3   They went to mass every morning.  They're very

4   religious very [unintell.]  N_____ had been in D.C.

5   Public Schools since pre-K, she was used to a very

6   diversified place.  This place was not; she was

7   only one of three Hispanics.  There were not a lot

8   of--there wasn't any diversity, frankly, and she

9   just, they had rules about how long your skirt

10  could be and it was just not he right place for

11  her.

12          But it had, at least, also, St. James had

13  gotten us--we saw that a boarding school could do

14  for her what, not being at home, we got along a lot

15  better.  She wasn't fighting with us all the time.

16  And we had seen Buckston [ph], before, when we were

17  looking for schools.  But I had not been ready at

18  that time to make the decision to send her to a

19  boarding school.  And the ability--her year at St.

20  James, made me realize that it really worked for

21  her.  It was the better thing.

22      Q   So, did you move her to Buckston?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk                                                                    57

1        A    We moved her to Buckston.

2        Q    When did she start there?

3        A    She started there in--she was in St. James

4   for one year for the 10th grade.  The next year,

5   the 11th grade and this year she's at Buckston.

6        Q    Have you noticed any improvement in

7   N██████ education since moving to Buckston?

8        A    She has done so well, she has gotten very,

9   very good grades.  She has, she took her SATs and

10  she did extremely well in her SATs, but I mean

11  besides the--beyond just grades, she has really

12  perked up in terms of wanting to learn, being

13  excited about learning; being excited about

14  classes.  Don't get me wrong, N██████

15  continues--she's on medication; she sees a

16  psychologist.  She's not cured.  There are

17  problems, but within the context of problems that

18  N██████ going to have for her whole life, this

19  was the right place for her.

20       Q    To what do you attribute the success

21  you're seeing?

22       A    This is--well, classes are--it's a very

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk
                                                                58

1  small school.  It's 100 kids, not even 100, it's 95

2  or something.  And this is high school, so for 9th

3  to 12th grade there is about 90 kids, the classes

4  are very small; there is a constant interaction

5  with the teachers.  A lot of the time if N██████,

6  sick they know it.  If N██████ is trying to just

7  get by, they know it.

8         They get to know the children very well, I

9  mean there's a lot of them, it isn't just a

10 one-on-one.  The teachers live right there in the

11 dorms with them.  There's a campus and all the

12 teachers live on the campus.  So, there's the small

13 classes; there's the kind of attention that she

14 needs.  This year we got permission for her SATs to

15 take the untimed one.  So they stayed, because it

16 was the untimed one, she had to take the test at

17 the school and so there was somebody there to watch

18 over her and all that stuff that whole time.  It's

19 just the kind of environment that she seems to do

20 well in.              And they don't--she can't not

21 go to class.

22     Q    What would happen if she cut class at

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

wtk

59

1  Buckston?

2      A    Well, they don't see her there, they go

3  upstairs; they go talk to her; if she's--they have

4  a nurse, if she--if N██████ says she's sick, they

5  take her to the nurse.  I mean, there's just

6  not--she can't just not do it, not go.  They're in

7  her face, that's what she tells me, they're in my

8  face all the time.

9      Q    Has she told you how she's reacting to

10  Buckston?

11      A    She said this is the place that has, this

12  is the right place for me, et cetera, et cetera.

13  She is now, in fact, because we're looking at

14  colleges and her sister is at the University of

15  Colorado in Boulder, and, at first, she liked that,

16  but then she said, "You know, that is too big for

17  me.  That is too big of a school for me."

18          She has realized that she needs to be in a

19  smaller, more supportive environment.

20      Q    I would turn your attention to Exhibits

21  NG-29 through 31, and ask you if you have seen

22  these before.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                60

1        A    Yes.    These are the report cards,

2   basically, and they go into a lot of detail.    One

3   of the things that really surprised us, for

4   example, when we first got this, was how well they

5   knew her, some of the things that they say about

6   her.

7            We know because we are her parents, but

8   there are not things that are immediately apparent

9   to somebody who just sees her an hour a week or an

10  hour a day.    So, yeah, I mean, this really showed

11  us how much integration there is with the faculty,

12  and, you know, she is doing very well.

13       Q    Do you think they provide an appropriate

14  environment for her?

15       A    I do.    I do.    And nobody is saying, you

16  know, that there is no--you can see in here they

17  will say, you know, she has her ups and downs, et

18  cetera, et cetera, and it is not that--N██████ is

19  going to have this all her life.

20       Q    Do you think that N██████ problems have

21  been eliminated?

22       A    They are certainly not eliminated.    I

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

61

1  think that if--I think absolute--absolutely not.  I

2  mean, she is--as I said, she continues to be on

3  medication.  She continues to see the therapist.

4  She comes here.  When she is in Buxton, she sees

5  someone.  When she was in St. James, she was seeing

6  a therapist.  When she comes home on breaks, she

7  sees Dr. Robbins.

8         Her disability is one that will go with

9  her for her whole life.  I mean, I would hope--I

10  would be the first one to hope that that wasn't the

11  case.

12     Q   I am also going to show you Exhibits 38

13  through 41 and ask you to just identify those.

14     A   Oh, yes.  These are our bills.  These

15  are--you don't just pay the tuition.  You have

16  to--there are enrollment fees and you have to

17  promise.  So these are--actually, I think this one

18  you showed me is St. James, for the school year at

19  St. James, '03.  That is right.

20     Q   And do these represent the costs that you

21  incurred in providing education for N██████?

22     A   Well, it is not all of it, but yes.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

62

1     Q    Is there a time when you returned to D.C.

2  Public Schools to ask for services for N███████?

3     A    Yes.

4     Q    When was that?

5     A    I went back the first time the day before

6  Thanksgiving on '04.  Yes, '04.

7     Q    And what did you--who did you see then?

8     A    I went to the main office and I told them

9  that I needed to re-register her and I wanted to

10  ask for special services for her.

11     Q    And what happened at that point?

12     A    Well, they allowed me to re-register her.

13  I brought all the stuff.  But they told me that as

14  a parent, I could not ask for special services,

15  that special services had to be requested by a

16  teacher and that since N███████ was not in the

17  school, they couldn't, the teacher couldn't say

18  that.

19     Q    Were you given any guidance about what you

20  might be able to do next to get services for

21  N███████?

22     A    I did not; no.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1      Q   Did you ever take any further action to

2  seek services from DCPS?

3      A   Well, then I--we decided to go to a lawyer

4  and we went to talk to you and it was you that told

5  us about all these other things.  And so at that

6  point, we did go into the care center after that.

7  I think it was--by this time, it was December or

8  January.

9      Q   And when you say the care center, can you

10 tell us what that is?

11     A   Yes.  It is a D.C. Public School center

12 that deals with children who have these kinds of

13 problems and it is out of a school in--I don't

14 recall the name of the school, but it is on R and

15 Rhode Island Avenue.

16     Q   And what did you do when you went to the

17 care center?

18     A   I asked--once again, I filled out papers.

19 Well, I didn't re-register her.  She had been

20 re-registered.  But I filled out papers for

21 a--asking for special services.  At that time, I

22 was given a sort of brochure like thing that said,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

64

1   you know, the services that were provided, and I

2   was floored, because I couldn't--and I thought that

3   they had just opened.

4        Apparently, there was an office in some

5   other place, but this kind of service had been

6   offered all along.

7        Q   What kinds of things did you notice in the

8   brochure?

9        A   That they would test the children.   They

10  would help you identify if there was other

11  problems.   They even talked about possibly

12  giving--putting them--putting the children with

13  these special needs in a separate kind of school.

14  It talked about all of that.

15       Q   Had you ever heard about any of that

16  before?

17       A   Never.   I mean, I had heard it when you

18  told me, but no, nobody else.

19       Q   After you filled out the forms, was there

20  any further contact with D.C. Public Schools?

21       A   Yes.   They asked us to bring N██████ in so

22  that she could be tested and, in fact, during one

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1   of N▮▮▮▮▮▮▮ breaks in Buxton, I brought her in and

2   she was tested for a whole battery of tests that

3   they gave her, not unlike, I think--very much like

4   the tests that I had paid for back in '02.

5       Q    Did you hear from DCPS after the testing

6   was done?

7       A    Yes.  They called us in to give us the

8   results.

9       Q    When did that occur?

10      A    I think it was--was it April or May of

11  this year, '05?  It was '05, but I don't think we

12  had coats on when we went.  It was later, in maybe

13  March.  She was tested--N▮▮▮▮▮▮ was tested in

14  January.  So it took a while.

15      Q    Do you recall who was at the meeting that

16  you attended?

17      A    Well, I don't recall all the names, but

18  there is one name that I do recall.  She was the

19  woman that I spoke to a lot and her name was Gloria

20  Everett and she was like the case worker or the

21  person who was in charge of N▮▮▮▮▮▮▮ case, and

22  there were two other women.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                              66

1          One of them had done actual testing, was

2    the woman that I had met when we brought N██████ in

3    to be tested.  And so there was another woman who

4    spoke, but I had not met her and she had not seen

5    N██████ before.  She just looked at the results and

6    gave her opinion based on the results that she saw.

7          Q    Did they bring any information about

8    N██████ to the meeting?

9          A    The tests.  They brought the tests and

10   shared them.

11         Q    Did they bring her school records?

12         A    You know, it was amazing.  There was

13   nobody in that room from the school.  There was

14   nobody in that room who knew N██████ from before.

15   There was nobody--you know, we had had a lot of

16   experience with D.C. Public Schools.

17         Nobody from none of her schools were

18   there.  Nobody who knew her, nobody--I thought

19   maybe Ms. Hanson would have been there, but she

20   wasn't there.

21         Q    What about her records from Wilson?

22         A    No.  We saw nothing.  They had nothing

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

67

1   from Wilson, nothing from any of the schools.  The

2   only thing that they had that they shared with us

3   were the tests, the testing papers.

4       Q   Did they seem to know what N▓▓▓▓▓▓.

5   experiences had been when she had been in Wilson?

6       A   No, no.  They had no idea.  We started to

7   tell them, we were telling them.

8       Q   What did you tell them?

9       A   Well, we told them that--we went through

10  that whole discussion of N▓▓▓▓▓ being put in

11  Children's psychiatric ward that year, last year at

12  Wilson.

13      Q   And did they have any reaction when you

14  told them about N▓▓▓▓▓ last year at Wilson as to

15  whether N▓▓▓▓▓ should have been evaluated for

16  special education?

17      A   Yes.  I was very surprised.  They actually

18  said, well, had we seen her then, we would have

19  probably agreed that she needed special services,

20  but since we didn't see her then, we are denying

21  her services now.

22      Q   And did they give you a reason?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

68

1    A    Yes.   They said that N█████ was fine,

2  that she, oh, wonderful, wonderful, she was fine.

3    Q    Did you offer them any additional

4  information about N█████?

5    A    Well, I answered all their questions.  I

6  told them all the information.

7    Q    I would direct your attention to Exhibit

8  NG-23 and ask you to take a look at that.

9    A    Yes.

10    Q    And ask you if that information--

11

12    A    I'm sorry.  Yes.  We gave--yes.

13  Everything, all the tests that we had done, all the

14  --we brought things from the doctors, the medicine

15  that she was on, what she was taking and when, all

16  the different doctors.

17         I think there is another one.  We brought

18  the other one from Dr. Gray.  Yes.  They saw this.

19    Q    And did you bring any other records with

20  you?

21    A    They had the previous testing that they

22  were done.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                        69

1        Q    Dr. Carbo's [ph] testing?

2        A    Dr. Carbo's testing.  Yes.

3        Q    Had you given that to them previously?

4        A    I had given it--they asked me for any

5    information that I might have, so I had brought

6    that.

7        Q    When you first requested services, again,

8    for N▬▬▬▬a in 2004.

9        A    Actually, I think that I talked to them

10   about it then, but I brought it in the day that

11   N▬▬▬▬ was being tested.

12            MS. SAVIT:  At this point, I have nothing

13   further.  As I indicated, I do want to leave the

14   record open on Ms. Correa, because she normally she

15   would have testified after DCPS witnesses.

16            HEARING OFFICER SMITH:  Okay.  Ready for

17   cross?

18            MS. HARRIS-LINDSEY:  Yes.

19                    CROSS-EXAMINATION

20            BY MS. HARRIS-LINDSEY:

21        Q    Ms. Correa, you said special services, but

22   you were asking--throughout your testimony, you

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    said you were requesting special services, but you

2    were actually requesting special education

3    services; isn't that correct?

4        A    I don't know really what the real--I mean,

5    I was asking for help.

6        Q    Okay.  But the actual term you used was

7    special education services.

8        A    Here, now?

9        MS. SAVIT:  Are you asking her is that the

10   term she used?

11       MS. HARRIS-LINDSEY:  Yes.

12       THE WITNESS:  Are you asking me about here

13   now?

14       BY MS. HARRIS-LINDSEY:

15       Q    I am just asking when you--I can do it

16   from--when you came back from DCPS in December.

17       A    Yes.

18       Q    Requesting services, you were asking

19   for--the term you were using was special education

20   services; isn't that correct?

21       A    That might have been what I said today.  I

22   don't remember exactly, but I did ask for special

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    help.  Yes.

2         Q   Okay.  Let me just refer you--

3              MS. HARRIS-LINDSEY:  Ms. Savit, can you

4    just refer Ms. Correa to Exhibit 12?

5              THE WITNESS:  Yes, yes.  I see it.  Yes.

6    Services.  Well, this says services.  Special

7    education services.

8              BY MS. HARRIS-LINDSEY:

9         Q   First of all, let me say I am not trying

10   to trick you.

11        A   No, no, no.

12        Q   I just wanted to--

13        A   No, no.  Of course not.  No.  But I see

14   it, yes.  I see it.  That is what I said, special

15   education services.

16        Q   Okay.  And the team that met, that you met

17   with this past school year from the care center,

18   that team indicated that as N██████ presented to

19   them in the present, that they did not find her

20   eligible for special education services; isn't that

21   correct?

22        A   That is what they said.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

72

1      Q   Okay.  At Buxton, what type of specialized

2   instruction, any kind of education is N███████

3   receiving?

4      A   On the education side, no.  N███████ is not

5   receiving--N███████ is very smart.  No.  She is--

6      Q   Okay.  What related services is the school

7   providing to her?

8          MS. SAVIT:  I am going to object to the

9   question, related services being a term of art, I

10  believe.

11         MS. HARRIS-LINDSEY:  Okay.  Sure.  Okay.

12         BY MS. HARRIS-LINDSEY:

13     Q   Let me ask you this question.  Is Buxton a

14  special--a school--

15     A   No.

16     Q   --that services special ed--

17     A   No.  No.  No; it is not.  Not at all.

18     Q   You indicated that N███████ receives

19  counseling.

20     A   Yes.

21     Q   In Buxton.

22     A   Yes.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1      Q    Does Buxton staff provide the counseling

2   for her?

3      A    Not other than--no, no, no.  She goes to a

4   therapist.

5      Q    Okay.

6      A    That works with the school.

7      Q    Okay.  Who is that therapist?

8      A    Dr. Robert Spiro, S-p-i-r-o.

9      Q    Okay.  And in what capacity does he work

10  with the school?

11     A    Well, when children need therapy, he is

12  the one they send.  He is the person that sees the

13  children who need it, but he doesn't work for the

14  school, if that is what you are asking.  He is not

15  a faculty member.

16     Q    Did the school identify him?

17     A    Yes.  The school told us about him.

18     Q    The school.  Okay.  I am going to kind of

19  jump around, so bear with me.

20     A    No problem.

21     Q    I think you testified that the meeting

22  that you had, last meeting you had at Wilson, where

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1  you said that the--that was convened in May of '03.

2  I am going to take you there.  You indicated that

3  there was only four members of Wilson staff that

4  were present, Ms. Hanson, the Spanish teacher,

5  English teacher, and then a Mr. Sonovik [ph].

6      A    That is my recollection, yes.

7      Q    Now, you said at that meeting, they

8  discussed N██████--they discussed the impact of

9  her absence on her current grades.

10     A    Yeah.  I mean, she had been out for ten

11 days, hospitalized, or eleven days, hospitalized.

12 Yes.  So it was.

13     Q    Now, at that meeting, did you--at that

14 meeting, did you know that meeting was a 504

15 meeting?

16     A    No.  It wasn't identified as anything.

17 But I--you said the last meeting.  That was the

18 only--

19     Q    Yes.

20     A    Yes.  But it wasn't identified as any one

21 thing, though.

22     Q    Okay.

nr

75

1    A    As I recall.

2    Q    When did you first identify--when did

3    you--if you can recall, because if you don't, that

4    is fine.  Do you recall when you first learned the

5    term 504?

6

7    A    Yes.  No.  Absolutely.  The 504, is that

8    the Americans with Disabilities Act?

9    Q    Yes.

10   A    Yes.  That was--the doctors told me.  I

11   didn't know about it.  Dr. Robbins specifically

12   said you need help and the school needs to give it

13   to you and you are protected under and your

14   daughter is protected under the Americans with

15   Disabilities Act.  So I didn't know about it until

16   the doctors told me.

17   Q    Okay.  And was that before the May

18   meeting?

19   A    Yes.  That was how I went and, in fact,

20   the letter that we wrote--remember I said we wrote

21   a letter immediately.  We wrote a letter to Dr.

22   Terrison, the principal, and under that letter, we

76

1    said under 504, it is my understanding, or some

2    such thing.

3         Q    Right.

4         A    That you need to help us.

5         Q    Okay.  Now, at the meeting, you indicated

6    that you were--that really all they talked about

7    was how she could make up for missed homework, but

8    there were no discussions of any class

9    accommodations or time accommodations for her.

10        A    That is correct.

11        Q    Did you make any request at that meeting

12   of the accommodations that you may have had in

13   mind?

14        A    No.  I just made the general request.  I

15   didn't go into specifics, as I recall.  We were--I

16   mean, as you can imagine, our daughter had just

17   come out of a psychiatric hospital.  We were in no

18   state to do any real--we just were told that this

19   was one of the things that we could do to get help.

20        Q    Okay.

21        A    And we went for it.  We were reaching for

22   everything that was offered and we were taking it.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                      77

1        Q    Okay.  Now, the St. James School.

2        A    Yes.

3        Q    That was also a regular ed program.

4        A    Yes, ma'am.

5        Q    But when N█████ was attending St. James,

6   she was still able to receive the psychological

7   support.

8        A    It was the same thing.  They had a

9   therapist who actually came to the school once a

10  week.  He spent the whole day there, and he would

11  see different children, and N█████ was seeing him.

12  N█████ was seeing Dr. Silver, as well, at that

13  same time, because of the medication.  And when she

14  came home, we would bring her to see Dr. Robbins.

15       Q    Okay.  You indicated that I think the

16  change you noticed in N█████ kind of began when

17  she made that transition from Lafayette to Deal.

18       A    It was the time that she started having

19  problems.  I mean, in Lafayette, there was--she was

20  a star.

21       Q    Lafayette is a very small setting, small

22  school.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1      A    Yes.

2      Q    Now, the diagnosis of clinical depression

3    that came out following the hospitalization at

4    Georgetown.

5      A    That was one of the reasons that we

6    hospitalized her.

7      Q    Was that when the diagnosis was given, as

8    a result of that hospitalization?

9      A    I am trying to think if--I mean, Dr.

10    Robbins told us that she was very depressed and she

11    was thinking about committing suicide, but we had

12    not heard that before.  No.  So it was a

13    combination of doctor, just before going in, and in

14    the hospital.

15      Q    There were two hospitalizations; am I

16    correct?

17      A    There were two separate hospitalizations.

18      Q    One when she was at Deal.

19      A    One in the ninth grade.  That is right.

20    That is exactly right.  And the first one was at

21    Georgetown and the second one was at the Children's

22    Hospital.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                              79

1        Q    Okay.   I think you indicated that when

2   N██████ was at Wilson, that you did have

3   communication with Ms. Hanson.

4        A    Yes.

5        Q    And I think the--a lot of dialogue I see

6   in the e-mail was with Ms. Morton, the math

7   teacher.

8        A    Yes.   That was just one example.

9        Q    Okay.   But you did not have that same type

10  of discourse with the principal, Dr. Terrison.

11       A    Dr. Terrison, we tried and Dr. Terrison

12  identified Ms. Hanson as the person that we should

13  deal with.

14       Q    But Ms. Hanson did not--at the meeting,

15  the meeting that took place in May, the discussion

16  never turned to how--if Wilson was going to be able

17  to, I guess, provide any type of smaller setting or

18  accommodations for Natalia when she--

19       A    No.

20       Q    --when she returned to school.   It was

21  just the talk was really--the discussion was really

22  about homework.

681

1      A    It was more--it was more about, you know,

2   accommodations sort of and how we could get her

3   through this last month and what is the minimum,

4   for example, that the teachers would accept for

5   her.  So it was focused on that.

6         MS. HARRIS-LINDSEY:  Okay.  I have nothing

7   further of Ms. Correa.

8         HEARING OFFICER SMITH:  Anything?

9         MS. SAVIT:  No.

10         HEARING OFFICER SMITH:  I guess the best

11   way to do this, if counsel can identify--I know

12   schedules are--we don't have to do it right now,

13   but if you all could speak with each other.

14         MS. SAVIT:  I am afraid that if we don't

15   do it now, we won't do it.

16         HEARING OFFICER SMITH:  Sure.

17         MS. SAVIT:  And, also, I need to have my

18   clients in on that conversation.

19         HEARING OFFICER SMITH:  That is fine.

20         MS. HARRIS-LINDSEY:  I am going to tell

21   you now Monday is out.

22         MS. SAVIT:  I have got a lot of stuff

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1   booked.   Don't worry about that.

2           MS. HARRIS-LINDSEY:   Okay.   Okay.

3           MS. SAVIT:   I assume, also, that the last

4   week in December is no good, for the same reason

5   that today is no good.

6           MS. HARRIS-LINDSEY:   Right.   There is no

7   staff.   Exactly.   I don't believe the Student

8   Hearing Office is going to be holding hearings the

9   last week of December, the first week of--

10          HEARING OFFICER SMITH:   Between Christmas

11  and--

12          MS. HARRIS-LINDSEY:   Right.   The week

13  after New Year's.

14          MS. SAVIT:   The week after New Year's,

15  too?

16          MS. HARRIS-LINDSEY:   From the 26th through

17  the 6th.

18          MS. SAVIT:   The only day in the rest of

19  December that isn't that week on which I have

20  nothing scheduled is December 23.

21          MS. HARRIS-LINDSEY:   Ah, Christmas Even.

22          MS. SAVIT:   Effectively.   Now, I do have

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1   days on which I have things that aren't going to

2   last all day.  The 16th, I have a status conference

3   in U.S. District Court at 10:00 in the morning.

4            MS. HARRIS-LINDSEY:  The 15th and the 16th

5   are--

6            MS. SAVIT:  Are no good for you?

7            MS. HARRIS-LINDSEY:  Right.  Because I

8   have to--as you know, the last time we talked, I

9   was in Massachusetts.  I will be in Massachusetts,

10  or coming back.

11           MS. SAVIT:  You can visit N████████.

12           MS. HARRIS-LINDSEY:  I don't know.   I

13  don't know how close Deerfield is to--is it

14  Williamstown?

15           MS. SAVIT:  Williamstown is all the way to

16  the west.

17           MS. HARRIS-LINDSEY:  Yes.  Deerfield is

18  west.  Let me stay on point.  Let me stay on point.

19  Wait a second.  Here is the thing about the 16th.

20  I can technically be back here on the 16th.

21           MS. SAVIT:  The problem I have with the

22  16th is I can only do the afternoon, because I have

83

nr

1  the status conference in the morning.  I don't know

2  exactly how long that is going to last.

3          Now, on the 19th, I do have something

4  scheduled in the morning that I can blow off of

5  that.

6          MS. HARRIS-LINDSEY:  I have a full day of

7  hearings on the 19th.  The 20th, I have two slots.

8  But the problem with us scheduling this, I don't

9  know the Student Hearing Office's calendar.

10         HEARING OFFICER SMITH:  Is the 23rd good?

11         MS. SAVIT:  It doesn't bother me.

12         MS. HARRIS-LINDSEY:  I don't know if we

13  want it to be on Christmas Eve.  I guess we have to

14  do what we have to do.

15         HEARING OFFICER SMITH:  I was wondering

16  about the situation with the staff.

17         MS. HARRIS-LINDSEY:  That is the last day.

18         MS. SAVIT:  Is there school that day or do

19  you have a half-day?

20         MS. HARRIS-LINDSEY:  I can find out.  Just

21  bear with me for a second.  I think that may be.

22  Let me check.  It won't be them that's not happy,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1  it's me.

2          HEARING OFFICER SMITH:  If we set it and

3  they are not going to be here, then that is--

4          MS. HARRIS-LINDSEY:  They will be a bunch

5  of happy people by then.  It is what it is.

6          HEARING OFFICER SMITH:  What about the

7  first week of January?  There are no hearings?

8          MS. HARRIS-LINDSEY:  There are no hearings

9  the last week of December and the first week of

10 January.  The only problem with the first week of

11 January is I am in training.  I just don't know

12 exactly what date.

13          I am not necessarily opposed to doing the

14 last week of December, but we would be the only

15 ones here.  So that is up to the Hearing Officer.

16          MS. SAVIT:  The problem is can we get the

17 staff in.

18          MS. HARRIS-LINDSEY:  That is right.  I

19 keep forgetting about--I forget about them.  This

20 is not my schedule.

21          HEARING OFFICER SMITH:  You are tied up

22 the second week of January; is that right?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

85

1        MS. SAVIT:  At the moment, the second week

2   of--yes.  Well, I am serving as an arbitrator for

3   three days.  I could do it on the 9th.

4        HEARING OFFICER SMITH:  January 9th.  What

5   time?

6        MS. SAVIT:  All day.  I believe Dr.

7   Robbins is available that day, too.  The only day

8   she can't do is a Tuesday.

9        MS. HARRIS-LINDSEY:  Okay.  I have one

10  thing at 3:00.  Let me see if I--since that doesn't

11  require shifting an entire day, I can see if I can

12  clear that and January 9th would be fine.

13       HEARING OFFICER SMITH:  I have a possible

14  problem with the 9th, with another hearing.  It is

15  going to be the 8th or the 10th.

16       MS. SAVIT:  The 8th is a Sunday, January,

17  and the 10th I can't do it.  That is the day the

18  arbitration starts.

19       MS. HARRIS-LINDSEY:  And I can't on the

20  10th.  But I can the 11th, 12th or 13th.

21       MS. SAVIT:  All right.  The 13th I think I

22  can do.  The 13th is open.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      HEARING OFFICER SMITH:  What day it the

2  13th?

3      MS. HARRIS-LINDSEY:  Friday the 13th.

4      HEARING OFFICER SMITH:  Always a good day.

5  Why don't we go ahead and make it the 13th?

6      MS. SAVIT:  Okay.

7      MS. HARRIS-LINDSEY:  Okay.

8      HEARING OFFICER SMITH:  I can possibly do

9  it the 9th, but I wouldn't be able to find out

10  until next week and I would rather just pin it

11  down.

12      MS. SAVIT:  I really--we have had so many

13  glitches along the road.

14      HEARING OFFICER SMITH:  That is why I say

15  I would rather--you know, to say the 9th and then

16  try and come back and reschedule it, it just--the

17  13th we will make it happen.

18      MS. HARRIS-LINDSEY:  All day?

19      MS. SAVIT:  When do you want to start?

20      HEARING OFFICER SMITH:  At 11:00.  We will

21  set it all day, from 11:00 til the end of the day.

22      MS. SAVIT:  All right.  I think we

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1  definitely will need til the end of the day.

2          HEARING OFFICER SMITH:  It is a Friday.

3  We can start at 10:00 on a Friday, if you wanted.

4          MS. HARRIS-LINDSEY:  Fine with me.

5          MS. SAVIT:  That is fine.

6          HEARING OFFICER SMITH:  We will start at

7  10:00, and I will take care of the Student Hearing

8  Office.

9          MS. HARRIS-LINDSEY:  Okay.  Good.  I won't

10 get the phone call.

11         HEARING OFFICER SMITH:  January 13, '06 at

12 10:00 a.m.  Now, when I say 10:00 a.m., just go on

13 the record, I may be a little bit late, because

14 usually there is something I do in the morning and

15 I will be coming from a different direction, but I

16 should be here at 10:00.

17         MS. HARRIS-LINDSEY:  I will be here.

18         HEARING OFFICER SMITH:  But that is just

19 to let you know.  We will definitely do it then and

20 get it done.

21         Now, if there is any need to communicate

22 beforehand, either counsel can initiate a

88

nr

1   conversation.  I can be available.  I am down here

2   every day anyway at some point.

3          Thank you very much.

4          MS. SAVIT:  Thank you for doing what you

5   could today.

6          MS. CORREA:  And you guys have a very nice

7   Christmas.

8          HEARING OFFICER SMITH:  You, too.  Be safe

9   going home.  By the way, I can't get a hearing

10  notice out to you til next week.

11         MS. HARRIS-LINDSEY:  Also, just on the

12  record, so that we are clear, if, based on my

13  client's testimony, you want to recall Ms. Correa,

14  that is fine.

15         MS. SAVIT:  Right.

16         HEARING OFFICER SMITH:  Okay.  So we are

17  off the record until January 13.

18         [Whereupon, the hearing was concluded.]

19                    -  -  -

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

T7305

1

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF PUBLIC SCHOOLS

OFFICE OF STUDENT HEARINGS

- - - - - - - - - - - - - x
                          :
In the Matter of:         :
                          :
N▓▓▓▓▓ G▓▓▓▓               :
                          :
- - - - - - - - - - - - - x

Washington, D.C.

January 13, 2006

The above-entitled matter came on for

hearing, pursuant to notice.

BEFORE:

DAVID SMITH, Hearing Officer

APPEARANCES:

On Behalf of the Student/Parent:

D. SAVIT, ESQ.
L. GARCIA, ESQ.

On Behalf of D.C. Public Schools:

Q. HARRIS-LINDSEY, ESQ.

[TRANSCRIPT PREPARED FROM A TAPE RECORDING.]

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

nr

2

## C O N T E N T S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Gloria Everett | 5 | 25 | 49 | -- |
| D. White-Jennings | 55 | 65 | 71 | 78 |
| Linda Flynn | 87 | 102 | -- | -- |
| Carol Robbins | 111 | 143 | 160 | -- |
| Sylvia Correa | 164 | 167 | -- | -- |

## E X H I B I T S

| STUDENT/PARENT | MARKED | ADMITTED |
|---|---|---|
| No. 1 | | |

D.C. PUBLIC SCHOOLS

No. 1

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

nr                                                                                      3

<u>P R O C E E D I N G S</u>

1

2          HEARING OFFICER SMITH:  Good morning,

3    everyone.  My name is David Smith.  I have been

4    designated as the Hearing Officer in the matter of

5    N█████ G████.  This is actually a continuation of

6    the case that began on December 9, 2005.

7              Today is January 13, 2006.  There is a

8    sign-in sheet going around.  I would ask everyone

9    to sign their name, but, also, I am going to ask

10   everyone to state their name for the record.

11         MS. HARRIS-LINDSEY:  Quine Harris-Lindsey,

12   Attorney Advisor, on behalf of D.C. Public Schools.

13         MS. FLYNN:  Linda Flynn, DCPS, school

14   psychologist.

15         MS. WHITE-JENNINGS:  Denise

16   White-Jennings, DCPS, clinical psychologist.

17         MS. EVERETT:  Gloria Everett, DCPS, social

18   worker.

19         MS. SAVIT:  Diana Savit, attorney for

20   N████a G████ and her family.

21         MS. GARCIA:  Loretta Garcia, attorney for

22   N█████a G████ and her family.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

4

1          MS. CORREA:  Sylvia Correa, mother of

2   N_____  G_____.

3          MR. GOMEZ:  Manual Gomez, the father of

4   N_____.

5          HEARING OFFICER SMITH:  I believe at the

6   last hearing, all the documents--we had disclosures

7   submitted by DCPS December 2, 2005, for the parent

8   on [unintelligible] 2005, and all the documents

9   were admitted as part of the record.

10          The last time, the parent had testified.

11   There was an issue, a problem with the schools, the

12   schools were actually closed that day, but due to

13   some communication issues, we went ahead with the

14   parent to testify, recognizing that since the

15   schools were closed, the DCPS witnesses were not

16   available.

17          So today I believe we are going to start

18   with DCPS' case.  Counsel wanted to note that the

19   parent may or may not testify.  It depends on--may

20   or may not testify again.  It depends on how the

21   case proceeds.  Is that correct?

22          MS. SAVIT:  That is correct.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

5

1        HEARING OFFICER SMITH:  Okay.  So I don't

2  think I have any other preliminary matters.

3  Counsel, are you ready?

4        MS. HARRIS-LINDSEY:  Okay.  DCPS' first

5  witness is Gloria Everett.

6  Whereupon,

7  GLORIA EVERETT

8  was called as a witness and, having been first duly

9  sworn, was examined and testified as follows:

10                 DIRECT EXAMINATION

11        BY MS. HARRIS-LINDSEY:

12    Q    Ms. Everett, if you could, just for the

13  record, just state your full name and who you are

14  employed by and in what capacity and, in that, how

15  long you have been employed in that capacity.

16    A    My name is Gloria Everett, social worker

17  for DCPS.  I am a clinical social worker.  I have

18  worked for DCPS since 1978.  I have had many roles

19  in DCPS, direct intervention with student, as

20  required through their IEP.

21        Also, I have worked with regular ed

22  students, doing some group work, working with the

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

6

1  parents group.  Currently, I work in a care center.

2  In that capacity, I am a social worker/case

3  manager.

4        That is, when a case comes to care center,

5  I am one of three case managers who is assigned the

6  case.  And in that role, I am to gather

7  information, have contact with parents, ensure that

8  all necessary evaluations are done, ensure that any

9  outside information that is needed to assist us in

10 working with the family and the child, that that

11 information is gathered.

12        I also hold TAT meetings, MDT meetings,

13 and IEP meetings.  We help--based on the IEP

14 meetings, that is where a student has been declared

15 eligible for special education, we would do an

16 individual educational plan.

17        If not, we will conclude the meeting at

18 the MDT process; that is, the multi-disciplinary

19 team process.

20    Q    Okay.  Ms. Everett, are you familiar with

21 the student that we are here for today, N███████

22 G█████?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                        7

     1        A    Yes, I am.

     2        Q    And have you ever met N████████?

     3        A    I have never met her.

     4        Q    Okay.  So how did you become familiar with

     5    the case?

     6        A    I talked with the mother several times,

     7    called her home, and we had several conversations.

     8    In fact, Ms. Gomez was the conduit for helping me

     9    to get information from N████████ school; also,

    10    trying to get current medical information.

    11        Q    Okay.  Now, can you take us through the

    12    process of your involvement in this case, from

    13    beginning to I guess what we would--what you

    14    would--what you would consider to be the end of the

    15    case?

    16        A    Okay.  I received the case June--I'm

    17    sorry--December 27 and I immediately called the--on

    18    January 6, I called the--

    19        Q    Let me do it this way.  To the extent that

    20    you can testify from your memory.

    21        A    Oh, I'm sorry.

    22        Q    That is fine.  If you can't, then I will

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                          8

1   make a request to allow you to refresh your

2   recollection.

3        A    Oh, I'm sorry.

4        Q    That is all right.  To the extent that you

5   cant, because what we don't want is for you to

6   testify from documents as opposed to--because the

7   documents speak for themselves.

8        A    Okay.

9        Q    And don't feel--if I might.  Don't feel

10  you have to give a direct answer.  If you recall,

11  fine; if you don't, that is fine, too.

12       A    Okay.  What was the question?

13       Q    Let's go back to how you first became

14  involved in this case.

15       A    Okay.  The case was given to me in

16  December.  As the case manager, I read the

17  information that was provided.  There was referral

18  information and there was information provided by

19  the mother from outside evaluations.

20            I read that, that evaluation, and made a

21  determination what we needed to do to proceed with

22  this case through whatever course that needed to be

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

9

1  done.

2          After reading that evaluation, I contacted

3  the mother, requesting how we would get a chance to

4  see N███████, how we would be able to evaluate her,

5  how we were going to get information from the

6  school.

7          We normally do a classroom evaluation.

8  But since she was in school in Massachusetts, I was

9  not going to ask DCPS to fund me to go to

10 Massachusetts.  So how are we going to get

11 information from the school so that we are familiar

12 with this child?

13         So I did call the mother with that request

14 and several calls about that; a couple of letters

15 to the school requesting information on the

16 student.

17         Eventually, I did receive school reports

18 from the student.  I did not receive current

19 medical information.  What I did receive was

20 information that, at that point, was back in 2003

21 and I asked the mother would she provide the

22 current medical information, because that is what

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

1   we need to know where is the child functioning at

2   this time in school.

3           I was able to get, eventually, after a

4   couple of months of trying, able to get information

5   from the school.  The medical information that was

6   current I never received.

7           Also, I referred the case to Linda Flynn,

8   who is the psychologist, and because there were

9   some emotional issues involved in this case, Dr.

10  White-Jennings was then asked to review the

11  information, to make a decision what else we needed

12  on this student.

13          At that point, we got everything that we

14  were able to get.  We came to the table to do the

15  MDT meeting.  At the MDT meeting, we reviewed

16  information that was presented to us at that time

17  and based on that information that was from the

18  school and from the parent, we made a decision

19  about her eligibility for special education.

20      Q    And what was the determination that you

21  made?

22      A    That she was not eligible at this time.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666