nr

1  had attempted--had made a suicide attempt, and that

2  because of these concerns in the school, that the

3  parents had moved her from Wilson and had placed

4  her at Buxton.

5      Q    I am just asking your--well, how did--what

6  was the--what were your recommendations?

7      A    I think my recommendations were that she

8  did appear to me to need ongoing counseling.  After

9  I also reviewed the information from Buxton, where

10  she appeared to be doing quite well and not to be

11  presenting with any significant academic or

12  behavioral concerns.

13      Q    Okay.  Did your report involve--or did you

14  interview the parents as a part of your review

15  process?

16      A    No.  I did not directly interview the

17  parents.  There was a lot of information in the

18  reports that the parents had submitted and in terms

19  of what the parents' concerns were.

20      Q    Okay.

21      A    I guess in terms of the referral form,

22  also, that she filled out when she came to the care

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                    62

1   center.

2       Q    How would the student--how would your

3   recommendation of the need for ongoing counseling,

4   how does that reconcile with the team's

5   determination of ineligibility for special

6   education?

7       A    I mean, it is quite compatible to that

8   recommendation, because a student can get

9   counseling without being in need of special

10  education services or specialized instruction.  A

11  student can receive counseling, either provided by

12  the school or through an outside agency.

13      Q    Now, at the meeting--you participated in

14  the May 15 meeting.

15      A    Yes, I did.

16      Q    Can you tell us what was your--what do you

17  --tell us what your contribution to that meeting

18  was.

19      A    Well, I would have reviewed my report and

20  talked with the parent about what the current

21  functioning was.  I know at that meeting, the

22  parent did bring in information about N███████

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

63

1  outside therapy, though one of the reports was from

2  2000--detailed therapy that had taken place in

3  2003.

4      Another report didn't really address the

5  therapy issues.  It talked about what medications

6  N▬▬▬ had been taking and that N▬▬▬ had been

7  removed by the parent from all the medications,

8  except for one.

9      And I remember I asked if N▬▬▬ was

10  currently in therapy with someone at Buxton and I

11  believe mom's reply was that she was getting

12  therapy when she came home.

13     Q    And the information, the additional

14  information that you indicated that was provided

15  that had--that included therapy information, was

16  that information--the information of that therapist

17  who provided services to--

18     A    One was information that the therapist had

19  seen N▬▬▬ in 2003 and the other was more a

20  listing of the medications and the time frame of

21  when N▬▬▬ took various medications.

22         MS. HARRIS-LINDSEY:  Okay.  Bear with me a

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

64

1   minute.

2           [Pause.]

3           BY MS. HARRIS-LINDSEY:

4       Q   Now, Ms. Jennings, do you give--in your

5   report, did you make any diagnosis?

6       A   No.  N███████ has been previously diagnosed

7   with depressive disorder and at that time, at the

8   time I did this report, there was a question about

9   attention deficit hyperactivity disorder, but I

10  didn't see a report that actually diagnosed her

11  with that.  Though, subsequent, there are some

12  reports, but I didn't see them at that time.

13      Q   Okay.  Were you in agreement with the

14  team's decision of ineligibility?

15      A   Yes, I was.

16      Q   Now does the--well, have you been--post

17  the meeting, what information have you--have you

18  had the opportunity to review any information from

19  the 2003 school year, outside of what you have

20  already spoken about?

21      A   I saw the report card that Ms. Everett got

22  from the school.  That was the only additional

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

65

1    information.

2        Q    Would that change--that report card change

3    your determination?

4        A    No.  Because, I mean, just looking at it,

5    looking at the grades, except for honors algebra

6    two, she did okay.  I mean, she had Cs, primarily

7    Cs, but she had some Bs and then she did fail the

8    honors algebra two.  And so it looks like she would

9    have passed to the 11th grade, based on that

10    information.

11       Q    Okay.  Now, can you tell me what is the

12    purpose of the behavior rating scale?

13       A    It just allows a way to get information on

14    a number of behaviors of concern, and one of them

15    would have been to look at the ADHD oppositional

16    behaviors, attention, social--how the child

17    interacts with other people, and to then be able to

18    compare that with other children the same age

19    range.

20       Q    And based on the parents, do you recall

21    the parents--what their scale--the parents scale?

22       A    I know that the parents did

1   express--ratings were significant for some

2   oppositional behavior, some inattention, and some

3   others.  I don't remember offhand some of the other

4   concerns.

5        Q    But what you recall is oppositional and

6   attention.

7        A    Mm-hmm.

8        Q    Do you recall the Buxton rating scale?

9        A    No.  I am afraid I don't.  I mean, there

10  were some concerns, but I can't remember precisely

11  which ones they were.

12       Q    Okay.  Okay.  And you take that into

13  consideration in light of the other information

14  that you had before you at that time.

15       A    Yes.

16            MS. HARRIS-LINDSEY:  Okay.  I have nothing

17  further at this time.

18            HEARING OFFICER SMITH:  Cross.

19                    CROSS-EXAMINATION

20            BY MS. SAVIT:

21       Q    Now, I understand you have never actually

22  met N██████.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

67

1    A    No.

2    Q    And other than at the MDT meeting, you

3  actually also never met her parents, correct?

4    A    Probably not.

5    Q    You certainly never had a clinical

6  interview with them, as opposed to getting written

7  information from them, correct?

8    A    Right.  That is correct.

9    Q    So you would not be in a position to

10  diagnose N▓▓▓▓, correct?

11    A    I did not diagnose N▓▓▓▓.

12    Q    And it would not have been appropriate to

13  diagnose N▓▓▓▓.

14    A    No.

15    Q    So you are left with the information you

16  have and the prior diagnosis, correct?

17    A    Yes.  And that is why I requested

18  information from the therapist, which was not

19  forthcoming until actually at the meeting, and then

20  it was not current information.

21    Q    Well, you are aware that she had been

22  diagnosed with major depressive disorder, correct?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                    68

1        A    Correct.

2        Q    And that was in 2003, her last year at

3   Wilson, correct?

4        A    Yes.

5        Q    If you have a student who is diagnosed

6   with major depressive disorder, what, if any,

7   accommodations would be appropriate for that

8   student in the school setting?

9        A    It really depends on the student.  Some

10  students only require counseling.  Some of them

11  only require counseling on an outside basis.  Some

12  of them require counseling as part of the

13  school's--as part of their programming, and some

14  students require a more specialized environment.

15       Q    So you would really need to know how the

16  student was functioning in the general education

17  environment in order to decide what accommodations

18  the student might need in that circumstance,

19  correct?

20       A    Correct.

21       Q    And what about a student who has attention

22  deficit hyperactivity disorder, what kinds of

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                  69

1  modifications would you recommend?

2      A    That would be the same thing, because

3  there are varying degrees of attention deficit

4  hypertension disorder.

5      Q    So you would need to know how the student

6  is functioning in the general education environment

7  in order to know to what degree and in what ways

8  that environment needs to be modified, correct?

9      A    Yes.

10     Q    And if the modifications produced the

11  desired results of the student's performing well in

12  school, then you know that those modifications were

13  the right ones, correct?

14     A    Yes.

15     Q    And if they don't produce that desired

16  result, then the modifications aren't the right

17  ones for that student, correct?

18     A    Yes.

19     Q    But if the modifications do work for that

20  student, does that mean that the student isn't

21  disabled?

22     A    No; it does not.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

70

nr

1       Q    Notwithstanding the good academic report

2   from Buxton, Buxton did provide, on the Connor

3   scale and other reports that you asked them to

4   provide, according to your report, Exhibit 21, that

5   N███████ was markedly atypical on such things as

6   anxious, shy, perfectionism, Connor's ADHD,

7   Connor's global index, restless, impulsive,

8   Connor's global index, emotional ability, Connor's

9   global index and a DSM-IV of possible diagnosis of

10  a hyperactive impulsive, and that you would say

11  that the reports you got indicated significant

12  problems in these areas, correct?

13      A    Yes.

14      Q    You also found that there were certain

15  DSM-IV sub-scales that indicated potentially

16  significant problems in such areas as oppositional

17  behavior, hyperactivity, correct?

18      A    From the school or from the parent?

19      Q    I am still reading from your report--

20          MS. HARRIS-LINDSEY:   Can you refer to her

21  what you are looking at?

22          BY MS. SAVIT:

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1     Q   The pages are not numbered.  It is the

2 next to the last page of Exhibit 21.

3     A   Okay.

4     Q   N█████ was doing well academically at

5 Buxton, but she was continuing to exhibit problems

6 in these areas, according to Buxton, correct?

7     A   That is according to the rating scale, but

8 then you read their narrative that they sent, they

9 don't indicate the same information that they

10 indicated on the rating scale.

11     Q   The problems they identified in the rating

12 scale were not, as far as you could tell from their

13 report, showing up in the classroom, correct?

14     A   Right.

15     Q   You don't know why that was the case,

16 correct?

17     A   No, I don't.

18     Q   And I gather from your earlier testimony

19 that you, too, have not had an opportunity to

20 review any of the records maintained by Wilson

21 School, other than the report card, correct?

22     A   That is correct.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

72

1    Q    So just to make sure we are all clear on

2    this, you have never read any of the letters that

3    were sent by Dr. Carol Robbins to Wilson, correct?

4    A    No; I have not.

5    Q    Nor did you read any of the letters that

6    were sent to Wilson by N██████ parents,

7    discussing, for example, that N████ had been

8    diagnosed with depression, correct?

9    A    No; I did not.

10    Q    Nor the request for a 504 plan for her,

11    correct?

12    A    No, not--no.

13        MS. SAVIT:  I have no further questions.

14        HEARING OFFICER SMITH:  Redirect?

15            REDIRECT EXAMINATION

16        BY MS. HARRIS-LINDSEY:

17    Q    How did--in this discussion of Buxton, how

18    did the student's performance, in your evaluation

19    process and review process, how did you--how do you

20    interpret or what impact did the student's

21    performance at Buxton--how did you--what did you

22    do?  How did that information impact your

762

nr

1  recommendations or your report conclusion?

2     A    Well, I mean, I looked at the information

3  and felt that and saw that she was doing, from the

4  glowing reports from Buxton, that she was doing

5  extremely well, although on the rating scale, they

6  did identify some areas of problems, but they

7  didn't seem to be showing up in the classroom to a

8  significant degree that it was impacting how she

9  was able to perform, and it seemed like, yes, with

10  the change of environment and being in a regular

11  ed--still a regular education setting, that she was

12  doing well.

13     Q    How major is the factor--how major a

14  factor is the fact that Buxton is still a regular

15  education setting?   Does that--

16        MS. SAVIT:  I am going to object.   That is

17  really a legal conclusion.

18        MS. HARRIS-LINDSEY:  Actually, I am asking

19  her as a clinical psychologist.   I mean, she

20  indicated that Buxton is--she did consider Buxton's

21  input in her review and ultimate--

22        HEARING OFFICER SMITH:  I think she

nr

74

1  testified about what Buxton provided.  So I don't

2  see it as leading.  She can answer.

3       MS. SAVIT:  If I may be heard.  Whether

4  something is a regular education or special

5  education setting is a function of applying the law

6  to that particular student's needs.  What is

7  special education for one student may not be for

8  another, and vice versa.

9       General education is probably the term we

10  are looking for, but for some students, a special

11  education placement would be in the regular

12  education curriculum, with, say, arbitrarily,

13  occupational therapy once a week.  For other

14  students, that would not be a special education

15  placement, because the student has other and more

16  enhanced needs.

17       So to say that Buxton is a regular

18  education setting is essentially a legal

19  conclusion, because for N██████, it may not be,

20  depending on her needs.

21       MS. HARRIS-LINDSEY:  That is legal, but I

22  wasn't even going there.  That wasn't--that

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

75

1  wasn't--

2        HEARING OFFICER SMITH:  What was your

3  question?

4        MS. HARRIS-LINDSEY:  My question was how

5  great an impact was the school.  Whether Buxton,

6  name it whatever you want to call it, the school

7  setting that N███████ was in.

8        HEARING OFFICER SMITH:  I didn't hear the

9  question calling for whether or not Buxton was a

10 special ed or regular ed.

11       MS. HARRIS-LINDSEY:  I wasn't.  I was

12 asking about the school itself.

13       HEARING OFFICER SMITH:  I think the

14 witness testified she considered Buxton, for

15 whatever Buxton [unintelligible].  I think she

16 testified to that.  She can answer the question.

17       MS. SAVIT:  Then I am going to object that

18 there is a lack of foundation.  There is no

19 information that the witness had any understanding

20 of the program offered by Buxton.

21       HEARING OFFICER SMITH:  Why don't you lay

22 the foundation?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

76

1          MS. HARRIS-LINDSEY:  Okay.  I will.

2          BY MS. HARRIS-LINDSEY:

3     Q    How did you learn about Buxton School?

4     A    Well, I learned about it just from the

5  parent coming in and saying that N▓▓▓▓▓ was

6  attending Buxton.  That was my first information

7  about it.

8          Subsequently, we did look on the website

9  for Buxton to get some information to determine was

10  it a--what we would consider a special education

11  school, and the information on the website did not

12  indicate that it was a special education setting.

13          So, therefore, if it is not special ed, it

14  is--whether you want to call it regular ed or

15  general ed.

16     Q    And what--how important was the--

17          MS. HARRIS-LINDSEY:  Is that sufficient

18  foundation or do you want more?

19          MS. SAVIT:  I don't believe that that

20  foundation is sufficient.

21          BY MS. HARRIS-LINDSEY:

22     Q    In the information that Buxton

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

77

nr

1  provided--well, what information did Buxton provide

2  about its actual program?

3      A    Well, I will say I can't remember

4  completely, because I have read through it.  I did

5  not download it, print it out, and I just read

6  through it, because I wanted to know whether it was

7  a special education school.  That was my main

8  purpose for looking it up to see.

9          So I don't remember their curriculum.  I

10 know that they have small classes, but other than

11 that.

12     Q    Okay.  Then my question is how much

13 emphasis did you place on Buxton, the school that

14 she was attending, and incorporating that into your

15 review and recommendation, report?

16     A    I'm not sure.  I think it was mostly that

17 the consideration was was it a special education

18 school, were there indications that it was

19 providing specialized instruction, were they

20 providing therapeutic services, and I didn't see

21 anything to indicate that they were providing

22 therapeutic services or specialized instruction.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      Q    Okay.  And dovetailing that, please, as

2  far as D.C.--in your experience as a clinical

3  psychologist for DCPS, what is your understanding

4  of specialized instruction?  What does that mean?

5  What does specialized instruction mean?

6      A    That means that when you are presenting

7  information in a way that is tailored to the needs

8  of the student to meet their disability category,

9  to provide them with a way to access the

10  information so that they can learn.

11      Q    And does it involve the academics, the

12  presentation of the academic information?

13          MS. SAVIT:  Objection; leading.

14          HEARING OFFICER SMITH:  Why don't you

15  rephrase it?

16          MS. HARRIS-LINDSEY:  Okay.

17          BY MS. HARRIS-LINDSEY:

18      Q    What area of the school program, the

19  specialized instruction, does it relate to?

20      A    I don't think I understand the question.

21  It relates to the academic information.  I don't

22  understand the question exactly.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

79

nr

1      Q    Just strike the question, because I think

2   I understood what you said the first time.

3           Bear with me for a second.

4           [Pause.]

5           BY MS. HARRIS-LINDSEY:

6      Q    And you said you looked for evidence of

7   therapeutic services.

8      A    Mm-hmm.

9      Q    And what type of therapeutic services or

10  what services would you quantify as therapeutic?

11     A    Well, whether that was the type of

12  students, that they were accepting students who had

13  behavioral or emotional needs, whether that was

14  part of their targeted audience or population, and

15  was there--did they indicate that there was

16  psychological counseling, psychiatric services on

17  site.

18     Q    And you indicated that--what did--what did

19  you find from your investigation?

20     A    I don't remember there being--that being a

21  part of their offering.

22          MS. HARRIS-LINDSEY:  Okay.  I have nothing

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

80

nr

1  further.  Thank you.

2      MS. SAVIT:  I have some further questions.

3              RECROSS-EXAMINATION

4      BY MS. SAVIT:

5  Q    Now, I want you to give me your

6  understanding, obviously.  Special education is

7  specially designed instruction to meet the unique

8  needs of the disabled child, correct?

9  A    Mm-hmm.

10  Q    And depending on the unique needs of that

11  child, it may or may not require curriculum

12  modifications, correct?

13  A    Yes.

14  Q    I mean, you could have a disabled child

15  who was perfectly capable of mastering the general

16  education curriculum, but requires other special

17  services, correct?

18  A    Say that again.

19  Q    You could have a student who is perfectly

20  capable of taking the general education curriculum,

21  in the sense that she is intellectually capable of

22  mastering the material, but other special services

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

81

nr

1  are required in order to make that material

2  accessible.

3      A    I'm sorry.  Are you asking is this someone

4  who is identified as special education?

5      Q    Yes.  I am asking you to talk about

6  someone who is identified as special education.

7      A    Because they could also be 504.  So I'm

8  not--

9      Q    We are talking a special ed student.  But

10  special education does not automatically mean that

11  there have to be curricular modifications to the

12  program, correct?

13      A    I am not sure.  I think that we generally

14  do think of it as there has to be some modification

15  so the child can access the curriculum.

16      Q    Well, but what if the child is cognitively

17  able to master the curriculum, but needs something

18  else, such as a small class size, but can handle

19  the regular high school curriculum?  That could

20  still be a special education student, correct?

21          MS. HARRIS-LINDSEY:  I am going to object

22  to that, only because it is very--it appears

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1  benign, but that is a very general question.  What

2  I am hearing is--and I'm not trying to--but what I

3  understand the question is, is a special education

4  student can receive curricular modifications or

5  doesn't need curricular modifications.

6        It is confusing me.  I don't understand

7  it.  I am not sure the question is as cut and dry

8  as it is being presented.

9        So I am going to object, because it is not

10 clear.  The question is--and whenever we

11 speculate--and I didn't object the first time, but

12 I--speculative questions, I tend to object to them,

13 because they are not related to what we are--the

14 student.

15        So that question is asking for speculation

16 and it was no other--with no other modifications,

17 no other rings or triggers.

18        So I am going to--I object to that

19 question.

20        HEARING OFFICER SMITH:  Is the question

21 whether or not a student can be classified as

22 eligible for special ed, but doesn't require any

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

83

1  changes in the academic curriculum?

2      MS. SAVIT:  Exactly.  We had on redirect a

3  statement that in order to decide if a school is a

4  special education school, DCPS is looking for

5  specialized instruction, and I think I am entitled

6  to explore what is meant by that.

7      HEARING OFFICER SMITH:  If the witness

8  understands the question, she can respond.

9      THE WITNESS:  I truly don't understand the

10  question.

11      BY MS. SAVIT:

12    Q    Reading directly from the regulations,

13  specially designed instruction means "adapting, as

14  appropriate, to the needs of an eligible child, the

15  content of instruction," correct?

16    A    I mean, you are reading it.

17    Q    Right.  Well, I am asking if that is your

18  understanding.  Is that your understanding?

19    A    Yes.  Okay.

20    Q    You could adapt the contents or you could

21  adapt the methodology, correct?

22    A    Mm-hmm.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

84

nr

Q    Or the delivery of instruction.  And any of those, any of those adaptations could be deemed special education, if the child is a disabled child, whose needs so indicate, correct?

A    Okay.  Yeah.

Q    Because what you are looking for in special education is a means of addressing the unique needs of a child, right?

A    Mm-hmm.

Q    And, hypothetically, if you have a child who can only learn math after listening to Beethoven's Fifth Symphony, we have got to find a way to let that child hear Beethoven's Fifth Symphony, correct?

MS. HARRIS-LINDSEY:  I am going to object. I am not going to allow it.  I object to any hypothetical question at this point.

HEARING OFFICER SMITH:  Sustained.

BY MS. SAVIT:

Q    And you mentioned that small classes are one method of delivering education to a special needs child, correct?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

85

nr

1    A    I don't know if I said that.

2    Q    Isn't it the case that there are

3    disabilities in which small classes are one of the

4    recommended--

5    A    Are one--

6    Q    --adaptations for the--

7    A    One of the recommended, correct.

8    Q    And counseling might be another--

9    A    Yes.

10    Q    --recommendation or recommended

11    adaptation, and another might be intensive

12    services, correct?

13    A    Yes.

14    Q    And all of this really would depend on

15    what the particular needs are of the student,

16    correct?

17    A    Yes.

18    Q    If you have a disabled child whose needs

19    have been identified and the child is getting those

20    needs met, is that child receiving special

21    education?

22        MS. HARRIS-LINDSEY:  Objection.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

86

1    THE WITNESS:  Not necessarily.

2    HEARING OFFICER SMITH:  She already

3   answered.

4    BY MS. SAVIT:

5    Q    Is it your testimony that in order for a

6   program to be considered special education, there

7   have to be multiple students with disabilities in

8   that program?

9    A    I didn't say that.

10   Q    Well, I thought I heard you say that you

11  wanted to see, when you looked at Buxton's website,

12  whether they were accepting other students with

13  behavioral or emotional needs.

14   A    I would say that I wanted to see if that

15  was one of their targeted populations.

16   Q    Well, is it possible--

17   A    I mean, there may well be other students

18  that they are accepting, but whether it was listed

19  on the website.  I was trying to determine if

20  Buxton was a special education setting.

21   Q    Well, is it possible to provide special

22  education to a student with a disability only if

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    other students with the same disability are

2    present?

3         MS. HARRIS-LINDSEY:  I am going to--once

4    again, I am going to object, because I don't know

5    what the foundation is.  Whenever we ask--general

6    questions leave too many--lead to too many open

7    doors.  And so if we are talking about N██████, we

8    are talking about N██████, and I think the focus

9    has been throughout Ms. Savit's questioning is

10   individualized.

11        So if we are going to talk about N██████,

12   fine, but I am going to object to general questions

13   at this point.

14        HEARING OFFICER SMITH:  Do you want to try

15   to rephrase it?

16        MS. SAVIT:  Well, I have a right to

17   explore to what degree DCPS is willing to go in

18   determining whether or not a school is special

19   education.

20        HEARING OFFICER SMITH:  I believe the

21   witness testified that she looked at the website to

22   determine target population, if any, that Buxton

nr

1  was accepting.  I don't know it was to see if it

2  was a special ed school.

3         MS. SAVIT:  I mean, if Ms. Harris-Lindsey

4  is willing to agree with me that what we are

5  talking about is what N█████████ needs are, that is

6  fine.

7         MS. HARRIS-LINDSEY:  I thought that is

8  what we were doing.  I thought that is what the

9  case is about.

10         MS. SAVIT:  I thought that is what we

11  were, too.  I have no further questions.

12         HEARING OFFICER SMITH:  Thank you.

13         MS. HARRIS-LINDSEY:  We call Linda Flynn.

14  Whereupon,

15  LINDA FLYNN

16  was called as a witness and, having been first duly

17  sworn, was examined and testified as follows:

18                    DIRECT EXAMINATION

19         BY MS. HARRIS-LINDSEY:

20    Q   Ms. Flynn, do you want to identify

21  yourself by name, who you are employed by, in what

22  capacity, and how long, and your duties and

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1  responsibilities?

2       A    I am Linda Flynn.   I am employed by DCPS.

3  I am a school psychologist.  As of January 1, I had

4  32 years in the D.C. school system as a school

5  psychologist.  Before that, I was from New York

6  State, a regular education teacher, special

7  education teacher, with a specialty in emotionally

8  disturbed children.

9            I am a nationally certified school

10 psychologist, actually number 22 in the United

11 States of America, and I hold certification in New

12 York State regular ed and special ed.

13      Q    Now, you get to be unique.  Are you

14 familiar with N███████ G██████?

15      A    Yes.

16      Q    And how did you become familiar with

17 N██████?  First, have you ever met N███████?

18      A    Yes.

19      Q    So how did you become familiar with

20 N███████?  Explain the process how you became

21 involved in this case.

22      A    Okay.  Well, I work at the care center,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

90

1  where we do evaluations of children who are

2  referred, and N██████ mom came to the care center

3  and brought the documentation and I am one of five

4  psychologists, school psychologists, and so this

5  was a case that was assigned to me, and Gloria

6  Everett was the case manager on the case, and

7  Denise Jennings-White, the clinical psychologist.

8      Q    And when did you initially make contact

9  with--well, you know what?  What evaluations, if

10  any, did you--what documents did you have, did you

11  review before you started the process?

12      A    Okay.  We had the--you know, because we

13  keep the documentation there.  So I reviewed the

14  folder.  I did call the mom, because, you know, she

15  was in Massachusetts and she--I guess she was

16  coming here for a break, like the New Year break or

17  something, and actually her mom brought her to the

18  care center.  I believe that was on 1/28/05.

19          And we had good conversation, because she

20  flew out of Albany, New York, and I am from Albany,

21  New York.  So anyway, she came for testing and I

22  administered the Wexler Adult Intelligence Scale,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1  the third edition, because of her age, and the

2  Woodcock-Johnson Third Test of Achievement, the

3  Beery-Buktenica Test of Developmental Integration.

4        I believe I gave her the Reynolds

5  Adolescent Depression Scale, and I reviewed the

6  record.

7        Q    Now, how did N█████ present to you?

8        A    She was very engaging.  We had great

9  conversation.  I really enjoyed testing her.  You

10  know, she was polite.  She was merrily.  She

11  persevered.  She was there for about three hours,

12  and she didn't really ask me for any break or

13  anything.

14        She had, you know, full attention to the

15  tests at hand.  Her conversational fluency is

16  really exceptional.  She speaks very well.  She is

17  very articulate.  She was able to relate some of

18  her own personal experiences, for example, Albany,

19  New York, a lot of snow, we talked about that.

20        And she talked some about her school and

21  her studies and I felt that she--these were

22  good--you know, a valid estimate of both her

781

92

nr

1  cognitive and academic performance, based on my

2  behavioral observations.

3        Q    Okay.  Now, when you tested N███████, did

4  you test her with her separate from her parent,

5  from mom?

6        A    No.  We were in one of the testing rooms

7  at the care center.

8        Q    Okay.  Let me show you what has been

9  marked as NG-18.  Is this the result of your

10  evaluation?

11        A    Yes, it is.

12        Q    Okay.  Now, can you tell us, now,

13  what--you indicated your testing is testing--your

14  tests that were administered.  What--can you kind

15  of take us through those tests and tell me what

16  they--what you are looking for and what the tests

17  told you about N██████?

18        A    Okay.  Well, the Wexler Intelligence Scale

19  for Children is a test that tests your cognitive

20  abilities or your intellectual abilities.  We have

21  performance abilities, which tests your language

22  abilities, and performance abilities which

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

93

nr

1   basically test your non-verbal abilities or your

2   visual, motor/visual/perceptual abilities.

3          She did get a verbal IQ of 137, which

4   falls in the very--this is the classification--the

5   very superior range of ability.  She got a

6   performance IQ of 128, which falls in the superior

7   ability, and then, again, a full scale IQ of 137,

8   which falls in the very superior range of

9   intellectual ability.

10          There was a nine-point difference there

11   between the verbal and performance, but it is

12   really not significant.

13          And looking at her scale scores, because

14   they range from like 12 to 17, 12 is what we

15   consider to be above average and 17 is, you know,

16   very superior.  Well, actually, 17 is very

17   superior.

18          Vocabulary and similarities are two of the

19   best indicators of intellectual ability.  In

20   vocabulary, she got a scale score of 17 and 16 in

21   similarities.

22          So those are two of the, you know, best

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

94

nr

1    indicators of intellectual ability.  Kids who do

2    very well in the language area usually are very

3    successful in school.

4        Q    Now, the--

5        A    Can I finish with the tests?

6        Q    Yes.  Sorry.  Go through the testing.

7        A    I also gave her the Woodcock-Johnson Test

8    of Achievement and basically we look at the

9    standard scores there.  Her reading ability,

10   N██████ can really read anything.  She has great

11   phonetic analysis skills to decode both familiar

12   and unfamiliar words.

13        Her math calculation skills and spelling

14   skills are advanced, and along with which is

15   commensurate basically with her sight reading

16   vocabulary.  Her passage comprehension skills are

17   also advanced.

18        Overall, her academic abilities are within

19   the superior range of other students her age.

20       Q    Okay.

21       A    I also gave her the Beery-Buktenica Test

22   of Visual-Motor Integration, and she did get a

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

95

nr

1  score which is--that is the top.  It is greater

2  than 14 years-zero months, but there were no

3  visual-motor-perceptual integration deficits.

4      Q    Okay.

5      A    I gave her the RADS, the Reynolds

6  Adolescent Depression Scale.  I believe she got a

7  score of 72.  Anything of 77 or above would warrant

8  further clinical diagnosis, but she didn't get

9  that.  She did say, though, that she does worry

10  about school.  We did talk about that.

11      Q    Let's talk--well, in line--that area of

12  testing, what were her concerns with school?

13      A    Well, then I went into what we--I said,

14  "You are worried about school."  I said, "Well, can

15  you tell me what your grades are."  She said,

16  "Well, we didn't get our reports cards yet, but,"

17  she said that, "these are the grades that I think I

18  am going to get."

19      Q    And what did she think she was going to

20  get?

21      A    Okay.  I remember it was like English A,

22  Spanish A, pre-calculus was B-plus, B-minus, but

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

96

nr

1    she did get a B when we did get her report card and

2    I looked at that.   I think she said like poetry A,

3    and something else, but they were mostly As, with a

4    couple Bs.

5        Q    Okay.   And those were the grades she

6    expected to get.

7        A    Yes.

8        Q    But she indicated to you that she was

9    still concerned about school.

10       A    You check, what is it, "I am worried about

11   school" hardly ever, sometimes, always.   I can't

12   remember what she checked now.   I just remember I

13   put that in my report.

14       Q    Okay.

15       A    That she worries about school.

16       Q    Okay.   And what were--well, first, before

17   you give me your report recommendation, your

18   evaluation recommendation, what is the--what is the

19   purpose--in layman's terms, what is the purpose of

20   the psycho-educational evaluation?   What are you

21   trying to tell--what are you trying to tell?

22       A    We want to look and see intellectually

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

97

1  where they are, if they are capable of, you know,

2  performing within the educational setting they are.

3  Academically, we want to see how is your reading,

4  math, other academic skills, if you are able to

5  perform within that setting.

6          Is there a really big, severe discrepancy

7  between your cognitive or your intellectual ability

8  and your academic achievement?  How are you

9  performing?

10     Q    Okay.  How does a student--how would a

11  student--how would Natalia's diagnosis of

12  depression impact your testing or what part would

13  it play in your analysis?

14     A    Well, it could be that some of the

15  cognitive scores would be lower or subdued and

16  sometimes when you are depressed, you don't

17  use--your abstract thinking can be affected, and

18  that surely isn't with her.

19          Academically, you know, you could not be

20  performing up to your full potential.

21     Q    Okay.

22     A    Below.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

98

1    Q   Okay.  And what was your determination?

2    A   My determination is that, you know,

3    N_____ is a very intelligent young lady, who

4    is--who has learned through school and is

5    continuing to learn.  She is really thriving in

6    school.  She has made progress, a lot of progress,

7    and I think that she knows and she--I think that

8    she knows herself and I think she knows her

9    strength.

10       I think she does know that she is capable.

11   Q   Did N_____--what type of history did

12   N_____ give you about herself, educational history

13   did she give you, if any, about herself?

14   A   She didn't really give me any educational

15   history, except for, you know, what I asked her,

16   you know, about her grades.

17   Q   Okay.  Now, how much interaction do you

18   have or did you have with the parents prior to

19   completing your review process, your evaluation

20   process?

21   A   Well, I believe I called the parent and

22   set this up.  She was coming.  We did talk about

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1   some of the concerns that, you know, the mom had, I

2   can't really recollect right now, and she was on

3   time for the testing.  She did alert me to the

4   ADHD, short attention span, I believe, and that is

5   what I recall.

6       Q    Okay.  Before you evaluated N████████, were

7   you alerted to the problems that occurred at

8   Wilson--that had occurred at Wilson or allegedly

9   had occurred at Wilson?

10      A    I knew that she went to Wilson.  I knew

11  that there were some, you know, probably some

12  problems there.  Ms. Everett and myself discussed

13  some things that were in there.  You know, we

14  consult with each other on a continual basis when

15  we have a case like that and any information we

16  find out we share with one another and, you know,

17  that is what I did.

18      Q    Okay.  You participated in--did you

19  participate in the IEP--I mean, the--

20      A    MDT.

21      Q    --MDT.

22      A    Yes.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    Q    Were you in--what was your--what was your

2  determination of eligibility?

3    A    Okay.  Well, the MDT team, you know, we

4  get together.  Of course, the parent is an integral

5  part of the, you know, MDT team.  And we basically

6  go over the evaluations and we determine if there

7  is a disability and if there is a disability, you

8  know, what is the disability category and we would

9  recommend an appropriate placement based on the

10  student's needs.

11    Q    In your field of discipline, what

12  determination did you make--were you able to make

13  with respect to eligibility for special education?

14    A    Okay.  Well, based on my test results, my

15  behavioral observations and the documentation that

16  we had, the school reports, okay, well, I am just

17  saying--you want me or the MDT team?

18    Q    No.  Yours.

19    A    Okay.  I basically, you know, concluded

20  that there was no evidence of a learning disability

21  because of the fact of how she was performing

22  academically based on my tests, you know, her

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

101

nr

1    report cards, the grades there, her, you know,

2    really superior cognitive abilities.

3        Q    Okay.

4        A    And there was no--you know, in order to

5    have a learning disability, there basically has to

6    be a psychological--well, there has to be a

7    disorder in the psychological process.  Okay.  That

8    could be either using or understanding language,

9    either spoken or written, and it has to manifest

10   itself in her capability to listen, think, spell,

11   do mathematical calculations, or in the area of

12   perception.

13       Q    Okay.

14       A    And so there wasn't any of that.

15       Q    And were you in agreement with the team's

16   determination?

17       A    Yes.

18       Q    Of ineligibility.

19       A    Yes.

20       Q    Okay.  You indicated you did have

21   information from Buxton.  Did you?  Sorry.  When

22   you indicated that you reviewed the folder and you

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                    102

1    did your evaluation in the case of record

2    review--let me strike that.

3            What academic records did you have on

4    N██████, if any, when you did your--when you

5    conducted your psychological evaluation?

6        A    I don't think we really had any records,

7    because that is why I asked N██████ how she was

8    doing in school.  Well, I was curious and I needed

9    to know.

10       Q    Okay.

11           [Pause.]

12           THE WITNESS:  Oh, I'm sorry.

13           MS. SAVIT:  Objection.  There is no

14   question pending.

15           HEARING OFFICER SMITH:  You better ask

16   your question.

17           BY MS. HARRIS-LINDSEY:

18       Q    Question.  During your evaluation, what

19   efforts did you make or--efforts did you make to

20   obtain information outside of the evaluation that

21   was provided, I think, in the referral that has

22   been referred to prior to evaluation?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

103

nr

1      A    Well, because of the fact that Buxton is

2  in Massachusetts, I asked Gloria Everett to try to

3  see if she could get the school records, the report

4  card, any information that I thought would be

5  pertinent to how she was functioning during that

6  school year.

7      Q    And that information was not provided to

8  you prior to your evaluation.

9      A    Not prior, no.

10     Q    Okay.  And had you--have you had the

11 opportunity to look at those documents since then?

12     A    Mm-hmm.

13     Q    Was that information available to you

14 prior to the MDT meeting?

15     A    I think it might have come a little bit

16 prior.  I am not sure now.

17     Q    That is okay.

18     A    Okay.  Sorry.

19     Q    That is all right.

20          MS. HARRIS-LINDSEY:  Bear with me one

21 minute.  I think I have one more question.  I want

22 to make sure I get it.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1          [Pause.]

2          MS. HARRIS-LINDSEY:  Okay.  At this point,

3     I don't have anything further.

4          HEARING OFFICER SMITH:  Cross.

5               CROSS-EXAMINATION

6     BY MS. SAVIT:

7          Q     You tested N▇▇▇▇▇ on January 20, 2005,

8     correct?

9          A     I believe it was.

10         Q     Was she on medication that day?

11         A     I can't recall.

12         Q     Did you ask her that question?

13         A     I can't recall that either, really.

14         Q     If you had elicited that information from

15     her, would that be reflected in your report?

16         A     Possibly.  Yes.

17         Q     Would you consider it significant to know,

18     in interpreting the results of her testing, whether

19     she was on medication that day?

20         A     Possibly.  Yes.  It is hard for me to

21     think back.  It has been a while ago.

22         Q     If she were taking Adderall that day,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

105

nr

1  would it have an impact on her performance?

2      A    Possibly.  I mean, it all depends when she

3  started taking it.  If that was the first day, I am

4  not sure about that.  I am not--I am a school

5  psychologist.  I am not really a clinical

6  psychologist.

7      Q    So you are unable to really tell us

8  whether taking medication would have affected her

9  performance on the tests you gave.

10     A    Can you say that question again?

11     Q    I am just asking.  You are not in a

12 position to say one way or the other whether, if

13 N█████ was on medication, it would have affected

14 the performance that you saw on the day you tested

15 her.

16     A    Well, when kids do take medication, if

17 they need it, if it is really warranted, it does

18 help them to focus.  I could tell just from the way

19 the test result was going, I mean, it took me a

20 long time to test her, because kids who do really

21 well and who are focused, you know, you have to

22 keep going, going, going, and, you know, she was

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

106

nr

1   able to persevere, focus.

2        Q    And N███████ is very bright, correct?

3        A    Yes.

4        Q    She, in fact, tests in the superior to

5   very superior range, correct?

6        A    Yes.

7        Q    Therefore, if everything else is working

8   well in N███████ life, you would expect good

9   academic performance with her, correct?

10       MS. HARRIS-LINDSEY:  Objection.  I

11  don't--the everything working right, I don't know

12  what that--that is--I don't know what factors that

13  is taking into consideration.

14       HEARING OFFICER SMITH:  You want to break

15  it down?

16       MS. SAVIT:  Okay.

17       BY MS. SAVIT:

18       Q    If there are no factors in N███████ life

19  that are preventing her from achieving her

20  potential, one would expect her to achieve quite

21  well, correct?

22       A    Yes.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

107

nr

1    Q    So it would be unsurprising that if she is

2   in the correct academic environment, that she is

3   doing well, correct?

4    A    If she is in the appropriate educational

5   setting, yes.

6    Q    And if N█████ is in the appropriate

7   educational setting, would you be expecting her to

8   get grades of D?

9    A    Not with her, you know, exceptional

10   cognitive abilities.

11    Q    Would you expect her to earn failing

12   grades in the appropriate educational setting?

13    A    No.

14    Q    So if N█████ G████, who you found to be

15   very bright, of superior to highly superior

16   ability, is earning grades of D, D-minus and F,

17   does that tell you that something is going wrong

18   for N█████?

19    A    Yes.   There is something impacting--there

20   would be something that was impacting.

21    Q    And based on what you know about N█████,

22   are you in a position to identify what that

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    something is that caused N████████ to get grades of

2    D, D-minus and F during her last year in Woodrow

3    Wilson Senior High School?

4        A    Am I in the position?

5        Q    Yes.  Can you tell us what caused those

6    grades?

7        A    Oh, it could be anything.

8        Q    Can you tell us?  Do you have any personal

9    information to tell us that?

10       A    I don't believe so.  Except I did review

11   the record, you know, and there was

12   something--there was things in there about a

13   hospitalization.  I do remember that.  Okay.  It

14   did come with the package.  And, however, according

15   to the psychological, I remember that, in '03, that

16   was done by--I believe it was done by Alexandra

17   Cargo [ph], it said there was--they couldn't make a

18   diagnosis on the disability.  There was no evidence

19   at that time.

20       Q    When did Dr. Cargo perform her

21   assessments?

22       A    In--I believe it was 2003.

nr

1    Q   Was it in January of 2003?

2    A   It was 1/17 and 2/30/03, January and

3 February.

4    Q   And when was N█████ hospitalized in 2003?

5    A   I don't have that date in front of me.

6 Sorry.  April.

7    Q   Let me direct your attention to Exhibit

8 NG-8, so you can verify that.  If you will look at

9 the first page of that document, if you will drop

10 down to the bottom, you will see the final progress

11 notes and discharge instructions are dated April

12 30, 2003.

13    A   Okay.

14    Q   And that they refer to a hospitalization

15 of some days immediately preceding that, if you

16 look at the rest of that document.  So N█████ was

17 hospitalized after Dr. Cargo's testing, correct?

18    A   Okay.  Mm-hmm.

19    Q   Dr. Cargo was not able to find that

20 N█████ was learning disabled in her report,

21 correct?

22    A   Correct.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

110

1    Q    A learning disability is one type of

2  disability that might entitle a student to special

3  education, correct?

4    A    Going back to that, now, I think that Dr.

5  Cargo said that--she didn't really say about a

6  disability, a learning disability. She didn't

7  specifically state that now. She said that she

8  couldn't find any--I believe she said like the

9  disorder in terms of her attention and

10  organizational skills.

11        What she says is "N▇▇▇▇ exhibits some

12  mild weaknesses." She does not meet the criteria

13  then for a formal diagnosis. That is what she

14  said.

15    Q    She did find that N▇▇▇▇ did not exhibit

16  the signs of major depression or anxiety, correct?

17    A    Mm-hmm.

18    Q    But that she showed poor coping resources,

19  emotional ability, and chronic irritability and

20  milder anxiety, correct?

21    A    Mm-hmm.

22    Q    And that was at the time she evaluated

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666