111

nr

1    her.  And then after that, N▆▆▆▆▆ attempted

2    suicide, correct?

3        A    According to the records, yes.

4        Q    Would you say attempting suicide is a

5    major problem?

6        A    Yes.

7        MS. SAVIT:  No further questions.

8        HEARING OFFICER SMITH:  Any redirect?

9    Before you do.  What is the exhibit number for Dr.

10   Cargo's report?

11       MS. SAVIT:  Dr. Cargo's report is NG-4.

12       MS. HARRIS-LINDSEY:  No.  I have nothing

13   further for Ms. Flynn.

14       HEARING OFFICER SMITH:  Anyone else?

15       MS. HARRIS-LINDSEY:  I think I may have

16   one witness, but if I could go off the record for a

17   couple minutes.  She would have to be by telephone.

18   It is the special ed coordinator at Wilson.

19       HEARING OFFICER SMITH:  Okay.  Why don't

20   we take a short break?  Let me, before we go off

21   the record.  How many witnesses do you think you

22   will be calling?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    MS. SAVIT:  Well, we have Dr. Robbins, who

2    is on her way and should be here shortly, and

3    possibly either Ms. Correa or Mr. Gomez, briefly.

4    HEARING OFFICER SMITH:  Okay.  Do you want

5    to take 15 minutes?  Is that a sufficient amount of

6    time for everybody?

7    MS. SAVIT:  That is plenty.

8    MS. HARRIS-LINDSEY:  Yes.

9    HEARING OFFICER SMITH:  Okay.  Come back

10   at 1:30.  Going off the record.  The time is 1:15

11   and we are coming back at 1:30.

12   [Recess.]

13   HEARING OFFICER SMITH:  We are back on the

14   record.  This is a continuation of the matter of

15   N██████ G█████, date of birth ████/1987.  I am David

16   Smith, the Hearing Officer, and we are starting

17   again at approximately 1:43 p.m.

18   Ms. Lindsey, you didn't know if you had

19   another witness or not.

20   MS. HARRIS-LINDSEY:  Well, I did, but

21   Wilson is in the middle of a fire drill.

22   HEARING OFFICER SMITH:  Okay.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

113

1        MS. HARRIS-LINDSEY:  So what D.C. would do

2    is--what we would do is rest and reserve the right

3    to use our witness as a rebuttal witness, should

4    the need arise.

5        HEARING OFFICER SMITH:  I see your witness

6    ha arrived.

7        MS. SAVIT:  I have got everybody here.

8        HEARING OFFICER SMITH:  All right.

9    Whereupon,

10   CAROL ROBBINS

11   was called as a witness and, having been first duly

12   sworn, was examined and testified as follows:

13                  DIRECT EXAMINATION

14        BY MS. SAVIT:

15   Q    Would you give us your full name, please?

16   A    Carol Ann Robbins.

17   Q    And could you give us your professional

18   address?

19   A    8607 Cedar Street, Silver Spring,

20   Maryland, 20910.

21   Q    Would you outline your educational

22   background, please?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1      A    Yes.   I attended undergraduate at

2  Wellesley College, in the College of Child

3  Development, major, and then I got a master's at

4  American University in psychology, and then a

5  doctorate at University of Miami, with a clinical

6  track emphasis, and I did an internship at the

7  Children's Hospital here in Washington, D.C.

8          Since then, I have been in private

9  practice most of the time, with a two-year stint in

10  government.

11      Q    When did you receive your doctorate?

12      A    In 19--wait a minute.  Let's see.   In

13  1997.  I guess I had to have time to think through.

14  I was ABD for a long time.

15      Q    ABD meaning all but degree or all but

16  dissertation?

17      A    All but dissertation.  Right.

18      Q    Let me short-circuit this.  I am going to

19  refer you to, first, Exhibit NG-32, specifically

20  the last three pages of that, and then to Exhibit

21  NG-33, and ask if that sets forth your background

22  and credentials.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1       A    Yes.  Pretty complete.

2       Q    So in lieu of having you recite that, let

3   me just ask whether you have any professional

4   experience that is not reflected in either of those

5   two exhibits.

6       A    I think it refers to the fact that I do a

7   lot of continuing educational seminars and I speak

8   around the country, and locally I am

9   [unintelligible] disorder.

10       Q    Have you published anything in your area

11   of expertise?

12       A    Yes.  Earlier, in 2005, in May, in the

13   Journal of Clinical Psychology, an article on ADHD

14   and relationships.

15       Q    And do you ever speak on areas within your

16   professional competence?

17       A    Yes, regularly.

18       Q    Okay.  Can you just give us a few

19   examples?

20       A    Last year, I spoke at Northrop-Grumman.  I

21   spoke at the NSA.  I spoke at the Summit School.  I

22   spoke at the Maryland Teachers Association's annual

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1   conference to teachers and [unintelligible] ADHD

2   classroom, and I spoke at the National Conference

3   on Children [unintelligible] Girls with ADD, and I

4   spoke in Chicago for a series they had there, also,

5   on girls with ADD.

6        Q    Have you ever testified as an expert

7   witness?

8        A    Yes.

9        Q    In what types of proceedings?

10       A    I had several in the last year about

11  families in which several members have been

12  diagnosed with ADHD and they got into child custody

13  disputes and they had brought me forward as the

14  therapist.

15       Q    Have you been formally qualified as an

16  expert witness?

17       A    Oh, yes.

18       Q    In what forums?

19       A    In Montgomery County, in P.G. County, and

20  in D.C.

21       Q    Do you know how many times you have

22  previously been qualified as an expert?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      A    Oh, and in Anne Arundel County.  About six

2  times.

3      Q    And in what areas have you been found to

4  be expert?

5      A    It was primarily in my role as a

6  psychologist.

7      Q    And do you have any areas of emphasis in

8  your practice of psychology?

9      A    Yes.  Attention deficit disorder and

10  learning disabilities.

11          MS. SAVIT:  I would move to qualify Dr.

12  Robbins as an expert in psychology, with an

13  emphasis on attention deficit hyperactivity

14  disorder.

15          HEARING OFFICER SMITH:  Any objection?

16          MS. HARRIS-LINDSEY:  No objection.

17          HEARING OFFICER SMITH:  Okay.

18          MS. HARRIS-LINDSEY:  I would have

19  stipulated, but as soon as she started, I wanted to

20  let her go ahead and finish.

21          MS. SAVIT:  Okay.

22          MS. HARRIS-LINDSEY:  All right.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                118

1           BY MS. SAVIT:

2       Q    Do you know N██████, G█████?

3       A    Yes.

4       Q    How did you first come to know her?

5       A    She came to my offices in the spring of

6   2003.  She came because she was struggling

7   significantly in school, was very depressed, had

8   very little self-esteem because of her failures

9   academically, and she was acting out in various

10  ways and her parents thought it would be helpful

11  for her to come and speak to a psychologist.

12      Q    Can you be a little more specific?

13      A    Sure.

14      Q    When you say struggling significantly in

15  school, for example, how did that manifest itself?

16      A    She had just received her report cards and

17  really had gotten very low grades and was in danger

18  of actually not passing.  And this is a very bright

19  woman, young woman, whose report I had seen, to

20  suggest how high her IQ really was, and she was not

21  able to perform anywhere close to her potential and

22  was very unhappy about that and about her

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    difficulty getting along socially and her feeling

2    overwhelmed with the amount of work that she was

3    required to do, and she kind of slowly fell apart

4    and stopped going to classes, skipped some of them

5    and sometimes would run away at night and do some

6    at-risk behaviors involving substances and risky

7    behaviors.

8        Q    Is that what you referred to when you said

9    that she was acting out?

10       A    Yes.

11       Q    Were there other instances?

12       A    In conflicts at home at night, not

13   following rules at home or at school.

14       Q    Now, when did you first see N_____? Can

15   you put at least a month on it?

16       A    Yes. It was around when she got

17   hospitalized, because I recommended

18   hospitalization, and--

19       Q    If you can, testify from memory, the best

20   you can.

21       A    Okay. That was--I believe she was in the

22   hospital in April, early April.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1        HEARING OFFICER SMITH:  Excuse me.  Your

2   voice is coming through, but it is not as loud as

3   it should be.

4        THE WITNESS:  To the best of my

5   recollection, early April of '03.

6        BY MS. SAVIT:

7     Q    What sources of information did you have

8   about N███████ when you first met her?

9     A    I had a fairly recent psycho-educational

10  evaluation by Dr. Cargo and I had the school report

11  indicating that she was not doing very well and in

12  danger of not making it, and her parents' and her

13  own reports to that effect.

14    Q    And did you rely on all of this

15  information in treating her?

16    A    Yes.

17    Q    Is this the type of information upon which

18  someone with your expertise typically relies?

19    A    Yes.  And, of course, I conducted my own

20  evaluation of her.

21    Q    Did you arrive at a diagnosis for Natalia

22  at that point?

810

1    A    Yes.  She was clearly very depressed and,

2  in fact, she was having a number of suicidal

3  thoughts that were significant enough that I

4  recommended hospitalization.  But, primarily, she

5  had a lot of contributing factors to why she was

6  depressed, potentially some biochemical factors,

7  but primarily I think she was falling apart then

8  because of her academic issues.

9         She is a proud individual, who is very

10  competent and capable and she was not at all able

11  to perform in school, and that was very distressing

12  to her.

13    Q    Do you know she was falling apart

14  academically?

15    A    Well, certainly, a large part of that was

16  due to the setting not being supportive enough or

17  accommodating enough to her then not clearly

18  diagnosed disabilities.  Previous testing alluded

19  to attentional issues and indicators of attention

20  deficit disorder, but it had not been clearly

21  diagnosed.

22    Q    And were you able to reach a conclusion as

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

122

1  to a diagnosis?

2      A    Yes.  My conclusion was that she did, in

3  fact, have ADHD.  Sometimes with a very bright

4  individual, in a one-on-one setting, it is not

5  always obvious in the traditional measures as

6  clearly as it would be in another setting or it can

7  be masked and look like the child is functioning

8  better than they really are in a school setting,

9  because the setting is rather unique and optimal,

10  and the child can sometimes rally forth in that

11  environment and produce better results than

12  otherwise.

13          So I was used to looking for that pattern

14  with gifted ADHD students and I noticed enough of

15  the indicators in the parent reports and in reading

16  between the lines on the testing results that I,

17  plus my own evaluation, felt that she did.

18      Q    And you said that the setting, the

19  academic setting was not supportive or

20  accommodating enough of N▬▬▬ disabilities.

21  Can you elaborate on that?

22      A    Well, when a student struggles with

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1  attention deficit disorder and then they are very

2  bright, they tend to get overwhelmed, because they

3  are less efficient.  Their processing speed is

4  slower.  And her previous testing did indicate that

5  her processing speed was significantly slower than

6  a  woman of her intelligent intellectual level,

7  and, therefore, it takes her longer to do the work,

8  to do reading, for example, writing, to copy notes

9  down during a presentation by the teacher.

10        And the more work one has, the more

11  advanced the class is, the more that overloads the

12  system and the student struggles to keep up with

13  it.

14        So part of that was impacting her

15  difficulty keeping up with the workload.  Partly,

16  the class size and the school size is very large

17  and overwhelming, and students like this tend to do

18  better with a smaller class size and a higher

19  student-to-teacher ratio.

20      Q    And the reason for that is?

21      A    That they need more individual attention,

22  because they get off track, they get distracted,

813

nr

124

1    they get lost.  They don't always hear the

2    directions or queue into things, and they need a

3    little bit more direction and support in order to

4    keep up.

5        Q    Did N███████ exhibit characteristics of any

6    disabilities other than ADHD or depression?

7        A    There were some potential learning issues

8    that were not significant enough to reached the

9    criteria in her testing, but that certainly showed

10   an imbalance in her intelligence.  Certain of her

11   scores were deemed significantly lower than others,

12   even in the original report.

13            But even though it was considered

14   significantly lower, it wasn't meeting the criteria

15   that they use to actually diagnose a learning

16   disabilities.  I think she has some learning

17   difficulties, but not disabilities, which probably

18   contribute to her struggles.

19       Q    Did the disabilities that you identified

20   require any accommodations in N█████████ academic

21   environment?

22       A    Yes.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      Q    And what would they be?

2      A    Well, students like herself would benefit

3   from, as I mentioned, smaller class size, having a

4   note-taker or some assistance with copying down

5   material from the board or from a lecture, and from

6   having, in her case, emotionally, the opportunity

7   to leave the classroom when she got overwhelmed and

8   go to a safe place where she could speak to

9   somebody, and having reduced work when it was

10  repetitive and overwhelming for her.

11      Sometimes cutting the workload is very

12  helpful.  Preferential seating in the front of the

13  classroom can be helpful in focus and attention.

14  Having more attention by the teacher to make sure

15  she is on track and is understanding things.

16      Sometimes students like her get lost in

17  the class and are uncomfortable asking for help

18  because they are shy and they are proud, and they

19  need a little bit more oversight as far as feeling

20  comfortable asking for help and having the support

21  there for them.

22      Sometimes students need more reminders to

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

126

1    turn in work.  They need more communication with

2    parents to make sure that work is being turned in.

3    They tend to be forgetful.  They lose things.  They

4    leave things behind.  They forget to bring things

5    home.  They forget to write down assignments.

6    Those things can all be assisted in the school.

7        Q    Was it your understanding that she was

8    getting any of these things in Wilson High School

9    when you first began to see her?

10       A    No.

11       Q    Did you treat N███████?

12       A    Yes.

13       Q    What treatment did you provide?

14       A    Well, initially, I diagnosed her

15   depression and recommended hospitalization due to

16   her suicidality.  After her return, I tried to

17   work, through letters, with the school to help

18   begin some of these accommodations to be put in

19   place, to help her reduce the emotional and the

20   educational struggle she was going through, so that

21   she could try to recoup some of her work that

22   semester, and I did not have any response from the

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

127

1    school.

2         So I sent a second letter saying this

3    child is drowning, can we make some accommodations

4    and perhaps drop her math requirement, because she

5    can't do it all, and I, again, did not get met with

6    any kind of response.

7         So I was trying to assist her in making it

8    through school, providing her with--trying to get

9    accommodations for her, and, also, help her

10   emotionally to feel content and be able to go back

11   in the classroom.

12        Q    I am going to direct your attention first

13   to Exhibit NG-10 and then to Exhibit NG-11.

14        A    NG-10 is a letter that I wrote to Wilson

15   with copies--it was addressed to Dr. Tarason, and

16   it had copies to Ms. Wilma Gaines and Mr. Jeffrey

17   Schultz [unintelligible], and I was addressing my

18   concerns as far as her diagnosis and what

19   recommendations I thought would be helpful in the

20   school for making accommodations for her, so she

21   could be successful academically.

22        Q    And why did you address it to Dr. Tarason,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

nr

1  with copies to the three people that you

2  identified?

3      A    Because her parents had identified them as

4  the principal and the people that were involved in

5  making sure that these accommodations could be put

6  in place.

7      Q    Did you ever receive a response to this

8  letter?

9      A    No.

10     Q    How did you send it to the school?

11     A    I faxed it to them.

12     Q    Do you know if it was received?

13     A    Yes, it was.

14     Q    Now, let's move on to Exhibit 11.  I would

15  ask you to identify that.

16     A    That is a letter, a follow-up letter that

17  I wrote to Ms. Gaines, requesting, again, that her

18  situation be considered for accommodations and ways

19  that they could help her in completing the semester

20  successfully.

21         At that time, I had recommended that she

22  be given sort of a medical permission to drop her

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    math and not be penalized for it, because she was

2    unable to make up for the missed work while she was

3    in the hospital and catch up with it, with any

4    hopes of passing it.

5           I also asked that the accommodations be

6    put in place because she could not have the

7    medication for ADHD medically at that time.  It was

8    not being given to her because she was still being

9    treated with antidepressant and I don't like to try

10   both at the same time initially.  So she needed

11   extra help.

12        Q    How did you send that letter?

13        A    Also by fax.

14        Q    And do you know whether it was received?

15        A    Yes, it was.

16        Q    Did you ever receive a response?

17        A    No; I did not.

18        Q    In your view, did the concerns that you

19   identified with N███████ have an impact upon her

20   life?

21        A    I'm sorry.  I'm not sure--

22        Q    Have an impact on her life.  We will get

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    to education in a minute, but, just generally, on

2    her life.

3         A    Did what have an impact on her?

4         Q    The disabilities that you identified.

5         A    Oh, absolutely.

6         Q    In what ways?

7         A    Well, both ADHD and depression impact

8    one's social skills and social interactions.

9    Often, it impacts the home interactions and it

10   impacts academically, of course.  But students with

11   ADHD tend to be more impulsive.  They tend to have

12   difficulty managing their reactions.  They tend to

13   be more hyper-reactive and emotional.  They tend to

14   be stimulation-seeking, because ADHD is a disorder

15   of not enough dopamine in the frontal lobes and

16   they try to make up for that in other ways that are

17   not always beneficial to them, such as pot or

18   alcohol or other risk-taking behavior.

19        Depression can also result in children not

20   caring about themselves and not being safe or

21   making good decisions for their own safety.

22        And, socially, she felt--often kids with

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

131

1    ADHD feel that they don't fit in socially, because

2    they are different, and that impacts how they feel

3    about themselves and how they get along socially

4    and their alienation, and that was also going on

5    for her.

6       Q    And what, if any, educational impact did

7    her disabilities have for her?

8

9       A    Well, I believe that they kept her from

10   reaching her intellectual potential.  She is a very

11   gifted individual and [unintelligible] performing

12   at that level.

13      Q    Was she capable of performing at an

14   adequate level?

15      A    She was not even performing on an adequate

16   level.  She wasn't even passing.

17      Q    At the time you first saw N████, in your

18   view, was she able to withstand a large public high

19   school without any special help from the school?

20      A    No.

21      Q    Why not?

22      A    Because her disabilities were such that

821

nr                                                                      132

1    she could not function in that kind of setting,

2    that her disabilities got in the way of her being

3    able to learn effectively in a traditional large

4    public school setting without any accommodations.

5         Q    What types of help would she need to

6    succeed academically at that point?

7         A    Well, she would have needed, at the least,

8    at the very least, accommodations, potentially

9    remediation, but mostly accommodations, both for

10   her specific ADHD behaviors and for her

11   emotional--her depression and her low self-esteem

12   and difficulty functioning emotionally.

13        She needed a place to feel safe that she

14   could go to when she got overwhelmed, instead of

15   leaving the school, because the classroom setting

16   and the demands there were overwhelming to her,

17   both academically and emotionally.

18        Q    Absent a place to feel safe within the

19   school, how was she responding when she felt

20   overwhelmed?

21        A    She would leave campus.

22        Q    Was she cutting school?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.   20003-2802
(202) 546-6666

nr

133

1    A    Yes.

2    Q    Was she cutting individual classes?

3    A    Yes.

4    Q    Was there a time when you participated in

5    considering whether N███████ should leave the public

6    high school and attend school elsewhere?

7    A    Yes.  I was consulted later on, after the

8    end of the school year, as to--about different

9    school settings that might be better for her.

10    Q    And did you offer any advice as to the

11    type of educational setting that she needed?

12    A    Well, we discussed that she would do

13    better in a smaller environment that had more

14    structure and more support.

15    Q    Did she need any modifications to the

16    curriculum that was offered to her?

17    A    Only in the sense of having sometimes too

18    much work and not enough support to accomplish the

19    work.  So it is not that she couldn't handle the

20    material necessarily, but in that quantity, without

21    the support, in an environment in which she didn't

22    feel safe or comfortable asking for help or having

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

134

1  sort of the support she needed, then the

2  combination was not working for her.

3      Q    In the right environment, would she be

4  able to handle a regular high school curriculum?

5      A    Yes.

6      Q    Was the environment you described

7  available to N in the public schools?

8      A    No.

9      Q    Do you know why not?

10     A    Well, it is not--I don't know if it could

11  have been available, but the classroom sizes are

12  what they were, were too large to really meet her

13  needs, and obviously they, for whatever reason,

14  were not responding to or able to, at that time,

15  provide the services she needed.

16     Q    Do you know where N went after

17  Wilson High School?

18     A    Yes.  She went to St. James.

19     Q    Did you support that move?

20     A    I worked with them to help make that a

21  smooth transition for her and it seemed that her

22  parents had done a lot of research, with my

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

135

1   support, in finding some place that had that

2   structure and support, and a smaller classroom

3   size, and an ability to accommodate her.  So it

4   seemed like a reasonable choice.

5       Q    What is it about St. James of which you

6   are aware which made it seem a reasonable choice?

7       A    More attention and more willingness to

8   accommodate her and provide a structure that she

9   needed and the oversight.  She had a contained

10  environment, because it was a boarding school.  So

11  she had certain rules she had to follow and certain

12  structure to help her study and give her

13  organizational study skills assistance, as well as

14  a smaller class size and more of a relationship

15  with her teacher, so that she could feel

16  comfortable in asking for help if she needed it and

17  getting the help and supports and accommodations

18  that she needed.

19      Q    Are you familiar with the school that

20  N███████ went to after St. James, Buxton School?

21      A    Yes.

22      Q    And what do you know about Buxton?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    A    Buxton seemed to be even smaller and

2   even--giving her even more opportunity for

3   individual differences or individual preferences in

4   how people learn.  She has a lot of freedom to take

5   control of some of the things she enjoys doing,

6   like planning that whole trip to Puerto Rico and

7   how she was able to really be given some rein to do

8   that and to show her abilities and skills in more

9   non-traditional ways, as well.

10    Q    Do you believe that Buxton is supplying

11   the type of learning environment that Natalia

12   needs, given her disabilities?

13    A    Yes.  And it was a much more sort of

14   cohesive community.  She became part of that

15   community, which was very nurturing for her

16   emotionally and helped augment her academic

17   achievement.

18    Q    In your opinion, could N███████ have

19   returned to public high school for 11th grade at

20   the end of the 2002-2003 school year?

21    A    I do not believe so, because she was

22   somewhat traumatized by her experience at Wilson

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

137

nr

1   and I think just having to return to a place in

2   which it was traumatic for her would have been

3   difficult emotionally, especially if no changes or

4   differences were available to make it more

5   palatable and more doable for her.

6        Q    Have you seen N▮▮▮▮▮▮ since she left for

7   private school?

8        A    Yes.

9        Q    When did you first see her again after she

10  left?

11       A    It was in June of '05.

12       Q    How many times have you seen her since

13  that time?

14       A    Six.

15       Q    And what has been the reason that you have

16  seen N▮▮▮▮▮ on those occasions?

17       A    Partly, it was to check back and do

18  re-exams and rechecks when she was back in the

19  area.  I was not going to see her when she was at

20  Buxton.  She was in someone else's care at that

21  time.

22            But she and I had established a

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1   relationship back in '03 and [unintelligible]

2   maintain it.  So it was a chance for me to check

3   again with her and help her out further with some

4   of her issues that she was having at Buxton, too.

5       Q    Can you describe N███████ now?

6       A    Now.  She has had some good academic

7   success at Buxton and feels good about herself in

8   that regard.  However, some of her emotional

9   problems also get in the way and some of her

10  impulsivity and she has gotten into some

11  difficulties interpersonally and with substance use

12  that has caused difficulty for her, and I work with

13  her on that.

14          She is more mature.  She is more

15  self-confident.  Her self-esteem is dramatically

16  better. She is more willing to open up.  She had

17  been a very guarded individual, as you had seen

18  from the previous testing in '03.  That has

19  definitely shifted.

20          She is more willing to take responsibility

21  for her actions; to, in a more mature way, go back

22  and make amends and make changes to her behavior.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      She still has to struggle.  She still has

2  disabilities.  So it is not smooth sailing for her,

3  but [unintelligible].

4      Q    That was my next question.  Would you say

5  that her problems have been cured?

6      A    Oh, no.

7      Q    Does she continue to require special help

8  in order to benefit from education?

9      A    Yes.

10     Q    What does she need?

11     A    She needs, again, small class sizes,

12  opportunity to develop rapport with her teachers.

13  She needs to know that her teachers believe in her

14  and that she can trust that if she asks for help,

15  she will be given that and not sort of ridiculed or

16  brushed off; that she will be given in an

17  environment where she can learn, which teaches in

18  different modalities, because she is not a standard

19  learner, and provides work that gives her more

20  structure and support and reminders and oversight,

21  because she is not very good at managing herself as

22  far as her executive functioning and remember to

nr

140

1  keep track of things and do them in time and all

2  that.

3       She still needs some support in making

4  that happen.

5       Q    You are aware that she has had academic

6  success at Buxton.

7       A    Yes.

8       Q    To what do you attribute that?

9       A    To having provided those things and that

10 environment, because it is so small and everybody

11 knows her.  She has a lot of oversight, even in

12 non-class time hours.  There is a lot of

13 communication with the parents.  There is a sense

14 of belonging to a community and one's

15 responsibilities as a member of that community is

16 emphasized.  So that helps her be more responsible

17 and accountable, both academically and personally,

18 interpersonally.  And it provides her with a

19 learning style that is helpful for her.

20      Q    In your opinion, could N█████ return now

21 to a large mainstream public high school?

22      A    I do not believe she would be successful

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

141

1    there.

2        Q    And why is that?

3        A    Again, because she would fall apart

4    without these supports and without the small

5    student-teacher ratio, without feeling a part of a

6    community that was of a reasonable size for her.

7    She is overwhelmed by large settings, where she is

8    just a number and doesn't have the rapport, sense

9    of belonging or accountability, as well, as of

10   course, the academic [unintelligible].

11       Q    If N_____ were to return to a large

12   public high school without the kinds of supports

13   you are talking about, would she continue to make

14   educational progress?

15       A    I believe her grades would decline

16   significantly.

17       Q    Would she go to school?

18       A    That is hard to answer.  If there was some

19   aspect of it she liked, she might be motivated, a

20   teacher or a student.  I don't know.

21       Q    During the time you have known N_____,

22   has she taken medication for her disabilities?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

142

1      A    Yes.

2      Q    What medications has she taken?

3      A    After she was hospitalized at Children's

4   Hospital, she was put on Lexapro, which is an

5   antidepressant, and since then, she has been tried

6   on other antidepressants, such as Wellbutrin, and

7   she has been using Adderall for her attention

8   deficit disorder, and, more recently, a

9   [unintelligible].

10     Q    How long has she been on Adderall?

11     A    She has been on Adderall since '03.

12     Q    And what impact, if any, do each of these

13  medications, Lexapro, Wellbutrin and Adderall, have

14  on academic performance?

15     A    Well, Adderall is a very significant help

16  academically because it allows her to focus and,

17  therefore, be more efficient, to [unintelligible]

18  distractions, to attend better to what is going on

19  in the classroom.  It helps with impulsivity.  It

20  helps her manage herself better, some monitoring,

21  executive functioning.

22          All those things are essential to success

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    academically.

2        Q    And what about Lexapro or Wellbutrin?

3        A    Those are antidepressants.  Wellbutrin can

4    be helpful with attention deficit disorder.  There

5    is some evidence that it does enhance dopamine

6    functioning [unintelligible] attention deficit

7    disorder.  But primarily it is used as an

8    antidepressant, so it would help with mood and,

9    obviously, when you are less depressed, you have

10   more energy, more focus, more ability to function

11   academically and socially.

12       Q    You have mentioned executive functioning a

13   number of times as you have spoken.  Could you

14   briefly explain what you are referring to when you

15   talk about?

16       A    Sure.  It has to do with the brain.  It is

17   in the frontal lobes and it is sort of the brain's

18   mechanisms to self-monitor, to regulate attention,

19   to make decisions and planning.  One's working and

20   short-term memory are located there.  So it is kind

21   of the gatekeeper function to how memory is stored,

22   maybe even gets into long-term memory.

nr                                                                      144

1           A lot of people with ADD suffer from

2    difficulty holding on to information because they

3    have a short working memory capacity.  They tend to

4    lose things and forget things, as a result, and to

5    not retain what they have just read and have to

6    re-read it.  So that speaks to inefficiency, also.

7           Those are some of the key things.

8    Emotional regulation, impulsivity is also part of

9    it.

10       Q    And have you identified difficulties with

11   N▓▓▓▓▓▓ executive functioning?

12       A    Oh, absolutely.

13       Q    And what can be done to help her do better

14   n that area?

15       A    In addition to Adderall?

16       Q    Yes.

17       A    Well, Adderall makes a big difference,

18   because it gets more dopamine to the brain and that

19   helps with all of these executive functions, and

20   accommodations at the school is the other way to

21   help children [unintelligible] lack of these

22   executive functions.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1    So things like having a note-taker would

2  help her not have to by hand take notes, focus on

3  what the teacher is saying and follow it.  By hand,

4  that is often a difficult issue for ADHD students.

5  With poor executive functioning, she tends to need

6  reminders.  She will need more support in managing

7  the course load, because she might leave things to

8  the last minute and not plan well ahead and not be

9  able to prioritize her work and to attend to what

10  she is needing to attend to.  [Unintelligible] to

11  pay attention.

12    Sometimes they will misread directions.

13  They will make frivolous errors.  So there are

14  different accommodations that could be made for

15  those things.

16    Turning in work late, sometimes there are

17  exceptions made or allowances made.  More time on

18  tests, help her to compensate for the slow

19  processing speed and inefficiencies from the

20  executive dysfunction.

21    MS. SAVIT:  I have nothing further.

22    HEARING OFFICER SMITH:  Cross.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1          MS. HARRIS-LINDSEY:  Okay.  Sure.

2                    CROSS-EXAMINATION

3          BY MS. HARRIS-LINDSEY:

4     Q    One question on your credentials, just not

5   to--when did you attend Wellesley?

6     A    I attended Wellesley from '78 to '82.

7     Q    Okay.  I know a graduate in there.  I was

8   wondering it was around the same time.  Let me ask

9   you a question.

10         When you are talking--in your

11  communications with Wilson, you specifically were

12  asking for accommodations or a 504 plan.

13    A    Right.

14    Q    Were you aware of the meeting that took

15  place in May of '03?

16    A    Which meeting?

17    Q    A meeting at Wilson that took place,

18  purportedly a 504 meeting.

19    A    The school didn't contact me about it.  I

20  believe I may have heard indirectly about--it is a

21  vague memory now.  I don't have a clear memory of

22  what happened at that meeting.

nr                                                                           147

1        Q    Okay.

2        A    I have no documentation of the meeting and

3   they didn't contact me or let me know about it.

4        Q    Right.  Did the parents inform you of a

5   meeting that was taking place at the--that was

6   taking place at Wilson?

7        A    I don't recall.

8        Q    Okay.  Now, you indicated--and you agree,

9   I think, one of the--some of the accommodations

10  that you indicated would be seated near the front

11  of the classroom, being reminded of homework

12  assignments, and providing academic assistance,

13  meaning tutoring, if needed, given extra time on

14  tests.

15       A    Right.

16       Q    And you would consider those appropriate

17  accommodations--appropriate accommodations for

18  N_____.

19       A    Those and others, yes.

20       Q    In your--now, am I hearing you to say that

21  you believe that N_____ difficulties at Wilson

22  all stemmed from that ADD--ADHD and depression,

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                    148

1   clinical depression diagnosis?

2        A    Yes.

3        Q    But at the time, the ADHD--you said at the

4   --prior to your coming into this process, you said

5   the ADHD was not clearly diagnosed.

6        A    Not clearly.  There was some hint of it

7   being a potential, but it was not--the previous

8   person who tested her had not--could not clearly

9   diagnose it, but there were a lot of indicators in

10  there and there is reference to a lot of indicators

11  in there.

12       Q    Okay.  Have you maintained communication

13  with--I think you indicated that while she--while

14  N██████ is in Massachusetts, there is another

15  provider.

16       A    Mm-hmm.

17       Q    Do you have any dialogue with that

18  provider?

19       A    I did have dialogue with one of the

20  providers, not recently.

21       Q    Okay.  Do you have any--so are you

22  able--so you can't say whether the accommodations

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1  that you are--that you have been speaking of, I

2  think you indicated, there was a list of them,

3  note-take or assistant.  Is that being provided at

4  Buxton?

5       A    I do not know that.

6       Q    And do you know if she has an opportunity

7  to leave class when she is overwhelmed at Buxton?

8       A    I am not sure she would get overwhelmed in

9  that setting, but--and I would imagine she would,

10  because they seem to cater to that kind of thing,

11  but I don't know.

12       Q    And do you know anything about her work,

13  the workload that she has at Buxton?

14       A    The amount of work?

15       Q    Yes.  You indicated one of the

16  accommodations is reduced work.  Do you know--

17       A    Competitive work, yes.

18       Q    Do you know if that is happening at

19  Buxton?

20       A    Yes.

21       Q    Okay.  Now, you indicated in some of the

22  changes that you have seen, you said--you indicated

nr                                                                    150

1   that she believes she is more mature, more

2   self-confident.  Would you say there is still

3   indication of substance use?

4        A    Yes.

5        Q    While at Buxton.

6        A    Yes.  The substance being alcohol

7   [unintelligible].

8        Q    Okay.  Well, that makes a difference.

9   Well, it makes a difference in just identification.

10       A    Right.

11       Q    I didn't want that.  Okay.  Thank you.

12  Does that give you reason for concern, the access

13  to alcohol?

14       A    It is being addressed and she had been to

15  alcohol education counseling and is no longer using

16  alcohol.

17       Q    Okay.

18       A    So, yes, it was a concern at the time, but

19  it has been addressed.

20       Q    Okay.  Okay.  Now, N██████ has not been

21  diagnosed as a learning disabled student.

22       A    Correct.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1      Q    But you indicated that there are some

2   indicators--

3      A    Some indicators.

4      Q    --of some cognitive--

5      A    Right.  Imbalances.  And, of course, in

6   Alexandra Cargo's report, and even [unintelligible]

7   public school, there are definitely differences in

8   her functioning between the verbal and some of the

9   performance areas, the visual spatial in

10  particular.  And it may be that it didn't quite

11  meet criteria.  It may be 12 points instead of 15

12  points, or 14 points instead of 15 points, but

13  there was definitely a significant gap.

14     Q    If you learned that the gap was nine

15  points, would you still say that is significant?

16     A    Well, from the first test, it was higher.

17  I noticed, in the second testing, it had closed

18  somewhat.

19     Q    Okay.

20     A    And I think that would be speculative as

21  to why that is.

22     Q    I don't want you to speculate.  That is

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                152

1    why.

2        A    Partly, she was on medication the second

3    time and not the first time.

4        Q    Okay.

5        A    So you can see a difference

6    [unintelligible] and lesser differences when she is

7    under medication.

8        Q    Okay.  And you indicated that the

9    curriculum doesn't need to be modified, it just the

10   accommodations.

11       A    Not necessarily.  It really depends.  It

12   depends on the environment and how much support she

13   is being given.  She is very bright.  She can

14   obviously handle a fairly rigorous curriculum.

15   There are certain areas in which she is weaker than

16   others and in those areas, she may need a little

17   more help or a little less high level work or a

18   little more time.

19       Q    And when you say that N██████, in your

20   opinion, N██████ could not be successful in a

21   mainstream public high school, are you--and I don't

22   want to put words in your mouth, so if I am not

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                      153

1    right, I paraphrased it.  Are you saying that she

2    would not be successful without accommodations or

3    even with accommodations she would not be

4    successful?

5        A    There are a lot of factors and variables

6    there that are hard to predict.  The size itself

7    can be overwhelming.  She would have to feel a part

8    of the community where she felt safe to speak out

9    and aks for what she needed, the support she

10   needed.  Can one imagine such a setting?  It is

11   certainly possible.  It is not likely, though.

12       Q    Okay.  And it is your understanding that

13   right now, N██████ is just on Adderall.  You said

14   there are other medications.

15       A    She is not on any other medications right

16   now.

17       Q    You used a term.  I just wanted you to

18   clarify.  You said she was traumatized by her

19   experience at Wilson.  Now, did something

20   other--other than what we understand, the large

21   environment at Wilson and I think what is being

22   termed a lack of accommodations, is that the

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

1  experience you are speaking about?  Did something

2  happen to her?

3       A    Yes.  Well, yes and no.  I mean, there are

4  books now on school trauma and history of people

5  with ADHD.  It is hard to explain.  Individuals,

6  where they know they are bright, but they are not

7  able to perform successfully at all, I mean, this

8  child was failing, let alone just being average.

9  She was not even doing average work.

10           She was doing below average work and this

11  is a very bright individual.  She knows that.  It

12  is very disconcerting to her to be functioning at

13  that level.

14           So the combination of experiences of not

15  feeling successful, not getting what she needed,

16  not having the environment that would make her feel

17  good about herself, contributes to the point where

18  she would want to commit suicide.  She would rather

19  die than go back to school.

20       Q    So would you say this is performance

21  versus potential?

22       A    I mean, that is part of it.  There are a

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr                                                                          155

1   number of factors that would contribute to that.

2        Q    Okay.

3        A    There is not feeling like she was

4   understood or fit in socially either by the

5   teachers or by the students, having an environment

6   that she didn't feel safe or comfortable in.  So

7   the combination of all those things was traumatic

8   for her, to the point where she would rather not be

9   alive.

10       Q    And you indicated in your evaluation, I

11  think one of your first evaluations, that

12  N_____--that her cutting school was--you

13  attributed it to this friend that she was staying

14  with, that she spent time with, the company--on

15  page three, I think, is your Exhibit 4 of your

16  evaluation.

17       A    That is not me.

18       Q    That is not you.  I'm sorry.  I apologize.

19  All these evaluations.  Okay.  I won't attribute

20  that--I won't attribute that to you.

21       A    Okay.

22       Q    Now, when we are speaking of learning

845

1  weaknesses, I think we all agree that--well, the

2  evidence is clear that N██████ is above average

3  academically.  So when you say learning weaknesses,

4  what are you referring to?

5       A    She wasn't above average academically at

6  Wilson.

7       Q    I'm not talking about her grades.

8       A    Oh.

9       Q    I am talking about her--

10      A    You mean her intellectual potential.

11      Q    Yes.

12      A    Yes.

13      Q    That she tests above.

14      A    Yes.  She tests, right.

15      Q    And we will stay on this point first.  So

16  when she was at Wilson, did you have the

17  opportunity to--did you see her report card that

18  exists?

19      A    Mm-hmm.

20      Q    So you are aware that there were several

21  absences in the classes where there was the--where

22  they were failing grades, there was a lack of

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    attendance in those classes.

2        A    Mm-hmm.

3        Q    So when you speak of learning weaknesses,

4    can you kind of elaborate a little bit more on

5    learning weaknesses?

6        A    Okay.

7        Q    Because I think--answer that.  I tend to

8    ask compound questions.  I am trying to ask one

9    question at a time.

10       A    What I meant was that her

11   intellectual--the results on the cognitive testing

12   were not even across the board.  So even though she

13   is at superior abilities for her verbal and--mostly

14   her verbal and [unintelligible] things, there were

15   areas in which she was in only the average range.

16   The difference between average and superior is

17   significant.

18           Even though it is still average, it is a

19   weakness compared to the other areas of her

20   functioning, and fluency--math and writing fluency,

21   I think it was, were well below.  They were like at

22   the average level rather than the superior level of

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

1    her true--I mean, her intellectual potential

2    capacity.

3              So that was [unintelligible].

4        Q    Okay.  Now, you say it is your

5    understanding that--oh, you know what?  You did

6    a--you completed a psychological report.

7        A    Yes.

8        Q    And that is NG-32.

9        A    Right.

10       Q    Do you know if this evaluation was

11   presented to DCPS outside of this process here?

12       A    I do not know who it was presented to.

13       Q    Now, you say in this report, though, that

14   it is your understanding that no accommodations--no

15   504 claim was put in place for Wilson.

16       A    Correct.

17       Q    While N██████ was at Wilson.

18       A    Correct.

19       Q    What is the basis of that understanding?

20   What was your basis?

21       A    In other words, how do I know nothing was

22   put in place?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

nr

159

1    Q    Yeah.

2    A    Her and her parents.

3    Q    Okay.

4    A    And having not received any feedback

5    directly from the school in response to my letters.

6    Q    Okay.  You indicated that you don't feel

7    that she has resolved her clinical issues.  The

8    clinical issues still exist.

9    A    Mm-hmm.

10    Q    Is that something that you work with her

11    on when she is home?

12    A    Yes.

13    Q    And do you have knowledge of what is being

14    done at Buxton to resolve those clinical issues or

15    to assist?

16    A    I have some knowledge, through the

17    parents, primarily, and through some correspondence

18    that I have seen and her evaluations I have seen.

19    Q    Oh, there are reports from Buxton?

20    A    Mm-hmm.

21    Q    Clinical reports?

22    A    They give these fairly detailed

849

nr

160

1    descriptions of the child's functioning in all

2    areas and I have seen some of them.

3         Q    Report cards, assessments.

4         A    I don't know what you call them.

5         Q    Let me show you and see if we are talking

6    about the same--if we are referring to the same

7    thing.  Exhibits 28 and 29.

8         A    Yes.

9         Q    That is what you are talking about.

10        A    Yes.

11        Q    Okay.  Do you know whether the teachers

12   are clinicians?  Do you know the credentials of the

13   teachers at Buxton?

14        A    Her teachers there?

15        Q    Yes.

16        A    No.

17        Q    Now, you have--based on the letters that

18   you sent to Wilson back in 2003, do you have--can

19   we assume that you have a clear understanding of

20   504 accommodations?

21        A    Mm-hmm.

22        Q    So is it your understanding that the 504