# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>    **Plaintiffs**<br><br>    v.<br><br>**CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.*,<br><br>    **Defendants** | Civil Action No. 06-00312 (EGS) |

### PLAINTIFFS' MOTION TO SCHEDULE INITIAL CONFERENCE

    Plaintiffs Natalia Gomez, Manuel Gomez and Sylvia Correa ("plaintiffs"), through counsel, respectfully ask the Court to set an initial conference in this case, to replace the initial conference originally scheduled for May 11, 2006 and then canceled by the Court *sua sponte*. The grounds for this motion are:

1. Plaintiffs filed this action on February 22, 2006 and subsequently perfected service on defendants Clifford B. Janey, Superintendent of the District of Columbia Public Schools ("DCPS") and the District of Columbia ("the District") (collectively, "defendants").

2. Defendants filed a joint answer to the complaint on March 27, 2006; however, the Court's electronic filing system recorded the answer as being filed only on behalf of the District.

3. On April 12, 2006, the Court entered an order setting this case for an initial conference on May 11, 2006 at 11 a.m. Counsel for the parties conferred as required by the order and on May 3, 2006 submitted a report pursuant to LCvR 16.3.

4.  On May 4, 2006, the Court *sua sponte* canceled the May 11, 2006 initial conference, stating that the conference could not take place because fewer than all parties had responded to the complaint. The same day, plaintiffs filed a response noting that all defendants had joined in the March 27, 2006 answer, but that the Court's ECF system did not so reflect.

5.  On May 5, 2006, the Court issued an order directing defense counsel to clarify on whose behalf the March 27, 2006 answer had been filed. Defense counsel did so on May 8, 2006, indicating that the answer had been filed on behalf of both defendants (DCPS and the District).

6.  Despite receiving defendants' clarification, the Court has not rescheduled the initial conference. In the meantime, defendants filed the administrative record on June 9, 2006 and therefore the case is ready to proceed to dispositive motions or trial, as appropriate, once the Court establishes a schedule.

7.  Pursuant to LCvR 7(m), the undersigned attempted to secure defendants' consent to this motion by calling defense counsel on December 25, 2006. According to the message on defense counsel's voicemail, counsel has been on leave since December 20, 2006 and will not return to work until January 8, 2007. The undersigned left a message for defense counsel on her voicemail, advising of the intent to file this motion and the relief that would be requested. In light of counsel's absence, however, defendants' position with respect to this motion is unknown.

For these reasons, plaintiffs ask the Court to set an initial scheduling conference at its earliest convenience. As evidenced by their meet and confer statement, filed May 3, 2006 on behalf of all parties (including both defendants), the parties are ready to proceed with the case.

/s/    *Diana M. Savit*
_____
Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
Attorneys for plaintiffs

## Certificate of Service

I hereby certify that, this 25th day of December, 2006, I electronically filed the foregoing plaintiffs' motion to schedule initial conference, together with memorandum of points and authorities in support thereof and proposed order, and thereby served all counsel of record.

/s/    *Diana M. Savit*
_____
Diana M. Savit

# United States District Court
# for the District of Columbia

| |
|---|
| **NATALIA GOMEZ**, *et al.*, |
| **Plaintiffs** |
| v. |
| **CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.*, |
| **Defendants** |

Civil Action No. 06-00312 (EGS)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO SCHEDULE INITIAL CONFERENCE**

Rule LCvR 16.3.

The record herein.

/s/   *Diana M. Savit*
_____

Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
Attorneys for plaintiffs