# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.,* <br><br> **Plaintiffs** <br><br> v. <br><br> **CLIFFORD B. JANEY,** Superintendent, District of Columbia Public Schools, *et al.,* <br><br> **Defendants** | Civil Action No. 06-00312 (EGS) |

## ORDER

Upon consideration of plaintiffs' motion to schedule initial conference, memorandum of points and authorities in support thereof, any opposition thereto, and it appearing that the motion should be granted, it is, this _____ day of _____, 2007,

**ORDERED:** That the motion is granted; and it is

**FURTHER ORDERED:** That counsel for all parties appear for an initial scheduling conference on _____, 2007, at _____.m.

_____
Judge

cc:  Diana M. Savit, Esq.
    **SAVIT & SZYMKOWICZ, LLP**
    7315 Wisconsin Avenue
    Suite 601N
    Bethesda, Maryland 20814

   Veronica A. Porter, Esq.
   Assistant Attorney General
   441 4th Street, N.W., Sixth Floor South
   Washington, D.C. 20001