United States District Court
for the District of Columbia

| |
|---|
| **NATALIA GOMEZ**, *et al.*, |
| **Plaintiffs** |
| v. |
| **CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.*, |
| **Defendants** |

Civil Action No. 06-00312 (EGS)

### REPORT TO THE COURT

In lieu of the status/scheduling conference set for March 2, 2007 at 9 a.m., the parties, through their respective counsel, advise the Court that they have conferred regarding trial preparation and agree that next step for both sides is to file dispositive motions. Accordingly, having compared their calendars and discussed an appropriate briefing schedule, the parties jointly ask the Court to enter an order setting the following dispositive motions schedule:

Plaintiffs' dispositive motion due:    June 1, 2007

Defendants' opposition to plaintiffs' motion/cross-motion for summary judgment (the two will be filed as a single memorandum) due:   June 29, 2007

Plaintiffs' opposition to defendants' motion for summary judgment/reply to defendants' opposition to plaintiffs' dispositive motion (the two will also be filed as a single memorandum) due: August 1, 2007

Defendants' reply to plaintiffs' opposition to defendants' summary judgment motion due: August 29, 2007

The parties wish to reserve the right to adjust this schedule for good cause shown.

| | |
|---|---|
| /s/    *Diana M. Savit* | ROBERT J. SPAGNOLETTI |
| _____ | Attorney General for the District of Columbia |
| Diana M. Savit #244970 | |
| **SAVIT & SZYMKOWICZ, LLP** | GEORGE C. VALENTINE |
| 7315 Wisconsin Avenue | Deputy Attorney General |
| Suite 601N | Civil Litigation Division |
| Bethesda, Maryland 20815 | |
| (301) 951-9191 | EDWARD P. TAPTICH (012914) |
| Attorneys for plaintiffs | Chief, Equity Section 2 |
| | |
| | /s/    *Veronica A. Porter* |
| | _____ |
| | VERONICA A. PORTER (412273) |
| | Assistant Attorney General |
| | 441 4th Street, Sixth Floor South |
| | Washington, D.C. 20001 |
| | (202) 724-6651 |
| | Attorneys for defendants |

2