# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>    **Plaintiffs**<br><br>    v.<br><br>**CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.*,<br><br>    **Defendants** | Civil Action No. 06-00312 (EGS) |

### PLAINTIFFS' CONSENT MOTION TO REVISE SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiffs Natalia Gomez, Manuel Gomez and Sylvia Correa ("plaintiffs"), through counsel, respectfully move the Court to revise the schedule for filing the parties' respective motions for summary judgment from that set by the Court's March 5, 2007 order. As established by that order, plaintiffs' dispositive motion is due June 1, 2007, defendants' opposition and cross-motion is due June 29, 2007, and the remaining memoranda in support of and in opposition to the parties' requests for relief are due in August 2007.

Plaintiffs now move the Court to move each of the previously set deadlines by approximately four weeks, making their dispositive motion due June 29, 2007, defendants' opposition and cross-motion due July 27, 2007, plaintiffs' opposition to defendants' motion and reply memorandum due August 29, 2007, and defendants' reply memorandum due September 26, 2007. The grounds for this motion are:

1.  The Court entered its March 5, 2007 order at the parties' request and consent. At the time the parties developed the dispositive motions schedule, plaintiffs' counsel anticipated substantial time in May 2007 to prepare a motion for summary judgment, and accordingly

expected to be able to meet a June 1, 2007 filing deadline. Counsel further compared their calendars and arrived at the remaining deadlines with due regard for their respective work and vacation schedules.

2. Since the Court entered its order, plaintiffs' counsel has commenced trying an unexpectedly long and complicated special education case which was originally supposed to last only three days during the first week in May, and has instead been continued for additional time in the first and second weeks in June. This has significantly diverted counsel from other matters. Additionally, a case which plaintiffs' counsel was defending in the Circuit Court for Fairfax County, Virginia was voluntarily dismissed and then refiled by the plaintiff in that case in the United States District Court for the Eastern District of Virginia, which entered an expedited discovery schedule that is requiring counsel to devote substantial time to case preparation. As a result, the dispositive motion in this case cannot be completed on the current schedule.

3. The parties' attorneys have again compared their calendars and anticipate that they can file all motions and memoranda on the new schedule they have proposed.

4. Pursuant to LCvR 7(m), the undersigned has contacted defendants' counsel and is authorized to represent that defendants consent to this motion.

For these reasons, plaintiffs ask the Court to revise the deadline for filing and opposing dispositive motions as set forth in this motion.

/s/    *Diana M. Savit*
_____
Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20815
(301) 951-9191
Attorneys for plaintiffs

## Certificate of Service

I hereby certify that, this 1st day of June, 2007, I electronically filed the foregoing plaintiffs' consent motion to revise summary judgment briefing schedule, together with memorandum of points and authorities in support thereof and proposed order, and thereby served all counsel of record.

/s/    *Diana M. Savit*
_____
Diana M. Savit

3

# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**CLIFFORD B. JANEY**, **Superintendent, District of Columbia Public Schools,** *et al.*,<br><br>　　　　**Defendants** | Civil Action No. 06-00312 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION TO REVISE SUMMARY JUDGMENT BRIEFING SCHEDULE**

　　Fed. R. Civ. P. 6(b).

　　The record herein.


　　　　　　　　　　　　　　　　/s/    *Diana M. Savit*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Diana M. Savit #244970
　　　　　　　　　　　　　　　　**SAVIT & SZYMKOWICZ, LLP**
　　　　　　　　　　　　　　　　7315 Wisconsin Avenue
　　　　　　　　　　　　　　　　Suite 601N
　　　　　　　　　　　　　　　　Bethesda, Maryland 20815
　　　　　　　　　　　　　　　　(301) 951-9191
　　　　　　　　　　　　　　　　Attorneys for plaintiffs