# United States District Court
# for the District of Columbia

| | |
|---|---|
| **NATALIA GOMEZ**, *et al.*,<br><br>　　　　**Plaintiffs**<br><br>　　v.<br><br>**CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.,*<br><br>　　　　**Defendants** | Civil Action No. 06-00312 (EGS) |

### ORDER

Upon consideration of plaintiffs' consent motion to revise summary judgment briefing schedule, memorandum of points and authorities in support thereof, defendants' consent thereto, and it appearing that the motion should be granted, it is, this _____ day of _____, 2007,

**ORDERED:** That the motion is granted; and it is

**FURTHER ORDERED:** That the Court's March 5, 2007 order setting the schedule for filing dispositive motions is hereby revised as follows:

Plaintiffs' dispositive motion due:　　June 29, 2007

Defendants' opposition to plaintiffs' motion/cross-motion for summary judgment (the two will be filed as a single memorandum) due:　July 27, 2007

Plaintiffs' opposition to defendants' motion for summary judgment/reply to defendants' opposition to plaintiffs' dispositive motion (the two will also be filed as a single memorandum) due: August 29, 2007

2

Defendants' reply to plaintiffs' opposition to defendants' summary judgment motion due: September 26, 2007.

_____
Judge

cc:  Diana M. Savit, Esq.
**Savit & Szymkowicz, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814

Veronica A. Porter, Esq.
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001