# United States District Court
# for the District of Columbia

| | |
|---|---|
| **N.G.**, *et al.*, <br><br> **Plaintiffs** <br><br> **v.** <br><br> **CLIFFORD B. JANEY, Superintendent, District of Columbia Public Schools,** *et al.*, <br><br> **Defendants** | **Civil Action No. 06-00312 (EGS)** |

## ORDER

Upon consideration of plaintiffs' motion for summary judgment, memorandum of points and authorities in support thereof, statement of undisputed material facts, and exhibit, any opposition thereto, and the entire record herein, and it appearing that the motion should be granted, it is, this _____ day of _____, 2007,

**ORDERED:** That the motion is granted; and it is

**FURTHER ORDERED:** That the hearing officer's determination entered January 23, 2006 in this matter is hereby reversed and vacated in its entirety; and it is

**FURTHER ORDERED:** That the Clerk of the Court is directed to enter judgment against defendants and in favor of plaintiffs in the amount of $86,682.50, plus costs, including reasonable legal fees.

_____
Judge

cc:    Diana M. Savit, Esq.
       **SAVIT & SZYMKOWICZ, LLP**
       7315 Wisconsin Avenue
       Suite 601N
       Bethesda, Maryland 20814

       Veronica A. Porter, Esq.
       Assistant Attorney General, D.C.
       441 4th Street, N.W., Sixth Floor South
       Washington, D.C.  20001