# United States District Court
# for the District of Columbia

| | |
|---|---|
| N.G., *et al.*,<br><br>**Plaintiffs**<br><br>v.<br><br>**CLIFFORD B. JANEY,** Superintendent,<br>District of Columbia Public Schools, *et al.*,<br><br>**Defendants** | Civil Action No. 06-00312 (EGS) |

## ORDER

Upon consideration of plaintiffs' motion for summary judgment, memorandum of points and authorities in support thereof, statement of undisputed material facts, and exhibit, defendants' opposition thereto and cross-motion for summary judgment, plaintiffs' opposition to defendants' motion and reply to defendants' opposition to plaintiffs' motion, and the entire record herein, and it appearing that plaintiffs' motion should be granted and defendants' denied, it is, this _____ day of _____, 2007,

**ORDERED:** That plaintiffs' motion for summary judgment is granted; and it is

**FURTHER ORDERED:** That the hearing officer's determination entered January 23, 2006 in this matter is hereby reversed and vacated in its entirety; and it is

**FURTHER ORDERED:** That the Clerk of the Court is directed to enter judgment against defendants and in favor of plaintiffs in the amount of $86,682.50, plus costs, including reasonable legal fees; and it is

**FURTHER ORDERED:** That defendants' motion for summary judgment is denied in its entirety.

_____
Judge

cc: Diana M. Savit, Esq.
**SAVIT & SZYMKOWICZ, LLP**
7315 Wisconsin Avenue
Suite 601N
Bethesda, Maryland 20814

Veronica A. Porter, Esq.
Assistant Attorney General, D.C.
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001