UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
N.G., et al.,                  )
                               )
            Plaintiffs,        )
                               )
                               )   Civ. No. 06-0312(EGS)
       v.                      )
                               )
DISTRICT OF COLUMBIA           )
                               )
            Defendants.        )
_____)
```

### ORDER

Pending before the Court is Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Upon consideration of the Motions, the responses and replies thereto, the applicable law and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued this day, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion is **DENIED**; and it is

**FURTHER ORDERED** that the Hearing Officer's Decision entered January 23, 2006 in this matter is hereby reversed and vacated in its entirety; and it is

**FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment against Defendants and in favor of Plaintiffs in the amount of $86,682.50, plus costs; and it is

**FURTHER ORDERED** that Defendants shall pay Plaintiffs' reasonable attorneys' fees.  Plaintiffs are therefore **ORDERED** to

file promptly with the Court a request for attorneys' fees, including a Bill of Costs, consistent with Circuit precedent.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**March 31, 2008**