UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.G., , et al
        Plaintiff,

    v.                                    Civil Action No. 06-312(EGS)

DISTRICT OF COLUMBIA
        Defendant

**JUDGMENT
FOR PLAINTIFF**

This Cause having been considered by the Court on cross motions for summary judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting plaintiff's motion; now therefore, pursuant to the decision of the Court, it is

ORDERED that judgment be, and is hereby, entered denying defendant's motion for summary judgment and granting plaintiff's motion for summary judgment.

FURTHER ORDERED that the Clerk of the Court is directed to enter judgment against Defendants and in favor of Plaintiffs in the amount of $86,682.50, plus costs.

FURTHER ORDERED that defendants shall pay Plaintiffs' reasonable attorneys' fees.

NANCY MAYER-WHITTINGTON, Clerk

Dated: April 1, 2008                                          By:_____
                                                                     Carol Votteler, Deputy Clerk