*Exhibit 1B*

# LAW OFFICES

## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowslaw.com

January 06, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5010619

RE:  ███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

███████████████████████████████████████████████████████████████████████████

                                                      Amount

Professional services rendered:

|  |  | Hours |  |
|---|---|---|---|
| 12/2/2004 DMS | meeting with Sylvia Correa & Manuel Gomez to obtain background information & develop strategy; prepare conflict checking form & retainer agreement; prepare school & medical releases (total 2.2 hours; 1st hour charged at half rate; no charge for conflict check or retainer preparation) | 1.20 | 354.00 |
| 12/3/2004 DMS | e-mail contacts w/ Sylvia Correa re: account of attempts to request special education for Natalia | 0.20 | 59.00 |
| 12/8/2004 DMS | doc revision releases; letter forwarding same for signature | 0.40 | NO CHARGE |
| 12/15/2004 DMS | doc preparation letter to Woodrow Wilson SHS re: Natalia's special education; email to Manuel Gomez & Sylvia Correa forwarding draft for review | 0.50 | 147.50 |
| 12/16/2004 DMS | e-mail contacts w/ Manuel Gomez re: letter to DCPS & strategy if no response received; prepare final version of letter | 0.20 | 59.00 |

Ms. Sylvia Correa
Invoice # 5010619
January 06, 2005

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/20/2004 DMS | phone call(s)w/ Charles Williams, Wilson SHS, re: request for special education services' email to Manuel Gomez & Sylvia Correa re: same | | 0.10 | 29.50 |
| 12/29/2004 DMS | letter(s) to schools & health care providers requesting copies of records & other information | | 1.50 | 442.50 |
| | For professional services rendered | | 4.10 | $1,091.50 |

Expenses:

| | | | Amount |
|---|---|---|---|
| 12/2/2004 DMS | Expenses Postage | | 1.29 |
| DMS | Expenses Photocopying | | 0.80 |
| 12/16/2004 DMS | Expenses Postage | | 0.37 |
| 12/29/2004 DMS | Expenses Photocopying | | 2.40 |
| DMS | Expenses Postage | | 2.82 |
| | Total expenses: | | $7.68 |
| | Total of all new charges: | | $1,099.18 |
| | Balance due | | $0.00 |



LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

February 10, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5020672

RE:  ███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

Professional services rendered:

| | | Hours | Amount |
|---|---|---|---|
| 1/5/2005 DMS | e-mail contacts w/ Sylvia Correa re: status of application for special education services | 0.20 | 59.00 |
| 1/10/2005 DMS | e-mail contacts w/ Sylvia Correa re: status of DCPS's evaluation for potential special education services | 0.20 | 59.00 |
| 1/14/2005 DMS | Review preliminary review of documents submitted to & received from CARE Center | 0.30 | 88.50 |
| 1/18/2005 DMS | phone call(s)w/ Carol Robbins re: current status, assistance in securing appropriate programming from DCPS | 0.10 | 29.50 |
| SUBTOTAL: | | [ 0.80 | 236.00] |
| For professional services rendered | | 0.80 | $236.00 |
| Balance due | | | $0.00 |

Ms. Sylvia Correa                                              Page   2
Invoice #  5020672
February 10, 2005

                                                              Amount

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

March 07, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5030719

RE:  ███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

███████████████████████████████████████████████████████

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 2/17/2005 | DMS | Review DCPS records forwarded by Wilson Senior High School | 0.30 | 88.50 |
| | | For professional services rendered | 0.30 | $88.50 |
| | | Balance due | | $0.00 |

██████████████████████████████████████████████████████████

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

April 07, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5040765

RE: ▓▓▓▓▓▓▓▓▓▓ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Amount

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2005 | DMS | e-mail contacts (several) w/ Manuel Gomez re: DCPS's request for medical information, appropriate nature of treating physician's input | 0.10 | 29.50 |
| 3/4/2005 | DMS | Review materials exchanged between DCPS & parents in evaluation process | 0.20 | 59.00 |
| 3/7/2005 | DMS | phone call(s)w/ Dr. Silver re: Natalia's treatment & diagnosis history; email to Manuel Gomez to discuss same, information needed to support claim of special education eligibility due to emotional distress | 0.40 | 118.00 |
| 3/8/2005 | DMS | e-mail contacts w/ Manuel Gomez re: Natalia's psychiatric treatment, current effectiveness of school placement in addressing issues; phone call w/ Gomez re: same | 0.30 | 88.50 |

Ms. Sylvia Correa                                                    Page   2
Invoice #   5040765
April 07, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/11/2005 DMS | phone call(s)w/ Dr. Larry Silver re: diagnosis & treatment, educational implications of same; email to Manuel Gomez to report | | 0.50 | 147.50 |
| 3/22/2005 DMS | phone call(s)w/ Dr. Carol Robbins re: information to be provided to DCPS in support of special education request | | 0.20 | 59.00 |
| 3/23/2005 DMS | letter(s) to Dr. Carol Robbins to explain request for psychological report, anticipated contents thereof | | 1.00 | 295.00 |
| 3/25/2005 DMS | Review summary of clinical care prepared by Dr. Larry Silver; phone calls to Silver w/ questions re: educational implications; emails w/ Sylvia Correa & Manuel Gomez forwarding Silver report & discussing need for comprehensive psychological review, further strategy | | 0.70 | 206.50 |
| | For professional services rendered | | 3.40 | $1,003.00 |
| | Expenses: | | | |
| 3/23/2005 DMS | Expenses Postage | | | 0.37 |
| | Total expenses: | | | $0.37 |
| | Total of all new charges: | | | $1,003.37 |
| | Balance due | | | $0.00 |



LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

May 13, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5050815

RE: ▓▓▓▓▓▓▓ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 4/8/2005 | DMS | e-mail contacts w/ Sylvia Correa re: errors in Dr. Silver's report, best way to correct same, status of DCPS special education request | 0.30 | 88.50 |
| 4/11/2005 | DMS | e-mail contacts (multiple) w/ Sylvia Correa re: inaccuracies in psychiatrist's report, strategy for remedying same | 0.50 | 147.50 |
| 4/22/2005 | LG | attorney time Telephone message from S. Corea re doctor reports requested by DCPS and meeting on 4/29; voicemail to S Corea re doctor reports and asking whether she needs us to accompany her at the meeting | 0.20 | 50.00 |
| 4/24/2005 | DMS | e-mail contacts w/ Sylvia Correa re: additional information to be provided to DCPS re: psychiatric issues; phone call w/ Correa re: same & DCPS request for meeting | 0.30 | 88.50 |

Ms. Sylvia Correa                                                    Page  2
Invoice #  5050815
May 13, 2005

|  |  | Hours | Amount |
|---|---|---|---|
| 4/25/2005 DMS | phone call(s)w/<br>w/ ERP re: psychiatric information to be<br>provided to DCPS | 0.20 | 59.00 |
| SUBTOTAL: | | [    1.50 | 433.50] |
| For professional services rendered | | 1.50 | $433.50 |
| Expenses: | | | |
| 4/26/2005 DMS | Expenses<br>Photocopying | | 0.60 |
| DMS | Expenses<br>Postage | | 0.74 |
| SUBTOTAL: | | [    | 1.34] |
| Total expenses: | | | $1.34 |
| Total of all new charges: | | | $434.84 |
| Balance due | | | $0.00 |



LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

June 07, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5060857

RE:      ███████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

Amount

███████████████████████████████████████████████████████

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 5/3/2005 DMS | e-mail contacts w/ Sylvia Correa re: DCPS effort to schedule IEP meeting, documentation needed for same | | 0.30 | 88.50 |
| 5/4/2005 DMS | e-mail contacts w/ Sylvia Correa re: scheduling MDT meeting, assembling documents in preparation for meeting; phone call w/ Correa re: same | | 0.30 | 88.50 |

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Ms. Sylvia Correa                                               Page   2
Invoice #  5060857
June 07, 2005



For professional services rendered                    Hours    Amount

Expenses:

Total of all new charges:

Balance due

6/7/2005

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

July 18, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5070923

RE: ███████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

Amount

6/15/2005 ████████████████████████████████████████████████████

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 6/6/2005 | DMS | Review<br>letter from Gloria Everett re: MDT meeting | 0.10 | 29.50 |
| | DMS | attorney time<br>leave voice message for Carol Robbins | 0.10 | NO CHARGE |
| 6/7/2005 | DMS | Review<br>voice mail from Carol Robbins; email to<br>Sylvia Correa & Manuel Gomez re: same | 0.10 | 29.50 |
| 6/8/2005 | DMS | phone call(s)w/<br>Carol Robbins re: likely testimony at due<br>process hearing, Natalia's eligibility<br>for special education | 0.20 | 59.00 |
| 6/20/2005 | DMS | e-mail contacts<br>w/ Sylvia Correa & Manuel Gomez re:<br>status of hearing request | 0.10 | NO CHARGE |
| 6/24/2005 | DMS | e-mail contacts<br>w/ Sylvia Correa re: scheduling due<br>process hearing | 0.10 | 29.50 |

Ms. Sylvia Correa                                              Page   2
Invoice #  5070923
July 18, 2005

|            |     |                                        | Hours | Amount   |
|------------|-----|----------------------------------------|-------|----------|
| 6/29/2005 DMS | | doc preparation<br>due process hearing request | 1.00  | 295.00   |
| 6/30/2005 DMS | | doc revision<br>final edits on request for due process<br>hearing; submit same | 0.20  | 59.00    |
|            |     | For professional services rendered     | 1.90  | $501.50  |

Expenses:

|            |     |                        |  |          |
|------------|-----|------------------------|--|----------|
| 6/30/2005 DMS | | Expenses<br>Postage    |  | 0.60     |
| DMS | | Expenses<br>Photocopying |  | 0.10     |
|            |     | Total expenses:        |  | $0.70    |

Total of all new charges:                                              $502.20

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

August 05, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5080977

RE:     ███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

█████████████████████████████████████████████████████

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2005 | DMS | phone call(s)w/ Sandra Pollock, Saint James School, re: Natalia's experience there, potential service as witness at hearing | 0.40 | 118.00 |
| 7/19/2005 | DMS | Review notice of provisional hearing date; forward copy of same to Sylvia Correa & Manuel Gomez w/ comments & concerns | 0.20 | 59.00 |
| 7/20/2005 | DMS | e-mail contacts w/ Sylvia Correa re: hearing date; phone calls to potential witnesses to confirm availability; phone call w/ Dr. Carol Robbins re: anticipated testimony | 0.20 | 59.00 |
| 7/21/2005 | DMS | Review VM from Sandra Pollock, Saint James School, re: due process hearing; email to Sylvia Correa re: schedule; letter to Student Hearing Office re: schedule | 0.20 | 59.00 |
| | | For professional services rendered | 1.00 | $295.00 |

████████████████████████████████████████████████████

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowslaw.com

September 12, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5091033

RE: ██████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

| | Amount |
|---|---|

8/12/2005  ██████████████████████████████
8/12/2005  ██████████████████████████████

Professional services rendered:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/2005 | DMS | Review order continuing due process hearing; email to Sylvia Correa & Manuel Gomez to advise re: same & options for rescheduling hearing | 0.20 | 59.00 |
| 8/2/2005 | DMS | e-mail contacts w/ Manuel Gomez re: tentative hearing dates; phone call w/ Sylvia Correa re: same; review provisional hearing notice; calls to all potential witnesses to inquire re: availability; letter to DCPS Student Hearing Office re: need to change 8/31 date due to witness unavailability | 0.60 | 177.00 |
| 8/5/2005 | DMS | e-mail contacts w/ Sylvia Correa, Manuel Gomez to update re: status of hearing request & schedule | 0.10 | 29.50 |
| 8/11/2005 | DMS | phone call(s)w/ David Smith, hearing officer, re: hearing date | 0.10 | 29.50 |

Ms. Sylvia Correa                                                      Page  2
Invoice #  5091033
September 12, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/12/2005 DMS | phone call(s)w/ hearing officer re: new date; review provisional notice of same; email to Sylvia Correa & Manuel Gomez to advise | | 0.30 | 88.50 |
| 8/15/2005 DMS | e-mail contacts (several) w/ Sylvia Correa re: due process hearing date & preparation | | 0.20 | 59.00 |
| 8/18/2005 DMS | e-mail contacts w/ Sylvia Correa re: hearing preparation | | 0.20 | NO CHARGE |
| 8/23/2005 DMS | meeting with Sylvia Correa, Manuel Gomez to prepare for 9/14 due process hearing | | 2.00 | 590.00 |
| 8/25/2005 DMS | phone call(s)w/ Carol Robbins re: preparation for due process hearing, report to be prepared for same | | 0.20 | 59.00 |
| 8/26/2005 DMS | e-mail contacts w/ Sylvia Correa re: hearing preparation | | 0.10 | NO CHARGE |
| 8/30/2005 DMS | e-mail contacts w/ Buxton School re: need for witness at due process hearing; phone call w/ William Bennett re: identification & preparation of witness | | 0.40 | 118.00 |

For professional services rendered                          4.40    $1,209.50

Expenses:

| 7/11/2005 DMS | long distance Phone calls | 0.37 |
|---|---|---|
| 8/2/2005 ERP | Postage postage | 0.37 |

Total expenses:                                                        $0.74

Total of all new charges:                                          $1,210.24

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

October 09, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5101080

RE:  ███████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

Amount

9/20/2005
10/7/2005

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 9/1/2005 DMS | meeting with Dr. Carol Robbins to prepare for 9/14 due process hearing (includes travel time) | | 1.50 | 442.50 |
| 9/2/2005 DMS | phone call(s) w/ Sandra Pollock, Saint James School, re: preparation for due process  hearing | | 0.20 | 59.00 |
| 9/4/2005 DMS | review document psychological report prepared by Carol Robbins; suggest additions to same to bring in background information; begin assembling exhibits for 9/14 due process hearing | | 1.50 | 442.50 |
| 9/6/2005 DMS | hearing prep review all background documents & finish selecting exhibits for due process hearing; prepare disclosures of witnesses & documents | | 3.00 | 885.00 |

Ms. Sylvia Correa                                                      Page  2
Invoice #  5101080
October 09, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/7/2005 DMS | phone call(s) w/ Carol Robbins re: expert report; complete assembling witness/exhibit disclosures |  | 0.40 | 118.00 |
| 9/8/2005 DMS | phone call(s) w/ Sandra Pollock, Saint James School, to prepare for 9/14 due process hearing |  | 1.10 | 324.50 |
| 9/11/2005 DMS | e-mail contacts w/ Buxton School re: witness hearing preparation |  | 0.10 | NO CHARGE |
| 9/12/2005 DMS | phone call(s) w/ William Bennett, Pilar Gale, Edward Gale to prepare for due process hearing; emails w/ Sylvia Correa re: additional information relevant to hearing; begin reviewing file in preparation for hearing |  | 1.70 | 501.50 |
| 9/13/2005 DMS | hearing prep develop opening statement; review notes & background information; develop direct examinations of witnesses; review documents to prepare for cross-examination of DCPS witnesses & closing argument |  | 3.00 | 885.00 |
| 9/14/2005 DMS | hearing prep continue refining direct & cross examinations; continue reviewing background documents; phone call w/ Sylvia Correa; phone call w/ Carol Robbins |  | 3.00 | 885.00 |
| DMS | attend due process hearing (includes travel time); follow up discussion w/ Manuel Gomez & Sylvia Correa |  | 5.00 | 1,475.00 |
| 9/15/2005 DMS | phone call(s) w/ independent special education counsel to test viability of theories being advanced, appropriateness of defense strategy; letter to Student Hearing Office to request transcript of 9/14 proceedings |  | 0.50 | NO CHARGE |
| 9/19/2005 DMS | doc revision revise due process hearing request; review hearing officer's determination from 9/14 hearing; email to Sylvia Correa & Manuel Gomez forwarding same for review & comment |  | 1.00 | 295.00 |

Ms. Sylvia Correa                                                    Page  3
Invoice #  5101080
October 09, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/20/2005 DMS | doc revision | | 0.80 | 236.00 |
| | finish revising amended due process | | | |
| | hearing request, including incorporation | | | |
| | of clients' comments; submit same | | | |
| | For professional services rendered | | 22.80 | $6,549.00 |

Expenses:

| Date | Init | Description | Amount |
|---|---|---|---|
| 9/1/2005 DMS | | Expenses | 1.88 |
| | | Round-trip mileage to meeting w/ Dr. Robbins | |
| DMS | | Expenses | 0.60 |
| | | Parking at meeting w/ Dr. Carol Robbins | |
| 9/5/2005 ERP | | long distance | 1.57 |
| | | Long distance phone calls | |
| 9/6/2005 ERP | | Photocopies | 2.50 |
| | | copies | |
| 9/7/2005 DMS | | Expenses | 93.42 |
| | | Photocopying/exhibits for due process hearing | |
| ERP | | Postage | 5.30 |
| | | postage | |
| 9/14/2005 DMS | | Expenses | 4.30 |
| | | Round-trip Metro to due process hearing | |
| 9/15/2005 ERP | | Postage | 0.37 |
| | | postage | |
| ERP | | Photocopies | 0.10 |
| | | copies | |
| 9/20/2005 ERP | | Postage | 0.60 |
| | | postage | |
| ERP | | Photocopies | 0.10 |
| | | copies | |

Total expenses:                                              $110.74

Total of all new charges:                                    $6,659.74

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

November 17, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5111135

RE:    ██████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

_____ Amount

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 10/3/2005 DMS | phone call(s)w/ Sylvia Correa re: DCPS request to schedule resolution session; phone call w/ DCPS Office of Special Education scheduler; research IDEA re: resolution session requirements; calls to Correa to update; follow up w/ DCPS | | 0.30 | NO CHARGE |
| 10/9/2005 DMS | letter(s) to Sharon Newsome, DCPS hearing office, re: need to schedule due process hearing | | 0.20 | NO CHARGE |
| 10/21/2005 DMS | e-mail contacts w/ Sylvia Correa & Manuel Gomez re: continuance; w/ Carol Robbins re: same; VM to Sandra Pollock to advise of request to continue hearing & need for new dates | | 0.20 | NO CHARGE |
| 10/24/2005 DMS | phone call(s)w/ Lenore Verra, Esq. re: continuance of due process hearing; phone call to Quinne Harris-Lindsay, Esq., re: same; VMs to Sylvia Correa, Pilar & Edward Gale re: change in date; phone call w/ Carol Robbins re: same; begin drafting letter | | 1.10 | NO CHARGE |

Ms. Sylvia Correa                                                    Page  2
Invoice #  5111135
November 17, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | to request continuance; email to Sylvia Correa & Manuel Gomez to update re: change in opposing counsel, scheduling issues | | |
| 10/27/2005 | DMS | Review VM from Sandra Pollock; phone call w/ Pilar & Edward Gale re: new hearing dates; leave VM for Sylvia Correa re: need to change hearing date; finish letter to Student Hearing Office to request continuance | 0.50 | NO CHARGE |
| 10/31/2005 | DMS | doc preparation 5-day disclosures for 11/7 hearing date | 0.20 | NO CHARGE |
| | | For professional services rendered | 2.50 | $0.00 |

Expenses:

| | | | | |
|---|---|---|---|---|
| 9/8/2005 | ERP | long distance Long Distance Phone calls | | 5.66 |
| 10/10/2005 | ERP | Postage | | 0.37 |
| 10/26/2005 | ERP | Postage postage | | 0.37 |
| | | Total expenses: | | $6.40 |
| | | Total of all new charges: | | $6.40 |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

December 28, 2005

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #5121202

RE:  ████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

████████████████████████████████████████████████████

Professional services rendered:

| | | Hours | |
|---|---|---|---|
| 11/2/2005 DMS | phone call(s)w/<br>DCPS Student Hearing Office to attempt to<br>ascertain status of continuance request | 0.10 | NO CHARGE |
| 11/3/2005 DMS | phone call(s)w/<br>DCPS Student Hearing Office to attempt to<br>ascertain status of continuance request;<br>phone call w/ Quinne Harris-Lindsay, Esq.<br>re: same | 0.20 | NO CHARGE |
| 11/5/2005 DMS | letter(s) to<br>Quinne Harris-Lindsay, Esq. to confirm<br>status of continuance request | 0.20 | NO CHARGE |
| 11/7/2005 DMS | phone call(s)w/<br>DCPS Student Hearing Office to confirm<br>continuance & discuss new hearing date;<br>w/ hearing officer Woods re: same; email<br>to Manuel Gomez, Sylvia Correa & Carol<br>Robbins to update re: same | 0.50 | NO CHARGE |
| 11/8/2005 DMS | attorney time<br>leave VM for Quinne Harris-Lindsay, Esq.<br>re: new hearing date | 0.10 | NO CHARGE |
| 11/17/2005 DMS | Review<br>notice of new hearing date; emails to<br>Manuel Gomez, Sylvia Correa, Carol<br>Robbins to advise & schedule preparation; | 0.80 | 236.00 |

Ms. Sylvia Correa                                                      Page   2
Invoice #  5121202
December 28, 2005

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | phone calls to Pilar & Edward Gale, Sandra Pollock (left VMs) re: same; multiple emails w/ Gomez, Correa, Robbins re: schedule; VM exchange w/ Pollock re: same |  |  |
| 11/17/2005 | LJG | attorney time Conference with DMS re status of case and due process hearing on Nov. 28 | 0.20 | NO CHARGE |
| 11/18/2005 | DMS | e-mail contacts Sylvia Correa re: Natalia's recent reports from Buxton; phone call w/ Sandra Pollock, Saint James School, to prepare for hearing; prepare updated 5-day notice to DCPS & serve same | 1.10 | NO CHARGE |
| 11/21/2005 | DMS | legal research authorities re: DCPS's "child find" obligation | 0.30 | 88.50 |
| 11/22/2005 | DMS | letter(s) to Edward & Pilar Gayle re: 11/28 due process hearing; phone call w/ Sylvia Correa to prepare; w/ Edward Gayle re: same | 1.50 | NO CHARGE |
| 11/23/2005 | DMS | phone call(s) w/ Pilar Gayle to prepare for 11/28 due process hearing | 0.50 | NO CHARGE |
| 11/24/2005 | DMS | phone call(s) w/ Carol Robbins to prepare for 11/28 due process hearing | 0.80 | NO CHARGE |
| 11/28/2005 | DMS | attorney time appear for due process hearing; appear before Hearing Officer Smith re: same; phone calls w/ witnesses re: further postponement of hearing, development of affidavits in lieu of testimony per hearing officer's ruling; followup discussions w/ Sylvia Correa, Manuel Gomez & LJG re: case development & strategy in light of procedural changes | 2.00 | 590.00 |
|  | LJG | attorney time Represent client in due process hearing with DCPS hearing officer; round trip travel for same | 2.50 | NO CHARGE |
| 11/29/2005 | DMS | Review notice of new hearing date; email to Manuel Gomez & Sylvia Correa re: same & additional information needed; phone call | 1.50 | 442.50 |

Ms. Sylvia Correa                                                          Page   3
Invoice #  5121202
December 28, 2005

|  |  | Hours | Amount |
|---|---|---|---|
|  | w/ Sandra Pollock to prepare affidavit in lieu of testimony; edit affidavit; email to Pollock for review & signature |  |  |
| 11/29/2005 LJG | attorney time<br>Telephone conference with Chief Hearing Officer Smith confirming preliminary telephone conference on Decision. 2; email correspondence with DMS re same | 0.30 | 75.00 |
| 11/30/2005 DMS | Review<br>background data on private placement costs to date; phone call w/ Pilar Gale to prepare affidavit in lieu of testimony; phone call w/ Edward Gale for same | 2.00 | 590.00 |
| | For professional services rendered | 14.60 | $2,022.00 |

Expenses:

| | | | |
|---|---|---|---|
| 10/21/2005 ERP | long distance<br>long distance phone calls | | 0.54 |
| 11/1/2005 ERP | Postage<br>postage | | 0.37 |
| 11/17/2005 ERP | long distance | | 14.48 |
| 11/21/2005 ERP | Postage | | 0.37 |
| 11/22/2005 ERP | Postage | | 0.37 |
| 11/28/2005 DMS | Expenses<br>Round-trip Metro to due process hearing | | 3.80 |
| LJG | Metro<br>Metro fare between law firm and DCPS office | | NO CHARGE |
| | Total expenses: | | $19.93 |
| | Total of all new charges: | | $2,041.93 |

## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

January 12, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #6011240

RE:    ██████████ education dispute with District of
       Columbia Public Schools

Tax Identification No. 52-2329896

Amount



Professional services rendered:

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/1/2005 | DMS | doc preparation<br>revised five-day disclosures, including choosing & assembling materials to be submitted in support of Pollock & Gale affidavits | 0.80 | 236.00 |
| 12/2/2005 | DMS | phone call(s) w/<br>chief hearing officer Smith for prehearing conference; email to Manuel Gomez & Sylvia Correa to report on same | 0.10 | 29.50 |
| 12/8/2005 | DMS | Review<br>DCPS's 5-day disclosures; email to Sylvia Correa & Manuel Gomez re: same & hearing preparation | 0.40 | 118.00 |
|  | DMS | hearing prep<br>12/9 due process hearing | 2.00 | 590.00 |
| 12/9/2005 | DMS | attend<br>1st portion of due process hearing (includes travel time); follow-up discussion w/ Sylvia Correa & Manuel Gomez | 5.00 | 1,475.00 |
| For professional services rendered |  |  | 8.30 | $2,448.50 |

Ms. Sylvia Correa                                                      Page  2
Invoice #  6011240
January 12, 2006

       Expenses:

| Date | | Description | Amount |
|---|---|---|---|
| 12/2/2005 | ERP | Courier<br>Interstate express courier service | 24.35 |
| | ERP | Courier<br>Interstate express courier service | 24.35 |
| | ERP | Postage | 3.95 |
| | ERP | Photocopies | 32.70 |
| 12/9/2005 | DMS | Expenses<br>Round-trip Metro to due process hearing | 3.70 |
| 12/19/2005 | DMS | Expenses<br>November long distance | 0.32 |
| | | Total expenses: | $89.37 |
| | | Total of all new charges: | $2,537.87 |

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

February 15, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #6021339

RE: ▬▬▬▬▬▬▬ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

Amount

████████████████████████████████████████████

Professional services rendered:

| | | Hours | |
|---|---|---|---|
| 12/2/2005 LJG | attorney time<br>Telephone conference with chief hearing officer Smith re prehearing conference; telephone conference with DMS re same; message for chief hearing officer re contacting DMS | 0.40 | 100.00 |
| 1/11/2006 DMS | e-mail contacts<br>w/ Sylvia Correa, Manuel Gomez & Carol Robbins to remind of upcoming continued due process hearing | 0.10 | NO CHARGE |
| 1/12/2006 DMS | Review<br>file in preparation for 1/13 due process hearing | 1.00 | 295.00 |
| 1/13/2006 DMS | attorney time<br>complete due process hearing begun 12/9/05 (includes travel time) | 6.50 | 1,917.50 |
| LJG | attorney time<br>Participate in hearing at DCPS; conferences with Mr and Mrs Gomez and DMS throughout; travel to and from DCPS hearing office | 7.30 | NO CHARGE |

Ms. Sylvia Correa
Invoice #  6021339
February 15, 2006

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  |  | 0.40 | 118.00 |
| 1/23/2006 DMS | Review hearing officer's determination; evaluate same; phone call w/ Sylvia Correa to advise of decision & discuss next steps |  |  |  |
|  | For professional services rendered |  | 15.70 | $2,430.50 |
|  | Expenses: |  |  |  |
|  |  |  |  | 4.30 |
| 1/13/2006 DMS | Expenses Round-trip Metro to due process hearing |  |  |  |
| LJG | Metro travel to and from DCPS hearing office |  |  | NO CHARGE |
|  | Total expenses: |  |  | $4.30 |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

March 21, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #6031393

RE: ▓▓▓▓▓▓▓ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

Professional services rendered:

| | | Hours | Amount |
|---|---|---|---|
| 2/15/2006 DMS | Review<br>hearing officer's determination; legal research re: authority for conclusions reached; letter to Sylvia Correa & Manuel Gomez outlining possible appealable issues and recommending further strategy | 2.00 | 300.00 |
| 2/16/2006 DMS | e-mail contacts<br>w/ Sylvia Correa re: authorization to take appeal; discuss same w/ LJG | 0.10 | 15.00 |
| 2/21/2006 DMS | doc preparation<br>begin drafting complaint | 2.00 | 300.00 |
| 2/22/2006 DMS | doc revision<br>edit complaint; prepare final version for filing, including exhibit; prepare summonses & civil cover sheet | 2.00 | 300.00 |
| 2/23/2006 DMS | attorney time<br>supervise service of process; email to Sylvia Correa & Manuel Gomez to advise of filing, judge assignment, likely course of case | 0.40 | 60.00 |
| For professional services rendered | | 6.50 | $975.00 |

Ms. Sylvia Correa
Invoice #  6031393
March 21, 2006

| | | Expenses: | Amount |
|---|---|---|---|
| | | | 0.39 |
| 2/16/2006 | ERP | Postage | |
| | | | 0.40 |
| | ERP | Photocopies | |
| | | | 250.00 |
| 2/22/2006 | DMS | Expenses<br>U.S. District Court new case filing fee | |
| | | | 4.30 |
| | ERP | Photocopies | |
| | | | 30.00 |
| | ERP | Courier<br>DC Filing | |
| | | | 22.92 |
| 2/23/2006 | ERP | Postage | |
| | | | 30.00 |
| | ERP | Courier<br>DC pick up summons | |

Total expenses:                                                    $338.01

Total of all new charges:                                    $1,313.01

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

April 07, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #6041445

RE:  ▮▮▮▮▮▮▮▮ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

|  | Amount |
|---|---|
| ████████████████████████████████████████ | |

Professional services rendered:

| Date | | Description | Hours | |
|---|---|---|---|---|
| 3/15/2006 | DMS | Review defense motion to extend time to file answer, order granting same; email to Manuel Gomez & Sylvia Correa to update | 0.30 | NO CHARGE |
| 3/27/2006 | DMS | Review defendants' answer to complaint; email to Sylvia Correa & Manuel Gomez forwarding same w/ explanation of next steps | 0.30 | 45.00 |
| | | For professional services rendered | 0.60 | $45.00 |

████████████████████████████████████████

LAW OFFICES
## SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

May 29, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015
Invoice #6051521

RE: ███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

███████████████████████████████████████████████

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/24/2006 DMS | Review order setting initial scheduling conference | | 0.20 | 30.00 |
| 4/26/2006 DMS | phone call(s) w/ Veronica Porter, Esq. to review contents of R.16.3 statement | | 0.30 | 45.00 |
| | For professional services rendered | | 0.50 | $75.00 |
| | Expenses: | | | |
| 2/23/2006 ERP | Computerized legal research Computerized Court Access | | | 0.88 |
| | Total expenses: | | | $0.88 |
| | Total of all new charges: | | | $75.88 |

███████████████████████████████████████████████

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

June 16, 2006

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #6061592

RE: ███████████education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

Professional services rendered:

| | | Hours | Amount |
|---|---|---|---|
| 5/2/2006 DMS | doc preparation<br>Rule 16.3 report to the court & draft<br>order; email to Veronica Porter, Esq.<br>forwarding drafts for review & approval | 0.60 | 90.00 |
| 5/3/2006 DMS | attorney time<br>file R. 16 statement & proposed order<br>following receipt of approval of opposing<br>counsel; email contacts (several) w/<br>Veronica Porter, Esq. re: prior DCPS<br>funding of Buxton School as special<br>education placement; research Steadwell<br>case to provide background information to<br>Porter; email to Manuel Gomez & Sylvia<br>Correa to update | 0.60 | 90.00 |
| 5/4/2006 DMS | Review<br>notice of cancellation of 5/11 initial<br>scheduling conference; prepare & file<br>response to same | 0.50 | NO CHARGE |
| | For professional services rendered | 1.70 | $180.00 |

Ms. Sylvia Correa                                                    Page   2
Invoice #  6061592
June 16, 2006

                                                                    Amount

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

January 29, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #7012123

███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

|  | Amount |
| --- | --- |

██████████████████████████████████
██████████████████████████████████
██████████████████████████████████

Professional services rendered:

|  |  | Hours |  |
| --- | --- | --- | --- |
| 12/25/2006 - DMS | doc preparation<br>motion to ask court to schedule<br>initial conference; phone call to<br>Veronica Porter, Esq. (left VM) to<br>advise of intent to file same | 1.00 | NO CHARGE |
| 12/28/2006 - DMS | Review<br>notice of reset initial conference;<br>email to Manuel Gomez & Sylvia<br>Correa to advise of same | 0.20 | NO CHARGE |
| SUBTOTAL: | | [ 1.20 | 0.00] |
| For professional services rendered | | 1.20 | $0.00 |
| Balance due | | | $0.00 |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

February 27, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015
Invoice #7022207

███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/23/2007 - DMS | phone call(s) w/ Veronica Porter, Esq. re: 1/24 status conference | | 0.20 | 30.00 |
| 1/24/2007 - DMS | attorney time appear before U.S. District Judge Emmet Sullivan for status/scheduling conference; meeting w/ Magistrate Judge Facciola's law clerk to schedule mediation (includes travel time); follow-up emails to Sylvia Correa & Manuel Gomez to update re: status & confirm availability for mediation | | 2.10 | 315.00 |
| 1/26/2007 - DMS | Review order governing settlement conference; forward same to Manuel Gomez & Sylvia Correa, w/ comments | | 0.10 | 15.00 |
| SUBTOTAL: | | [ | 2.40 | 360.00] |
| For professional services rendered | | | 2.40 | $360.00 |

Expenses:

| | | | Price |
|---|---|---|---|
| 1/24/2007 - DMS | Metro round-trip Metro to U.S. District Court for status conference | | 3.70    3.70 |

Ms. Sylvia Correa
Invoice #  7022207
February 27, 2007

|  | Price | Amount |
|---|---|---|
|  |  | $3.70 |
| Total expenses: |  |  |
|  |  | $363.70 |
| Total of all new charges: |  |  |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

March 28, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #7032288

███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

|  | | Amount |
|---|---|---|

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/21/2007 - DMS | e-mail contacts w/ Sylvia Correa re: preparation for 3/1 mediation | | 0.10 | 15.00 |
| 2/22/2007 - DMS | phone call(s) w/ Manuel Gomez & Sylvia Correra to prepare for 3/1 mediation | | 0.60 | 90.00 |
| SUBTOTAL: | | [ | 0.70 | 105.00] |
| For professional services rendered | | | 0.70 | $105.00 |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

May 10, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015
Invoice #7052379

███████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2007 - DMS | mediation with Magistrate Judge John Facciola, U.S. District Court (includes travel time); follow-up conversation w/ Manuel Gomez & Sylvia Correa re: further action to be taken in light of failure to settle | | 2.70 | 405.00 |
| 3/2/2007 - DMS | attend status conference in U.S. District Court (includes travel time); confer w/ Veronica Porter, Esq. re: dispositive motions schedule; prepare report to court w/ suggested briefing schedule; email same to Porter for review; file report following approval | | 1.50 | 225.00 |
| SUBTOTAL: | | [ | 4.20 | 630.00] |
| For professional services rendered | | | 4.20 | $630.00 |

Ms. Sylvia Correa
Invoice #  7052379
May 10, 2007

Expenses:

| | | Price | Amount |
|---|---|---|---|
| 3/1/2007 - DMS | Metro<br>Round-trip Metro to U.S. District<br>Court for mediation | 4.20 | 4.20 |
| 3/2/2007 - DMS | Metro<br>Round-trip Metro to status conference | 4.20 | 4.20 |
| Total expenses: | | | $8.40 |

LAW OFFICES

SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD  20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

July 18, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #7072592

███████████ education dispute with District of
Columbia Public Schools

---

Tax Identification No. 52-2329896

---

Professional services rendered:

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2007 - DMS | doc preparation<br>motion to extend dispositive motions<br>deadline | | 0.80 | NO CHARGE |
| 6/27/2007 - DMS | attorney time<br>review administrative record in<br>preparation for drafting motion for<br>summary judgment; legal research<br>into standard of review in appeal of<br>IDEA hearing officer's determination | | 2.50 | 375.00 |
| 6/28/2007 - DMS | doc preparation<br>begin drafting motion for summary<br>judgment, statement of undisputed<br>material facts | | 6.50 | 975.00 |
| 6/29/2007 - DMS | doc preparation<br>continue drafting statement of<br>undisputed material facts; legal<br>research re: "child find"<br>obligation, duty to reimburse for<br>private school placement when FAPE<br>not made available, standard of<br>review of HOD; draft memorandum of<br>points and authorities in support of<br>motion for summary judgment; draft<br>proposed order; edit motion &<br>related documents; file motion &<br>accompanying documents | | 7.00 | 1,050.00 |
| SUBTOTAL: | | [ | 16.80 | 2,400.00] |

Ms. Sylvia Correa
Invoice #  7072592
July 18, 2007

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 16.80 | $2,400.00 |

LAW OFFICES
# SAVIT & SZYMKOWICZ, LLP
SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

August 15, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice # 7082690

████████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

████████████████████████████████████████████████████

Professional services rendered:

|  |  | Hours | Amount |
|---|---|---|---|
| 7/27/2007 - DMS | review document preliminary review of defendants' opposition to summary judgment motion & cross-motion for summary judgment; email to Manuel Gomez & Sylvia Correa forwarding same, w/ comments | 0.20 | 30.00 |
| SUBTOTAL: | | [ 0.20 | 30.00] |
| For professional services rendered | | 0.20 | $30.00 |

LAW OFFICES

# SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH

7315 WISCONSIN AVENUE

BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191

FACSIMILE: (301) 718-7788

email: mail@bowsslaw.com

September 17, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015

Invoice #  7092803

████████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

████████████████████████████████████████  Amount

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 8/27/2007 - | DMS | legal research<br>review IDEA to ascertain correctness<br>of defendants' arguments re:<br>unilateral withdrawal notice<br>requirement | 0.30 | 45.00 |
| 8/28/2007 - | DMS | legal research<br>case law interpreting when fact is<br>"material" for purposes of summary<br>judgment; impact of defendants'<br>failure to dispute most facts<br>alleged in plaintiffs' summary<br>judgment motion | 0.50 | 75.00 |
| 8/29/2007 - | DMS | legal research<br>cases interpreting local rules on<br>summary judgment motions &<br>oppositions; IDEA child find<br>requirements, notice requirements<br>for removal from public schools,<br>evaluation & assessment<br>requirements; draft statement of<br>disputed issues to support<br>opposition to defendants'<br>cross-motion; draft memorandum of<br>points and authorities in opposition<br>to defendants' cross-motion & in<br>reply to opposition to plaintiffs'<br>motion; draft proposed order; edit | 9.50 | 1,425.00 |

Ms. Sylvia Correa
September 17, 2007
Invoice #  7092803

|  | Hours | Amount |
|---|---|---|
| all documents & file w/ court |  |  |
| SUBTOTAL: [ | 10.30 | 1,545.00] |
| For professional services rendered | 10.30 | $1,545.00 |

LAW OFFICES

SAVIT & SZYMKOWICZ, LLP

SUITE 601 NORTH
7315 WISCONSIN AVENUE
BETHESDA, MD 20814-3202

TELEPHONE: (301) 951-9191
FACSIMILE: (301) 718-7788
email: mail@bowsslaw.com

October 21, 2007

Ms. Sylvia Correa
Mr. Manuel Gomez
2819 Kanawha Street, N.W.
Washington, D.C. 20015
Invoice # 7102936

█████████ education dispute with District of
Columbia Public Schools

Tax Identification No. 52-2329896

Amount

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

Professional services rendered:

| | | | Hours | |
|---|---|---|---|---|
| 9/26/2007 - | DMS | Review defendants' reply to opposition to their motion for summary judgment; email to Sylvia Correa & Manuel Gomez forwarding same, w/ comments & advice re: further action in action | 0.30 | 45.00 |
| | SUBTOTAL: | | [ 0.30 | 45.00] |
| | For professional services rendered | | 0.30 | $45.00 |

██████████████████████████████████████████