# United States District Court
# for the District of Columbia

| | |
|---|---|
| **N.G.,** *et al.,*<br><br>    **Plaintiffs**<br><br>  v.<br><br>**MICHELLE RHEE,** *et al.,*<br><br>    **Defendants** | **Civil Action No. 06-00312 (EGS)** |

### ORDER

Upon consideration of plaintiffs' motion for an award of attorney's fees and costs, memorandum of points and authorities in support thereof and exhibits, any opposition thereto and the entire record herein, and it appearing that the motion should be granted; it is, this _____ day of _____, 2008

**ORDERED:** That the motion is granted; and it is

**FURTHER ORDERED:** That plaintiffs are awarded $38,500 in attorney's fees and $592.56 in expenses as prevailing parties in litigation brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400 *et seq.*, said sums to be paid on or before _____; and it is

**FURTHER ORDERED:** That plaintiffs are granted leave to file a supplemental petition for the attorney's fees and expenses incurred in litigating their fee motion, said supplemental petition to be filed on or before _____, 2008.

_____
Judge, United States District Court

cc:  Diana M. Savit, Esq.
 **Savit & Szymkowicz, LLP**
 7315 Wisconsin Avenue, Suite 601N
 Bethesda, Maryland 20814

 Veronica Porter, Esq.
 Assistant Attorney General
 441 Fourth Street, N.W.
 Sixth Floor South
 Washington, D.C.  20001