UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL GOMEZ, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-312 (EGS) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from April 25, 2008, to May 23, 2008, within which to file a response to Plaintiff's motion for an award of attorney's fees and costs. The parties have reached an agreement with respect to the amount of fees and costs Plaintiffs will be awarded, but need additional time to finalize the paperwork.

Plaintiffs' counsel has consented to the relief requested in this motion.

Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its response be extended to and including May 23, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**April 22, 2008**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

          Respectfully submitted,

          PETER J. NICKLES
          Interim Attorney General for the
           District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          */s/ Edward P. Taptich*_____
          EDWARD P. TAPTICH (012914)
          Chief, Equity Section 2

          /s/ *Veronica A. Porter*_____
          VERONICA A. PORTER (412273)
          Assistant Attorney General
          441 4th St., N.W., Sixth Floor South
          Washington, D.C. 20001
          (202) 724-6651
          (202) 727-3625 (facsimile)
          veronica2.porter@dc.gov

**April 22, 2008**

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MANUEL GOMEZ, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. Action No. 06-312 (EGS) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

## ORDER

On consideration of Defendants' Consent Motion for Extension of Time a Response to Plaintiff's Motion for an Award of Attorney's Fees and Costs, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their response on or before May 23, 2008.

_____
UNITED STATES DISTRICT JUDGE

4