UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MANUEL GOMEZ, et al.,

    Plaintiffs,

v.                                                    Civ. Action No. 06-312 (EGS)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment for Attorneys' Fees and Costs filed May 7, 2008, Plaintiffs and Defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Plaintiffs herein. The parties having consented to this Order, it is, this 8th day of May, 2008

ORDERED, That Plaintiffs are awarded $30,592.56 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorneys' fees and costs incurred in connection with the prosecution of the proceeding in this Court. Payment of $4,592.56—the total amount able to be paid by the Defendants on this award under existing statutory fee cap limitations—is to be made within 60 days of the date of this Order.

                                                  UNITED STATES DISTRICT JUDGE